AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC,<br>*Plaintiff*<br><br>v.<br><br>LEVEL 3 COMMUNICATIONS, INC.,<br><br>*Defendant* | Civil Action No. 12-617 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Level 3 Communications, Inc.
        c/o The Corporation Trust Company
        Corporation Trust Center 1209 Orange Street
        Wilmington, DE 19801

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United Sates described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Richard K. Herrmann
        Mary B. Matterer
        Morris James LLP
        500 Delaware Avenue, Suite 1500
        Wilmington, DE

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                              *CLERK OF COURT*

Date: 5/18/12                          *[signature]*
                                              *Signature of Clerk or Deputy Clerk*

103724

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Level 3 Communications Inc. was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Scot LaScala, who is designated by law to accept service of process on behalf of *(name of organization)* The Corporation Trust Company, 1209 Orange Street, Wilmington DE 19801 on *(date)* 5-21-2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 5-21-2012

Eric McJay
*Server's signature*

Eric McLaughlin Legal Courier
*Printed name and title*

1001 N. Jefferson St.
Wilmington, DE 19801

*Server's address*

Additional information regarding attempted service, etc:

103724