# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEVEL 3 COMMUNICATIONS, INC., )<br>)<br>Defendant. ) | C.A. No. 1:12-cv-00617-GMS |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendant to move, answer or otherwise respond to the Complaint is extended until July 27, 2012. This extension is requested in order to give the defendant time to analyze the complaint and prepare a response.

MORRIS JAMES LLP

*/s/ Richard K. Herrmann*

_____
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com
(302) 888-6800
*Attorneys for Plaintiff*

FULBRIGHT & JAWORSKI LLP

*/s/ Christopher R. Benson*

_____
Christopher R. Benson
98 San Jacinto Boulevard,
Suite 1100
Austin, TX 78701
(512) 536-3003
cbenson@fulbright.com

*Attorneys for Defendant*

**SO ORDERED** this ___, day of June, 2012.

_____
United States District Judge