IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-617-GMS |
| | ) | |
| LEVEL 3 COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for Level 3 Communications, Inc. to respond to the Complaint in this action shall be extended through and including August 27, 2012.  This extension is requested to give the parties time to meet to explore settlement.


/s/ Richard K. Herrmann
Richard K. Herrmann (No. 405)
Mary B. Matterer (No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for AIP Acquisition LLC*

Dated: July 24, 2012


/s/ David M. Fry
John W. Shaw (No. 3362)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
dfry@shawkeller.com

*Attorneys for Level 3 Communications, Inc.*


SO ORDERED this _____ day of _____, 2012.


_____
United States District Judge