# Exhibit 9






**AIP 2002**
Level 3 Communications v.
AIP Acquisition
IPR2013-00296

Library of Congress Cataloging in Publication Data

Tanenbaum, Andrew S. 1944-.
Computer networks / Andrew S. Tanenbaum. -- 3rd ed.
p. cm.
Includes bibliographical references and index.
ISBN 0-13-349945-6
1.Computer networks. I. Title.
TK5105.5.T36 1996 96-4121
004.6--dc20 CIP

Editorial/production manager: *Camille Trentacoste*
Interior design and composition: *Andrew S. Tanenbaum*
Cover design director: *Jerry Votta*
Cover designer: *Don Martinetti, DM Graphics, Inc.*
Cover concept: *Andrew S. Tanenbaum, from an idea by Marilyn Tremaine*
Interior graphics: *Hadel Studio*
Manufacturing manager: *Alexis R. Heydt*
Acquisitions editor: *Mary Franz*
Editorial Assistant: *Noreen Regina*

© 1996 by Prentice Hall PTR
Prentice-Hall, Inc.
A Simon & Schuster Company
Upper Saddle River, New Jersey 07458

The publisher offers discounts on this book when ordered in bulk quantities. For more information, contact:
Corporate Sales Department, Prentice Hall PTR, One Lake Street, Upper Saddle River, NJ 07458. Phone: (800) 382-3419; Fax: (201) 236-7141. E-mail: corpsales@prenhall.com

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

All product names mentioned herein are the trademarks of their respective owners.

Printed in the United States of America
10 9 8 7 6

ISBN 0-13-349945-6

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Simon & Schuster Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*

are delivered reliably and in order. Most X.25 networks work at speeds up to 64 kbps, which makes them obsolete for many purposes. Nevertheless, they are still widespread, so readers should be aware of their existence.

X.25 is connection-oriented and supports both switched virtual circuits and permanent ones. A **switched virtual circuit** is created when one computer sends a packet to the network asking to make a call to a remote computer. Once established, packets can be sent over the connection, always arriving in order. X.25 provides flow control, to make sure a fast sender cannot swamp a slow or busy receiver.

A **permanent virtual circuit** is used the same way as a switched one, but it is set up in advance by agreement between the customer and the carrier. It is always present, and no call setup is required to use it. It is analogous to a leased line.

Because the world is still full of terminals that do not speak X.25, another set of standards was defined that describes how an ordinary (nonintelligent) terminal communicates with an X.25 public network. In effect, the user or network operator installs a "black box" to which these terminals can connect. The black box is called a **PAD (Packet Assembler Disassembler)**, and its function is described in a document known as **X.3**. A standard protocol has been defined between the terminal and the PAD, called **X.28**; another standard protocol exists between the PAD and the network, called **X.29**. Together, these three recommendations are often called **triple X**.

### 1.6.3. Frame Relay

**Frame relay** is a service for people who want an absolute bare-bones connection-oriented way to move bits from *A* to *B* at reasonable speed and low cost (Smith, 1993). Its existence is due to changes in technology over the past two decades. Twenty years ago, communication using telephone lines was slow, analog, and unreliable, and computers were slow and expensive. As a result, complex protocols were required to mask errors, and the users' computers were too expensive to have them do this work.

The situation has changed radically. Leased telephone lines are now fast, digital, and reliable, and computers are fast and inexpensive. This suggests the use of simple protocols, with most of the work being done by the users' computers, rather than by the network. It is this environment that frame relay addresses.

Frame relay can best be thought of as a virtual leased line. The customer leases a permanent virtual circuit between two points and can then send frames (i.e., packets) of up to 1600 bytes between them. It is also possible to lease permanent virtual circuits between a given site and multiple other sites, so each frame carries a 10-bit number telling which virtual circuit to use.

The difference between an actual leased line and a virtual leased line is that with an actual one, the user can send traffic all day long at the maximum speed. With a virtual one, data bursts may be sent at full speed, but the long-term average

too dicey. Combined with encryption and packet filtering, this arrangement offers a limited amount of security at the cost of some inconvenience.

One final note concerns wireless communication and firewalls. It is easy to design a system that is logically completely secure, but which, in practice, leaks like a sieve. This situation can occur if some of the machines are wireless and use radio communication, which passes right over the firewall in both directions.

