IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA. No. 12-617-GMS |
| | ) | |
| LEVEL 3 COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the

admission *pro hac vice* of David R. Clonts, Manoj S. Gandhi, Ifti Ahmed, of Akin Gump Strauss

Hauer & Feld, LLP, 1111 Louisiana, 44th Floor, Houston, TX, 77002, and R. Laurence Macon,

of Akin Gump Strauss Hauer & Feld, LLP, 300 Convent St., Suite 1600, San Antonio, TX,

78205, to represent Defendant Level 3 Communications, LLC in this matter.  In accordance with

the Court's Standing Order for the District Court Fund effective July 23, 2009, I certify that the

annual fee of $25.00, if not previously paid, will be submitted to the Clerk's Office upon the

filing of this motion.

/s/ David M. Fry

John W. Shaw (No. 3362)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
dfry@shawkeller.com

Dated: August 28, 2012                    *Attorneys for Level 3 Communications, LLC*

## [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission *pro hac vice* of David R.

Clonts, Manoj S. Gandhi, Ifti Ahmed, and R. Laurence Macon is granted.

_____
United States District Judge

Date:_____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and

am admitted, practicing and in good standing as a member of the Bar(s) of Texas, and pursuant

to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged

misconduct that occurs in the preparation or course of this action.  I also certify that I am

generally familiar with this Court's Local Rules.  In accordance with Standing Order for District

Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the

Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office

upon the filing of this motion.

Dated:  August 27, 2012

David R. Clonts
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana, 44th Floor
Houston, TX 77002
(713) 220-5886

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and

am admitted, practicing and in good standing as a member of the Bar(s) of Texas, and pursuant

to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged

misconduct that occurs in the preparation or course of this action. I also certify that I am

generally familiar with this Court's Local Rules. In accordance with Standing Order for District

Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the

Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office

upon the filing of this motion.


Dated: August 27, 2012

_____

Manoj S. Gandhi
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana, 44th Floor
Houston, TX 77002
(713) 250-3580

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and

am admitted, practicing and in good standing as a member of the Bar(s) of Texas, and pursuant

to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged

misconduct that occurs in the preparation or course of this action.  I also certify that I am

generally familiar with this Court's Local Rules.  In accordance with Standing Order for District

Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the

Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office

upon the filing of this motion.


Dated:  August 27, 2012

Ifti Ahmed
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana, 44th Floor
Houston, TX 77002
(713) 220-5815

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: _____, 2012

R. Laurence Macon
AKIN GUMP STRAUSS HAUER & FELD, LLP
300 CONVENT ST., SUITE 1600
SAN ANTONIO, TX 78205
(210) 281-7222