IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-617-GMS |
| | ) | |
| LEVEL 3 COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Level 3 Communications, LLC ("Level 3"), hereby states that: (1) it is a single-member limited liability company, and its sole member is Level 3 Financing, Inc., (2) Level 3 Financing, Inc. is a Delaware corporation and a wholly owned subsidiary of Level 3 Communications, Inc., (3) Level 3 Communications, Inc. is a publicly traded Delaware corporation, and (4) no publicly traded company has reported owning 10% or more of Level 3 Communications, Inc.'s outstanding stock.

| | |
|---|---|
| OF COUNSEL: | */s/ David M. Fry* |
| R. Laurence Macon | John W. Shaw (No. 3362) |
| AKIN GUMP STRAUSS HAUER & FELD LLP | David M. Fry (No. 5486) |
| 300 Convent St., Suite 1600 | SHAW KELLER LLP |
| San Antonio, TX 78205 | 300 Delaware Avenue, Suite 1120 |
| (210) 281-7222 | Wilmington, DE 19801 |
| | (302) 298-0700 |
| David R. Clonts | jshaw@shawkeller.com |
| Manoj S. Gandhi | dfry@shawkeller.com |
| Ifti Ahmed | *Attorneys for Level 3 Communications, LLC* |
| AKIN GUMP STRAUSS HAUER & FELD LLP | |
| 1111 Louisiana St., 44th Floor | |
| Houston, TX 77002 | |
| (713) 220-2800 | |

Dated: September 27, 2012