# Exhibit 13

# Frame Relay: Protocols and Private Network Applications

*Rao J. Cherukuri and Jeffrey H. Derby*

IBM Corporation
PO Box 12195
Research Triangle Park, NC 27709

## ABSTRACT

The Integrated Services Digital Network (ISDN) environment will be characterized by widespread availability of end-to-end digital connectivity together with a standard, highly flexible, message-oriented interface for connection control. *Frame relay* is a packet-switching technique that takes advantage of the characteristics of the ISDN environment as well as the capability of the frame structure employed by the ISDN D-channel Link Access Protocol (LAPD) to support multiplexing within layer 2. In frame relay, only the lower sub-layer of layer 2, consisting of functions such as frame delimiting, multiplexing, and error detection that are associated with the LAPD frame structure, are terminated within network nodes. The upper, procedural sub-layer, including such functions as error recovery and flow control, operates end-to-end between terminal endpoints.

This paper discusses possible protocols for both data transfer and connection control in frame relay and also describes the application of frame relay in private ISDN-based networks. First, the functions and frame structure associated with the frame sub-layer and the operation of the frame-relaying process are reviewed. We then examine the Q.931 procedures for control of frame-relay connections at user-network interfaces, as well as the transport of the associated Q.931 messages across these interfaces, for several scenarios. Finally, we describe the use of frame relay as a transport mechanism for all forms of packet-oriented traffic in private networks, focusing in particular on the synergy between the use of Q.931 procedures with appropriate extensions for inter-node signaling and the use of frame-relay to transport Q.931 messages within the network; we also briefly suggest possibilities for the evolution of private networks with frame relay into integrated packet networks.

## 1. INTRODUCTION

The Integrated Services Digital Network (ISDN) environment will be characterized by widespread availability of end-to-end digital connectivity together with a standard, highly flexible, message-oriented interface for connection control. *Frame relay* is a packet-switching technique that takes advantage of the characteristics of the ISDN environment as well as the capability of the frame structure employed by the ISDN D-channel Link Access Protocol (LAPD) to support multiplexing within layer 2. Frame relay is one of several so-called "additional packet-mode bearer services" defined in CCITT Recommendation I.122 [1]. Standards for frame relay are being developed by the CCITT, ANSI [2],[3] and ECMA [4]. As is the case for existing ISDN bearer services, there is for the frame-relay service a logical separation between channels carrying users' information (e.g., voice, data) and signaling channels carrying messages for control of ISDN connections; the former are said to lie in the *U-plane* (user plane) and the latter in *C-plane* (control plane). The procedures that operate in the C-plane for control of frame-relay connections are those defined in CCITT Recommendation Q.931 (I.451) [5] for control of circuit-switched connections in ISDN, with extensions as proposed by ANSI T1S1.2 in [3].

Frame relay is based on a partition of the link layer into a frame-level sub-layer, consisting of the so-called "core functions" such as frame delimiting and error detection that are associated with the LAPD frame structure, and an upper, procedural sub-layer consisting of the data link control (DLC) elements of procedure including such functions as error recovery and flow control. As defined by the CCITT in [1], "frame relaying 1" service allows users to select the DLC procedures, while "frame relaying 2" service specifies that the DLC procedures be those of LAPD with appropriate extensions. In the sequel, the term "frame relay" will refer to "frame relaying 1" unless stated otherwise.

The services provided by an ISDN are defined at the interface between the user and the network. As shown in Fig. 1, in providing a frame-relay service, the network terminates only the frame-level sub-layer, so that only the core functions are performed in frame-relay network nodes. The procedural sub-layer operates end-to-end between terminal endpoints. Several studies, including those reported in [7]-[10], have demonstrated the effectiveness of end-to-end recovery and flow control in the ISDN environment, with physical channel speeds of 64 kbits/s and up and end-to-end bit-error rates better than 1 in $10^5$.

Because frame-relay network nodes do no processing above the frame-level sub-layer, frame-relay networks can be expected to provide significantly higher throughput and lower delay than networks in which processing of DLC elements of procedure (and perhaps of higher layer protocols as well) is performed in each node [11]. For the same reason, frame-relay networks provide a degree of transparency that permits users to select protocols for the DLC procedural sub-layer and higher layers that are most appropriate for the traffic carried by any particular connection; such selection would be on a per-connection basis using Q.931 procedures for negotiation of low-layer compatibility




Fig. 1. The Frame-Relaying Service. The frame sub-layer is labeled "I.441 Core" in CCITT Rec. I.122. The user-network interface is shown at the ISDN S/T reference point.



CH2702-9/89/0000/0676$01.00 © 1989 IEEE



AIP 2004
Level 3 Communications v.
AIP Acquisition
IPR2013-00296

AIPC00004610

between terminal endpoints ([5], Annex M) and need not involve the network nodes in any way.

This paper discusses both the U-plane and C-plane protocols for frame relay and also describes the application of frame relay in private ISDN-based networks. In Section 2, we review the functions and protocols of the layer 2 sub-layers as well as the operation of the frame-relaying process. Section 3 examines the Q.931 procedures for control of frame-relay connections at user-network interfaces, as well as the transport of the associated Q.931 messages across these interfaces, for several scenarios, including the case of circuit-switched access to a frame-relay network. Finally, Section 4 describes the use of frame relay as a transport mechanism for all forms of packet-oriented traffic in private networks, focusing in particular on the synergy between the use of Q.931 procedures with appropriate extensions for inter-node signaling and the use of frame-relay to transport Q.931 messages within the network; we also briefly suggest possibilities for the evolution of private networks with frame relay into integrated packet networks.

