IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIP ACQUISITION LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-617-GMS |
| LEVEL 3 COMMUNICATIONS, INC. | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 14, 2013, the following document was served on the persons listed below in the manner indicated:

1. Defendant Level 3 Communications, LLC's Initial Disclosures

2. Defendant Level 3 Communications, LLC's Initial Disclosures Pursuant to Section 3 of the Default Standard For Discovery

**BY EMAIL:**

Richard K. Herrmann
Kenneth L. Dorsney
Mary Matterer
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Maria Granovsky
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com
mgranovsky@cohengresser.com

|  |  |
|---|---|
| OF COUNSEL:<br>David R. Clonts<br>Manoj S. Gandhi<br>Ifti Ahmed<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1111 Louisiana Street, 44th Floor<br>Houston, TX 77002-5200<br>(713) 220-5800<br><br>R. Lawrence Macon<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>300 Convent St., Suite 1600<br>San Antonio, TX 78205<br>(210) 281-7000<br><br>Dated: February 14, 2013 | SHAW KELLER LLP<br><br>*/s/ John W. Shaw*<br>John W. Shaw (No. 3362)<br>David M. Fry (No. 5486)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Defendant*<br>*Level 3 Communications Inc.* |