**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LEVEL 3 COMMUNICATIONS, LLC,<br><br>　　　　　　　Defendant. | :<br>:<br>:<br>:<br>:　C.A. No. 12-617 (GMS)<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following documents, **(1) Plaintiff AIP Acquisition LLC's Rule 26 Initial Disclosures; and (2) Plaintiff AIP Acquisition LLC's Paragraph 3 and 4(a) Disclosures,** were served upon the attorneys listed below as indicated on February 14, 2013:

VIA EMAIL & HAND DELIVERY
John W. Shaw
David M. Fry
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant Level 3*

VIA EMAIL
David R. Clonts
Manoj S. Gandhi
Ifti Ahmed
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX 770022
dclonts@akingump.com
mgandhi@akingump.com
iahmed@akingump.com
*Attorneys for Defendant Level 3*

VIA EMAIL
R. Lawrence Macon
AKIN GUMP STRAUSS HAUER & FELD LLP
300 Convent Street, Suite 1600
San Antonio, TX 78205
lmacon@akingump.com
*Attorneys for Defendant Level 3*

Dated: February 14, 2013

      */s/ Mary B. Matterer*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Plaintiff*