IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-617-GMS |
| | ) |
| LEVEL 3 COMMUNICATIONS, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff AIP Acquisition LLC and Defendant Level 3 Communications, LLC, subject to the approval of the Court, that the time within which the parties shall file a joint proposed protective order is extended through and including March 1, 2013. The reason for the extension is to provide counsel additional time to resolve the few outstanding issues.

| | |
|---|---|
| */s/ Mary B. Matterer* | */s/ Andrew E. Russell* |
| Richard K. Hermann (No. 405) | John W. Shaw (No. 3362) |
| Mary B. Matterer (No. 2696) | Andrew E. Russell (No. 5382) |
| MORRIS JAMES LLP | David M. Fry (No. 5486) |
| 500 Delaware Avenue, Suite 1500 | SHAW KELLER LLP |
| Wilmington, DE 19801 | 300 Delaware Avenue, Suite 1120 |
| (302) 888-6800 | Wilmington, DE 19801 |
| rherrmann@morrisjames.com | (302) 298-0700 |
| mmatterer@morrisjames.com | jshaw@shawkeller.com |
| | dfry@shawkeller.com |
| *Attorneys for AIP Acquisition LLC* | arussell@shawkeller.com |
| | |
| | *Attorneys for Level 3 Communications, LLC* |
| Dated: February 21, 2013 | |

IT IS SO ORDERED this _____ day of _____, 2013.

                                                          By the Court:

                                                          _____
                                                          United States District Court Judge