IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIP ACQUISITION LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-617-GMS |
| LEVEL 3 COMMUNICATIONS, LLC. | ) ) ) | |
| Defendant. | ) | |

**<u>STIPULATION AND PROPOSED ORDER</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff AIP Acquisition LLC and Defendant Level 3 Communications, LLC, subject to the approval of the Court, that the time within which the parties shall file a joint proposed protective order is extended through and including March 8, 2013. The reason for the extension is to provide counsel additional time to resolve the final remaining issue.

| | |
|---|---|
| */s/ Mary B. Matterer* | */s/ Andrew E. Russell* |
| Richard K. Herrmann (No. 405) | John W. Shaw (No. 3362) |
| Mary B. Matterer (No. 2696) | Andrew E. Russell (No. 5382) |
| MORRIS JAMES LLP | SHAW KELLER LLP |
| 500 Delaware Avenue, Suite 1500 | 300 Delaware Avenue, Suite 1120 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 888-6800 | (302) 298-0700 |
| rherrmann@morrisjames.com | jshaw@shawkeller.com |
| mmatterer@morrisjames.com | arussell@shawkeller.com |
| *Attorneys for AIP Acquisition LLC* | *Attorneys for Level 3 Communications, LLC* |

Dated: March 1, 2013

IT IS SO ORDERED this _____ day of _____, 2013.

_____
United States District Judge