# Exhibit 19


THE McGRAW-HILL
TELECOMMUNICATIONS FACTBOOK
A readable guide to planning and acquiring products and services
Joseph A. Pecar
Roger J. O'Connor
David A. Garbin

**Library of Congress Cataloging-in-Publication Data**

Pecar, Joseph A.
The McGraw-Hill telecommunications factbook / by Joseph A. Pecar, Roger J. O'Connor, and David A. Garbin.

p. cm.
Includes index.
ISBN 0-07-049183-6 (pbk.)
1. Telecommunication. I. O'Connor, Roger J. II. Garbin, David A. III. Title. IV. Title: Telecommunications factbook.
TK5101.P334 1992
621.382—dc20 92-24340
CIP

Copyright ©1993 by **McGraw-Hill, Inc.** All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publishers.

1 2 3 4 5 6 7 8 9 0 DOC/DOC 9 8 7 6 5 4 3 2

ISBN 0-07-049183-6

*The sponsoring editor for this book was Neil Levine, the editor was April D. Nolan, and the director of production was Katherine G. Brown.*
*This book was set in Century Schoolbook. It was composed by TAB-MCGRAW-HILL.*

*Printed and bound by R. R. Donnelley & Sons Company.*

Information contained in this work has been obtained by McGraw-Hill, Inc., from sources believed to be reliable. However, neither McGraw-Hill nor its authors guarantees the accuracy or completeness of any information published herein and neither McGraw-Hill nor its authors shall be responsible for any errors, omissions, or damages arising out of use of this information. This work is published with the understanding that McGraw-Hill and its authors are supplying information but are not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought

*For more information about other McGraw-Hill materials, call 1-800-822-8158 in the United States. In other countries, call your nearest McGraw-Hill office.*




**Fig. 5.2** Signaling for a typical call connection.






In Fig. 5.2, the sequence begins with both calling and called-party telephones on-hook, or in an *idle* condition. A *seizure signal* is generated by the calling telephone when the caller removes the handset from the cradle (step 1 on Fig. 5.2).

As Fig. 5.1 shows, when idle, the telephone switchhook is open, and no dc electrical current can flow through the loop. Going off-hook closes the switchhook switch and permits current to flow through the line from the battery to a current sensing device, both at the central office. The current sensing device detects the off-hook status of the telephone and provides that information to other parts of the central office switch. This type of seizure signal is called *loop-start,* a supervisory signal generated by a telephone or a PBX in response to completing the loop current path.

An alternative seizure signal associated with loop signaling interfaces is *ground-start,* a supervisory signal generated by certain coin-operated telephones and PBXs by connecting one side of the line to ground (i.e., a point in an electrical circuit connected to earth).

Wink-start is yet another supervisory signal that consists of an off-hook followed by an on-hook signal, exchanged between two switching systems. The wink-start signal is generated by the called switch to indicate to the calling switch that it is ready to receive address signal digits.

Once the CO switch recognizes the telephone off-hook status, it generates and returns a *dial tone* over the loop (step 2 on Fig. 5.2). Dial tone is a continuous tone formed by combining 350 Hz and 440 Hz tones.

Following receipt of dial tone, the user is free to dial the number of the party he or she wishes to call. In Fig. 5.1, the caller does this by pressing appropriate dialing keypads, which generate a *dual tone multiple frequency* (DTMF) address signal (step 3 on Fig. 5.2). DTMF signaling uses a simultaneous combination of one of a group of lower frequencies and one of a group of higher frequencies to represent a digit or character. Figure 5.3 illustrates the frequencies used to represent digits and characters.

Referring back to Fig. 5.1 (page 97), the telephone incorporates a DTMF tone generator, which under control of the dialing keys sends the DTMF address signals over the same metallic loop conductors used for the supervisory signals. The originating CO receives the DTMF tones and stores them in a register for extension through the network via trunks to a terminating CO. The originating office seizes an idle interoffice trunk and sends an off-hook indication and a digit register request to the terminating office (step 4 on Fig. 5.2).

The terminating CO sends a "wink" to indicate a register-ready status (step 5 on Fig. 5.2) and the originating CO sends the address digits to the terminating CO (step 6 on Fig. 5.2).

If a connection to the called party telephone can be established (working line not busy), the terminating CO generates a *ringing signal,* a 20-Hz alerting signal that causes the called telephone to ring. The terminating CO also generates an audible ringing tone and returns it to the calling party's telephone (step 7a on Fig. 5.2). This call progress signal is formed by combining 440-Hz and 480-Hz tones. When the called party is connected to the same central office as the calling party, the originating CO completes these actions.

When the called party answers (goes off-hook—step 8 on Fig. 5.2), *ring tripping*




**Fig. 5.3** DTMF frequency groups.

occurs immediately so that he does not hear the 20-Hz alerting signal. The terminating central office removes the audible call progress ringing tone when it detects the called party's off-hook status (step 9 on Fig. 5.2).

If the called party's line is busy, the central office sends a busy signal (another call progress signal) to the caller (step 7b, not shown on Fig. 5.2). The *busy signal* is a combination of 480-Hz and 620-Hz tones, switched on for 0.5 second and off for 0.5 second. A *trunk-busy* signal is formed by the same tones but is repeated at a faster rate, such as 0.25 second on and 0.25 second off.

Once the call connection is completed, the parties can begin their conversation. In most cases, when either party hangs up (returns to on-hook status), the connection is released. This feature is called *first-party disconnect,* and without it, CO lines can get stuck in an in-use ("high and dry") condition, disabling both calling and called party telephones.

PBX-to-central office (PBX-CO) trunks used to access public switched networks