# Exhibit 20

# Telecommunications PRIMER:

## SIGNALS, BUILDING BLOCKS AND NETWORKS

E. BRYAN CARNE

Feher/ Prentice Hall Digital & Wireless Communication Series

**Library of Congress Cataloging-in-Publication Data for Original Edition**
Carne, E. Bryan
Telecommunications primer: signals, building blocks, and networks
/E. Bryan Carne.
p. cm.
Includes bibliographical references.
ISBN 0-13-206129-5
1. Telecommunication. I. Title.
TK5101.C29863 1995
621.382—dc20 95-16021
CIP

Printed in the United States of America

10 9 8 7 6 5 4

ISBN 0-13-490426-5
IEEE Order Number PC5670

© 1995 by Prentice Hall PTR
Prentice-Hall, Inc.
A Simon & Schuster Company
Upper Saddle River, New Jersey 07458

This edition is a copublication of the IEEE PRESS in association with Prentice Hall PTR.

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publishers.

The publisher offers discounts on this book when ordered in bulk quantities. For more information, contact:

IEEE PRESS Marketing
Attn: Special Sales
P.O. Box 1331 / 445 Hoes Lane
Piscataway, NJ 08855-1331
1-800-678-IEEE

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Simon & Schuster Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*



AIPC00004699

e of signaling messages between switches
g and called parties; inter-office signaling
e involved in completing a call within the
gh IXC facilities and those of an LEC in

ls:
service (such as the caller going off-hook,
called party)
information so that the users and/or the
naintain, and terminate the call (such as a
gnal)
uncements, and other information related to
tes ready to receive credit card number, and
*nged to…*, or *number no longer in service*)
umber, and other routing-associated infor-
7-digit number)].

ound the world, ITU-T maintains a univer-
stations are identified by subscriber codes,
codes. The range of digits in each of these
, national telephone authorities have modi-
plans and no country employs all thirteen
the United States is 1 (one-digit, not three-
(two-digits, not 3-digits) and the area code
-digits); and, while the country code for
for Dublin is 1 (one-digit, not 3-digits) and
gits, not 3-digits). Some general principles

world into nine areas numbered 1 through
beginning with the digit assigned to their

**odes**

XCHANGE SUBSCRIBER
CODE CODE
NXX – XXXX

*and N = digits 2 through 9.*



area. Countries with few telephones are assigned two additional digits. Countries with more telephones are assigned one additional digit. For Canada, United States, and certain Caribbean countries—countries that participate in the North American Numbering Plan (NANP)—their country code is 1, the digit that identifies the geographic area North America. Breakdown by subarea in the NANP area is accomplished by 3-digit area codes.

- **Area code**: North America is divided into subareas that are assigned 3-digit area codes. With the restriction that the first digit is one of eight digits, 800 codes are possible. Some of them (500, 800, and 900, for example) are assigned to special services.
- **Exchange code**: identifies specific switching facilities located in a central office within the area defined by an area code. Many central offices handle more than one exchange code.
- **Subscriber code:** identifies an individual station line that connects the subscriber to the serving switching facilities.

In North America, long-distance (i.e., interLATA) calls are placed by dialing 1 + area code + exchange code + subscriber code. Dialing 1 as the first digit indicates to the serving switch that an interLATA call is about to be placed and prepares it to access the long-distance network. The digit 1 is the network access code, it is not part of the number that identifies the called station, nor is it the NANP area country code; that is only used when placing a call from another area of the world.

### 10.1.3 Signaling Arrangements

Signaling is described in several, non-exclusive ways:

- **Associated**: when signaling messages are sent over the same route (transmission and switching facilities) as the information that is exchanged between the parties
- **Disassociated**: when signaling messages are sent over a route different from the route taken by the information that is exchanged between the parties
- **Common-channel**: when signaling messages relating to many circuits are transported over a single channel by addressed messages
- **In-band**: when the associated signals are analog tones that exist within the bandwidth used for the information exchange
- **Out-of-band**: when the associated signals are analog tones that do not occupy the same bandwidth as the information exchange.

In the case of digital message signals, in-band and out-of-band are replaced by the terms:

- **In-slot:** when the associated digital signals use a bit position contained within each digital message octet (this is known as *bit-robbing*)
- **Out-of-slot**: when the associated digital signals use a time-slot assigned exclusively for signaling.

