**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| AIP ACQUISITION LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 12-617 (GMS) |
| v. | : | |
| | : | |
| LEVEL 3 COMMUNICATIONS, LLC, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **Plaintiff AIP Acquisition LLC's Paragraph 4(c) Disclosures,** were served upon the attorneys listed below as indicated on May 10, 2013:

VIA EMAIL
John W. Shaw
David M. Fry
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant Level 3*

VIA EMAIL
David R. Clonts
Manoj S. Gandhi
Ifti Ahmed
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX 770022
dclonts@akingump.com
mgandhi@akingump.com
iahmed@akingump.com
*Attorneys for Defendant Level 3*

VIA EMAIL
R. Lawrence Macon
AKIN GUMP STRAUSS HAUER & FELD LLP
300 Convent Street, Suite 1600
San Antonio, TX 78205
lmacon@akingump.com
*Attorneys for Defendant Level 3*

1

2

Dated:  May 13, 2013

    */s/ Kenneth L. Dorsney*
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
Kenneth L. Dorsney (I.D. #3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Plaintiff*