IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-617-GMS |
| | ) | |
| LEVEL 3 COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER OF PARTIAL DISMISSAL**

Plaintiff AIP Acquisition LLC ("AIP") and defendant Level 3 Communications, LLC ("Level 3") hereby stipulate and agree, subject to the approval of the Court, to the dismissal without prejudice of all infringement allegations regarding U.S. Patent Nos. 5,606,602 and 5,917,897.

*/s/ Kenneth L. Dorsney*
Richard K. Hermann (No. 405)
Mary B. Matterer (No. 2696)
Kenneth L. Dorsney (No. 3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for AIP Acquisition LLC*

Dated: May 29, 2013

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant*
*Level 3 Communications LLC*

SO ORDERED this _____ day of _____, 2013.

_____
United States District Judge