# Exhibit 27

# TCP/IP Illustrated Volume 1

## The Protocols

W. Richard Stevens



ADDISON-WESLEY PROFESSIONAL COMPUTING SERIES

# TCP/IP Illustrated, Volume 1

## The Protocols

W. Richard Stevens

ADDISON–WESLEY

Boston • San Francisco • New York • Toronto • Montreal
London • Munich • Paris • Madrid
Capetown • Sydney • Tokyo • Singapore • Mexico City

Many of the designations used by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and we were aware of a trademark claim, the designations have been printed in initial capital letters or in all capitals.

The author and publisher have taken care in the preparation of this book, but make no expressed or implied warranty of any kind and assume no responsibility for errors or omissions. No liability is assumed for incidental or consequential damages in connection with or arising out of the use of the information or programs contained herein.

The publisher offers discounts on this book when ordered in quantity for special sales. For more information, please contact:

Pearson Education Corporate Sales Division
201 W. 103rd Street
Indianapolis, IN 46290
(800) 428-5331
corpsales@pearsoned.com

Visit AW on the Web: www.awl.com/cseng/

*Library of Congress Cataloging-in-Publication Data*
Stevens, W. Richard
TCP/IP Illustrated: the protocols/W. Richard Stevens.
p. cm.–(Addison-Wesley professional computing series)
Includes bibliographical references and index.
ISBN 0-201-63346-9 (v.1)
1.TCP/IP (Computer network protocol) I. Title. II. Series.
TK5105.55S74 1994
004.6'2—dc20

Copyright © 1994 by Addison Wesley

UNIX is a technology trademark of X/Open Company, Ltd.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form, or by any means, electronic, mechanical, photocopying, recording, or other-wise, without the prior consent of the publisher. Printed in the United States of America. Published
simultaneously in Canada.

Text printed on recycled and acid-free paper.
ISBN 0201633469
27 2829303132 HT 07 06 05
27th Printing September 2005

# 1

# Introduction

## 1.1 Introduction

The TCP/IP protocol suite allows computers of all sizes, from many different computer vendors, running totally different operating systems, to communicate with each other. It is quite amazing because its use has far exceeded its original estimates. What started in the late 1960s as a government-financed research project into packet switching networks has, in the 1990s, turned into the most widely used form of networking between computers. It is truly an *open system* in that the definition of the protocol suite and many of its implementations are publicly available at little or no charge. It forms the basis for what is called the *worldwide Internet*, or the *Internet*, a wide area network (WAN) of more than one million computers that literally spans the globe.

This chapter provides an overview of the TCP/IP protocol suite, to establish an adequate background for the remaining chapters. For a historical perspective on the early development of TCP/IP see [Lynch 1993].

## 1.2 Layering

Networking *protocols* are normally developed in *layers*, with each layer responsible for a different facet of the communications. A *protocol suite*, such as TCP/IP, is the combination of different protocols at various layers. TCP/IP is normally considered to be a 4-layer system, as shown in Figure 1.1.

Case 1:12-cv-01692-GMS Document 57-30 Filed 12/16/13 Page 6 of 24 PageID #: 1311



| | |
|---|---|
| Application | Telnet, FTP, e-mail, etc. |
| Transport | TCP, UDP |
| Network | IP, ICMP, IGMP |
| Link | device driver and interface card |

**Figure 1.1** The four layers of the TCP/IP protocol suite.

Each layer has a different responsibility.

1. The *link* layer, sometimes called the *data-link* layer or *network interface* layer, normally includes the device driver in the operating system and the corresponding network interface card in the computer. Together they handle all the hardware details of physically interfacing with the cable (or whatever type of media is being used).

2. The *network* layer (sometimes called the *internet* layer) handles the movement of packets around the network. Routing of packets, for example, takes place here. IP (Internet Protocol), ICMP (Internet Control Message Protocol), and IGMP (Internet Group Management Protocol) provide the network layer in the TCP/IP protocol suite.

3. The *transport* layer provides a flow of data between two hosts, for the application layer above. In the TCP/IP protocol suite there are two vastly different transport protocols: TCP (Transmission Control Protocol) and UDP (User Datagram Protocol).

   TCP provides a reliable flow of data between two hosts. It is concerned with things such as dividing the data passed to it from the application into appropriately sized chunks for the network layer below, acknowledging received packets, setting timeouts to make certain the other end acknowledges packets that are sent, and so on. Because this reliable flow of data is provided by the transport layer, the application layer can ignore all these details.

