# Exhibit 29

# *Fundamentals of* Telecommunication Networks

*Tarek N. Saadawi and Mostafa H. Ammar*
*with Ahmed El Hakeem*



Wiley Series in Telecommunications and Signal Processing
John G. Proakis, Series Editor

# Fundamentals of Telecommunication Networks

Tarek N. Saadawi
Department of Electrical Engineering,
City University of New York, City College

Mostafa H. Ammar
College of Computing,
Georgia Institute of Technology

with Ahmed El Hakeem
Department of Electrical and Computer Engineering,
Concordia University

A Wiley-Interscience Publication
**JOHN WILEY & SONS, INC.**
New York · Chichester · Brisbane · Toronto · Singapore

This text is printed on acid-free paper.

Copyright ©1994 by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of this work beyond that permitted by Section 107 or 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permissions Department, John Wiley & Sons, Inc., 605 Third Avenue, New York, NY 10158-0012.

*Library of Congress Cataloging in Publication Data:*

Saadawi, Tarek N.

Fundamentals of telecommunication networks / Tarek N. Saadawi, Mostafa H. Ammar, Ahmed El Hakeem.

p. cm.—(Wiley series in telecommunications and signal processing)

"A Wiley-Interscience publication."

Includes bibliographical references.

ISBN 0-471-51582-5 (alk. paper)

1. Telecommunication systems. 2. Computer networks. 3. Data transmission systems. I. Ammar, Mostafa H. (Mostafa Hamed) II. El Hakeem, Ahmed. III. Title. IV. Series.

TK5101.S13 1994

621.382—dc20 94-6544

Printed in the United States of America

10 9 8 7 6 5




**Figure 11.12.** Call control procedure; example of a simple circuit-switched call.

the network signifying call acceptance. This completes call setup on the D channel and now the user information is exchanged over the B channel.

Either the user or the network can initiate call termination by sending a DISCONNECT message. The RELEASE and RELEASE COMPLETE messages are exchanged on a link-by-link basis. This releases the call reference number and the B channel for use by the next call.

## 11.6 SIGNALING

Signaling is basically the process of exchange of information related to the establishment and control of connections across the telecommunication network. Signaling is classified into user–network signaling, interoffice




**Figure 11.13.** Signaling.

signaling, and user–user signaling (Fig. 11.13). User–network signaling is an access signaling and refers to the interaction between the user equipment and the local switch for call establishment. Interoffice signaling is a backbone signaling and refers to the interaction between the network nodes regarding the establishment and control of a call, and the allocation and management of network resources. User–user signaling deals with defining the communications parameters between the end users.

An example of interoffice signaling is the *common channel signaling system number* 7 (SS7). Common channel signaling uses dedicated channels for the exchange of signaling between the switching nodes. Thus, the common channel signaling (CCS) network can be viewed as a packet-switched network (PSN) overlaid on the circuit-switched voice network (Fig. 11.14). The primary components of CCS (or the SS7) are signaling end points (SEPs), or simply signaling points SPs, and signaling transfer points (STPs). The STPs are packet switches and responsible for routing signaling messages from one SEP (i.e., network node) to another. For reliability reasons, it is recommended that SEPs be connected by at least two STPs, known as a mated pair of STPs.

## 11.7 EVOLUTION TOWARD BROADBAND ISDN

As already stated, I-Series recommendations for ISDN provide two interfaces based on the 64-kbps digital rate: the basic rate interface at 144 kbps and the primary rate interface at 1.5 Mbps or 2.09 Mbps. Such rates can support a wide range of services; however high-bit-rate services such as image and video services cannot be provided on the 64 kbps ISDN, which is sometimes referred to as narrowband ISDN (N-ISDN). The advances in optical fiber, computing switching, and other technologies such as digital signal processing and video encoding techniques have stimulated a significant and rapid

by computer operating systems and by user applications (e.g., client server technology). Innovations in multiprocessor technologies have also made large-scale supercomputers even faster and more powerful than before.

The four phases of the development and evolution of computers technology are summarized in Table 1.2 and illustrated in Figure 1.2, in which the cost for the most powerful machine of each era is plotted against a time line. The figure shows that the cost of computing is halved approximately every 3 years.

Networking became important as succeeding phases of computing increased the number of computers in service. When batch processors were few, there was no interest in coordinating their operation. Time-sharing, however, is unthinkable without networks; dedicated or dial-up lines must connect numerous terminals to a host computer, either a corporate mainframe or a departmental minicomputer. In the desktop computing era, computer networks have assumed new forms. Local-area networks connect personal computers to one another and to shared machines; both general purpose computers, called hosts or clients, and special purpose computers, called servers, provide communal files, high-quality printing, and institution-wide electronic mail. Wide-area networks (WANs) and metropolitan area networks (MANs) interconnect the various locations in an organization, linking mainframes and file servers to desktop machines. In the fourth phase of computing, where computers are becoming mobile, wireless connections and wireless networks will proliferate.

## 1.4 WHAT IS A COMMUNICATION NETWORK?

A *communication network* can best be defined as the set of devices, mechanisms, and procedures by which end-user equipment attached to the network can exchange meaningful information. The typical functions required of a communication network include:

1. A path by which electric signals (i.e., changes in voltage) can be transmitted.
2. A mechanism by which bits can be converted to and from electric signals.
3. The means to impart meaning to groups of bits. Bits are typically grouped in units called frames, packets or messages.
4. Methods to overcome deficiencies in the electric path that might cause electric signals (and therefore the bits they represent) to be misinterpreted.
5. Techniques for selecting and maintaining a path through the network to perform the above functions.

Networks can be classified as broadcast networks, switched networks, or hybrid networks. In a broadcast network, signals transmitted by one end-user's equipment are automatically heard by all other end-users' equipment. In switched networks, signals have to be "routed" through intermediate network points (called switches) to reach their desired destination. In the CCITT terminology, the switch or node is called the data terminal equipment (DTE), whereas the user equipment is called the data circuit-terminating equipment




**Figure 1.3.** Communication Networks.

(DCE). Hybrid networks consist of a mixture of the other two types of networks, in that signals sometimes (but not always) need to pass through switches to reach their desired destination. Figure 1.3 shows the three types of networks.

## 1.5 SWITCHING TECHNIQUES

Switching techniques in telecommunication networks can be divided into three main types: circuit switching, message switching, and packet switching. *Circuit switching* is the oldest form of switching; it dates back to the telegraph era and is the common method for switching in the telephone network. In circuit-switched networks, there is a dedicated path, a connected sequence of links, between the calling and called stations for the duration of the call. A special signaling message (dialing tone) travels across the network and captures channels in the path as it proceeds to set up the circuit. After the path has been established, a return signal to the source indicates that information transmission may proceed.

Other forms of switching are typically used for data transmission where a continuous path is not established, rather memory in the switching node is used to store the message to be transmitted awaiting the availability of transmission facilities. This form of switching is known generally as *store-and-forward switching* and includes message switching and packet switching.

Both message switching and packet switching are more appropriate for data communication than circuit switching. In many data communication applications, data occur in bursts separated by idle periods, and the average data rate may be much lower than the peak rate (Fig. 1.4). This type of intermittant data can often be transmitted more economically by assembling the data into packets (or messages) and interspersing packets from several channels on one physical communications path.




**Figure 1.4.** Data occur in bursts.