# Exhibit 30

**FEDERAL STANDARD 1037B**

03 June 1991
Superseding FEDERAL STANDARD 1037A, 26 June 1986

# TELECOMMUNICATIONS: GLOSSARY OF TELECOMMUNICATION TERMS

**Prepared By**

**National Communications System**
**Office of Technology and Standards**

**Published By**

**General Services Administration**
**Office of Information Resources Management**

**FSC TELE**

**sideband transmission, suppressed carrier transmission, vestigial sideband transmission.**

**side circuit** Either of the two circuits employed for the derivation of a phantom circuit. (188) *See also* **circuit, phantom circuit.**

**side lobe** In a directional antenna radiation pattern, a radiation lobe in any direction other than that of the main lobe. (188) *See also* **antenna, antenna lobe, main beam, main lobe.**

**sidetone** The sound of the speaker's own voice (and background noise) as heard in the speaker's telephone receiver. (188) *Note:* The volume is usually suppressed. *Synonym* **telephone sidetone.** *See also* **feedback.**

SIGINT *Acronym for* **signals intelligence.**

**signal** 1. Detectable transmitted energy that can be used to carry information. (188) 2. A time-dependent variation of a characteristic of a physical phenomenon, used to convey information. 3. As applied to electronics, any transmitted electrical impulse. (JCS1-DoD) (JCS1-NATO) 4. Operationally, a type of message, the text of which consists of one or more letters, words, characters, signal flags, visual displays, or special sounds, with prearranged meanings and which is conveyed or transmitted by visual, acoustical, or electrical means. (JCS1-DoD) (JCS1-NATO)

**signal center** A combination of signal communication facilities operated by the Army in the field and consisting of a communications center, telephone switching central and appropriate means of signal communications. (JCS1-DoD) *See also* **communications, communications center.**

**signal contrast** In facsimile, the ratio, expressed in decibels, of the level of the white signal to the level of the black signal. (188) *See also* **facsimile, signal-to-noise ratio.**

**signal conversion equipment** *Synonym* **modem.**

**signal converter** *See* **analog-to-digital converter, parallel-to-serial converter, serial-to-parallel converter.**

**signal distance** 1. The number of digit positions in which the corresponding digits of two binary words of the same length are different. (FP) *Synonym* **Hamming distance.** 2. A measure of the difference between a given signal and a reference signal. *Note:* For analog signals, often the root mean square difference between the given and reference signals over a symbol period.

**signal distortion** *See* **distortion.**

**signal droop** The distortion of an otherwise essentially flat-topped rectangular pulse characterized by a decline of the pulse top.

**signal frequency shift** *See* **frequency shift.**

**signaling** 1. In a telecommunications network, the information exchange concerning establishment and control of a connection and management of the network, in contrast to user information transfer. (188) 2. The use of signals for communication.

**signaling path** In a transmission system, a path provided for system control, synchronization, checking, signaling, and service signals used in system management and operations rather than for the data, messages, or calls of the users. (188) *Note:* The signaling path may also carry power for various system needs. *See also* **orderwire circuit, signal.**

**signaling rate** *See* **data signaling rate.**

**Signaling System No. 7** A common-channel signaling system defined by the CCITT in the 1988 Blue Book, in Recommendations Q.771 through Q.774. *Note:* This signaling system is a prerequisite for implementation of the Integrated Services Digital Network (ISDN). *See also* **common-channel signaling, Integrated Services Digital Network.**

**signaling time slot** A time slot starting at a particular phase or instant in each frame and