# **Exhibit 31**

*The*

# AMERICAN HERITAGE

# *dic·tion·ar·y*

*of*

## THE ENGLISH LANGUAGE

THIRD EDITION

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead Data Central, Inc., providers of the LEXIS®/NEXIS® services, for its assistance in the preparation of this edition of *The American Heritage Dictionary*.

Copyright © 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

*Library of Congress Cataloging-in-Publication Data*

The American heritage dictionary of the English language.
–3rd ed.
p. cm.
ISBN 0-395-44895-6
1. English language–Dictionaries.
PE1628.A623 1992 92-851
423–dc20 CIP

Manufactured in the United States of America

program in which Mark was studying was designed to cover a great deal of material in a brief period.

**in·ten·si·fi·er** (ĭn-tĕn′sə-fī′ər) *n.* *Grammar.* See **intensive.**

**in·ten·si·fy** (ĭn-tĕn′sə-fī′) *v.* **-fied, -fy·ing, -fies.** —*tr.* **1.** To make intense or more intense: *The press has intensified its scrutiny of the candidate's background.* **2.** To increase the contrast of (a photographic image). —*intr.* To become intense or more intense: *The search intensified as dusk approached.* —**in·ten′si·fi·ca′tion** (-fĭ-kā′shən) *n.*

**in·ten·sion** (ĭn-tĕn′shən) *n.* **1.** The state or quality of being intense; intensity. **2.** The act of becoming intense or more intense; intensification. **3.** *Logic.* The sum of the attributes contained in a term. [Latin *intēnsiō, intēnsiōn-*, from *intēnsus*, stretched. See INTENSE.] —**in·ten′sion·al** *adj.*

**in·ten·si·ty** (ĭn-tĕn′sĭ-tē) *n., pl.* **-ties. 1.** Exceptionally great concentration, power, or force. **2.** *Physics.* The amount or degree of strength of electricity, light, heat, or sound per unit area or volume. **3.** *Color.* **a.** The strength of a color, especially the degree to which it lacks its complementary color. **b.** See **saturation** (sense 5).

**in·ten·sive** (ĭn-tĕn′sĭv) *adj.* **1.** Of, relating to, or characterized by intensity: *intensive training.* See Usage Note at **intense.** **2.** *Grammar.* Tending to emphasize or intensify: *an intensive adverb.* **3.** Possessing or requiring to a high degree. Often used in combination: *research-intensive; labor-intensive.* **4.** Relating to or being a method especially of land cultivation intended to increase the productivity of a fixed area by means of an increase in capital and labor. **5.** *Physics.* Having the same value for any subdivision of a thermodynamic system: *intensive pressure.* —**intensive** *n.* *Grammar.* A linguistic element, such as the adverb *extremely* or *awfully*, that provides force or emphasis. Also called *intensifier.* —**in·ten′sive·ly** *adv.* —**in·ten′sive·ness** *n.*

**intensive care** *n.* Continuous and closely monitored health care that is provided to critically ill patients.

**intensive care unit** *n.* *Abbr.* **ICU** A specialized section of a hospital containing the equipment, medical and nursing staff, and monitoring devices necessary to provide intensive care.

**in·tent** (ĭn-tĕnt′) *n.* **1.** Something that is intended; an aim or a purpose. See Synonyms at **intention. 2.** *Law.* The state of one's mind at the time one carries out an action. **3.** Meaning; purport. —**intent** *adj.* **1.** Firmly fixed; concentrated: *an intent gaze.* **2.** Having the attention applied; engrossed: *The students, intent on their books, did not hear me enter the room.* **3.** Having the mind and will focused on a specific purpose: *was intent on leaving within the hour; are intent upon being recognized.* —***idiom.* for all intents and purposes.** In every practical sense; practically: *To all intents and purposes the case is closed.* [Middle English *entent*, from Old French, from Medieval Latin *intentus*, from Latin, an extending, from *intentus*, attentive to, strained, from past participle of *intendere*, to direct attention. See INTEND.] —**in·tent′ly** *adv.* —**in·tent′ness** *n.*

**in·ten·tion** (ĭn-tĕn′shən) *n.* **1.** A course of action that one intends to follow. **2.a.** An aim that guides action; an objective. **b. intentions.** Purpose with respect to marriage: *honorable intentions.* **3.** *Philosophy.* A concept arising from directing the attention toward an object. **4.** *Medicine.* The process by which or the manner in which a wound heals. **5.** *Archaic.* Import; meaning. [Middle English *entencioun*, from Old French *intention*, from Latin *intentiō, intentiōn-*, from *intentus*, intent, from past participle of *intendere*, to direct attention. See INTEND.]

