

John W. Shaw
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
(302) 298-0701 – Direct
jshaw@shawkeller.com

August 29, 2013

**By CM/ECF & Hand Delivery**

The Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    <u>AIP Acquisition LLC v. Level 3 Communications, Inc.</u>, C.A. No. 12-617-GMS

Dear Chief Judge Sleet:

    Defendant Level 3 Communications, LLC writes to request oral argument on its Motion to Stay Pending *Inter Partes* Review (Docket Item 25) pursuant to Local Rule 7.1.4. The briefing and related papers may be found at D.I. 26, 27, 29, 30, and 31. Level 3 respectfully submits that oral argument will aid the Court in deciding this motion, which may in turn eliminate Markman proceedings for the '879 patent common to all six AIP litigations.

                            Respectfully submitted,

                            */s/ John W. Shaw*

                            John W. Shaw (No. 3362)

JWS/alv
cc:    Clerk of the Court (by hand delivery)
        All Counsel of Record (via CM/ECF)