# Exhibit 32

*The*

# AMERICAN HERITAGE *dic·tion·ar·y* *of* THE ENGLISH LANGUAGE

THIRD EDITION

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead Data Central, Inc., providers of the LEXIS®/NEXIS® services, for its assistance in the preparation of this edition of *The American Heritage Dictionary*.

Copyright © 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

*Library of Congress Cataloging-in-Publication Data*

The American heritage dictionary of the English language.
—3rd ed.
p. cm.
ISBN 0-395-44895-6
1. English language—Dictionaries.
PE1628.A623 1992 92-851
423—dc20 CIP

Manufactured in the United States of America

Case 1:12-cv-01692-GMS Document 57-35 Filed 12/16/13 Page 4 of 4 PageID #: 1442





**throne**
Coronation throne of Edward the Confessor

protein in platelets that is active in the formation of blood clots. [THROMBO– + Greek *sthenos*, strength + –IN.]

**throm·box·ane** (thrŏm-bŏk′săn) *n.* Any of several compounds, originally derived from prostaglandin precursors in platelets, that stimulate aggregation of platelets and constriction of blood vessels. [THROMB(O)– + OX(O)– + –ANE.]

**throm·bus** (thrŏm′bəs) *n., pl.* **-bi** (-bī). A fibrinous clot formed in a blood vessel or in a chamber of the heart. [New Latin, from Greek *thrombos*, clot.]

**throne** (thrōn) *n.* **1.** A chair occupied by an exalted personage, such as a sovereign or bishop, on state or ceremonial occasions, often situated on a dais and sometimes having a canopy and ornate decoration. **2.a.** A personage who occupies a throne. **b.** The power, dignity, or rank of such a personage; sovereignty. **3. thrones.** *Theology.* The third of the nine orders of angels. **—throne** *tr. & intr.v.* **throned, thron·ing, thrones.** To install in or occupy a throne. [Middle English, alteration of *trone*, from Old French, from Latin *thronus*, from Greek *thronos*. See **dher-** in Appendix.]

**throng** (thrông, thrŏng) *n.* **1.** A large group of people gathered or crowded closely together; a multitude. See Synonyms at **crowd**[1]. **2.** A large group of things; a host. **—throng** *v.* **thronged, throng·ing, throngs.** *—tr.* **1.** To crowd into; fill: *commuters thronging the subway platform.* **2.** To press in on. *—intr.* To gather, press, or move in a throng. [Middle English, from Old English *gethrang*.]

**thros·tle** (thrŏs′əl) *n.* **1.** Any of various Old World thrushes, especially a song thrush. **2.** A machine formerly used for spinning fibers such as cotton or wool. [Middle English, from Old English.]

**throt·tle** (thrŏt′l) *n.* **1.** A valve that regulates the flow of a fluid, such as the valve in an internal-combustion engine that controls the amount of vaporized fuel entering the cylinders. **2.** A lever or pedal controlling such a valve. **—throttle** *tr.v.* **-tled, -tling, -tles. 1.a.** To regulate the flow of (fuel) in an engine. **b.** To regulate the speed of (an engine) with a throttle. **2.** To suppress: *tried to throttle the press.* **3.** To strangle; choke. [Short for *throttle valve*, from *throttle*, to strangle, choke, from Middle English *throtelen*, probably from *throte*, throat. See THROAT.] **—throt′tler** *n.*

