# Exhibit 33

The most significant computer reference source of its kind! Over 8,500 definitions and explanations covering the entire computer industry from laptop to mainframe. Perfect for every level of computer user.

# The Computer Desktop Encyclopedia

Multimedia CD-ROM version inside features even more!

ALAN FREEDMAN

Author of the Leading Dictionary of Computer Terms: ***THE COMPUTER GLOSSARY***

**Raves for Alan Freedman's *The Computer Glossary*:**

". . . the best dictionary of computing terminology. Should be in all libraries and desktops where computers are in regular use."
**—The New York Public Library**

"There is no better computer reference anywhere."
***— Government Technology***

This book is available at a special discount when ordered in bulk quantities. For information, contact Special Sales Department, AMACOM, a division of American Management Association, 1601 Broadway, New York, NY 10019.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

Library of Congress Cataloging-in-Publication Data

Freedman, Alan
Computer desktop encyclopedia / Alan Freedman.
p. cm.
ISBN 0-8144-0012-4 (pbk. and CD-ROM). — ISBN 0-8144-0010-8 (pbk.)
1. Computers—Dictionaries. I. Title.
QA76.15.F732 1996
004'.03—dc20

96-724
CIP

© 1996 The Computer Language Company Inc., Point Pleasant, PA 18950.
All rights reserved.
Printed in the United States of America.

The publication may not be reproduced, stored in a retrieval system, or transmitted in whole or in part, in any form or by an means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of AMACOM, a division of American Management Association, 1601 Broadway, New York, NY 10019.

Printing number

10 9 8 7 6 5 4 3 2

## NetWare Global Messaging

E-mail software from Novell for NetWare 3.x that includes directory synchronization across distributed servers and provides optional interfaces to X.400, SMTP and SNADS. See *SMF.*

## NetWare Loadable Module

Known as an *NLM,* it is software that enhances or provides additional functions in a NetWare 3.x or higher server. Support for database engines, workstations, network protocols, fax and print servers are examples. The NetWare 2.x counterpart is a VAP.

## NetWare Management System

Also known as *NMS,* it is an SNMP-based network management software from Novell for monitoring and controlling NetWare networks.

## NetWare NFS

Software from Novell that implements the NFS distributed file system on NetWare 3.11 servers. It allows UNIX and other NFS client machines to access files on the NetWare server. See *LAN Workplace* and *UnixWare.*

## NetWare Users International

A voluntary organization of more than 250 NetWare user groups worldwide. For information, call 800/228-4NUI within the U.S. or 801/429-7000 outside the U.S.

## NetWire

Novell's BBS on CompuServe, which provides technical support for its NetWare products.

## network

(1) An arrangement of objects that are interconnected. See *LAN* and ***network database.***

(2) In communications, the transmission channels interconnecting all client and server stations as well as all supporting hardware and software.

## network accounting

The reporting of network usage. It gathers details about user activity including the number of logons and resources used (disk accesses and space used, CPU time, etc.).

## network adapter



A printed circuit board that plugs into both the clients (personal computers or workstations) and servers and controls the exchange of data between them. The network adapter provides services at the data link level of the network, which is also known as the ***access method*** (OSI layers 1 and 2).

The most common network adapters are Ethernet and Token Ring. Sometimes, the Ethernet adapter is built into the motherboard. LocalTalk, which provides the data link services of Apple's AppleTalk network, is built into all Macintoshes.

A transmission medium, such as twisted pair, coax or fiber optic, interconnects all the adapters in the network. A network adapter is also called a *NIC,* or network interface card.

## network administrator

A person who manages a communications network within an organization. Responsibilities include network security, installing new applications, distributing software upgrades, monitoring daily activity, enforcing licensing agreements, developing a storage management program and providing for routine backups.