# Exhibit 34

MICROSOFT PRESS®

# COMPUTER DICTIONARY

SECOND EDITION

COMPLETELY REVISED AND UPDATED, WITH NEW DEFINITIONS AND ILLUSTRATIONS

THE COMPREHENSIVE STANDARD FOR BUSINESS, SCHOOL, LIBRARY, AND HOME

Microsoft PRESS®

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1994 by Microsoft Press

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data

Microsoft Press computer dictionary : the comprehensive standard for business, school, library, and home / Microsoft Press. -- 2nd ed.
p. cm.
ISBN 1-55615-597-2
1. Computers--Dictionaries. 2. Microcomputers--Dictionaries.
I. Microsoft Press. II. Title: Computer dictionary.
QA76.15.M54 1993 93-29868
004'.03--dc20 CIP

Printed and bound in the United States of America.

3 4 5 6 7 8 9 MLML 9 8 7 6 5 4

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

Distributed to the book trade outside the United States and Canada by Penguin Books Ltd.

Penguin Books Ltd., Harmondsworth, Middlesex, England
Penguin Books Australia Ltd., Ringwood, Victoria, Australia
Penguin Books N.Z. Ltd., 182-190 Wairau Road, Auckland 10, New Zealand

British Cataloging-in-Publication Data available.

**Project Editor:** Casey D. Doyle
**Manuscript Editor:** Alice Copp Smith
**Technical Editors:** Mary DeJong, Jeff Carey, Dail Magee, Jr., Jim Fuchs, Seth McEvoy

declared within a procedure), or nested records (a record containing a field that is itself a record).

**NetBIOS** An application program interface (API) that can be used by application programs on a local area network consisting of IBM and compatible microcomputers running MS-DOS, OS/2, or some version of UNIX. Primarily of interest to programmers, NetBIOS provides application programs with a uniform set of commands for requesting the lower-level network services required to conduct sessions between nodes on a network and to transmit information back and forth. *See also* application program interface.

**network** A group of computers and associated devices that are connected by communications facilities. A network can involve permanent connections, such as cables, or temporary connections made through telephone or other communications links. A network can be as small as a local area network consisting of a few computers, printers, and other devices, or it can consist of many small and large computers distributed over a vast geographic area. Small or large, a computer network exists to provide computer users with the means of communicating and transferring information electronically. Some types of communication are simple user-to-user messages; others, of the type known as distributed processes, can involve several computers and the sharing of workloads or cooperative efforts in performing a task.

**network adapter** An expansion card or other device used to connect a computer to a local area network.

**network administrator** The person in charge of operations on either a wide area network or a local area network. The duties of a network administrator (also called a system administrator) can be broad and might include such tasks as installing new workstations and other devices, adding and removing authorized users, archiving files, overseeing password protection and other security measures, monitoring usage of shared resources, and handling malfunctioning equipment.

**network architecture** The underlying structure of a computer network, including hardware, functional layers, interfaces, and protocols (rules) used to establish communication and ensure reliable transfer of information. Because a computer network is a mixture of hardware and software, network architectures are designed to provide both philosophical and physical standards for enabling computers and other devices to handle the complexities of establishing communications links and transferring information without conflict. Various network architectures exist, among them the internationally accepted seven-layer ISO Open Systems Interconnection (OSI) model and IBM's Systems Network Architecture (SNA). Both the OSI and SNA architectures organize network functions in layers, each layer dedicated to a particular aspect of communication or transmission and each requiring protocols that define how functions are carried out. The ultimate objective of these and other network architectures is the creation of communications standards that will enable computers of many kinds to exchange information freely and (to the user) transparently. *See also* ISO/OSI model, SNA.

**network control program** In a communications network that includes a mainframe computer, a program that usually resides in a communications controller and takes over communications tasks such as routing, error control, line control, and polling (checking terminals for transmissions), leaving the main computer free for other functions.

**network database** In information management, a type of database in which data records can be linked (related to one another) in more than one way. A network database is similar to a hierarchical database in the sense that it contains a progression from one record to another. It differs in being less rigidly structured: Any single record can point to more than one other record and, conversely, can be pointed to by one or more records. In effect, a network database allows more than one path between any two records, whereas a hierarchical database allows only one, from parent (higher-level record) to child (lower-level record). *Compare* hierarchical database, relational database.

**network device driver** Software that coordi-