# Exhibit 35

8TH Expanded & Updated Edition

# Newton's Telecom Dictionary

by Harry Newton

The Official Dictionary of Computer Telephony, Telecommunications, Networking, Data Communications, Voice Processing and the Internet

# 1 SELLER OVER 100,000 SOLD

A Flatiron Publishing, Inc. Book
Published by Flatiron Publishing, Inc.
Copyright © 1994 by Harry Newton

All rights reserved under International and Pan-American Copyright conventions, including the right to reproduce this book or portions thereof in any form whatsoever. Published in the United States by Flatiron Publishing, Inc., New York.

ISBN 0-936648-60-0

Manufactured in the United States of America

Eighth Edition, November 1994
Cover Designed by Saul Roldan
Printed at Bookcrafters, Chelsea, MI.

tor is made by other companies including 3M and TRW.

**AMPLIFIED HANDSET** An amplified handset is the best phone gadget you can buy. You use it to crank up the volume of incoming calls and save yourself enormous amounts of money on callbacks. "We have a bad line. I'll call you back." There are three types of amplified handsets: 1. The handset with a built-in amplifier. These devices suck their power from the phone line and since the phone line doesn't have much power, you won't have much amplification. I'm not overly impressed with amplified handsets. 2. The handset with amplifying circuits built into the phone. Ditto for our comments about power. 3. The handset with the little external box amplifier which is powered by either AC or by several nicad batteries. Such an external amplifier will produce much greater amplification. This is the type we prefer at TELECONNECT Magazine.

**AMPLIFIER** When telephone conversations travel through a medium, such as a copper wire, they encounter resistance and thus become weaker and more difficult to hear. An amplifier is an electrical device which strengthens the signal. Unfortunately, amplifiers in analog circuits also strengthen noise and other extraneous garbage on the line. Amplifiers are used in all telephone systems, analog and digital. But in digital systems, signals are regenerated and then amplified. As a result, noise is much less prevalent and less likely to be amplified in digital systems.

**AMPLITUDE** The distance between high or low points of a waveform or signal. Also referred to as the wave "height." See AMPLITUDE MODULATION.

**AMPLITUDE DISTORTION** The difference between the output wave shape and the input wave shape.

**AMPLITUDE EQUALIZER** A corrective network that is designed to modify the amplitude characteristics of a circuit or system over a desired frequency range. Such devices may be fixed, manually adjustable, or automatic.

**AMPLITUDE MODULATION** Also called AM, it's a method of adding information to an electronic signal in which the signal is varied by its height to impose information on it. "Modulation" is the term given to imposing information on an electrical signal. The information being carried causes the amplitude (height of the sine wave) to vary. In the case of LANs, the change in the signal is registered by the receiving device as a 1 or a 0. A combination of these conveys different information, such as words, numbers or punctuation marks.

**AMPS** Advanced Mobile Phone Service. It's another word for analog cellular radio. Advanced Mobile Phone Service is the term used by AT&T's Bell Laboratories (prior to the break-up in 1984) to refer to its cellular technology. The AMPS standard has been the foundation for the industry in the United States, although it has been slightly modified in recent years. "AMPS-compatible" means equipment designed to work with most analog cellular telephones. Digital cellular is called D-AMPS.

**AMS** Account Management System.

**ANA** Assigned Night Answer.

**ANALOG** Comes from the word "analogous," which means "similar to." In telephone transmission, the signal being transmitted — voice, video, or image — is

"analogous" to the original signal. In other words, if you speak into a microphone and see your voice on an oscilloscope and you take the same voice as it is transmitted on the phone line and ran that signal into the oscilloscope, the two signals would look essentially the same. The only difference is that the electrically transmitted signal (the one over the phone line) is at a higher frequency. In correct English usage, "analog" is meaningless as a word by itself. But in telecommunications, analog means telephone transmission and/or switching which is not digital. See ANALOG TRANSMISSION.

**ANALOG BRIDGE** A circuit which allows a normal two-person voice conversation to be extended to include a third person without degrading the quality of the call.

**ANALOG CELLULAR** The current standard for cellular communications.

**ANALOG CHANNEL** A channel which transmits in analog waveforms. See ANALOG.

**ANALOG COMPUTER** A computer that performs its tasks by measuring continuous physical variables — pressure, voltage, flow — and manipulating these variables to produce a solution, which is then converted into a numerical equivalent. Analog computers are largely used as special purpose machines in scientific or technical applications. The earliest analog computers were purely mechanical devices with levers, cogs, cams, etc., representing the data or operator values. Modern analog computers typically employ electrical parameters such as voltage, resistance, or current to represent the quantities being manipulated.

