# Exhibit 36

# *The* AMERICAN HERITAGE *dic·tion·ar·y of* THE ENGLISH LANGUAGE

THIRD EDITION

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead Data Central, Inc., providers of the LEXIS®/NEXIS® services, for its assistance in the preparation of this edition of *The American Heritage Dictionary*.

Copyright © 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

*Library of Congress Cataloging-in-Publication Data*

The American heritage dictionary of the English language.
–3rd ed.
p. cm.
ISBN 0-395-44895-6
1. English language–Dictionaries.
PE1628.A623 1992 92-851
423–dc20 CIP

Manufactured in the United States of America

pensed or taken. **4.** *Slang.* Sweetheart. Used as a term of endearment. **—sugar** *v.* **-ared, -ar•ing, -ars.** —*tr.* **1.** To coat, cover, or sweeten with sugar. **2.** To make less distasteful or more appealing. —*intr.* **1.** To form sugar. **2.** To form granules; granulate. **3.** To make sugar or syrup from sugar maple sap. Often used with *off.* [Middle English *sugre,* from Old French *sukere,* from Medieval Latin *succārum,* from Old Italian *zucchero,* from Arabic *sukkar,* from Persian *shakar,* from Sanskrit *śarkarā,* grit, ground sugar.] **—sug′ar•er** *n.*

**sugar apple** *n.* See **sweetsop.**

**sugar beet** *n.* A form of the common beet *(Beta vulgaris)* having fleshy white roots from which sugar is obtained.

**sug•ar•ber•ry** (shŏŏg′ər-bĕr′ē) *n.* See **hackberry.**

**sug•ar•bird** (shŏŏg′ər-bûrd′) *n.* Any of various honeyeaters, especially a South African bird *(Promerops cafer)* with a long, curved bill that feeds mainly on the nectar of trees of the genus *Protea.*

**sugar bush** *n.* A grove of sugar maples used as a source of maple syrup or maple sugar. Also called *sugar orchard.*

**sugar cane** *n.* A tall tropical southeast Asian grass *(Saccharum officinarum)* having thick, solid, tough stems that are a chief commercial source of sugar.



Sugarloaf Mountain

**sug•ar•coat** (shŏŏg′ər-kōt′) *tr.v.* **-coat•ed, -coat•ing, -coats. 1.** To cause to seem more appealing or pleasant: *a sentimental treatment that sugercoats a harsh reality.* **2.** To coat with sugar: *sugarcoat a pill.*

**sugar corn** *n.* See **sweet corn.**

**sug•ar-cured** (shŏŏg′ər-kyŏŏrd′) *adj.* Cured with a preparation of sugar, salt, and nitrate: *a sugar-cured ham.*

**sugar daddy** *n. Slang.* A wealthy, usually older man who gives expensive gifts to a young person in return for sexual favors or companionship.

**sugar diabetes** *n.* Insulin-dependent diabetes mellitus.

**sug•ared** (shŏŏg′ərd) *adj.* **1.** Sweetened with sugar. **2.** Made more appealing or pleasant.

**sug•ar•house** (shŏŏg′ər-hous′) *n.* A sugar refinery or processing plant, especially a building in which maple sap is boiled down to yield maple syrup and maple sugar.

**sug•ar•ing off** (shŏŏg′ər-ĭng) *n.* **1.** The process or an instance of boiling down maple sap to yield maple syrup and maple sugar. **2.** An informal social gathering in which the guests help make maple sugar.

**sug•ar•less** (shŏŏg′ər-lĭs) *adj.* **1.** Containing no sugar. **2.** Sweetened with a substance other than sucrose: *sugarless gum; sugarless candy.*

**sugar loaf** *n.* **1.** A large conical loaf of pure concentrated sugar. **2.** Something, such as a mountain, that resembles a loaf of sugar in shape. **—sug′ar-loaf′** (shŏŏg′ər-lōf′) *adj.*

**Sug•ar•loaf Mountain** (shŏŏg′ər-lōf′). A rocky peak in Rio de Janeiro, Brazil, at the entrance to Guanabara Bay. An aerial railroad leads to the summit, 395.3 m (1,296 ft) high.



