# Exhibit 37

THIRD EDITION

# COMPUTER NETWORKS

ANDREW S. TANENBAUM



Library of Congress Cataloging in Publication Data

Tanenbaum, Andrew S. 1944-.
Computer networks / Andrew S. Tanenbaum. -- 3rd ed.
p. cm.
Includes bibliographical references and index.
ISBN 0-13-349945-6
1.Computer networks. I. Title.
TK5105.5.T36 1996 96-4121
004.6--dc20 CIP

Editorial/production manager: *Camille Trentacoste*
Interior design and composition: *Andrew S. Tanenbaum*
Cover design director: *Jerry Votta*
Cover designer: *Don Martinetti, DM Graphics, Inc.*
Cover concept: *Andrew S. Tanenbaum, from an idea by Marilyn Tremaine*
Interior graphics: *Hadel Studio*
Manufacturing manager: *Alexis R. Heydt*
Acquisitions editor: *Mary Franz*
Editorial Assistant: *Noreen Regina*

© 1996 by Prentice Hall PTR
Prentice-Hall, Inc.
A Simon & Schuster Company
Upper Saddle River, New Jersey 07458

The publisher offers discounts on this book when ordered in bulk quantities. For more information, contact:
Corporate Sales Department, Prentice Hall PTR, One Lake Street, Upper Saddle River, NJ 07458.
Phone: (800) 382-3419; Fax: (201) 236-7141. E-mail: corpsales@prenhall.com

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

All product names mentioned herein are the trademarks of their respective owners.

Printed in the United States of America
10 9 8 7 6 5 4 3

ISBN 0-13-349945-6

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Simon & Schuster Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*

| Sending | Receiving | Dis-connecting |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| !0/Estab | A10/Estab | ~/Idle |
| | | ~/Idle |
| | A12/Estab | |
| Estab | | |
| | | |

A7: Send message
A8: Wait for credit
A9: Send credit
A10: Set Clr_req_received flag
A11: Record credit
A12: Accept message

Each entry has an
tilde indicates that
tes the negation of
d events.

ltimately chosen by the

ich as sending packets
ializing the fields of a
up a sleeping process,



the actions following the wakeup also count. For example, if a CALL REQUEST packet comes in and a process was asleep waiting for it, the transmission of the CALL ACCEPT packet following the wakeup counts as part of the action for CALL REQUEST. After each action is performed, the connection may move to a new state, as shown in Fig. 6-21.

The advantage of representing the protocol as a matrix is threefold. First, in this form it is much easier for the programmer to systematically check each combination of state and event to see if an action is required. In production implementations, some of the combinations would be used for error handling. In Fig. 6-21 no distinction is made between impossible situations and illegal ones. For example, if a connection is in *waiting* state, the DISCONNECT event is impossible because the user is blocked and cannot execute any primitives at all. On the other hand, in *sending* state, data packets are not expected because no credit has been issued. The arrival of a data packet is a protocol error.

The second advantage of the matrix representation of the protocol is in implementing it. One could envision a two-dimensional array in which element $a[i][j]$ was a pointer or index to the procedure that handled the occurrence of event $i$ when in state $j$. One possible implementation is to write the transport entity as a short loop, waiting for an event at the top of the loop. When an event happens, the relevant connection is located and its state is extracted. With the event and state now known, the transport entity just indexes into the array $a$ and calls the proper procedure. This approach gives a much more regular and systematic design than our transport entity.

The third advantage of the finite state machine approach is for protocol description. In some standards documents, the protocols are given as finite state machines of the type of Fig. 6-21. Going from this kind of description to a working transport entity is much easier if the transport entity is also driven by a finite state machine based on the one in the standard.

The primary disadvantage of the finite state machine approach is that it may be more difficult to understand than the straight programming example we used initially. However, this problem may be partially solved by drawing the finite state machine as a graph, as is done in Fig. 6-22.

## 6.4. THE INTERNET TRANSPORT PROTOCOLS (TCP AND UDP)

The Internet has two main protocols in the transport layer, a connection-oriented protocol and a connectionless one. In the following sections we will study both of them. The connection-oriented protocol is TCP. The connectionless protocol is UDP. Because UDP is basically just IP with a short header added, we will focus on TCP.

**TCP (Transmission Control Protocol)** was specifically designed to provide a reliable end-to-end byte stream over an unreliable internetwork. An