# Exhibit 38

Second Edition

# Internetworking with TCP/IP

## VOLUME I

### Principles, Protocols, and Architecture



Douglas E. Comer

**Library of Congress Cataloging-in-Publication Data**

Comer, Douglas E.
Internetworking with TCP/IP / Douglas E. Comer. -- 2nd ed.
p. cm.
Includes bibliographical references (v. 1, p. ) and index.
Contents: vol. 1. Principles, protocols, and architecture.
ISBN 0-13-468505-9 (v. 1)
1. Computer networks. 2. Computer network protocols. 3. Data transmission systems. I. Title.
TK5105.5.C59 1991
004.6--dc20 90-7829
CIP

Editorial/production supervision: Joe Scordato
Cover design: Karen Stephens
Cover illustration: Jim Kinstrey
Manufacturing buyers: Linda Behrens and Patrice Fraccio

The author and publisher of this book have used their best efforts in preparing this book. These efforts include the development, research, and testing of the theories and programs to determine their effectiveness. The author and publisher make no warranty of any kind, expressed or implied, with regard to these programs or the documentation contained in this book. The author and publisher shall not be liable in any event for incidental or consequential damages in connection with, or arising out of, the furnishing, performance, or use of these programs.

© 1991 by Prentice-Hall, Inc.
A Division of Simon & Schuster
Englewood Cliffs, New Jersey 07632

All rights reserved. No part of this book may be reproduced, in any form or by any means without permission in writing from the publisher.

UNIX is a registered trademark of AT&T Bell Laboratories. proNET-10 is a trademark of Proteon Corporation. VAX, Microvax, and LSI 11 are trademarks of Digital Equipment Corporation. Network Systems and HYPER-channels are registered trademarks of Network Systems Corporation.

Printed in the United States of America

10 9 8 7

ISBN 0-13-468505-9

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sidney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S. A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Simon & Schuster Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*

## 3.7 The User's View

Remember that TCP/IP is designed to provide a universal interconnection among machines independent of the particular networks to which they attach. Thus, we want the user to view an internet as a single, virtual network to which all machines connect despite their physical connections. Figure 3.3a shows how thinking of an internet instead of constituent networks simplifies the details and makes it easy for the user to conceptualize communication. In addition to gateways that interconnect physical networks, internet access software is needed on each host to allow application programs to use the internet as if it were a single, real physical network.

The advantage of providing interconnection at the network level now becomes clear. Because application programs that communicate over the internet do not know the details of underlying connections, they can be run without change on any machine. Because the details of each machine's physical network connections are hidden in the internet software, only that software needs to change when new physical connections appear or old ones disappear. In fact, it is possible to optimize routing by altering physical connections without even recompiling application programs.

A second advantage of having communication at the network level is more subtle: users do not have to understand or remember how networks connect or what traffic they carry. Application programs can be written that operate independent of underlying physical connectivity. In fact, network managers are free to change interior parts of the underlying internet architecture without changing application software in most of the computers attached to the internet (of course, network software must be reconfigured when a computer moves to a new network).

As Figure 3.3b shows, gateways do not provide direct connections among all pairs of networks. It may be necessary for traffic traveling from one machine to another to pass across several intermediate networks. Thus, networks participating in the internet are analogous to highways in the U.S. interstate system: each net agrees to handle transit traffic in exchange for the right to send traffic throughout the internet. Typical users are unaffected and unaware of extra traffic on their local network.

## 3.8 All Networks Are Equal

Chapter 2 reviewed example network hardware used to build TCP/IP internets and illustrated the great diversity of technologies. We have described an internet as a collection of cooperative, interconnected networks. It is now important to understand a fundamental concept: from the internet point of view, any communication system capable of transferring packets counts as a single network, independent of its delay and throughput characteristics, maximum packet size, or geographic scale. In particular, Figure 3.3b uses the same small cloud to depict all physical networks because TCP/IP treats them equally despite their differences. The point is:

Case 1:12-cv-01692-GMS Document 57-41 Filed 12/16/13 Page 5 of 5 PageID #: 1469



interconnection among
attach. Thus, we want
h all machines connect
king of an internet in-
it easy for the user to
erconnect physical net-
application programs to

rk level now becomes
e internet do not know
hange on any machine.
tions are hidden in the
w physical connections
routing by altering phy-
s.
rk level is more subtle:
nect or what traffic they
ident of underlying phy-
ige interior parts of the
software in most of the
re must be reconfigured

nections among all pairs
ie machine to another to
ticipating in the internet
iet agrees to handle tran-
e internet. Typical users
rk.

uild TCP/IP internets and
ibed an internet as a col-
nportant to understand a
nmunication system capa-
pendent of its delay and
phic scale. In particular,
networks because TCP/IP



> *The TCP/IP internet protocols treat all networks equally. A local area network like an Ethernet, a wide area network like the NSFNET backbone, or a point-to-point link between two machines each count as one network.*

Readers unaccustomed to internet architecture may find it difficult to accept such a simplistic view of networks. In essence, TCP/IP defines an abstraction of ''network'' that hides the details of physical networks; we will learn that such abstractions help make TCP/IP extremely powerful.




**Figure 3.3** (a) The user's view of a TCP/IP internet in which each computer appears to attach to a single large network, and (b) the structure of physical networks and gateways that provide interconnection.

## 3.9 The Unanswered Questions

Our sketch of internets leaves many unanswered questions. For example, you might wonder about the exact form of internet machine addresses or how such addresses relate to the Ethernet, proNET-10, or ARPANET physical hardware addresses described in Chapter 2. The next three chapters confront these questions. They describe the format of IP addresses and illustrate how hosts map between internet addresses and physical addresses. You might also want to know exactly what a packet looks like when it