IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No 12-617-GMS |
| | ) |
| LEVEL 3 COMMUNICATIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, Plaintiff AIP Acquisition LLC ("AIP" or "Plaintiff") and Defendants Level 3 Communications, LLC filed their Joint Claim Construction Chart with the Court on September 27, 2013 (D.I. 35);

WHEREAS, the parties are presently working together to arrive at agreed upon constructions in an effort to reduce the number of issues before the Court;

WHEREAS, the Scheduling Order in this action (D.I. 14) as modified by the Court's previous Order (D.I. 40) requires the parties to file opening claim construction briefs on November 15, 2013;

WHEREAS, the parties require additional time to meet and confer and to prepare their opening claim construction briefs in accordance with any revised positions;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and subject to the approval of the Court, that the time for the parties to file their opening claim construction briefs is extended through and including November 19, 2013.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties hereto and subject to the approval of the Court, that the parties shall file an amended Joint Claim

Construction Chart reflecting the revised and dropped claim terms no later than the date for filing the answering claim construction brief. No other deadlines are being modified at this time.

| | |
|---|---|
| */s/ Kenneth L. Dorsney* | */s/ Andrew E. Russell* |
| Richard K. Herrman (No. 405) | John W. Shaw (No. 3362) |
| Mary B. Matterer (No. 2696) | Andrew E. Russell (No. 5382) |
| Kenneth L. Dorsney (No. 3726) | David M. Fry (No. 5486) |
| MORRIS JAMES LLP | SHAW KELLER LLP |
| 500 Delaware Avenue, Suite 1500 | 300 Delaware Avenue, Suite 1120 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 888-6800 | (302) 298-0700 |
| rherrmann@morrisjames.com | jshaw@shawkeller.com |
| mmatterer@morrisjames.com | arussell@shawkeller.com |
| kdorsney@morrisjames.com | dfry@shawkeller.com |
| *Attorneys for AIP Acquisition LLC* | *Attorneys for Defendant Level 3 Communications, LLC* |

IT IS SO ORDERED this _____ day of _____, 2013.

_____
Chief United States District Judge