## 5.5. THE NETWORK LAYER IN THE INTERNET

At the network layer, the Internet can be viewed as a collection of subnetworks or **Autonomous Systems (ASes)** that are connected together. There is no real structure, but several major backbones exist. These are constructed from high-bandwidth lines and fast routers. Attached to the backbones are regional (midlevel) networks, and attached to these regional networks are the LANs at many universities, companies, and Internet service providers. A sketch of this quasihierarchical organization is given in Fig. 5-44.




Fig. 5-44. The Internet is an interconnected collection of many networks.

The glue that holds the Internet together is the network layer protocol, **IP (Internet Protocol)**. Unlike most older network layer protocols, it was designed from the beginning with internetworking in mind. A good way to think of the network layer is this. Its job is to provide a best-efforts way to transport datagrams

'angement offers

lls. It is easy to
n practice, leaks
wireless and use
directions.

:ction of subnet-
her. There is no
:onstructed from
mes are regional
are the LANs at
A sketch of this




networks.

layer protocol, IP
ls, it was designed
to think of the net-
ransport datagrams



from source to destination, without regard to whether or not these machines are on the same network, or whether or not there are other networks in between them.

Communication in the Internet works as follows. The transport layer takes data streams and breaks them up into datagrams. In theory, datagrams can be up to 64 Kbytes each, but in practice they are usually around 1500 bytes. Each datagram is transmitted through the Internet, possibly being fragmented into smaller units as it goes. When all the pieces finally get to the destination machine, they are reassembled by the network layer into the original datagram. This datagram is then handed to the transport layer, which inserts it into the receiving process' input stream.

### 5.5.1. The IP Protocol

An appropriate place to start our study of the network layer in the Internet is the format of the IP datagrams themselves. An IP datagram consists of a header part and a text part. The header has a 20-byte fixed part and a variable length optional part. The header format is shown in Fig. 5-45. It is transmitted in big endian order: from left to right, with the high-order bit of the *Version* field going first. (The SPARC is big endian; the Pentium is little endian.) On little endian machines, software conversion is required on both transmission and reception.




Fig. 5-45. The IP (Internet Protocol) header.

The *Version* field keeps track of which version of the protocol the datagram belongs to. By including the version in each datagram, it becomes possible to have the transition between versions take months, or even years, with some machines running the old version and others running the new one.

Since the header length is not constant, a field in the header, *IHL*, is provided to tell how long the header is, in 32-bit words. The minimum value is 5, which

Suffice it to say, the reader is warned of controversy here, combined with a major dose of raw emotion.

The ATM layer is connection oriented, both in terms of the service it offers and the way it operates internally. The basic element of the ATM layer is the virtual circuit (officially called a **virtual channel**). A virtual circuit is normally a connection from one source to one destination, although multicast connections are also permitted. Virtual circuits are unidirectional, but a pair of circuits can be created at the same time. Both parts of the pair are addressed by the same identifier, so effectively a virtual circuit is full duplex. However, the channel capacity and other properties may be different in the two directions and may even be zero for one of them.

The ATM layer is unusual for a connection-oriented protocol in that it does not provide any acknowledgements. The reason for this design is that ATM was designed for use on fiber optic networks, which are highly reliable. It was thought adequate to leave error control to higher layers. After all, sending acknowledgements in the data link or network layer is really only an optimization. It is always sufficient for the transport layer to send a message and then send the entire message again if it is not acknowledged on time.

Furthermore, ATM networks are often used for real-time traffic, such as audio and video. For this kind of traffic, retransmitting an occasional bad cell is worse than just ignoring it.

Despite its lack of acknowledgements, the ATM layer does provide one hard guarantee: cells sent along a virtual circuit will never arrive out of order. The ATM subnet is permitted to discard cells if congestion occurs but under no conditions may it reorder the cells sent on a single virtual circuit. No ordering guarantees are given about cells sent on *different* virtual circuits, however. For example, if a host sends a cell on virtual circuit 10 and later sends a cell on virtual circuit 20 to the same destination, the second cell may arrive first. If the two cells had been sent on the same virtual circuit, the first one sent would always be the first one to arrive.

The ATM layer supports a two-level connection hierarchy that is visible to the transport layer. Along any transmission path from a given source to a given destination, a group of virtual circuits can be grouped together into what is called a **virtual path**, as depicted in Fig. 5-61. Conceptually, a virtual path is like a bundle of twisted copper pairs: when it is rerouted, all the pairs (virtual circuits) are rerouted together. We will consider the implications of this two-level design in detail later.