## 2. DATA TRANSFER IN FRAME RELAY

CCITT Recommendation Q.921 (I.441) [6] defines a link access protocol, called LAPD, to be used at layer 2 on D-channels; D-channels are physical channels whose primary function is to transport connection-control messages across ISDN user-network interfaces. LAPD is a version of asynchronous-balanced mode HDLC. Its definition includes elements of procedure, an HDLC frame format including a two-octet address field, a mechanism for dynamic assignment of layer 2 addresses, and the capability for several independent logical links to be multiplexed within a single physical channel using layer 2 addresses.

The service definition for frame relay [1] formalizes the partition of layer 2 into a frame sub-layer and a procedural sub-layer that is implied in Q.921. As shown in Fig. 1, only the frame sub-layer is terminated by the frame-relay network. Frame relay also takes advantage of the capability of LAPD for multiplexing at the frame sub-layer. However, the procedures in Q.921 for dynamic assignment of layer 2 addresses are specific to the D-channel and are not generally applicable for frame-relay connections; the assignment of layer 2 addresses for frame-relay connections is discussed in the context of control of these connections in Section 3 below.

In this section, we review the functions and protocols of frame and procedural sub-layers of layer 2, and we also describe the frame-relaying process.

### 2.1 The Frame Sub-Layer

The functions associated with the frame sub-layer, referred to as *core functions* in CCITT Recommendation I.122 [1], are :

- Frame delimiting, alignment, and transparency
- Frame multiplexing/demultiplexing using the address field
- Inspection of the frame to ensure that it consists of an integer number of octets
- Inspection of the frame to ensure that it is not too long or too short
- Detection of transmission errors

Since the frame-relay network terminates the frame sub-layer, the frame structure associated with this sub-layer is defined at the user-network interface. This frame structure, which is essentially identical to that defined for LAPD in CCITT Recommendation Q.921 [6], is shown in Fig. 2. It is distinguished by a two-octet address field, called the *Data Link Connection Identifier (DLCI)*, sometimes referred to as the *Logical Link Identifier (LLI)*, whose contents can be assigned dynamically for any given frame-relay connection. As shown in Fig. 2, it is split into a six-bit segment and a seven-bit segment; the resulting 13-bit DLCI can take on values in the range 0 to 8191. Each possible DLCI value defines a *logical channel* within the underlying physical channel. All frames carried in a given physical channel that contain a particular DLCI value, say $DLCI = n$, will be said to flow in logical channel $n$ within the given physical channel. Thus all frames in logical channel $n$ within any physical channel can be identified by detecting $DLCI = n$ in their layer 2 address field.




Fig. 2. Frame Format for LAPD Core Services. The field labeled "information" is ordinarily partitioned into the DLC control field and layer 2 information field.

The frame format in Fig. 2 is employed on B-channels and H-channels, when these channels carry frame-relay connections. On D-channels, which may carry frame-relay communication in addition to messages for connection control, the frame format in Fig. 2 is employed by definition. However, on D-channels the DLCI field is taken not as a single 13-bit field but rather as a 6-bit *Service Access Point Identifier (SAPI)* (the part labeled "DLCI0" in Fig. 2) and a 7-bit *Terminal Endpoint Identifier (TEI)* (the part labeled "DLCI1" in Fig. 2). Thus, a logical channel within a D-channel is identified by a $(SAPI,TEI)$ pair. The SAPI value is used to indicate the nature of the logical channel (e.g. $SAPI = 0$ for signaling, $SAPI = 1$ for frame relay, $SAPI = 16$ for X.25), and the TEI value indicates the particular logical entity on the user side of the interface that terminates the logical channel. In the sequel, the acronym "DLCI" will refer to B-channels and H-channels, and "$(SAPI,TEI)$" will be used in reference to D-channels.

With regard to DLCI values for the two directions of transmission on B-channels and H-channels, the view that currently prevails within the standards community is that a logical channel is bidirectional, i.e. that the same DLCI value is used in both directions of transmission for any given logical channel; this is consistent with the use of $(SAPI,TEI)$ on D-channels. The possibility of using different DLCI values in the two di-




**Fig. 3. Multiplexing at the Frame Sub-Layer.** Logical channels 0 and 8191 are assumed to carry LAPD+ (extended LAPD) at the procedural sub-layer.




**Fig. 4. An Example of Frame Relay Operation.** The solid lines are physical channels; the dotted lines represent logical connections.

rections of transmission for the same frame-relay connection has been suggested in [14]; this is equivalent to viewing logical channels as being unidirectional, with the correlation between the DLCI values for the pair of logical channels that is necessary for full-duplex communication being established when the frame-relay connection is set up. In this paper, we will follow the prevalent view and assume that the same DLCI value is used in both directions of transmission for any given logical channel, except in the discussion in Section 4.

Clearly, the frame sub-layer "occupies" the entire physical channel. Logical channels are delineated within the frame sub-layer and are effectively independent above the frame sub-layer. Thus, within any physical channel, each logical channel has its own DLC elements of procedure, as well as its own set of protocols at layer 3 and above. A view of this multiplexing at the frame sub-layer is shown in Fig. 3. Referring to the figure, it is possible for the DLC elements of procedure used in logical channel *n* to be different from those used in logical channel *m*.

Within any physical channel carrying frame-relay traffic, the logical channel with $DLCI = 0$ is reserved for in-channel signaling, and that with $DLCI = 8191$ is reserved for in-channel management. All other logical channels are available for frame-relay bearer connections, with DLCI values assigned using Q.931 procedures as described below in Section 3.