Some of the features of a signaling network are shown in **Figure 10.1**. In the United States, signaling between switching nodes employs disassociated, common channel signaling. The signaling data is encapsulated within a frame addressed to the terminating switch and sent to a *signal transfer point* (STP) that serves many switching centers. Here, the message is routed directly to the terminating switch, or directly to the STP that serves the terminating switch. The combination of signaling data links between switching centers and STP, and the interconnected STPs, forms a network. Called the *common channel signaling network* (CCSN), it is separate from the one that handles the users' information exchange. To increase the reliability of the signaling network, STPs are duplicated. Also, they are fully interconnected so that a signaling message need only pass through two pairs of STPs—the duplicated STPs serving the originating switch and the duplicated STPs serving the terminating switch.

The deployment of a common-channel signaling network has led to the development of specialized services. Databases used for these purposes reside in *network control points* (NCPs) that are connected to signal transfer points. Signaling intended to use these capabilities is called *direct*-signaling. We develop further information on signaling networks when we discuss integrated services digital networks and intelligent networks later in this Chapter.

## 10.2 TELEPHONE INSTRUMENTS

### 10.2.1 DTMF Telephone

The elements of a dual-tone, multifrequency (DTMF) telephone are shown in **Figure 10.2**. It consists of the following major components:

- *Ringer*, or alerting device
- *Switch*, known as the hook switch, that closes when the handset is removed from its cradle
- *Touchpad* that generates bursts of two frequencies when a button is pressed to enter a digit
- *Microphone* contained in the handset into which the user speaks
- *Earphone* contained in the handset to which the user listens
- *Transformer* (known as the *hybrid* or balance transformer) contained in the base that separates the user's talking signal from the signal to which the user is listening.

nals use a bit position contained within
n as *bit-robbing*)
ital signals use a time-slot assigned

work are shown in **Figure 10.1**. In the
nodes employs disassociated, common
apsulated within a frame addressed to
*transfer point* (STP) that serves many
d directly to the terminating switch, or
g switch. The combination of signaling
P, and the interconnected STPs, forms
*naling network* (CCSN), it is separate
ion exchange. To increase the reliabili-
ated. Also, they are fully interconnect-
pass through two pairs of STPs—the
ch and the duplicated STPs serving the

nel signaling network has led to the
ases used for these purposes reside in
connected to signal transfer points.
is called *direct*-signaling. We develop
nen we discuss integrated services digi-
this Chapter.

ncy (DTMF) telephone are shown in
or components:

at closes when the handset is removed

frequencies when a button is pressed

nto which the user speaks
which the user listens
balance transformer) contained in the
ignal from the signal to which the user






**Figure 10.1** Elements of Signaling Network
*From calling or called party to the appropriate serving office, signaling is in-band, and over the voice circuit. From SO to IXC switch, signaling is likely to be on a common channel in the same transmission facilities that will carry the message traffic. Across the IXC network, signaling is carried in a separate network. The information path is not set up unless a circuit is available from calling party to called party.*




**Figure 10.2** Dual-Tone Multifrequency Telephone

Additional electrical components complete the circuit.

### 10.2.2 Using the Telephone

To make a telephone call, the telephones serving the calling and called parties must be connected together so that signals can flow between them. Establishing such a connection is a function of the telephone network. For the sake of simplicity, consider the case of persons whose telephones are connected to the same end office so that their call is a *local* call; the major events are illustrated in **Figure 10.3**.



AIPC00004703




) SIGNALS

ıltifrequency Telephone

ıplete the circuit.

ɛrving the calling and called parties must flow between them. Establishing such a ıetwork. For the sake of simplicity, con- are connected to the same end office so ts are illustrated in **Figure 10.3**.

SUPERVISORY SIGNALS

| APPLICATION | Frequencies (Hertz) | CADENCE |
|---|---|---|
| Dial | 350 + 440 | Continuous |
| Station Busy | 480 + 620 | 0.5s On; 0.5s Off |
| Network Busy | 480 + 620 | 0.2s On; 0.3s Off |
| Ring Return | 440 + 480 | 2.0s On; 4.0s Off |
| Off-Hook Alert | Howl | 1.0s On; 1.0s Off |
| Call Waiting | 440 | 0.3s On; 9.7s Off |




**Figure 10.3** Establishing, Maintaining, and Terminating a Telephone Call