   UDP, on the other hand, provides a much simpler service to the application layer. It just sends packets of data called *datagrams* from one host to the other, but there is no guarantee that the datagrams reach the other end. Any desired reliability must be added by the application layer.

   There is a use for each type of transport protocol, which we'll see when we look at the different applications that use TCP and UDP.

4. The *application* layer handles the details of the particular application. There are many common TCP/IP applications that almost every implementation provides:

    - Telnet for remote login,
    - FTP, the File Transfer Protocol,
    - SMTP, the Simple Mail Transfer protocol, for electronic mail,
    - SNMP, the Simple Network Management Protocol,

    and many more, some of which we cover in later chapters.

If we have two hosts on a local area network (LAN) such as an Ethernet, both running FTP, Figure 1.2 shows the protocols involved.




**Figure 1.2** Two hosts on a LAN running FTP.

We have labeled one application box the FTP *client* and the other the FTP *server*. Most network applications are designed so that one end is the client and the other side the server. The server provides some type of service to clients, in this case access to files on the server host. In the remote login application, Telnet, the service provided to the client is the ability to login to the server's host.

Each layer has one or more protocols for communicating with its *peer* at the same layer. One protocol, for example, allows the two TCP layers to communicate, and another protocol lets the two IP layers communicate.

On the right side of Figure 1.2 we have noted that normally the application layer is a user process while the lower three layers are usually implemented in the kernel (the operating system). Although this isn't a requirement, it's typical and this is the way it's done under Unix.

There is another critical difference between the top layer in Figure 1.2 and the lower three layers. The application layer is concerned with the details of the application and not with the movement of data across the network. The lower three layers know nothing about the application but handle all the communication details.

We show four protocols in Figure 1.2, each at a different layer. FTP is an application layer protocol, TCP is a transport layer protocol, IP is a network layer protocol, and the Ethernet protocols operate at the link layer. The *TCP/IP protocol suite* is a combination of many protocols. Although the commonly used name for the entire protocol suite is TCP/IP, TCP and IP are only two of the protocols. (An alternative name is the *Internet Protocol Suite.*)

The purpose of the network interface layer and the application layer are obvious—the former handles the details of the communication media (Ethernet, token ring, etc.) while the latter handles one specific user application (FTP, Telnet, etc.). But on first glance the difference between the network layer and the transport layer is somewhat hazy. Why is there a distinction between the two? To understand the reason, we have to expand our perspective from a single network to a collection of networks.

One of the reasons for the phenomenal growth in networking during the 1980s was the realization that an island consisting of a stand-alone computer made little sense. A few stand-alone systems were collected together into a *network*. While this was progress, during the 1990s we have come to realize that this new, bigger island consisting of a single network doesn't make sense either. People are combining multiple networks together into an internetwork, or an *internet*. An internet is a collection of networks that all use the same protocol suite.

The easiest way to build an internet is to connect two or more networks with a *router*. This is often a special-purpose hardware box for connecting networks. The nice thing about routers is that they provide connections to many different types of physical networks: Ethernet, token ring, point-to-point links, FDDI (Fiber Distributed Data Interface), and so on.

These boxes are also called *IP routers*, but we'll use the term *router*.

Historically these boxes were called *gateways*, and this term is used throughout much of the TCP/IP literature. Today the term *gateway* is used for an application gateway: a process that connects two different protocol suites (say, TCP/IP and IBM's SNA) for one particular application (often electronic mail or file transfer).

Figure 1.3 shows an internet consisting of two networks: an Ethernet and a token ring, connected with a router. Although we show only two hosts communicating, with the router connecting the two networks, *any* host on the Ethernet can communicate with *any* host on the token ring.

In Figure 1.3 we can differentiate between an *end system* (the two hosts on either side) and an *intermediate system* (the router in the middle). The application layer and the transport layer use *end-to-end* protocols. In our picture these two layers are needed only on the end systems. The network layer, however, provides a *hop-by-hop* protocol and is used on the two end systems and every intermediate system.