---

**SYNONYMS:** *intention, intent, purpose, goal, end, aim, object, objective.* These nouns refer to what one intends to do or achieve. *Intention* simply signifies a course of action that one proposes to follow: *It is not my intention to argue with you. Intent* more strongly implies deliberateness: *The executor tried to comply with the intent of the testator. Purpose* strengthens the idea of resolution or determination: *"His purpose was to discover how long these guests intended to stay"* (Joseph Conrad). *Goal* may suggest an idealistic or even a remote purpose: *"Black Power . . . is a call for black people to begin to define their own goals"* (Stokely Carmichael and Charles V. Hamilton). *End* suggests a long-range goal: *It has been said that the end justifies the means. Aim* stresses the direction one's efforts take in pursuit of an end: *The aim of every performing artist is to achieve perfection of execution.* An *object* is an end that one tries to carry out: *"The chief object of the English was to establish . . . a great empire on the Continent"* (Macaulay). *Objective* often implies that the end or goal can be reached: *"A major objective [of political liberalism] is the protection of the economic weak"* (Wayne Morse).

---

**in·ten·tion·al** (ĭn-tĕn′shə-nəl) *adj.* **1.** Done deliberately; intended: *an intentional slight.* See Synonyms at **voluntary. 2.** Having to do with intention. —**in·ten′tion·al′i·ty** (-năl′ĭ-tē) *n.* —**in·ten′tion·al·ly** *adv.*

**intentional community** *n.* A small, localized, often rural community of persons or families pursuing common interests or concentrating on certain basic values.

**in·ter** (ĭn-tûr′) *tr.v.* **-terred, -ter·ring, -ters.** To place in a grave or tomb; bury. [Middle English *enteren*, from Old French *enterrer*, from Medieval Latin *interrāre* : Latin *in-*, in; see IN–[2] + Latin *terra*, earth; see **ters-** in Appendix.]

**inter.** *abbr.* Intermediate.

**inter–** *pref.* **1.** Between; among: *international.* **2.** In the midst of; within: *intertropical.* **3.** Mutual; mutually: *interrelate.* **4.** Reciprocal; reciprocally: *intermingle.* [Middle English *entre-, inter-*, from Old French *entre-*, from Latin *inter-*, from *inter*, between, among. See **en** in Appendix.]

**in·ter·a·bang** (ĭn-tĕr′ə-băng′) *n.* Variant of **interrobang.**

**in·ter·act** (ĭn′tər-ăkt′) *intr.v.* **-act·ed, -act·ing, -acts.** To act on each other: *"More than a dozen variable factors could interact, with their permutations running into the thousands"* (Tom Clancy).

**in·ter·ac·tion** (ĭn′tər-ăk′shən) *n.* **1.a.** The act or process of interacting. **b.** The state of undergoing interaction. **2.** *Physics.* Any of four fundamental ways in which elementary particles and bodies can influence each other, classified as strong, weak, electromagnetic, and gravitational.

**in·ter·ac·tive** (ĭn′tər-ăk′tĭv) *adj.* **1.** Acting or capable of acting on each other. **2.** *Computer Science.* Of or relating to a two-way electronic or communications system in which response is direct and continual. **3.** Of, relating to, or being a form of television entertainment in which the signal activates electronic apparatus in the viewer's home or the viewer uses the apparatus to affect events on the screen, or both. —**in′ter·ac′tive·ly** *adv.*

**interactive terminal** *n.* *Computer Science.* A computer or data-processing terminal capable of providing a two-way communication with the system to which it is connected.

**in·ter·a·gen·cy** (ĭn′tər-ā′jən-sē) *adj.* Involving or representing two or more agencies, especially government agencies.

**in·ter a·li·a** (ĭn′tər ā′lē-ə, ä′lē-ə) *adv.* Among other things. [Latin : *inter*, among + *alia*, neuter accusative pl. of *alius*, other.]

**inter a·li·os** (ā′lē-ōs′, ä′lē-ōs′) *adv.* Among other persons. [Latin : *inter*, among + *aliōs*, masculine accusative pl. of *alius*.]

**in·ter·a·tom·ic** (ĭn′tər-ə-tŏm′ĭk) *adj.* Occurring, operating, or situated between atoms.

**in·ter·bank** (ĭn′tər-băngk′) *adj.* Relating to, involving, or connecting two or more banks: *interbank borrowing; an interbank network of automated teller machines.*

**in·ter·brain** (ĭn′tər-brān′) *n.* See **diencephalon.**

**in·ter·breed** (ĭn′tər-brēd′) *v.* **-bred** (-brĕd′), **-breed·ing, -breeds.** —*intr.* **1.** To breed with another kind or species; hybridize. **2.** To breed within a narrow range or with closely related types or individuals; inbreed. —*tr.* To cause to interbreed.