**throt·tle·hold** (thrŏt′l-hōld′) *n.* See **stranglehold** (sense 2).

**through** (thro͞o) *prep.* **1.** In one side and out the opposite or another side of: *went through the tunnel.* **2.** Among or between; in the midst of: *a walk through the flowers.* **3.** By way of: *climbed in through the window.* **4.a.** By the means or agency of: *bought the antique vase through a dealer.* **b.** Into and out of the handling, care, processing, modification, or consideration of: *Her application went through our office. Run the figures through the computer.* **5.** Here and there in; around: *a tour through France.* **6.** From the beginning to the end of: *stayed up through the night.* **7.** At or to the end of; done or finished with, especially successfully: *We are through the initial testing period.* **8.** Up to and including: *a play that runs through December; a volume that covers A through D.* **9.** Past and without stopping for: *drove through a red light.* **10.** Because of; on account of: *She succeeded through hard work. He declined the honor through modesty.* **—through** *adv.* **1.** From one end or side to another or an opposite end or side: *opened the door and went through.* **2.** From beginning to end; completely: *I read the article once through.* **3.** Throughout the whole extent or thickness; thoroughly: *warmed the leftovers clear through; got soaked through in the rain; a letter that was shot through with the writer's personality.* **4.** Over the total distance; all the way: *drove through to their final destination.* **5.** To a conclusion or an accomplishment: *see a matter through.* **—through** *adj.* **1.** Allowing continuous passage; unobstructed: *a through street.* **2.a.** Affording transportation to a destination with few or no stops and no transfers: *a through bus; a through ticket.* **b.** Continuing on a highway without exiting: *through traffic; through lanes.* **3.** Passing or extending from one end, side, or surface to another: *a through beam.* **4.** Having finished; at completion: *She was through with the project.* **5.** Having no further concern, dealings, or connection: *I'm through with him.* **6.** Having no more use, value, or potential; washed up: *That swimmer is through as an athlete.* **—idiom. through and through. 1.** In every part; throughout: *wet through and through.* **2.** In every aspect: *a success through and through.* [Middle English *thurh, through*, from Old English *thurh*. See **tero-**[2] in Appendix.]

**through·ly** (thro͞o′lē) *adv. Archaic.* Thoroughly.

**through·out** (thro͞o-out′) *prep.* In, to, through, or during every part of; all through: *The road is kept open throughout the year.* **—throughout** *adv.* **1.** In or through all parts; everywhere: *The material is flawed throughout.* **2.** During the entire time or extent: *Though unsure how her speech would be received, she remained calm and professional throughout.*

**through·put** (thro͞o′po͝ot′) *n.* Output or production, as of a computer program, over a period of time.

**through·way** (thro͞o′wā′) *n.* Variant of **thruway.**

**throve** (thrōv) *v.* A past tense of **thrive.**

**throw** (thrō) *v.* **threw** (thro͞o), **thrown** (thrōn), **throw·ing, throws.** *—tr.* **1.** To propel through the air with a motion of the hand or arm. **2.** To discharge into the air by any means: *a machine that throws tennis balls; ash that was thrown by an erupting volcano.* **3.** To hurl or fling with great force or speed: *threw themselves on the food; jetsam that had been thrown up onto the*