**ANALOG DIGITAL CONVERTER** An A/D Converter. Pronounced: "A to D Converter." A device which converts an analog signal to a digital signal.

**ANALOG FACSIMILE** Facsimile which can transmit and receive grey shadings — not just black and white. It is called analog because of its ability to transmit what appear to be continuous shades of grey. "Analog" facsimile is usually transmitted digitally.

**ANALOG FRONT END** The part of the fax machine that converts between the digitally modulated signal and the analog signal used on the telephone line.

**ANALOG LOOP-BACK** A method of testing modems and data terminals by disconnecting the device from the telephone line and looping a signal out through the device's transmit side and in through its receive side. The test tells if the trouble is with the telephone line or with the modem.

**ANALOG MONITOR** A computer screen that uses an analog signal, a smoothly varying value of current or voltage that varies continuously. VGA, SVGA and Macintosh models are examples of analog monitors. Most computer screens are analog. Most analog monitors are designed to accept input signals at a precise frequency. Higher frequencies are needed to carry higher-resolution images to the monitor. For this reason, multiscanning monitors have been developed that automatically adjust themselves to the incoming frequency. See also ANALOG and DIGITAL MONITOR.

**ANALOG RECORDING** System of recording in which music is converted into electrical impulses that form "patterns" in the grooves of phonograph record masters or in the oxide particles of master tapes representing (or analogous to) musi-

**DIGIPATH OPTION: SECONDARY CHANNEL CAPABILITY** An optional feature for New York Telephone's 56 Kbps Digipath service. It allows customers a second channel at 2.6 Kbps, independent of the primary channel. Customers usually use this "extra" channel for diagnosing the line; for running network management over the same line; or to transmit a second, lower speed data stream through the same line.

**DIGIREPEATER** Digital Repeater

**DIGIT** Any whole number from 0 to 9.

**DIGIT DELETION** It's nice to make it easy for people to dial their desired numbers. Part of making it "nice" is to keep their pattern of dialing consistent. The charm of our ten-digit numbering system in North America — the three digit area code and seven digit local number — is its consistency, making for easy use and easy remembering. Some corporate networks, however, don't use a common numbering scheme. They might use tie trunks to get to Chicago, and insist on the user dialing 69, instead of the more common 312 area code. They might insist on the user dialing 73 when he wants to go to Los Angeles. But if he wants to reach the LA office, he might dial 235. This can be awfully confusing. So some switches — central office and PBXs — have the ability to insert or delete digits. That is, they will recognize the number dialed and change it as it progresses through the network. The user, however, knows nothing of this. He simply dials a normal phone number and listens as his call progresses normally. Digit insertion and digit deletion are components of a PBX feature called common number dialing.

**DIGIT INSERTION** See DIGIT DELETION.

**DIGITAL** 1. In displays, the use of digits for direct readout. 2. In telecommunications, in recording or in computing, digital is the use of a binary code to represent information. See PCM (as in Pulse Code Modulation.) Analog signals — like voice or music — are encoded digitally by sampling the voice or music analog signal many times a second and assigning a number to each sample. Recording or transmitting information digitally has two major benefits. First, the signal can be reproduced precisely. In a long telecommunications transmission circuit, the signal will progressively lose its strength and progressively pick up distortions, static and other electrical interference "noises."

In analog transmission, the signal, along with all the garbage it picked up, is simply amplified. In digital transmission, the signal is first regenerated. It's put through a little "Yes-No" question. Is this signal a "one" or a "zero?" The signal is reconstructed (i.e. squared off) to what it was identically. Then it is amplified and sent along its way. So digital transmission is much "cleaner" than analog transmission. The second major benefit of digital is that the electronic circuitry to handle digital is getting cheaper and more powerful. It's the stuff of computers. Analog transmission equipment doesn't lend itself to the technical breakthroughs of recent years in digital. See also PCM, as in Pulse Code Modulation.

**DIGITAL ACCESS AND CROSS-CONNECT SYSTEM** See DACS and DIGITAL CROSS-CONNECT SYSTEM.

**DIGITAL AUDIO** The storage and processing of audio signals digitally. It usually requires at least 16 bits of linear coding to represent each digital sample.

**DIGITAL AUDIO TAPE** See DAT.