**sugar maple**
*Acer saccharum*

**sugar maple** *n.* **1.** An eastern North American maple tree *(Acer saccharum)* having sap that is the source of maple syrup and maple sugar and variously grained hard wood used in cabinetmaking. **2.** The wood of this tree Also called *hard maple, rock maple.*

**sugar of lead** (lĕd) *n.* See **lead acetate.**

**sugar of milk** *n.* Lactose.

**sugar orchard** *n.* See **sugar bush.**

**sugar pea** *n.* See **snow pea.**

**sugar pine** *n.* A tall evergreen timber tree *(Pinus lambertiana)* of the Pacific coast of North America, having needles with white lines on the back that are grouped in fascicles of five.

**sug•ar•plum** (shŏŏg′ər-plŭm′) *n.* A small round piece of sugary candy.

**sug•ar•y** (shŏŏg′ə-rē) *adj.* **-i•er, -i•est. 1.** Characterized by or containing sugar: *sugary foods.* **2.** Tasting or looking like sugar. **3.** Excessively or cloyingly sweet: *sugary compliments; a sugary smile.* **—sug′ar•i•ness** *n.*

**sug•gest** (səg-jĕst′, sə-jĕst′) *tr.v.* **-gest•ed, -gest•ing, -gests. 1.** To offer for consideration or action; propose: *suggest things for children to do; suggested that we take a walk.* **2.** To bring or call to mind by logic or association; evoke: *a cloud that suggests a mushroom; a ringlike symbol suggesting unity.* **3.** To make evident indirectly; intimate or imply: *a silence that suggested disapproval.* **4.** To serve as or provide a motive for; prompt or demand: *Such a crime suggests apt punishment.* [Latin *suggerere, suggest-* : *sub-,* up; see SUB– + *gerere,* to carry.] **—sug•gest′er** *n.*

***SYNONYMS:*** *suggest, imply, hint, intimate, insinuate.* These verbs mean to convey thoughts or ideas by indirection. *Suggest* refers to the calling of something to mind as the result of an association of ideas or train of thought: *"his erect and careless attitude suggesting assurance and power"* (Joseph Conrad). To *imply* is to suggest a thought or an idea that is unexpressed but that can be inferred from something else, such as a statement, that is more explicit: *The effusive praise the professor heaped on one of the students seemed to imply indifference toward or disapproval of the rest. Hint* refers to an oblique or covert suggestion that often contains clues: *He hinted that he would accept an invitation if it were extended. My imagination supplied the explanation you only hinted at. Intimate* applies to indirect, subtle expression that often reflects discretion, tact, or reserve: *She intimated that she and her husband were having marital problems.* To *insinuate* is to suggest something, usually something unpleasant, in a covert, sly, and underhanded manner: *The columnist insinuated—but never actually asserted—that the candidate had underworld ties.*

**sug•gest•i•bil•i•ty** (səg-jĕs′tə-bĭl′ĭ-tē, sə-jĕs′-) *n.* Responsiveness or susceptibility to suggestion.

**sug•gest•i•ble** (səg-jĕs′tə-bəl, sə-jĕs′-) *adj.* Readily influenced by suggestion: *suggestible young minds.*

**sug•ges•tion** (səg-jĕs′chən, sə-jĕs′-) *n.* **1.** The act of suggesting. **2.** Something suggested: *We ordered the shrimp, a suggestion of the waiter.* **3.** The sequential process by which one thought or mental image leads to another. **4.a.** A psychological process by which an idea is induced in or adopted by another without argument, command, or coercion. **b.** An idea or response so induced. **5.** A hint or trace: *just a suggestion of makeup; the first suggestion of trouble ahead.*

**sug•ges•tive** (səg-jĕs′tĭv, sə-jĕs′-) *adj.* **1.a.** Tending to suggest; evocative: *artifacts suggestive of an ancient society.* **b.** Stimulating further thought: *"Suggestive here is the Southern, often Western and rural locus of these tales"* (Mark Muro). **c.** Conveying a hint or suggestion: *conveyed the message with a few suggestive words.* **2.** Tending to suggest something improper or indecent: *a controversial song with highly suggestive lyrics.* **—sug•ges′tive•ly** *adv.* **—sug•ges′tive•ness** *n.*

**Su•har•to** (sə-här′tō, sŏŏ-). Born 1921. Indonesian military and political leader who seized power from Sukarno (1967) and was elected president in 1968.