### 5.6.1. Cell Formats

In the ATM layer, two interfaces are distinguished: the **UNI (User-Network Interface)** and the **NNI (Network-Network Interface)**. The former defines the boundary between a host and an ATM network (in many cases, between the

bits, theoretically, a host could have up to 256 VP bundles, each containing up to 65,536 virtual circuits. Actually, slightly fewer of each are available because some *VCIs* are reserved for control functions, such as setting up virtual circuits.

The *PTI* field defines the type of payload the cell contains in accordance with the values given in Fig. 5-63. Here the cell types are user supplied, but the congestion information is network supplied. In other words, a cell sent with *PTI* 000 might arrive with 010 to warn the destination of problems underway.

| Payload type | Meaning |
|---|---|
| 000 | User data cell, no congestion, cell type 0 |
| 001 | User data cell, no congestion, cell type 1 |
| 010 | User data cell, congestion experienced, cell type 0 |
| 011 | User data cell, congestion experienced, cell type 1 |
| 100 | Maintenance information between adjacent switches |
| 101 | Maintenance information between source and destination switches |
| 110 | Resource Management cell (used for ABR congestion control) |
| 111 | Reserved for future function |

**Fig. 5-63.** Values of the *PTI* field.

The *CLP* bit can be set by a host to differentiate between high-priority traffic and low-priority traffic. If congestion occurs and cells must be discarded, switches first attempt to discard cells with *CLP* set to 1 before throwing out any set to 0.

Finally, the *HEC* field is a checksum over the header. It does not check the payload. A Hamming code on a 40-bit number only requires 5 bits, so with 8 bits a more sophisticated code can be used. The one chosen can correct all single-bit errors and can detect about 90 percent of all multibit errors. Various studies have shown that the vast majority of errors on optical links are single-bit errors.

Following the header comes 48 bytes of payload. Not all 48 bytes are available to the user, however, since some of the AAL protocols put their headers and trailers inside the payload.

The NNI format is the same as the UNI format, except that the *GFC* field is not present and those 4 bits are used to make the *VPI* field 12 bits instead of 8.

### 5.6.2. Connection Setup

ATM supports both permanent virtual circuits and switched virtual circuits. The former are always present and can be used at will, like leased lines. The latter have to be established each time they are used, like making phone calls. In this section we will describe how switched virtual circuits are established.

Technically, connection setup is not part of the ATM layer but is handled by the control plane (see Fig. 1-30) using a highly-complex ITU protocol called **Q.2931** (Stiller, 1995). Nevertheless, the logical place to handle setting up a network layer connection is in the network layer, and similar network layer protocols do connection setup here, so we will discuss it here.

Several ways are provided for setting up a connection. The normal way is to first acquire a virtual circuit for signaling and use it. To establish such a circuit, cells containing a request are sent on virtual path 0, virtual circuit 5. If successful, a new virtual circuit is opened on which connection setup requests and replies can be sent and received.

The reason for this two-step setup procedure is that this way the bandwidth reserved for virtual circuit 5 (which is barely used at all) can be kept extremely low. Also, an alternative way is provided to set up virtual circuits. Some carriers may allow users to have permanent virtual paths between predefined destinations, or allow them to set these up dynamically. Once a host has a virtual path to some other host, it can allocate virtual circuits on it itself, without the switches being involved.

Virtual circuit establishment uses the six message types listed in Fig. 5-64. Each message occupies one or more cells and contains the message type, length, and parameters. The messages can be sent by a host to the network or can be sent by the network (usually in response to a message from another host) to a host. Various other status and error reporting messages also exist but are not shown here.

| Message | Meaning when sent by host | Meaning when sent by network |
|---|---|---|
| SETUP | Please establish a circuit | Incoming call |
| CALL PROCEEDING | I saw the incoming call | Your call request will be attempted |
| CONNECT | I accept the incoming call | Your call request was accepted |
| CONNECT ACK | Thanks for accepting | Thanks for making the call |
| RELEASE | Please terminate the call | The other side has had enough |
| RELEASE COMPLETE | Ack for RELEASE | Ack for RELEASE |

**Fig. 5-64.** Messages used for connection establishment and release.

The normal procedure for establishing a call is for a host to send a SETUP message on a special virtual circuit. The network then responds with CALL PROCEEDING to acknowledge receipt of the request. As the SETUP message propagates toward the destination, it is acknowledged at each hop by CALL PROCEEDING.