### 2.2 The Procedural Sub-Layer

The procedural sub-layer consists of the DLC elements of procedure, which may include:

- Mode selection
- Maintaining sequence counts
- Acknowledgments
- Error recovery
- Flow control
- XID exchange

Since a frame-relay network is transparent to the procedural sub-layer, users may select protocols for this sub-layer that are most appropriate for the traffic to be carried by any particular connection, so long as they are compatible with the frame structure in Fig. 2. Such protocols include various forms of HDLC, for which the field labeled "information" in Fig. 2 would be subdivided into the HDLC control and information fields. It is also possible to operate with a null protocol at the procedural sub-layer, if none of the functions it provides are necessary; in this case, the information field in Fig. 2 would simply contain user data.

Among the HDLC protocols that are usable at the procedural sub-layer are LAPB, LAPD, and the IEEE 802.2 logical-link control. There is also an extended version of LAPD being studied by ANSI and the CCITT for "non-D-channel applications" [12]. This extended LAPD may include a dynamic window algorithm [9],[19] for end-to-end flow control and alleviation of network congestion when frame-relay transport is used [17]. Additionally, we have described in [13] how an extended LAPD can be constructed that will inter-operate directly with IEEE 802.2 as well as with ordinary LAPD and will therefore be extremely useful for LAN-ISDN connections using frame relay and the "extended bridge" concept [16].

### 2.3 The Frame-Relaying Process

The frame-relaying process essentially consists of the routing of frames having the format shown in Fig. 2, based on their DLCI values. The entity that performs frame relaying will be referred to as a *frame handler (FH)*, which operates under the control of a *frame-relay control point (CP)*.

The frame-relaying process will be described in the context of the example shown in Fig. 4. Connected to the FH in the figure are a number of incoming and outgoing physical channels, each of which carries a frame sub-layer with frames having the structure shown in Fig. 2, and with multiplexing of logical channels at this frame sub-layer as described above. The physical channels, which may be 64 kbits/s B-channels, higher speed H-channels, or D-channels, are individually identifiable internally by the FH using some physical address, referred to here as a *physical channel identifier (PCI)*. The purpose of the PCI is to allow any received frame to be appropriately routed by the FH based on the DLCI value it contains and the PCI value associated with the physical channel on which it was received. A particular PCI value may be associated with a single channel or a group of channels connected to a FH; the nature of the PCIs for any given implementation will depend on the FH hardware structure and configuration mechanisms. It is suf-

ficient to note that a given FH will have some means of identifying all the physical channels that it terminates, and that the corresponding identifiers (PCIs) may have significance that is local to within the given FH.

In general, routing of frames is controlled by entries in a connection table. It is sufficient for purposes of the present discussion to state that such a table (or its logical equivalent) exists within the FH; the implementation of the table, its relation to the FH switch fabric, as well as the structure of the switch fabric are not immediately relevant. The construction of table entries, i.e. the setup of logical connections, is described below in Section 3.

In the example shown in Fig. 4, several terminal devices (TEs) are interconnected through the FH. We assume for simplicity in this example that the FH has a different PCI for each physical channel that it terminates; in this case, DLCI values need to be unique only within individual physical channels. Referring to the figure, the FH terminates physical channels from TE C and TE E, which it identifies by physical addresses $PCI = 7$ and $PCI = 9$, respectively; from the point of view of the FH, these can be called simply physical channels 7 and 9. A logical connection exists through the FH between TEs C and E such that incoming frames from logical channel 306 on physical channel 7 are to be forwarded on logical channel 322 within physical channel 9, as follows: any incoming frame from physical channel 7 will have its layer 2 address decoded; if its DLCI value is 306, then the layer 2 address field is overwritten using the outbound DLCI value of 322, a new FCS is computed and written in the FCS field, and the modified frame is enqueued for transmission on physical channel 9. Fig. 4 also shows the possibility of establishing several logical connections to a TE over a single physical channel. In the figure, TE D has logical connections with TEs A and B. The corresponding logical channels ($DLCI = 334$ and $DLCI = 342$) within the physical channel between TE D and the FH are multiplexed at the frame level.

A final point with respect to Fig. 4 is its inclusion of logical channels between each TE and the CP, all having $DLCI = 0$. As noted above, these channels are reserved for in-channel signaling; they may be used for communication between the TEs and the CP for control of frame-relay connections. Of course, if there is a D-channel between a TE and the FH, then the logical channel within the D-channel having $SAPI = 0$ and the TEI of the TE would be used for signaling. These issues are discussed in Section 3.

As part of the frame-relay procedure, the FCS of each incoming frame is checked to insure that the frame is error-free. Assuming that the FH always buffers an incoming frame completely before beginning to transmit it on an outbound channel, then frames with FCS errors can simply be discarded by the FH. If the FH can operate in cut-through mode [15], with the capability to begin outbound transmission of a frame before the frame has been completely received, and has begun transmission of a frame with a bad FCS, it appends an abort sequence (at least seven consecutive 1s) to the frame. In either case, recovery from the error condition operates end-to-end between the communicating TEs, with no involvement of the FH in the recovery process. In addition, if the FH is congested and no buffer space is available for a frame, then the frame is simply discarded. Once again, recovery is end-to-end between the communicating TEs.

Finally, it is important to note that there may be different priority classes for connections. For example, connections having real-time constraints, for which minimized end-to-end delay is important, may have their frames given priority over all other frames. The priority mechanism could be implemented by having a separate transmit queue for each priority class feeding each of the outbound physical channels. The priority class for any given connection would be established as part of the connection-setup procedures.