**Figure 1.3** Two networks connected with a router.

In the TCP/IP protocol suite the network layer, IP, provides an unreliable service. That is, it does its best job of moving a packet from its source to its final destination, but there are no guarantees. TCP, on the other hand, provides a reliable transport layer using the unreliable service of IP. To provide this service, TCP performs timeout and retransmission, sends and receives end-to-end acknowledgments, and so on. The transport layer and the network layer have distinct responsibilities.

A router, by definition, has two or more network interface layers (since it connects two or more networks). Any system with multiple interfaces is called *multihomed*. A host can also be multihomed but unless it specifically forwards packets from one interface to another, it is not called a router. Also, routers need not be special hardware boxes that only move packets around an internet. Most TCP/IP implementations allow a multihomed host to act as a router also, but the host needs to be specifically configured for this to happen. In this case we can call the system either a host (when an application such as FTP or Telnet is being used) or a router (when it's forwarding packets from one network to another). We'll use whichever term makes sense given the context.

One of the goals of an internet is to hide all the details of the physical layout of the internet from the applications. Although this isn't obvious from our two-network internet in Figure 1.3, the application layers can't care (and don't care) that one host is on an Ethernet, the other on a token ring, with a router between. There could be 20 routers between, with additional types of physical interconnections, and the applications would run the same. This hiding of the details is what makes the concept of an internet so powerful and useful.

Another way to connect networks is with a *bridge*. These connect networks at the link layer, while routers connect networks at the network layer. Bridges makes multiple LANs appear to the upper layers as a single LAN.

TCP/IP internets tend to be built using routers instead of bridges, so we'll focus on routers. Chapter 12 of [Perlman 1992] compares routers and bridges.

## 1.3 TCP/IP Layering

There are more protocols in the TCP/IP protocol suite. Figure 1.4 shows some of the additional protocols that we talk about in this text.




**Figure 1.4** Various protocols at the different layers in the TCP/IP protocol suite.

TCP and UDP are the two predominant transport layer protocols. Both use IP as the network layer.

TCP provides a reliable transport layer, even though the service it uses (IP) is unreliable. Chapters 17 through 22 provide a detailed look at the operation of TCP. We then look at some TCP applications: Telnet and Rlogin in Chapter 26, FTP in Chapter 27, and SMTP in Chapter 28. The applications are normally user processes.

UDP sends and receives *datagrams* for applications. A datagram is a unit of information (i.e., a certain number of bytes of information that is specified by the sender) that travels from the sender to the receiver. Unlike TCP, however, UDP is unreliable. There is no guarantee that the datagram ever gets to its final destination. Chapter 11 looks at UDP, and then Chapter 14 (the Domain Name System), Chapter 15 (the Trivial File Transfer Protocol), and Chapter 16 (the Bootstrap Protocol) look at some applications that use UDP. SNMP (the Simple Network Management Protocol) also uses UDP, but since it deals with many of the other protocols, we save a discussion of it until Chapter 25.

IP is the main protocol at the network layer. It is used by both TCP and UDP. Every piece of TCP and UDP data that gets transferred around an internet goes through the IP layer at both end systems and at every intermediate router. In Figure 1.4 we also show an application accessing IP directly. This is rare, but possible. (Some older routing protocols were implemented this way. Also, it is possible to experiment with new transport layer protocols using this feature.) Chapter 3 looks at IP, but we save some of the details for later chapters where their discussion makes more sense. Chapters 9 and 10 look at how IP performs routing.

ICMP is an adjunct to IP. It is used by the IP layer to exchange error messages and other vital information with the IP layer in another host or router. Chapter 6 looks at ICMP in more detail. Although ICMP is used primarily by IP, it is possible for an application to also access it. Indeed we'll see that two popular diagnostic tools, Ping and Traceroute (Chapters 7 and 8), both use ICMP.

IGMP is the Internet Group Management Protocol. It is used with multicasting: sending a UDP datagram to multiple hosts. We describe the general properties of broadcasting (sending a UDP datagram to every host on a specified network) and multicasting in Chapter 12, and then describe IGMP itself in Chapter 13.

ARP (Address Resolution Protocol) and RARP (Reverse Address Resolution Protocol) are specialized protocols used only with certain types of network interfaces (such as Ethernet and token ring) to convert between the addresses used by the IP layer and the addresses used by the network interface. We examine these protocols in Chapters 4 and 5, respectively.

## 1.4 Internet Addresses

Every interface on an internet must have a unique *Internet address* (also called an *IP address*). These addresses are 32-bit numbers. Instead of using a flat address space such as 1, 2, 3, and so on, there is a structure to Internet addresses. Figure 1.5 shows the five different classes of Internet addresses.