**in·ter·ca·lar·y** (ĭn-tûr′kə-lĕr′ē, ĭn′tər-kăl′ə-rē) *adj.* **1.a.** Inserted in the calendar to make the calendar year correspond to the solar year. Used of a day or month. **b.** Having such a day or month inserted. Used of a year. **2.** Inserted between other elements or parts; interpolated. [Latin *intercalārius, intercalāris*, from *intercalāre*, to intercalate. See INTERCALATE.]

**in·ter·ca·late** (ĭn-tûr′kə-lāt′) *tr.v.* **-lat·ed, -lat·ing, -lates. 1.** To insert (a day or month) in a calendar. **2.** To insert, interpose, or interpolate. [Latin *intercalāre, intercalāt-* : *inter-*, inter- + *calāre*, to proclaim; see **kelə-**[2] in Appendix.] —**in·ter′ca·la′tion** *n.* —**in·ter′ca·la′tive** *adj.*

**in·ter·cede** (ĭn′tər-sēd′) *intr.v.* **-ced·ed, -ced·ing, -cedes. 1.** To plead on another's behalf. **2.** To act as mediator in a dispute. [Latin *intercēdere*, to intervene : *inter-*, inter- + *cēdere*, to go; see **ked-** in Appendix.] —**in′ter·ced′er** *n.*

**in·ter·cel·lu·lar** (ĭn′tər-sĕl′yə-lər) *adj.* *Biology.* Located among or between cells: *intercellular fluid.*

**in·ter·cept** (ĭn′tər-sĕpt′) *tr.v.* **-cept·ed, -cept·ing, -cepts. 1.a.** To stop, deflect, or interrupt the progress or intended course of: *intercepted me with a message as I was leaving.* **b.** *Sports.* To take possession of by catching (an opponent's ball), especially in football. **2.** *Mathematics.* To include or bound (a part of a space or curve) between two points or lines. **3.** *Archaic.* To prevent. **4.** *Obsolete.* To cut off from access or communication. —**intercept** (ĭn′tər-sĕpt′) *n.* *Abbr.* **int. 1.** *Mathematics.* The distance from the origin to the point at which a line, curve, or surface intersects a coordinate axis. **2.a.** The interception of a missile by another missile or an aircraft by another aircraft. **b.** Interception of a radio transmission. **3.** An interceptor. [Middle English *intercepten*, from Latin *intercipere, intercept-* : *inter-*, inter- + *capere*, to seize; see **kap-** in Appendix.] —**in′ter·cep′tive** *adj.*




**intercept**
Intercept form of the equation of a line:
$\frac{x}{a} + \frac{y}{b} = 1$

**in·ter·cept·er** (ĭn′tər-sĕp′tər) *n.* Variant of **interceptor.**

**in·ter·cep·tion** (ĭn′tər-sĕp′shən) *n.* **1.** The act of intercepting or the state of being intercepted. **2.** Something, such as a missile, an aircraft, or a radio transmission, that is intercepted. **3.** *Sports.* A pass that is intercepted, especially a forward pass in football.

**in·ter·cep·tor** also **in·ter·cept·er** (ĭn′tər-sĕp′tər) *n.* One that intercepts, specifically a fast-climbing, highly maneuverable fighter plane designed to intercept enemy aircraft or a guided missile designed to intercept enemy missiles and spacecraft.

**in·ter·ces·sion** (ĭn′tər-sĕsh′ən) *n.* **1.** Entreaty in favor of another, especially a prayer or petition to God in behalf of another. **2.** Mediation in a dispute. [Middle English, from Old French, from Latin *intercessiō, intercessiōn-*, intervention, from *intercessus*, past participle of *intercēdere*, to intervene. See INTERCEDE.] —**in′ter·ces′sion·al** *adj.* —**in′ter·ces′sor** (-sĕs′ər) *n.* —**in′ter·ces′so·ry** *adj.*

**in·ter·change** (ĭn′tər-chānj′) *v.* **-changed, -chang·ing, -chang·es.** —*tr.* **1.** To switch each of (two things) into the place of the other. **2.** To give and receive mutually; exchange. **3.** To cause to succeed each other in a series or pattern; alternate: *in-*

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

**Stress marks:** ′ (primary); ′ (secondary), as in **dictionary** (dĭk′shə-nĕr′ē)