*shore.* **4.a.** To hurl to the ground or floor, as in a
test. **b.** To cause to fall off: *The horse threw its ri*
*mal.* To cause confusion or perplexity in; disc
*We didn't let our worries throw us.* **6.** To put on
carelessly: *throw on a jacket.* **7.a.** To put (sudden
into a given condition, position, or activity: *threw*
*laughter; threw some supper together; threw her le*
*of the chair.* **b.** To devote, apply, or direct: *thre*
*sources into the new endeavor; threw the blame*
**8.** To form on a potter's wheel: *throw a vase.* **9.**
into thread. **10.** *Games.* **a.** To roll (dice). **b.** T
ular combination) with dice. **c.** To discard or
To send forth; project: *She threw me a look of*
**12.** To cause to fall on or over something: *ca*
*threw shadows across the lawn. We threw sheets*
*ture before we painted the ceiling.* **13.** To bear
cows or horses, for example. **14.** To arrange or
example). **15.** To move (a lever or switch) in
deactivate, or control a device. **16.** *Informal.* To
(a contest, for example) purposely. **17.** To
have: *heard the news and threw a fit.* **18.** To
especially for leniency or support: *threw himself o*
*the court.* **19.** To deliver (a punch), as in boxing
*hook.* *—intr.* To cast, fling, or hurl something
The act or an instance of throwing. **2.** The dist
something is or can be thrown: *a stone's throw a*
**a.** A roll or cast of dice. **b.** The combination
tained. **4.** *Informal.* A single chance, venture, or
*afford up to forty-five bucks a throw to wax sentim*
*heritage"* (John Simon). **5.** *Sports.* The act of thr
nique used to throw an opponent in wrestling. **6.a.**
erlet, such as an afghan. **b.** A scarf or shawl. **7.a.**
a circle described by a crank, cam, or similar ma
The maximum displacement of a machine part
part, such as a crank or cam. **8.** *Geology.* The
displacement of a fault. **—phrasal verbs. throw**
To get rid of as useless: *threw away yesterday's*
*Games.* To discard: *threw away two aces.* **2.a.**
advantage of: *threw away a chance to make a f*
waste or use in a foolish way: *threw away her inh*
utter or perform in an offhand, seemingly careless
*villain throws away the news that the house has*
**throw back. 1.** To hinder the progress of; check.
*thrown back.* **2.** To revert to an earlier type or stage
**3.** To cause to depend; make reliant. **throw in. 1.**
introduce into the course of something: *threw in a*
*ments while they conversed.* **2.** To add (an extra
with no additional charge. **3.** To engage (a clutch
**throw off. 1.** To cast out; rid oneself of: *threw off*
*memories.* **2.** To give off; emit: *exhaust pipes thro*
**3.** To distract, divert, or mislead: *Crossing the str*
*the tracking dogs off. A wrong measurement thre*
*off.* **4.** To do, finish, or accomplish in a casual or
toss off: *threw off a quick response to the letter.*
make more accessible, especially suddenly or dram
*open the nomination.* **throw out. 1.** To give off
*lights throwing out powerful beams.* **2.** To reject
*committee threw out her proposal.* **3.** To get rid
*threw out the garbage.* **4.** *Informal.* To offer, as
plan: *They sat around throwing out names of peo*
*want to invite to the party.* **5.** To force to leave
tion, especially in an abrupt or unexpected manner
*judge was thrown out of office. The headwaiter th*
*derly guest out.* **6.a.** To disengage (a clutch, for ex
put out of alignment: *threw my back out.* **7.** Baseb
(a base runner) by throwing the ball to the player
base to which the base runner is moving. **throw**
overturn: *threw the cart over.* **2.** To abandon
*boyfriend of four years; threw over the company th*
*had founded.* **3.** To reject. **throw up. 1.** To vomit
don; relinquish. *She threw up her campaign for*
construct hurriedly: *shoddy houses that were thro*
*months.* **4.** To refer to something repeatedly
*past to him whenever they argued.* **5.** To project
erwise display (a slide, videotape, or other recorded
*the tape of vacation highlights up on the scree*
**throw (one's) weight around.** *Slang.* To use power
especially in an excessive or heavy-handed way. **thr**
**out with the bath water.** *Slang.* To discard some
along with something not desired, usually uninte
**up (one's) hands.** To indicate or express utter ho
*threw up his hands and abandoned the argument*
lish *throwen*, to turn, twist, hurl, from Old English
**tere-**[1] in Appendix.] **—throw′er** *n.*

***SYNONYMS:*** *throw, cast, hurl, fling, pitch, toss*
verbs mean to propel something through the air wi
the hand or arm. *Throw* is the least specific: *thro*
*the life preserver to the struggling swimmer; thr*
*the table. Cast* usually refers to throwing someth
*angler cast her line into the stream. Hurl* and *fling*
with great force: *"Him the Almighty Power/Hurl'd*
*ing from th' Ethereal Sky"* (John Milton). *The*
*were given confetti to fling at the bride and groo*
means to throw with careful aim: *"a special bask*
*. . . into which I pitch letters, circulars, pamphlets*