**Sui** (swā). A Chinese dynasty (581–618) that reunified China after a period of declining centralized government.

**su•i•cid•al** (sōō′ĭ-sīd′l) *adj.* **1.** Causing, intending, or relating to suicide: *a suicidal act; suicidal impulses.* **2.** Dangerous to oneself or to one's interests; self-destructive or ruinous: *a suicidal corporate takeover strategy.* **—su′i•cid′al•ly** *adv.*

**su•i•cide** (sōō′ĭ-sīd′) *n.* **1.** The act or an instance of intentionally killing oneself. **2.** The destruction or ruin of one's own interests: *It is professional suicide to involve oneself in illegal practices.* **3.** One who commits suicide. [Latin *suī,* of oneself; see **s(w)e-** in Appendix + –CIDE.]

**suicide watch** *n.* A procedural tour of duty in a prison in which guards frequently check the cells of inmates suspected of suicidal tendencies.

**su•i•cid•ol•o•gy** (sōō′ĭ-sī-dŏl′ə-jē) *n.* The study of suicide, suicidal behavior, and suicide prevention. **—su′i•cid•ol′o•gist** *n.*

**su•i ge•ne•ris** (sōō′ī′ jĕn′ər-ĭs, sōō′ē) *adj.* Being the only example of its kind; unique: *"sui generis works like Mary Chesnut's Civil War diary"* (Linda Orr). [Latin *suī generis* : *suī,* of its own + *generis,* genitive of *genus,* kind.]

**sui ju•ris** (jŏŏr′ĭs) *adj. Law.* Capable of managing one's own affairs. [Latin *suī iūris* : *suī,* of one's own + *iūris,* genitive of *iūs,* right, law.]

**su•int** (sōō′ĭnt, swĭnt) *n.* A natural grease formed from dried perspiration found in the fleece of sheep, used as a source of potash. [French, from Old French, from *suer,* to sweat, from Latin *sūdāre.* See **sweid-** in Appendix.]

**suit** (sōōt) *n.* **1.a.** A set of matching outer garments, especially one consisting of a coat with trousers or a skirt. **b.** A costume for a special activity: *a diving suit; a running suit.* **2.** A group of things used together; a set or collection: *a suit of sails; a suit of tools.* **3.** *Games.* Any of the four sets of 13 playing cards (clubs, diamonds, hearts, and spades) in a standard deck, the members of which bear the same marks. **4.** Attendance required of a vassal at his feudal lord's court or manor. **5.** *Law.* A court proceeding to recover a right or claim. **6.** The act or an instance of courting a woman; courtship: *She was inclined to accept his suit.* **—suit** *v.* **suit•ed, suit•ing, suits.** —*tr.* **1.** To meet the requirements of; fit: *This candidate does not suit our qualifications.* **2.** To make appropriate or suitable; adapt: *builders who suit the house to the owner's specifications.* **3.** To be appropriate for; befit: *a color that suits you.* **4.** To please; satisfy: *a choice that suits us all.* **5.** To provide with clothing; dress: *The NCOs suited the recruits in green uniforms.* —*intr.* **1.** To be suitable or acceptable. **2.** To be in accord; agree or match. ***—phrasal verb.* suit up.** To put on clothing designed for a special activity: *suits up in shorts for a jog.* [Middle English *sute,* from Anglo-Norman, from Vulgar Latin **sequita,* act of following, feminine of **sequitus,* past participle of **sequere,* to follow, from Latin *sequī.* See SUITOR.]

**Su•i•ta** (sōō-ē′tə, -tä). A city of southern Honshu, Japan, an industrial suburb of Osaka. Population, 348,946.

**suit•a•ble** (sōō′tə-bəl) *adj.* Appropriate to a purpose or an occasion. See Synonyms at **fit**[1]. **—suit′a•bil′i•ty, suit′a•ble•ness** *n.* **—suit′a•bly** *adv.*

**suit•case** (sōōt′kās′) *n.* A usually rectangular piece of luggage for carrying clothing.

**suite** (swēt) *n.* **1.** A staff of attendants or followers; a retinue. **2.a.** A group of related things intended to be used together; a set. **b.** (*also* sōōt). A set of matching furniture: *a dining room suite.* **3.** A series of connected rooms used as a living unit. **4.** *Music.* An instrumental composition consisting of a succession of dances in the same or related keys. [French, from Old French. See SUIT.]

**suit•ing** (sōō′tĭng) *n.* Fabric from which suits are made.