When the SETUP message finally arrives, the destination host can respond with CONNECT to accept the call. The network then sends a CONNECT ACK message to indicate that it has received the CONNECT message. As the CONNECT message

propagates back toward the originator, each switch receiving it acknowledges it with a CONNECT ACK message. This sequence of events is shown in Fig. 5-65(a).




Fig. 5-65. (a) Connection setup in an ATM network. (b) Connection release.

The sequence for terminating a virtual circuit is simple. The host wishing to hang up just sends a RELEASE message, which propagates to the other end and causes the circuit to be released. Each hop along the way, the message is acknowledged, as shown in Fig. 5-65(b).

ATM networks allow multicast channels to be set up. A multicast channel has one sender and more than one receiver. These are constructed by setting up a connection to one of the destinations in the usual way. Then the ADD PARTY message is sent to attach a second destination to the virtual circuit returned by the previous call. Additional ADD PARTY messages can be sent afterward to increase the size of the multicast group.

In order to set up a connection to a destination, it is necessary to specify which destination, by including its address in the SETUP message. ATM addresses

acknowledges it
in Fig. 5-65(a).




on release.

he host wishing to
the other end and
y, the message is

multicast channel
ted by setting up a
e ADD PARTY mes-
eturned by the pre-
ard to increase the

cessary to specify
e. ATM addresses



come in three forms. The first is 20 bytes long and is based on OSI addresses. The first byte indicates which of three formats the address is in. In the first format, bytes 2 and 3 specify a country, and byte 4 gives the format of the rest of the address, which contains a 3-byte authority, a 2-byte domain, a 2-byte area, and a 6-byte address, plus some other items. In the second format, bytes 2 and 3 designate an international organization instead of a country. The rest of the address is the same as in format 1. Alternatively, a older form of addressing (CCITT E.164) using 15-digit decimal ISDN telephone numbers is also permitted.

### 5.6.3. Routing and Switching

When a virtual circuit is set up, the SETUP message wends its way through the network from source to destination. The routing algorithm determines the path taken by this message, and thus by the virtual circuit. The ATM standard does not specify any particular routing algorithm, so the carrier is free to choose among the algorithms discussed earlier in this chapter, or to use a different one.

Experience with previous connection-oriented networks, such as X.25, have shown that a considerable amount of computing power in the switches can be expended determining how to convert the virtual circuit information in each cell to the choice of output line. The ATM designers wanted to avoid this fate, so the ATM layer has been designed to make efficient routing possible. In particular, the idea was to route on the *VPI* field, but not the *VCI* field, except at the final hop in each direction, when cells are sent between a switch and a host. Between two switches, only the virtual path was to be used.

Using only the *VPIs* between interior switches has several advantages. To start with, once a virtual path has been established from a source to a destination, any additional virtual circuits along that path can just follow the existing path. No new routing decisions have to be made. It is as though a bundle of twisted pairs has already been pulled from the source to the destination. Setting up a new connection merely requires allocating one of the unused pairs.

Second, routing of individual cells is easier when all virtual circuits for a given path are always in the same bundle. The routing decision only involves looking at a 12-bit number, not a 12-bit number and a 16-bit number. We will describe how cell switching is done below, but even without going into the details, it should be clear that indexing into a table of $2^{12}$ entries is feasible whereas indexing into a table of $2^{28}$ entries is not.

Third, basing all routing on virtual paths makes it easier to switch a whole group of virtual circuits. Consider, for example, the hypothetical U.S. ATM backbone illustrated in Fig. 5-66. Normally, virtual circuits from NY to SF pass through Omaha and Denver. However, suppose a disturbance occurs on the Omaha-Denver line. By rerouting the Omaha-Denver virtual path to LA and then SF, all the virtual circuits (potentially up to 65,535 of them) can be switched in one operation instead of potentially thousands of operations.

irst encapsulates
ds it to the desti
rings, and other

es
ting
s

which IP (or other
)2 LAN, this prob-
ast a request such
address then sends

ATM LANs do not
a new server, the
address (e.g., an IP
LES, which then
machine requesting
o the destination.
n. Some programs
lication. For these
duced. It has con-
g a packet to all of
ket to an unknown
n (in parallel) look-

as the official Inter-
In this model the



LES server is called the **ATMARP** server, but the functionality is essentially the same. Broadcasting and multicasting are not supported in the IETF proposal. The model is described in RFC 1483 and RFC 1577. Another good source of information is (Comer, 1995).