## 3. CONTROL OF FRAME-RELAY CONNECTIONS

The procedures of CCITT Recommendation Q.931 are employed at ISDN user-network interfaces to control frame-relay connections [3] in much the same way they are used to control circuit-switched connections. In this section, we first examine the transport between the user (TE) and the network of Q.931 messages for control of frame-relay connections. We then describe the Q.931 procedures and messages themselves.

A TE is connected to an ISDN through a ***serving switch***, which is a central office, PBX, communication controller, or some similar device. A TE and its serving switch communicate for connection-control purposes via a signaling channel, using the procedures defined in Q.931. For ISDN basic access, which has a 2B + D physical channel structure, the signaling channel is a logical channel within the D-channel; signaling flows are physically out-of-band with regard to the B-channels and logically out-of-band with regard to other logical channels within the D-channel that can carry X.25 and frame-relay user data [6]. Circuit-switched connections are controlled by Q.931 message flows within the D-channel. Use of the D-channel for control of frame-relay connections depends on the nature of the serving switch and the link between the TE and the FH. We consider here three scenarios:

1. A TE's serving switch has frame-relay capability. In this case, Q.931 message flows on the D-channel can be used to control frame-relay connections as well as circuit-switched connections.
2. A TE's serving switch has no frame-relay capability, but the TE has circuit-switched access through its serving switch to a frame-relay network, as shown in Fig. 5. In this case, there is no D-channel connectivity between the TE and the frame-relay network, since the D-channel is terminated by the serving switch. In addition, it seems overly constraining for a TE to have to rely on a switch with no frame-relay capability having a mechanism for transferring D-channel messages for frame-relay connection control to a remote frame-relay network.
3. A TE has a leased connection to a frame-relay network. In this scenario, the FH to which the TE is permanently connected appears to be the TE's serving switch. However, it appears likely that for the leased equivalent of basic access the facility will not include a useful D-channel.

In scenarios 2 and 3, some mechanism other than the D-channel is needed to support communication between a TE and FH for control of frame-relay connections. Clearly, even in these cases, it is always possible to establish a physical link between TE and FH. For example, in case 2, the D-channel can be used to establish a circuit-switched connection between TE and FH, with the FH having an appropriate ISDN address; in case 3, the physical link is always present by definition. Communication between TE and FH for connection-control purposes can thus always use the physical link between them. In




**Fig. 5. Circuit-Switched Connection into a Frame-Relay Network.** The boxes labeled 'CS' are circuit switches. The dotted lines show circuit-switched connections between TEs and FHs within which frame-relay connections may be set up.

particular, given that the physical link will carry frame-relay connections and will therefore be structured using the frame sub-layer as in Fig. 3, a logical separation is easily created between a signaling channel and user channels within the physical link. As described above in Section 2, the logical channel for signaling is that with $DLCI = 0$. For every physical channel terminating on a FH, logical channel 0 is routed by default within the FH to the CP; thus in scenario 2, for example, communication between a TE and the FH is possible in logical channel 0 as soon as the circuit-switched connection between the TE and the FH is established. Furthermore, this logical separation between signaling and user channels within a B-channel or H-channel is completely consistent with the view of logical separation between control and user planes taken by the CCITT [1].

Having shown that there are always appropriate paths available for communication between a TE and FH for control of frame-relay connections, we now consider the messages and procedures employed. Among the key Q.931 messages employed in establishing a connection are [5],[3]:

- SETUP, which is sent by the user to request that an outgoing connection be set up and is sent by the network to offer an incoming connection request to a user.
- CALL PROCEEDING, which is a response to the SETUP message indicating that the connection request is being processed.
- CONNECT, which is sent by the user to indicate that the incoming connection request is accepted and is sent by the network to indicate that the user's outgoing connection request has been accepted by the called user.

The messages employed during the take-down of a connection include DISCONNECT, RELEASE, and RELEASE COMPLETE.

Information elements in the SETUP message are used to indicate properties of the connection to be set up including the called user's address and subaddress, the desired transfer mode (i.e., circuit or packet), the *bearer capability* (i.e., characteristics of those of layers 1-3 terminated by the network), the *low-layer compatibility* (i.e., characteristics of layers 1-3 associated with end-to-end compatibility), and the physical channel to be used. For frame-relay connections, desired values of peak and average information-transfer rates as well as the allowable value of end-to-end delay and the DLCI value to be used may also be specified in the SETUP message. Note that assignment of the physical channel and DLCI value is generally under the control of the network side and so may also be included in the network's response (such as CALL PROCEEDING) to a SETUP sent by a user.

A user requests a frame-relay connection by sending a SETUP message containing the ISDN address of the target TE, indicating that frame-relay service is desired by specifying the transfer mode as "packet-mode" and the layer 2 protocol as "Q.921 (I.441) core aspects" in the Bearer capability (BC) information element [3]. Additionally, so that the network can properly allocate bandwidth for the logical connection, the user either explicitly or implicitly specifies measures of the average and peak information-transfer rates desired [17]. Finally, the user codes the desired end-to-end layer 2 and layer 3 protocols in the Low layer compatibility (LLC) information element, for purposes of negotiation with the target TE. The DLCI value to be used on the segment of the logical connection between the calling TE and the network is provided by the network in its response to the SETUP; the DLCI value to be used on the segment of the logical connection between the network and the called TE is provided by the network in forwarding the SETUP to the called TE. A simple example of the message flows for setting up a frame-relay connection is shown in Fig. 6.