These 32-bit addresses are normally written as four decimal numbers, one for each byte of the address. This is called *dotted-decimal* notation. For example, the class B address of the author's primary system is 140.252.13.33.

The easiest way to differentiate between the different classes of addresses is to look at the first number of a dotted-decimal address. Figure 1.6 shows the different classes, with the first number in boldface.




**Figure 1.5** The five different classes of Internet addresses.

| Class | Range |
|---|---|
| A | 0.0.0.0 to 127.255.255.255 |
| B | 128.0.0.0 to 191.255.255.255 |
| C | 192.0.0.0 to 223.255.255.255 |
| D | 224.0.0.0 to 239.255.255.255 |
| E | 240.0.0.0 to 255.255.255.255 |

**Figure 1.6** Ranges for different classes of IP addresses.

It is worth reiterating that a multihomed host will have multiple IP addresses: one per interface.

Since every interface on an internet must have a unique IP address, there must be one central authority for allocating these addresses for networks connected to the worldwide Internet. That authority is the *Internet Network Information Center*, called the InterNIC. The InterNIC assigns only network IDs. The assignment of host IDs is up to the system administrator.

Registration services for the Internet (IP addresses and DNS domain names) used to be handled by the NIC, at `nic.ddn.mil`. On April 1, 1993, the InterNIC was created. Now the NIC handles these requests only for the *Defense Data Network* (DDN). All other Internet users now use the InterNIC registration services, at `rs.internic.net`.

There are actually three parts to the InterNIC: registration services (`rs.internic.net`), directory and database services (`ds.internic.net`), and information services (`is.internic.net`). See Exercise 1.8 for additional information on the InterNIC.

There are three types of IP addresses: *unicast* (destined for a single host), *broadcast* (destined for all hosts on a given network), and *multicast* (destined for a set of hosts that belong to a multicast group). Chapters 12 and 13 look at broadcasting and multicasting in more detail.

In Section 3.4 we'll extend our description of IP addresses to include subnetting, after describing IP routing. Figure 3.9 shows the special case IP addresses: host IDs and network IDs of all zero bits or all one bits.

## 1.5 The Domain Name System

Although the network interfaces on a host, and therefore the host itself, are known by IP addresses, humans work best using the *name* of a host. In the TCP/IP world the *Domain Name System* (DNS) is a distributed database that provides the mapping between IP addresses and hostnames. Chapter 14 looks into the DNS in detail.

For now we must be aware that any application can call a standard library function to look up the IP address (or addresses) corresponding to a given hostname. Similarly a function is provided to do the reverse lookup—given an IP address, look up the corresponding hostname.

Most applications that take a hostname as an argument also take an IP address. When we use the Telnet client in Chapter 4, for example, one time we specify a hostname and another time we specify an IP address.

## 1.6 Encapsulation

When an application sends data using TCP, the data is sent down the protocol stack, through each layer, until it is sent as a stream of bits across the network. Each layer adds information to the data by prepending headers (and sometimes adding trailer information) to the data that it receives. Figure 1.7 shows this process. The unit of data that TCP sends to IP is called a *TCP segment*. The unit of data that IP sends to the network interface is called an *IP datagram*. The stream of bits that flows across the Ethernet is called a *frame*.

The numbers at the bottom of the headers and trailer of the Ethernet frame in Figure 1.7 are the typical sizes of the headers in bytes. We'll have more to say about each of these headers in later sections.

A physical property of an Ethernet frame is that the size of its data must be between 46 and 1500 bytes. We'll encounter this minimum in Section 4.5 and we cover the maximum in Section 2.8.

All the Internet standards and most books on TCP/IP use the term *octet* instead of byte. The use of this cute, but baroque term is historical, since much of the early work on TCP/IP was done on systems such as the DEC-10, which did not use 8-bit bytes. Since almost every current computer system uses 8-bit bytes, we'll use the term *byte* in this text.

To be completely accurate in Figure 1.7 we should say that the unit of data passed between IP and the network interface is a *packet*. This packet can be either an IP datagram or a fragment of an IP datagram. We discuss fragmentation in detail in Section 11.5.

We could draw a nearly identical picture for UDP data. The only changes are that the unit of information that UDP passes to IP is called a *UDP datagram*, and the size of the UDP header is 8 bytes.