In the IETF method, a set of ATM hosts can be grouped together to form a **logical IP subnet**. Each LIS has its own ATMARP server. In effect, a LIS acts like a virtual LAN. Hosts on the same LIS may exchange IP packets directly, but hosts on different ones are required to go through a router. The reason for having LISes is that every host on a LIS must (potentially) have an open virtual circuit to every other host on its LIS. By restricting the number of hosts per LIS, the number of open virtual circuits can be reduced to a manageable number.

Another use of ATM networks is to use them as bridges to connect existing LANs. In this configuration, only one machine on each LAN needs an ATM connection. Like all transparent bridges, the ATM bridge must listen promiscuously to all LANs to which it is attached, forwarding frames where needed. Since bridges use only MAC addresses (not IP addresses), ATM bridges must build a spanning tree, just as 802 bridges.

In short, while ATM LAN emulation is an interesting idea, there are serious questions about its performance and price, and there is certainly heavy competition from existing LANs and bridges, which are well established and highly optimized. Whether ATM LANs and bridges ever replace 802 LANs and bridges remains to be seen.

## 5.7. SUMMARY

The network layer provides services to the transport layer. It can be based on either virtual circuits or datagrams. In both cases, its main job is routing packets from the source to the destination. In virtual circuit subnets, a routing decision is made when the virtual circuit is set up. In datagram subnets, it is made on every packet.

Many routing algorithms are used in computer networks. Static algorithms include shortest path routing, flooding, and flow-based routing. Dynamic algorithms include distance vector routing and link state routing. Most actual networks use one of these. Other important routing topics are hierarchical routing, routing for mobile hosts, broadcast routing, and multicast routing.

Subnets can become congested, increasing the delay and lowering the throughput for packets. Network designers attempt to avoid congestion by proper design. Techniques include traffic shaping, flow specifications, and bandwidth reservation. If congestion does occur, it must be dealt with. Choke packets can be sent back, load can be shed, and other methods applied.

Networks differ in various ways, so when multiple networks are connected together problems can occur. Sometimes the problems can be finessed by

in a different
ombined onto
they are split




has its own fre-
:xed together on
; that an optical
highly reliable.
energy on a sin-
ently impossible
e the bandwidth
is great potential
A necessary con-
encies.
described earlier.
n end office to a
from the houses.
r it is higher, the
ned onto the fiber

ystem. Bits from
t possible to have
ild WDM systems
and many output



fibers, and the data from any input fiber can go to any output fiber. Typically, the coupler is a passive star, with the light from every input fiber illuminating the star. Although spreading the energy over $n$ outputs dilutes it by a factor $n$, such systems are practical for hundreds of channels.

Of course, if the light from one of the incoming fibers is at 1.50206 microns and potentially might have to go to any output fiber, all the output fibers need tunable filters so the selected one can set itself to 1.50206 microns. Such optical tunable filters can be built from Fabry-Perot or Mach-Zehnder interferometers. Alternatively, the input fibers could be tunable and the output ones fixed. Having both be tunable is an unnecessary expense and is rarely worth it.

### Time Division Multiplexing

Although FDM is still used over copper wires or microwave channels, it requires analog circuitry and is not amenable to being done by a computer. In contrast, TDM can be handled entirely by digital electronics, so it has become far more widespread in recent years. Unfortunately, it can only be used for digital data. Since the local loops produce analog signals, a conversion is needed from analog to digital in the end office, where all the individual local loops come together to be combined onto outgoing trunks. We will now look at how multiple analog voice signals are digitized and combined onto a single outgoing digital trunk. (Remember that computer data sent over a modem are also analog when they get to the end office.)

The analog signals are digitized in the end office by a device called a **codec** (coder-decoder), producing a 7- or 8-bit number (see Fig. 2-17). The codec makes 8000 samples per second (125 µsec/sample) because the Nyquist theorem says that this is sufficient to capture all the information from the 4-kHz telephone channel bandwidth. At a lower sampling rate, information would be lost; at a higher one, no extra information would be gained. This technique is called **PCM** (**Pulse Code Modulation**). PCM forms the heart of the modern telephone system. As a consequence, virtually all time intervals within the telephone system are multiples of 125 µsec.