In scenario 1, the Q.931 messages flow in the D-channel associated with physical channel that will carry the logical connection being set up, in the logical channel identified by $SAPI = 0$ and the TEI of the TE involved. In addition to what is described above, the setup procedures include physical-channel selection through use of the Channel identification information element in the appropriate Q.931 messages. It should be noted that in this scenario, the frame-relay connection can be set up on the D-channel. When the D-channel is selected, there is no DLCI assignment; instead, the logical channel within the D-channel that carries the frame-relay connection is that having $SAPI = 1$ and the TEI of the TE involved.

In scenario 3, the Q.931 messages flow in logical channel 0 within the physical channel that will carry the logical connection being set up, and there is no physical-channel selection as part of the connection-control procedures.

In scenario 2, the messages for control of the frame-relay connection flow between the TE and FH in logical channel 0 within the physical channel that will carry the logical connection. However, there may first be Q.931 message flows in the D-channel between a TE and its serving switch, and between a FH and its serving switch, to set up circuit-switched connections that will underlie the logical connection.

An example of the connection-control message flows for scenario 2 is given in Fig. 7, corresponding to the configuration





AIPC00004614




**Fig. 6. Messages Flows for Frame-Relay Connection Setup — A Simple Example.** The example assumes that B-channels or H-channels are to be used for the connection.

shown in Fig. 5. In the example, TE B has an existing frame-relay connection with TE C, with underlying circuit-switched connections established between TE B and FH B, and between TE C and FH C, respectively. TE A now initiates the setting up of a frame-relay connection to TE C by first requesting a circuit-switched connection to FH A from its serving switch. The SETUP sent by TE A on the D-channel is forwarded by the circuit-switched network to FH A on a D-channel, with the FH appearing on the "user side" of a user-network interface. Once the circuit-switched connection is established, TE A sends a SETUP message directly to FH A requesting a frame-relay connection to TE C. Assuming the availability of appropriate routing mechanisms within the frame-relay network, the call request is forwarded within this network to FH C. Assuming that sufficient bandwidth for the new logical connection is available on the physical connection already in existence between FH C and TE C, the call is offered by FH C to TE C on this connection by a SETUP message sent on logical channel 0 within this physical link. If sufficient bandwidth were not available, or if there were no physical connection already in existence, then FH C would request a circuit-switched connection to TE C from its serving switch prior to offering the frame-relay call request to TE C.

In all scenarios, the procedures for taking down a frame-relay connection are the same as for a circuit-switched connection, using the DISCONNECT, RELEASE, and RELEASE COMPLETE messages [5], as shown in Fig. 6. The logical channel in which the messages are sent depends on the scenario as described above. Also, in scenario 2, the user may choose to take down an underlying circuit-switched connection when there are no longer any frame-relay connections being supported by it.




**Fig. 7. Message Flows for Frame-Relay Connection Setup — A Second Example.** This example is for scenario 2, corresponding to the configuration in Fig. 5. 'BC1' indicates circuit-switched bearer capability; 'BC2' indicates frame-relay bearer capability. For simplicity only the essential Q.931 messages are shown.

## 4. FRAME RELAY IN PRIVATE ISDNS

A private network is a set of switching and transmission facilities provided for use by a single multi-location organization or enterprise and may include application processors for services such as voice and text messaging, route optimization, and network management functions. The switching nodes in a private network may be user-provided equipment such as PBXs, add-drop multiplexers (ADMs), so-called transmission resource managers (TRMs), or data communication controllers; alternatively, they may consist of Centrex, tandem switching, or ADM equipment imbedded in a carrier's network. The transmission facilities may be privately owned, leased from a carrier on a dedicated basis between the user's locations, or imbedded within a carrier's public network. Finally, private network services and applications may be provided either by the user's application processors or by a carrier's equipment.

A *private ISDN* is a private network based on the use of ISDN interfaces and protocols [18]. In a private ISDN, all switching nodes have ISDN capabilities, all transmission links between nodes are digital, most likely at primary rate (1.5 to 2 Mbits/s) or above, and ISDN protocols are used between nodes for control of connections within the network.

Frame relay provides highly efficient transport for heterogeneous packet-oriented data in private ISDNs just as it does in the public ISDN. However, there are several factors that make the application of frame relay in private ISDNs based on user-provided switching equipment particularly interesting. Such networks are less constrained by the need to have new equipment coexist with old equipment and new transport mechanisms, capabilities, and services supported by slowly evolving inter-node signaling protocols that must also support existing public-network transport.

In this section, we focus in particular on inter-node signaling, describing the use of Q.931 procedures with appropriate extensions for inter-node signaling and also the use of frame-relay to transport Q.931 messages within the network. We also briefly

consider possibilities for the evolution of private ISDNs into integrated, fast-packet networks providing frame-relay service.

We will assume in the discussion that follows that the private network provides both frame-relay and circuit-switched service, and that all nodes in the private network have frame-relay capability.

### 4.1 Inter-node Signaling Using Q.931

There have been proposals in the CCITT [21] and in ANSI [22] to employ Q.931 with appropriate extensions for inter-node signaling in private ISDNs. The extended Q.931 procedures would be used to control both circuit-switched and packet-switched connections, the latter including frame-relay connections. We consider here specifically the use of these procedures to control frame-relay connections.