Case 1:12-cv-01692-GMS Document 57-30 Filed 12/16/13 Page 14 of 24 PageID #: 1319






**Figure 1.7** Encapsulation of data as it goes down the protocol stack.

Recall from Figure 1.4 (p. 6) that TCP, UDP, ICMP, and IGMP all send data to IP. IP must add some type of identifier to the IP header that it generates, to indicate the layer to which the data belongs. IP handles this by storing an 8-bit value in its header called the *protocol* field. A value of 1 is for ICMP, 2 is for IGMP, 6 indicates TCP, and 17 is for UDP.

Similarly, many different applications can be using TCP or UDP at any one time. The transport layer protocols store an identifier in the headers they generate to identify the application. Both TCP and UDP use 16-bit *port numbers* to identify applications. TCP and UDP store the source port number and the destination port number in their respective headers.

The network interface sends and receives frames on behalf of IP, ARP, and RARP. There must be some form of identification in the Ethernet header indicating which network layer protocol generated the data. To handle this there is a 16-bit frame type field in the Ethernet header.

Case 1:12-cv-01692-GMS Document 57-30 Filed 12/16/13 Page 15 of 24 PageID #: 1320



## 1.7 Demultiplexing

When an Ethernet frame is received at the destination host it starts its way up the protocol stack and all the headers are removed by the appropriate protocol box. Each protocol box looks at certain identifiers in its header to determine which box in the next upper layer receives the data. This is called *demultiplexing*. Figure 1.8 shows how this takes place.




**Figure 1.8** The demultiplexing of a received Ethernet frame.

Positioning the protocol boxes labeled "ICMP" and "IGMP" is always a challenge. In Figure 1.4 we showed them at the same layer as IP, because they really are adjuncts to IP. But here we show them above IP, to reiterate that ICMP messages and IGMP messages are encapsulated in IP datagrams.

We have a similar problem with the boxes "ARP" and "RARP." Here we show them above the Ethernet device driver because they both have their own Ethernet frame types, like IP datagrams. But in Figure 2.4 we'll show ARP as part of the Ethernet device driver, beneath IP, because that's where it logically fits.

Realize that these pictures of layered protocol boxes are not perfect.

When we describe TCP in detail we'll see that it really demultiplexes incoming segments using the destination port number, the source IP address, and the source port number.

## 1.8 Client–Server Model

Most networking applications are written assuming one side is the client and the other the server. The purpose of the application is for the server to provide some defined service for clients.

We can categorize servers into two classes: iterative or concurrent. An *iterative server* iterates through the following steps.

I1. Wait for a client request to arrive.

I2. Process the client request.

I3. Send the response back to the client that sent the request.

I4. Go back to step I1.

The problem with an iterative server is when step I2 takes a while. During this time no other clients are serviced.

A *concurrent server*, on the other hand, performs the following steps.

C1. Wait for a client request to arrive.

C2. Start a new server to handle this client's request. This may involve creating a new process, task, or thread, depending on what the underlying operating system supports. How this step is performed depends on the operating system.

This new server handles this client's entire request. When complete, this new server terminates.

C3. Go back to step C1.

The advantage of a concurrent server is that the server just spawns other servers to handle the client requests. Each client has, in essence, its own server. Assuming the operating system allows multiprogramming, multiple clients are serviced concurrently.

The reason we categorize servers, and not clients, is because a client normally can't tell whether it's talking to an iterative server or a concurrent server.

As a general rule, TCP servers are concurrent, and UDP servers are iterative, but there are a few exceptions. We'll look in detail at the impact of UDP on its servers in Section 11.12, and the impact of TCP on its servers in Section 18.11.

## 1.9 Port Numbers

We said that TCP and UDP identify applications using 16-bit port numbers. How are these port numbers chosen?

Servers are normally known by their *well-known* port number. For example, every TCP/IP implementation that provides an FTP server provides that service on TCP port

21. Every Telnet server is on TCP port 23. Every implementation of TFTP (the Trivial File Transfer Protocol) is on UDP port 69. Those services that can be provided by any implementation of TCP/IP have well-known port numbers between 1 and 1023. The well-known ports are managed by the *Internet Assigned Numbers Authority* (IANA).