When digital transmission began emerging as a feasible technology, CCITT was unable to reach agreement on an international standard for PCM. Consequently, there are now a variety of incompatible schemes in use in different countries around the world. International hookups between incompatible countries require (often expensive) "black boxes" to convert the originating country's system to that of the receiving country.

One method that is in widespread use in North America and Japan is the T1 carrier, depicted in Fig. 2-26. (Technically speaking, the format is called DS1 and the carrier is called T1, but we will not make that subtle distinction here.) The T1 carrier consists of 24 voice channels multiplexed together. Usually, the analog signals are sampled on a round-robin basis with the resulting analog stream being

fed to the codec rather than having 24 separate codecs and then merging the digital output. Each of the 24 channels, in turn, gets to insert 8 bits into the output stream. Seven bits are data, and one is for control, yielding $7 \times 8000 = 56{,}000$ bps of data, and $1 \times 8000 = 8000$ bps of signaling information per channel.




Fig. 2-26. The T1 carrier (1.544 Mbps).

A frame consists of $24 \times 8 = 192$ bits, plus one extra bit for framing, yielding 193 bits every 125 μsec. This gives a gross data rate of 1.544 Mbps. The 193rd bit is used for frame synchronization. It takes on the pattern 0101010101 . . . . Normally, the receiver keeps checking this bit to make sure that it has not lost synchronization. If it does get out of sync, the receiver can scan for this pattern to get resynchronized. Analog customers cannot generate the bit pattern at all, because it corresponds to a sine wave at 4000 Hz, which would be filtered out. Digital customers can, of course, generate this pattern, but the odds are against its being present when the frame slips. When a T1 system is being used entirely for data, only 23 of the channels are used for data. The 24th one is used for a special synchronization pattern, to allow faster recovery in the event that the frame slips.

When CCITT finally did reach agreement, they felt that 8000 bps of signaling information was far too much, so its 1.544-Mbps standard is based upon an 8- rather than a 7-bit data item; that is, the analog signal is quantized into 256 rather than 128 discrete levels. Two (incompatible) variations are provided. In **common-channel signaling**, the extra bit (which is attached onto the rear rather than the front of the 193 bit frame) takes on the values 10101010 . . . in the odd frames and contains signaling information for all the channels in the even frames.

In the other variation, **channel associated signaling**, each channel has its own private signaling subchannel. A private subchannel is arranged by allocating one of the eight user bits in every sixth frame for signaling purposes, so five out of six samples are 8 bits wide, and the other one is only 7 bits wide. CCITT also has a

ging the digi-
to the output
= 56,000 bps
l.




uming, yielding
ops. The 193rd
1010101 . . . .
: it has not lost
or this pattern to
: pattern at all,
be filtered out.
ls are against its
used entirely for
sed for a special
he frame slips.
bps of signaling
ased upon an 8-
d into 256 rather
e provided. In
o the rear rather
0 . . . in the odd
he even frames.
annel has its own
by allocating one
so five out of six
CCITT also has a



recommendation for a PCM carrier at 2.048 Mbps called **E1**. This carrier has 32 8-bit data samples packed into the basic 125-μsec frame. Thirty of the channels are used for information and two are used for signaling. Each group of four frames provides 64 signaling bits, half of which are used for channel associated signaling and half of which are used for frame synchronization or are reserved for each country to use as it wishes. Outside North America and Japan, the 2.048-Mbps carrier is in widespread use.

Once the voice signal has been digitized, it is tempting to try to use statistical techniques to reduce the number of bits needed per channel. These techniques are appropriate not only to encoding speech, but to the digitization of any analog signal. All of the compaction methods are based upon the principle that the signal changes relatively slowly compared to the sampling frequency, so that much of the information in the 7- or 8-bit digital level is redundant.

One method, called **differential pulse code modulation**, consists of outputting not the digitized amplitude, but the difference between the current value and the previous one. Since jumps of ±16 or more on a scale of 128 are unlikely, 5 bits should suffice instead of 7. If the signal does occasionally jump wildly, the encoding logic may require several sampling periods to "catch up." For speech, the error introduced can be ignored.




**Fig. 2-27.** Delta modulation.

A variation of this compaction method requires each sampled value to differ from its predecessor by either +1 or −1. A single bit is transmitted, telling whether the new sample is above or below the previous one. This technique, called **delta modulation**, is illustrated in Fig. 2-27. Like all compaction techniques that assume small level changes between consecutive samples, delta