Any set of procedures for control of connections within a network requires some routing mechanism. The discussion that follows assumes the use of what was referred to as "source-based routing" in [18]; that is:

- Each node in the network has access to address translation and routing applications, which may be implemented on a centralized or distributed basis. Nodes obtain routing information from these applications and may inform these applications of changes in the network's effective topology due, for example, to link failures or significant changes in link utilization. We do not concern ourselves here with the protocols used for communication between nodes and these applications; they may, for example, be similar to those described in [20]. We do note, however, that any network connections required to support such communication may clearly be frame-relay connections.
- Upon receiving a call request from a TE, a node may obtain from the routing application complete routing information to the called TE, including identifiers of all nodes through which the connection is to be set up; the routing information may also include PCIs associated with the physical channels that should carry the connection. Note that the routing applications can learn about PCIs in the same way that they learn about network topology.
- The routing information obtained by the originating node may be included, perhaps using a new information element, in a Q.931 SETUP message that it forwards to the next node to be involved in the connection. With this mechanism, only the originating node needs to query a routing application for any connection to be set up.

With regard to DLCI assignment and usage, we assume that operation at user-network interfaces is consistent with what has been described above, i.e. DLCI assignment controlled by the network side and the same DLCI value for both directions of transmission. For intra-network links, however, the entities at each end are peer network nodes. We therefore assume symmetric DLCI assignment procedures, with different DLCI values in the two directions of transmission, for intra-network links; for reasons discussed in [14], a node assigns the DLCI value for all frames it is to *receive* on any given logical connection.

We illustrate these concepts with a connection-setup example, in the context of the simple network configuration in Fig. 8. The figure shows four nodes and those physical channels or links between nodes that are being used for frame-relay connections. Referring to the figure, let TE A, served by node 1, request a frame-relay connection to TE B, served by node 2.




**Fig. 8. A Private ISDN Network Example.** The inter-node links shown are those physical channels that are carrying frame-relay connections. The numbers adjacent to these links are the PCIs associated with them by the individual nodes.

The simplified Q.931 message flows are shown in Fig. 9. The steps numbered in this figure are as follows:

1. TE A sends a SETUP message to node 1, specifying the ISDN address of TE B and the appropriate parameters as described above in Section 3.
2. Node 1 queries the routing application, which may be local or remote. In this example, current network conditions and the bandwidth requested for the new connection by TE A result in a route through node 3 to node 2. If the routing application has knowledge of PCIs, its response to node 1 may include information such as "$PCI = 5$ to node 3, $PCI = 2$ to node 2; return by $PCI = 4$ to node 3, $PCI = 1$ to node 1."
3. Node 1 sends CALL PROCEEDING to TE A, indicating that it is processing the connection request; this message specifies the physical channel and DLCI value to be used by TE A for the logical connection being set up. Node 1 also forwards to node 3 the SETUP it received from TE A, including within this message the routing information and also the DLCI value to be used in frames sent to it by node 3 on the connection being set up.
4. Node 3 forwards the SETUP message to node 2, including within this message the routing information and also the DLCI value to be used in frames sent to it by node 2 on the connection being set up.
5. Node 2 forwards the SETUP message to TE B, specifying the physical channel and also the DLCI value to be used in both directions of transmission between it and TE B for the connection being set up. Note that node 2 is aware from the routing information in the SETUP message it has received that it serves TE B directly, and it resolves locally the ISDN address of TE B that is contained in the Called party address information element in the SETUP.
6. TE B accepts the call request by sending CONNECT to node 2.




**Fig. 9.** Messages Flows for Frame-Relay Connection Setup in a Private ISDN. This example corresponds to the network configuration in Fig. 8. 'RTG' indicates the routing information as described in the text.

7. Node 2 forwards the CONNECT message to node 3, including within this message the DLCI value to be used in frames sent to it by node 3 on the connection being set up.
8. Node 3 forwards the CONNECT message to node 1, including within this message the DLCI value to be used in frames sent to it by node 1 on the connection being set up.
9. Node 1 forwards the CONNECT to TE A, effectively completing the setup of the logical connection.

Finally, at the bottom of Fig. 9 are highlighted the DLCI values used for data flow in each direction on each segment of the logical connection.

It will be seen that assignment of physical channels for the inter-node segments of the connection has been ignored in the example above. If PCIs are included in the routing information and there is an appropriate association defined between physical channels and PCIs, (for example, with "$PCI = 5$ to node 3" uniquely identifying for node 2 a particular physical channel to node 3), then the assignment of physical channels is implicit in the routing information. If such is not the case, then the explicit procedures for negotiating assignment of physical channels between network nodes for circuit-switched connections would be incorporated in the flows described above. Note that in either case the number of physical channels carrying frame-relay traffic between any pair of nodes is likely to be small, since frame-relay bandwidth will tend to be aggregated into a small number of high-speed channels rather than a large number of lower-speed channels for performance reasons.

### 4.2 Frame-Relay Connections for Signaling

Having described the Q.931 message flows between nodes for control of frame-relay connections, we now consider how these flows are transported. Following the discussion in Sections 2 and 3, each physical channel carrying frame-relay traffic between a pair of nodes contains a logical channel ($DLCI = 0$) that is routed by default within each node to the node control point. Thus in the example given above, the Q.931 messages between nodes 1, 2, and 3 in Fig. 9 may be carried in logical channel 0 within the physical channels that will carry the connection being set up. These $DLCI = 0$ logical channels, which provide point-to-point logical connections between control points in adjacent nodes, may also carry Q.931 messages for control of circuit-switched connections.