Until 1992 the well-known ports were between 1 and 255. Ports between 256 and 1023 were normally used by Unix systems for Unix-specific services—that is, services found on a Unix system, but probably not found on other operating systems. The IANA now manages the ports between 1 and 1023.

An example of the difference between an Internet-wide service and a Unix-specific service is the difference between Telnet and Rlogin. Both allow us to login across a network to another host. Telnet is a TCP/IP standard with a well-known port number of 23 and can be implemented on almost any operating system. Rlogin, on the other hand, was originally designed for Unix systems (although many non-Unix systems now provide it also) so its well-known port was chosen in the early 1980s as 513.

A client usually doesn't care what port number it uses on its end. All it needs to be certain of is that whatever port number it uses be unique on its host. Client port numbers are called *ephemeral ports* (i.e., short lived). This is because a client typically exists only as long as the user running the client needs its service, while servers typically run as long as the host is up.

Most TCP/IP implementations allocate ephemeral port numbers between 1024 and 5000. The port numbers above 5000 are intended for other servers (those that aren't well known across the Internet). We'll see many examples of how ephemeral ports are allocated in the examples throughout the text.

Solaris 2.2 is a notable exception. By default the ephemeral ports for TCP and UDP start at 32768. Section E.4 details the configuration options that can be modified by the system administrator to change these defaults.

The well-known port numbers are contained in the file `/etc/services` on most Unix systems. To find the port numbers for the Telnet server and the Domain Name System, we can execute

```
sun % grep telnet /etc/services
telnet     23/tcp                        says it uses TCP port 23

sun % grep domain /etc/services
domain     53/udp                        says it uses UDP port 53
domain     53/tcp                        and TCP port 53
```

### Reserved Ports

Unix systems have the concept of *reserved ports*. Only a process with superuser privileges can assign itself a reserved port.

These port numbers are in the range of 1 to 1023, and are used by some applications (notably Rlogin, Section 26.2), as part of the authentication between the client and server.

## 1.10 Standardization Process

Who controls the TCP/IP protocol suite, approves new standards, and the like? There are four groups responsible for Internet technology.

1. The *Internet Society* (ISOC) is a professional society to facilitate, support, and promote the evolution and growth of the Internet as a global research communications infrastructure.
2. The *Internet Architecture Board* (IAB) is the technical oversight and coordination body. It is composed of about 15 international volunteers from various disciplines and serves as the final editorial and technical review board for the quality of Internet standards. The IAB falls under the ISOC.
3. The *Internet Engineering Task Force* (IETF) is the near-term, standards-oriented group, divided into nine areas (applications, routing and addressing, security, etc.). The IETF develops the specifications that become Internet standards. An additional *Internet Engineering Steering Group* (IESG) was formed to help the IETF chair.
4. The *Internet Research Task Force* (IRTF) pursues long-term research projects.

Both the IRTF and the IETF fall under the IAB. [Crocker 1993] provides additional details on the standardization process within the Internet, as well as some of its early history.

## 1.11 RFCs

All the official standards in the internet community are published as a *Request for Comment*, or *RFC*. Additionally there are lots of RFCs that are not official standards, but are published for informational purposes. The RFCs range in size from 1 page to almost 200 pages. Each is identified by a number, such as RFC 1122, with higher numbers for newer RFCs.

All the RFCs are available at no charge through electronic mail or using FTP across the Internet. Sending electronic mail as shown here:

```
To: rfc-info@ISI.EDU
Subject: getting rfcs

help: ways_to_get_rfcs
```

returns a detailed listing of various ways to obtain the RFCs.

The latest RFC index is always a starting point when looking for something. This index specifies when a certain RFC has been replaced by a newer RFC, and if a newer RFC updates some of the information in that RFC.

There are a few important RFCs.

1. The *Assigned Numbers RFC* specifies all the magic numbers and constants that are used in the Internet protocols. At the time of this writing the latest version

of this RFC is 1340 [Reynolds and Postel 1992]. All the Internet-wide well-known ports are listed here.

When this RFC is updated (it is normally updated at least yearly) the index listing for 1340 will indicate which RFC has replaced it.

2. The *Internet Official Protocol Standards,* currently RFC 1600 [Postel 1994]. This RFC specifies the state of standardization of the various Internet protocols. Each protocol has one of the following states of standardization: standard, draft standard, proposed standard, experimental, informational, or historic. Additionally each protocol has a requirement level: required, recommended, elective, limited use, or not recommended.