Although the use of $DLCI = 0$ logical channels for inter-node signaling will be adequate in some cases, a mechanism with greater flexibility may be needed to meet general objectives for private ISDN capabilities [18]. In particular, we consider the ability to employ *non-associated signaling*, in which messages for controlling a connection may follow a different route through the network than that taken by the connection itself, and the ability to dynamically set up and take down connections that carry signaling flows between non-adjacent network nodes. Among the applications that demonstrate the value of these abilities are:

- The availability of back-up signaling connections, perhaps with different routes for reliability reasons, and the ability to set up such connections dynamically on an as-needed basis.
- The capability to add bandwidth for signaling between a pair of nodes or reroute the existing signaling bandwidth due to changing network conditions.
- The capability for direct communication between the originating and terminating nodes of a user connection, e.g. for control of some supplementary services that do not involve intermediate nodes, or to determine if a call request can be offered to a called user before initiating set up procedures for the connection through the network.

We find that frame relay can provide logical connections for signaling between non-adjacent nodes, and further that these connections for signaling can be set up and taken down in the same way as any other frame-relay connection. Consider that the communicating entities at each end of such a connection are node control points. These control points are processors that have access to facilities for communication with other processors (e.g., other control points, mainframes). They may in fact be viewed as TEs having the special function of controlling the operation of switching nodes and that attach to the network via the switching nodes they control, with their own ISDN addresses. A node control point, acting in the guise of such a TE, can request (from itself, acting in the guise of serving switch) a frame-relay connection to the control point of any other node. That such a connection is to be used for signaling would be indicated by using the "Q.931" code point for the layer 3 protocol parameter in the BC information element of the SETUP message; the connection would be assigned a high priority accordingly. As an example, consider that the control point of node 2 desires a logical connection to the control point of node 3, other than provided by logical channel 0 in the point-to-point physical

channel between nodes 2 and 3, perhaps as a back-up connection or for additional bandwidth as determined by a network management entity. Node 2 obtains routing information as for any connection request, which we will assume for this example is via node 4, perhaps specified as "$PCI = 1$ to node 4, $PCI = 1$ to node 3; return by $PCI = 2$ to node 4, $PCI = 2$ to node 2." Node 2 then sends SETUP to node 4 via its existing logical signaling connection with node 4, specifying the ISDN address of node 3's control point as the called-party address and frame-relay bearer capability with Q.931 given as the layer 3 protocol. Node 4 forwards the SETUP message to node 3 via its existing logical signaling connection with node 3, and the CONNECT messages flow back from node 3 to node 4 and thence to node 2. The DLCI values to be used for the connection being set up are contained in the SETUP and CONNECT messages, just as they are in the flows shown in Fig. 9. The resulting logical connection could be used for the flows between nodes 2 and 3 in Fig. 9, instead of the $DLCI = 0$ logical channel in the physical link between these nodes.

In proposing the use of frame-relay for connections that carry signaling information, it is important to consider performance requirements for such connections, including robustness and low end-to-end delay. Frame-relay connections, with a set of link-layer procedures such as extended LAPD operating end-to-end, should meet these requirements. The capability to set up such connections, some of which may be used as back-ups, further enhances the robustness of frame relay for transporting signaling information.

We thus have the possibility of frame relay being employed in the private ISDN for all packet-oriented traffic, with the same transmission and switching facilities being shared by signaling flows and user data, and the same Q.931 procedures being employed to control connections for signaling flows as well as connections for user data. In addition, a common network architecture, including directory and routing applications, topology management, use of back-up connections, and general network management could be shared by signaling and user data. There remains, of course, the logical separation between U-plane and C-plane throughout the network based on multiplexing of logical channels at the frame sub-layer.

### 4.3 Frame Relay and Integrated Packet Networks

The concept of an ISDN employing packet transport for both voice and data, relying on hardware-based "fast packet switching" and high-speed digital transmission, has been developed by Turner in several papers, beginning with [23]. Frame relay is clearly a fast-packet-switching mechanism. It therefore seems natural to consider the evolution of private ISDNs with frame-relay capability into integrated packet networks in which voice connections are realized using packet-speech techniques and frame relay rather than circuit switching. A detailed performance analysis demonstrating the feasibility of packet speech in frame-relay networks, including such factors as susceptibility to packet loss, variability of end-to-end delay, the possible need for time stamps, and appropriate playout mechanisms is beyond the scope of this paper. We note, however, that the packet-speech protocol proposed for integrated packet networks in [24] is directly applicable to frame relay. That is, the only function of the procedural sub-layer for packet-speech connections would be to provide time stamps on an end-to-end basis, if they are deemed necessary; neither recovery nor flow control would be employed. It should also be noted that frame-relay voice connections could be placed in a higher priority class than data connections to obtain better control over end-to-end delay.

A further evolution of private ISDNs to networks with fully self-routing capabilities becomes reasonable once links with speeds of tens of megabits per second become prevalent between network nodes. In the architecture described in [25], each frame carries a routing header that completely specifies the path it is to take through the network. This technique reduces the per-frame processing required below that for standard frame relay in that table look-ups for DLCI swapping are no longer necessary in intermediate nodes. In addition, there is no longer any need for explicit action by an intermediate node in setting up a connection through it. Of course, the frame format employed within the network will no longer be that of Fig. 2. Instead, the frame format may be that of Fig. 2 modified by the insertion of a self-routing header between the frame delimiter (flag) and the DLCI field. The function of originating and terminating nodes would be such that the frames at user-network interfaces for frame-relay connections still have the standard format of Fig. 2. Thus the self-routing network can provide frame-relay service, and TEs that obtain frame-relay service from standard frame-relay networks as described in this paper can obtain the service in the same way from the self-routing network.