   Like the Assigned Numbers RFC, this RFC is also reissued regularly. Be sure you're reading the current copy.

3. The *Host Requirements RFCs,* 1122 and 1123 [Braden 1989a, 1989b]. RFC 1122 handles the link layer, network layer, and transport layer, while RFC 1123 handles the application layer. These two RFCs make numerous corrections and interpretations of the important earlier RFCs, and are often the starting point when looking at any of the finer details of a given protocol. They list the features and implementation details of the protocols as either "must," "should," "may," "should not," or "must not."

   [Borman 1993b] provides a practical look at these two RFCs, and RFC 1127 [Braden 1989c] provides an informal summary of the discussions and conclusions of the working group that developed the Host Requirements RFCs.

4. The *Router Requirements RFC.* The official version of this is RFC 1009 [Braden and Postel 1987], but a new version is nearing completion [Almquist 1993]. This is similar to the host requirements RFCs, but specifies the unique requirements of routers.

## 1.12 Standard, Simple Services

There are a few standard, simple services that almost every implementation provides. We'll use some of these servers throughout the text, usually with the Telnet client. Figure 1.9 describes these services. We can see from this figure that when the same service is provided using both TCP and UDP, both port numbers are normally chosen to be the same.

If we examine the port numbers for these standard services and other standard TCP/IP services (Telnet, FTP, SMTP, etc.), most are odd numbers. This is historical as these port numbers are derived from the NCP port numbers. (NCP, the Network Control Protocol, preceded TCP as a transport layer protocol for the ARPANET.) NCP was simplex, not full-duplex, so each application required two connections, and an even–odd pair of port numbers was reserved for each application. When TCP and UDP became the standard transport layers, only a single port number was needed per application, so the odd port numbers from NCP were used.

| Name | TCP port | UDP port | RFC | Description |
|---|---|---|---|---|
| echo | 7 | 7 | 862 | Server returns whatever the client sends. |
| discard | 9 | 9 | 863 | Server discards whatever the client sends. |
| daytime | 13 | 13 | 867 | Server returns the time and date in a human-readable format. |
| chargen | 19 | 19 | 864 | TCP server sends a continual stream of characters, until the connection is terminated by the client. UDP server sends a datagram containing a random number of characters each time the client sends a datagram. |
| time | 37 | 37 | 868 | Server returns the time as a 32-bit binary number. This number represents the number of seconds since midnight January 1, 1900, UTC. |

**Figure 1.9** Standard, simple services provided by most implementations.

## 1.13 The Internet

In Figure 1.3 we showed an *internet* composed of two networks—an Ethernet and a token ring. In Sections 1.4 and 1.9 we talked about the worldwide *Internet* and the need to allocate IP addresses centrally (the InterNIC) and the well-known port numbers (the IANA). The word *internet* means different things depending on whether it's capitalized or not.

The lowercase *internet* means multiple networks connected together, using a common protocol suite. The uppercase *Internet* refers to the collection of hosts (over one million) around the world that can communicate with each other using TCP/IP. While the Internet is an internet, the reverse is not true.

## 1.14 Implementations

The de facto standard for TCP/IP implementations is the one from the Computer Systems Research Group at the University of California at Berkeley. Historically this has been distributed with the 4.x BSD system (Berkeley Software Distribution), and with the "BSD Networking Releases." This source code has been the starting point for many other implementations.

Figure 1.10 shows a chronology of the various BSD releases, indicating the important TCP/IP features. The BSD Networking Releases shown on the left side are publicly available source code releases containing all of the networking code: both the protocols themselves and many of the applications and utilities (such as Telnet and FTP).

Throughout the text we'll use the term *Berkeley-derived implementation* to refer to vendor implementations such as SunOS 4.x, SVR4, and AIX 3.2 that were originally developed from the Berkeley sources. These implementations have much in common, often including the same bugs!

Case 1:12-cv-01692-GMS Document 57-30 Filed 12/16/13 Page 21 of 24 PageID #: 1326






**Figure 1.10** Various BSD releases with important TCP/IP features.

Much of the original research in the Internet is still being applied to the Berkeley system—new congestion control algorithms (Section 21.7), multicasting (Section 12.4), "long fat pipe" modifications (Section 24.3), and the like.