## 5. SUMMARY

This paper has discussed several aspects of frame relay, a packet-switching technique that takes advantage of the high-speed digital transmission and standardized protocols whose widespread availability characterize the ISDN environment. The partition of layer 2 into a frame sub-layer and a procedural sub-layer and the operation of frame relay with only the frame sub-layer being terminated by the network were reviewed. Q.931 procedures for control of frame-relay connections at user-network interfaces, as well as the transport of the associated Q.931 messages across these interfaces, were examined for several scenarios. Finally, we discussed the use of frame relay as a transport mechanism for all forms of packet-oriented traffic in private networks, focusing on the use of Q.931 procedures with appropriate extensions for inter-node signaling and the use of frame-relay to transport Q.931 messages within the network, and also briefly indicating possibilities for evolution of private networks with frame relay into integrated packet networks.

## REFERENCES

[1] CCITT, *Recommendation I.122: Framework for providing additional packet mode bearer services.* Melbourne, CCITT Blue Book, 1988.

[2] ANSI T1S1, *Frame Relaying Bearer Service: Architectural framework and service description.* ANSI document T1S1/88-185, Dec. 1988.

[3] ANSI T1S1, *Signaling specification for frame relay (Rev. 6).* ANSI document T1S1.2/88-440, Dec. 1988.

[4] ECMA TC32, *Packetized Data Transfer in Private Switching Networks.* Draft Technical Report TR/PMA, ECMA/TC32/87/237, Nov. 1987.

[5] CCITT, *Recommendation Q.931 (I.451): ISDN user-network interface layer 3 specifications for basic call control.* Melbourne, CCITT Blue Book, 1988.



AIPC00004618

[6] CCITT, *Recommendation Q.921 (I.441): ISDN user-network interface data link layer specification.* Melbourne, CCITT Ble Book, 1988.

[7] N. T. Batis, *Load increase under link-by-link and end-to-end error recovery.* ANSI document T1D1.1/87-02, Source: AT&T Technologies, 5-9 Jan. 1987.

[8] A. Bhargava, J. F. Kurose, D. Towsley, and G. Van Leemput, "Performance comparison of error control schemes in high speed computer communication networks," *Proc. INFOCOM'88*, New Orleans, pp. 694-703, April 1988.

[9] M. Nassehi, "Flow control in frame relay networks," *Proc. GLOBECOM'88*, Hollywood, FL, pp. 1784-1790, Nov. 1988.

[10] D. T. D. Luan and D. M. Lucantoni, "Throughput analysis of a window-based flow control subject to bandwidth management," *Proc. INFOCOM'88*, New Orleans, pp. 411-417, April 1988.

[11] N. T. Batis, *Delay and throughput in a frame-relaying network.* ANSI document T1D1.1/87-04, Source: AT&T Technologies, 5-9 Jan. 1987.

[12] CCITT SG XI, *Revised draft for "ISDN data link layer specification for non D channel application".* Geneva, WP XI/6, Temp. Doc. 116, May 1988.

[13] R. J. Cherukuri, J. H. Derby, and D. Jäpel, "Harmonization of the ISDN D-channel link-access protocol with the IEEE 802.2 logical-link control," *Proc. GLOBECOM'88*, Hollywood, FL, pp. 711-715, Nov. 1988.

[14] J. H. Derby and R. J. Cherukuri, *Symmetric DLCI assignment procedures for frame relay.* ANSI document T1S1.2/88-157, Source: IBM, April 1988.

[15] P. Kermani and L. Kleinrock, "Virtual cut-through: A new computer communication switching technique," *Computer Networks*, vol. 3, pp. 267-286, 1979.

[16] D. Jäpel and E. Port, "LAN/ISDN interconnect via frame relay," *Proc. GLOBECOM'88*, Hollywood, FL, pp. 1791-1797, Nov. 1988.

[17] R. M. Amy and J. H. Derby, *Congestion control in frame-relay networks.* ANSI document T1S1.1/88-206, Source: IBM, May 1988.

[18] J. H. Derby and R. C. Kunzelman, "Private ISDNs — Beyond software defined networks," *Proc. ICC'87*, Seattle, pp. 1230-1234, June 1987.

[19] R. J. Cherukuri and J. H. Derby, *A congestion control method for layer 2.* ANSI document T1S1.2/88-092, Source: IBM, April 1988.

[20] A. E. Baratz, J. P. Gray, P. E. Green, Jr., J. M. Jaffe, and D. P. Pozefsky, "SNA networks of small systems," *IEEE J. Sel. Areas Commun.*, vol. SAC-3 no. 3, pp. 416-426, May 1985.

[21] CCITT SG XI, *Meeting report: Ad hoc private network signaling.* Geneva, WP XI/6, Temp. Doc. 607, Aug. 1987.

[22] ANSI T1D1, *Report of the ad hoc group on PBX-PBX/private networking.* ANSI document T1D1.1/87-173, March 1987.

[23] J. S. Turner and L. F. Wyatt, "A packet network architecture for integrated services," *Proc. GLOBECOM'83*, San Diego, pp. 45-50, Nov. 1983.

[24] W. L. Hoberecht, "A layered network protocol for packet voice and data integration," *IEEE J. Sel. Areas Commun.*, vol. SAC-1 no. 6, pp. 1006-1013, Dec. 1983.

[25] I. Cidon and I. Gopal, "PARIS: An approach to integrated high-speed private networks," *Int. J. Digital & Analog Cabled Systems*, to appear.