## 1.15 Application Programming Interfaces

Two popular *application programming interfaces* (APIs) for applications using the TCP/IP protocols are called *sockets* and *TLI* (Transport Layer Interface). The former is sometimes called "Berkeley sockets," indicating where it was originally developed. The latter, originally developed by AT&T, is sometimes called *XTI* (X/Open Transport Interface), recognizing the work done by X/Open, an international group of computer vendors that produce their own set of standards. XTI is effectively a superset of TLI.

This text is not a programming text, but occasional reference is made to features of TCP/IP that we look at, and whether that feature is provided by the most popular API (sockets) or not. All the programming details for both sockets and TLI are available in [Stevens 1990].

## 1.16 Test Network

Figure 1.11 shows the test network that is used for all the examples in the text. This figure is also duplicated on the inside front cover for easy reference while reading the book.




**Figure 1.11** Test network used for all the examples in the text. All IP addresses begin with 140.252.

Most of the examples are run on the lower four systems in this figure (the author's subnet). All the IP addresses in this figure belong to the class B network ID 140.252. All the hostnames belong to the `.tuc.noao.edu` domain. (`noao` stands for "National Optical Astronomy Observatories" and `tuc` stands for Tucson.) For example, the lower right system has a complete hostname of `svr4.tuc.noao.edu` and an IP address of 140.252.13.34. The notation at the top of each box is the operating system running on that system. This collection of systems and networks provides hosts and routers running a variety of TCP/IP implementations.

Case 1:12-cv-01692-GMS Document 57-30 Filed 12/16/13 Page 23 of 24 PageID #: 1328



It should be noted that there are many more networks and hosts in the `noao.edu` domain than we show in Figure 1.11. All we show here are the systems that we'll encounter throughout the text.

In Section 3.4 we describe the form of subnetting used on this network, and in Section 4.6 we'll provide more details on the dialup SLIP connection between `sun` and `netb`. Section 2.4 describes SLIP in detail.

## 1.17 Summary

This chapter has been a whirlwind tour of the TCP/IP protocol suite, introducing many of the terms and protocols that we discuss in detail in later chapters.

The four layers in the TCP/IP protocol suite are the link layer, network layer, transport layer, and application layer, and we mentioned the different responsibilities of each. In TCP/IP the distinction between the network layer and the transport layer is critical: the network layer (IP) provides a hop-by-hop service while the transport layers (TCP and UDP) provide an end-to-end service.

An internet is a collection of networks. The common building block for an internet is a router that connects the networks at the IP layer. The capital-I Internet is an internet that spans the globe and consists of more than 10,000 networks and more than one million computers.

On an internet each interface is identified by a unique IP address, although users tend to use hostnames instead of IP addresses. The Domain Name System provides a dynamic mapping between hostnames and IP addresses. Port numbers are used to identify the applications communicating with each other and we said that servers use well-known ports while clients use ephemeral ports.

## Exercises

1.1 Calculate the maximum number of class A, B, and C network IDs.

1.2 Fetch the file `nsfnet/statistics/history.netcount` using anonymous FTP (Section 27.3) from the host `nic.merit.edu`. This file contains the number of domestic and foreign networks announced to the NSFNET infrastructure. Plot these values with the year on the x-axis and a logarithmic y-axis with the total number of networks. The maximum value for the y-axis should be the value calculated in the previous exercise. If the data shows a visual trend, extrapolate the values to estimate when the current addressing scheme will run out of network IDs. (Section 3.10 talks about proposals to correct this problem.)

1.3 Obtain a copy of the Host Requirements RFC [Braden 1989a] and look up the *robustness principle* that applies to every layer of the TCP/IP protocol suite. What is the reference for this principle?

1.4 Obtain a copy of the latest Assigned Numbers RFC. What is the well-known port for the "quote of the day" protocol? Which RFC defines the protocol?

Case 1:12-cv-01692-GMS Document 57-30 Filed 12/16/13 Page 24 of 24 PageID #: 1329



**1.5** If you have an account on a host that is connected to a TCP/IP internet, what is its primary IP address? Is the host connected to the worldwide Internet? Is it multihomed?

**1.6** Obtain a copy of RFC 1000 to learn where the term RFC originated.

**1.7** Contact the Internet Society, `isoc@isoc.org` or +1 703 648 9888, to find out about joining.

**1.8** Fetch the file `about-internic/information-about-the-internic` using anonymous FTP from the host `is.internic.net`.