**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x

:

AIP ACQUISITION LLC,

                              Plaintiff,

          v.                                 C.A. No. 12-617 (GMS)

LEVEL 3 COMMUNICATIONS, LLC,

                              Defendant.

---------------------------------------------------------------

AIP ACQUISITION LLC,

                              Plaintiff,

          v.                                 C.A. No. 12-1688 (GMS)

CSC HOLDINGS, LLC,

                              Defendant.

---------------------------------------------------------------

AIP ACQUISITION LLC,

                              Plaintiff,

          v.                                 C.A. No. 12-1689 (GMS)

CHARTER COMMUNICATIONS, INC., *et al.*,

                              Defendants.

---------------------------------------------------------------

AIP ACQUISITION LLC,

                              Plaintiff,

          v.                                 C.A. No. 12-1690 (GMS)

COMCAST CORPORATION, *et al.*,

                              Defendants.

---------------------------------------------------------------

|                                              |   |                          |
|----------------------------------------------|---|--------------------------|
| AIP ACQUISITION LLC,                         | : |                          |
|                                              | : |                          |
|                      Plaintiff,              | : |                          |
|                                              | : | C.A. No. 12-1691 (GMS)   |
|            v.                                | : |                          |
|                                              | : |                          |
| COX COMMUNICATIONS, INC., *et al.*,          | : |                          |
|                                              | : |                          |
|                      Defendants.             | : |                          |
|                                              | : |                          |

|                                              |   |                          |
|----------------------------------------------|---|--------------------------|
| AIP ACQUISITION LLC,                         | : |                          |
|                                              | : |                          |
|                      Plaintiff,              | : |                          |
|                                              | : | C.A. No. 12-1692 (GMS)   |
|            v.                                | : |                          |
|                                              | : |                          |
| TIME WARNER CABLE INC., *et al.*,            | : |                          |
|                                              | : |                          |
|                      Defendants.             | : |                          |
|                                              | : |                          |

x

## AMENDED JOINT CLAIM CONSTRUCTION CHART

Pursuant to Stipulation (12-1688, D.I. 49), and the subsequent Court Order entered on November 18, 2013, the parties in the above-captioned matter submit their Amended Joint Claim Construction Chart setting forth the present claim terms, and evidence in relation to U.S. Patent Nos. 7,724,879; 6,496,579; 6,078,654; and 6,188,756.[1]  The attached Amended Joint Claim Construction Chart includes each party's proposed construction of the disputed claim language with citation to the intrinsic and extrinsic evidence in support of their respective proposed

---

[1]   The '879, '576, '654, and '756 patents issued as continuing applications of U.S. Patent Application No. 08/320,269 and share exact or similar portions of their specifications. Accordingly, the intrinsic evidence proffered by Defendants to support the construction of exact and/or similar terms and phrases common to any of the patents may include the specification and file history of any patent that discloses such term or phrase, including Terminal Disclaimers dated October 21, 1998, March 13, 2002, and November 5, 2008, filed during the prosecution of the '654 Patent, the '579 Patent, and the '879 Patent, respectively.

2

constructions. [2]  By proposing, or failing to propose a construction, Defendants do not intend to waive any invalidity argument under 35 U.S.C. §§ 112 outlined in their Preliminary Invalidity Contentions or as may be disclosed as discovery progresses.  The parties have made a good faith effort to include herein all known support for their respective constructions, but reserve their right to identify any additional evidence as necessary to address the Court's questions during the Markman  hearing.

A copy of the Amended Joint Claim Construction Chart is attached as Exhibit A.

---

[2]   AIP's understanding of the Scheduling Order is that this submission is to include only citations to intrinsic evidence. If, however, the Court prefers that this submission also include citations to extrinsic evidence, AIP respectfully requests leave to supplement its portion of this submission.

BAYARD P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

OF COUNSEL:

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Maria Granovsky
COHEN & GRESSER LLP
800 Third Avenue
New York, New York 10022
(212) 957-7600

*Attorneys for Plaintiff AIP Acquisition LLC*

MORRIS JAMES LLP

/s/ Kenneth L. Dorsney
Richard K. Herrman (#405)
Mary B. Matterer (# 2696)
Kenneth L. Dorsney (# 3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

*Attorneys for Plaintiff AIP Acquisition LLC*

SHAW KELLER LLP

/s/ Andrew E. Russell
John W. Shaw (# 3362)
Andrew E. Russell (# 5382)
David M. Fry (#5486)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
dfry@shawkeller.com

OF COUNSEL:

R. Laurence Macon
AKIN GUMP STRAUSS HAUER & FELD LLP
300 Convent St., Suite 1600
San Antonio, TX 78205
(210) 281-7222

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Paul Saindon
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
psaindon@mnat.com

OF COUNSEL:

Michael L. Brody
Ivan Poullaos
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

David R. Clonts
Manoj S. Gandhi
Ifti Ahmed
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002-5200
(713) 220-5800

*Attorneys for Defendant
Level 3 Communications, LLC*

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700

Andrew R. Sommer
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20006-3817
(202) 282-5896

Jude J. Andre
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX  77002-5242
(713) 651-2715

*Attorneys for Defendants Cox, Communications,
Inc. and CoxCom LLC, Comcast Corporation.
Comcast Cable Communications, LLC, Comcast
Cable Communications Management, LLC,
Comcast IP Phone, LLC, Comcast Business
Communications, LLC, and CSC Holdings, LLC*

ASHBY & GEDDES, P.A.

/s/ Andrew C. Mayo
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Katharine C. Lester (#5629)
920 N. King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
lester@rlf.com

5

OF COUNSEL:

Thomas L. Duston
Kevin D. Hogg
John R. Labbe
Benjamin T. Horton
Sarah J. Kalemeris
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300
tduston@marshallip.com
khogg@marshallip.com
jlabbe@marshallip.com
bhorton@marshallip.com
skalemeris@marshallip.com

*Attorneys for Defendants Charter
Communications Inc. and Charter
Communications Holding Company LLC*

December 16, 2013
7855960

OF COUNSEL:

David S. Benyacar
Daniel L. Reisner
David Soofian
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598
(212)836-8000

*Attorneys for Defendants Time Warner Cable
Inc., Time Warner Cable Enterprises LLC, TWC
Communications, LLC and TWC Digital Phone
LLC*

<u>EXHIBIT A</u>

**Disputed Terms**

**A.  Overlapping '879 Mashinsky Patent (U.S. Patent No. 7,724,879)**

| '879 Patent Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|
| **An internet protocol**<br><br>(Claim 1) | A datagram protocol where a datagram is a self-contained, independent entity of data carrying sufficient information to be routed from the source to the destination computer without reliance on earlier exchanges between this source and destination computer and the transporting network | One of a set of protocols used on the Internet, such as TCP/IP, used to link dissimilar computers across a variety of other networks and protocols |
| | <u>Intrinsic Evidence:</u><br><br>AIP00001556/AIPC00003294/AIPTW00000263, 7:34-39; AIP00001556/AIPC00003294/AIPTW00000263, 7:44-50; AIP00001545-1552/AIPC00003283-3290/AIPTW00000252-259<br><br>Appl. No. 08/320,269: AIP00001841; AIP00001843/AIPC00003558/AIPTW00000527; AIP00001845/AIPC00003560/AIPTW00000529<br><br><u>Additional Extrinsic Evidence:</u><br>Andrew S. Tanenbaum, *Computer Networks*, (4th Ed. 1996) at 60, 413, 450, 452-53<br>RFC 1594 (Network Working Group 1994) at 1, 33<br>RFC 791 (Internet Protocol, DARPA Internet Program Protocol Specification, 1981) at 2<br>RFC 793 (Transmission Control Protocol, DARPA Internet Program Protocol Specification, 1981) at 2<br>R.J. Cherukuri and J.H. Derby, *Frame Relay: Protocols and Private Network Applications* (1989) at 678 col. 2 to 681 col. 1 | <u>Intrinsic Evidence:</u><br><br>'879 Patent:  Abstract; col. 4:43-49; col. 5:59 –6:3; col. 6:36-62; col. 7:22-56; col. 13:31-34<br><br>Figs. 1, 2, 8, 9<br><br>U.S. Pat No. 7,269,247 Prosecution History, originally filed application (9/15/04)<br><br>U.S. Pat No. 7,269,247 Prosecution History, Amendment (10/13/06)<br><br>U.S. Pat No. 7,269,247 Prosecution History, Amendment (2/14/07)<br><br><br><u>Extrinsic Evidence:</u><br><br>Alan Freedman, *The Computer Desktop Encyclopedia* 444, 446, 850 (1996)<br><br>Amjad Umar, *Object-Oriented Client/Server Internet* |

| '879 Patent Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|
| | Reexamination of U.S. Patent No. 6,243,373 ("the '373 Patent"), Final 1/4/2011 Office Action, at 12 | *Environments* 485 (1997)<br><br>*TCP/IP Illustrated, Vol. 1*, at p.2 & §1.10-.14  (1994)<br><br>Information Sciences Institute, *Transmission Control Protocol*, IETF RFC 793 § 1.5 (Sept. 1981)<br><br>Theodore J. Socolofsky & Claudia J. Kale, *A TCP/IP Tutorial*, IETF RFC 1180 § 7 (Jan. 1991)<br><br>Decision Instituting *Inter Partes* Review, *Level 3 Commc'ns, LLC v. AIP Acquisition, LLC*, IPR2013-296, Oct. 31, 2013 at 14, 20-21, 33.<br><br>Douglas E. Comer, *Internetworking with TCP/IP*, Volume 1 at 56-57, Fig. 3.3 (2d ed. 1991)<br><br>Andrew S. Tanenbaum, COMPUTER NETWORKS, 396, 521 (3d ed. 1996)<br><br>W. Stevens, TCP/IP Illustrated Volume 1, Sections 1.10-14;<br><br>Patentee's Preliminary Response (Level 3 IPR) (pgs. 2-12<br><br>RFC 1594 at 3, 37; RFC 1600 at 1-5, 28-29; RFC 1610 at 1-5, 28-29; RFC 1800 at 1-5, 18-28; RFC 1700 at 6-10, RFC 1180 at 1-3, 7; RFC 1190 at 1, 6, 7; RFC 793 at 1-3, 14-16;<br><br>Federal Networking Counsel (FNC), Definition of "Internet" (10/24/95) |

| '879 Patent Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|
| **Signaling messages**<br><br>(Claim 15) | Control information exchanged between two points in a network to establish, maintain and/or remove a phone call as distinguished from conversation information exchanged between a caller and a call recipient over an already established phone call. | Information related to the establishment and control of a connection to facilitate telecommunications |
| | Intrinsic Evidence:<br><br>AIP00001553/AIPC00003291/AIPTW000000260, 2:4-12; AIP00001545-1552/AIPC00003283-3290/AIPTW00000252-259<br><br>Appl. No. 08/320,269:<br>AIP00001838/AIPC00003553/AIPTW00000522;<br>AIP00001839/AIPC00003554/AIPTW00000523;<br>AIP00001843/AIPC00003558/AIPTW00000527;<br>AIP00001845/AIPC00003559/AIPTW00000528;<br>AIP00001846/AIPC00003560/AIPTW00000529;<br>AIP00001841/AIPC00003556/AIPTW00000525<br><br>Additional Intrinsic Evidence:<br>AIP00001560/AIPC00003298/AIPTW00000267, Claim 15 (16:50-51)<br>AIP00001560/AIPC00003298/AIPTW00000267, Claim 1 (15:47-48)<br><br>Additional Extrinsic Evidence:<br>Telecom: TNA 102 (June 1996) at 5<br>M.L. Gurrie and P.J. O'Connor, *Voice/Data Telecommunications Systems, An Introduction to Technology* (1986) at 222<br>U.S. Patent 3,306,984 (Leonard) at 1:17-20<br>Bijan Jabbari, Common Channel Signaling System Number 7 for ISDN and Intelligent Networks, *Proceedings of the IEEE* (1991), Vol. 79, No. 2 at | Intrinsic Evidence:<br><br>'879 Patent: col. 2:4-12; Col. 5:51-58; Col. 6:42-46; col. 12:38-40; col. 15:47-48<br><br>Extrinsic Evidence:<br><br>T. Saadawi, *Fundamentals of Telecommunications Networks* (1994), Section 11.6 (1994)<br><br>Office of Tech. & Standards, Nat'l Commc'ns Sys., *Telecommunications: Glossary of Telecommunication Terms*, Fed-Std-1037B, at S-9 (June 1991)<br><br>Decision Instituting *Inter Partes* Review, *Level 3 Commc'ns, LLC v. AIP Acquisition, LLC*, IPR2013-296, at 17<br><br>Patentee's Preliminary Response (Level 3 IPR) (pgs. 12-25)<br><br>E. Bryan Carne, *Telecommunications Primer: Signals, Building Blocks and Networks*, Prentice-Hall PTR (1995) at 293 |

| '879 Patent Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|
| | 155, col. 2, lines 5-6, and 156, col. 1, lines 10-13<br>J.A. Pecar et al., *The McGraw-Hill Telecommunications Factbook* (1993)  at Fig. 5.2<br>E. Bryan Carne, *Telecommunications Primer:  Signals, Building Blocks and Networks*, Prentice-Hall PTR (1995) at 293 | |
| **Access device**<br><br>(Claims 1, 3)<br><br><br>**First access device**<br><br>(Claims 1, 3)<br><br><br>**Second access device**<br><br>(Claims 1, 3) | A device to access a communications network | End-user device that is the ultimate initiator or ultimate destination of the transmission |
| | Intrinsic Evidence:<br><br>AIP00001554/AIPC00003292/AIPTW00000261, 4:56-60; AIP00001557/AIPC00003295/AIPTW00000264, 9:42-46; AIP00001558/AIPC00003296/AIPTW0000026, 11:45-54; AIP00001559/AIPC00003297/AIPTW00000266, 13:19-24; AIP00001545-1552/AIPC00003283-3290/AIPTW00000252-259<br><br>Application No. 08/320,269:<br>AIP00001841/AIPC00003556/AIPTW00000525<br><br>AIPC00003292/AIPTW00000261, 4:56-60; AIPC00003295/AIPTW00000264, 9:42-46; AIPC00003296/AIPTW0000026, 11:45-54; AIPC00003297/AIPTW00000266, 13:19-24; AIPC00003283-3290/AIPTW00000252-259<br><br>Application No. 08/320,269:<br>AIPC00003556/AIPTW00000525<br><br>Additional Intrinsic Evidence: | Intrinsic Evidence:<br><br>'879 Patent: col. 4:34-36; col. 4:50-60; col. 6:38-47; col. 6:57-62; col 7:54-56; col. 7:62-64; col. 9:27-46; col. 11:45-50; col. 11:63-12:3; col. 12:28-31; col. 12:62; col. 13:17-25; col. 13:60-63; col. 14:31-32; col. 14:38; col. 15:8; col. 15:41-16:4<br><br>Figs. 1, 7, 8, 9<br><br>Decision Instituting *Inter Partes* Review, *Level 3 Commc'ns, LLC v. AIP Acquisition, LLC*, IPR2013-296, at 21 |

| '879 Patent Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|
| | AIP00001554/AIPC00003292/AIPTW00000261, 4:50-51; AIP00001559/AIPC00003297/AITW00000266, 14:5-6; AIP00001560/AIPC00003298/AIPTW00000267, Claims 3 (16:16-20) and 5 (16:24-28)<br><br>Application No. 08/320,269:<br>   AIP00001842/AIPC00003557/AIPTW00000527;<br>   AIP00001844/AIPC00003559/AIPTW00000529 | |
| **Telecommunication nodes**<br><br>(Claim 1) | No construction needed | Components that intercept the phone call from a communications network and reroute it from its intended path to an alternate path. |
| | Intrinsic Evidence:<br><br>AIPC00003292/AIPTW00000261, 4:20-28; AIPC00003293/AIPTW00000262, 5:16-26; AIPC00003297/AIPTW00000266, 13:60-67; AIPC00003283-3290/AIPTW00000252-259<br><br>Application No. 08/320,269:<br>AIPC00003554/AIPTW00000523; AIPC00003558/AIPTW00000527; AIPC00003556/AIPTW00000525<br><br>Additional Intrinsic Evidence:<br><br>AIP00001553/AIPC00003291/AIPTW00000260, 1:62-2:1; AIP00001557/AIPC00003295/AIPTW00000265, 9:27-29; AIP00001558/AIPC00003296/AIPTW00000266, 11:50-51; AIP00001558/AIPC00003296/AIPTW00000266, 11:53-54; AIP00001558/AIPC00003296/AIPTW00000266, 12:4-8; AIP00001558/AIPC00003296/AIPTW00000266, | Intrinsic Evidence:<br><br>'879 Patent:  col. 2:22-24; col. 4:22-33; col. 9:27-31; col. 11:50-62; col. 14:5-6; col. 16:8-9;<br><br>Figs. 1, 8, 9<br><br>Extrinsic Evidence:<br><br>*The American Heritage Dictionary* 939 (3d ed. 1992) |

| '879 Patent Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|
| | 12:21-24; AIP00001559/AIPC00003297/AIPTW00000267, 13:19-22; AIP00001559/AIPC00003297/AIPTW00000267, 14:5-6 | |
| **Receiving a transmission in a first format through a first communication network from a first access device** (Claim 1) | No construction needed | Receiving a transmission in a first format that originated from a first access device, entered a first communication network and passed out the other side of that first communication network |
| | Intrinsic Evidence:<br><br>AIPC00003283-3290/AIPTW00000252-259<br><br>Application No. 10/941,471: AIPC00003727/AIPTW00000696<br><br>Additional Intrinsic Evidence: AIP00001553/AIPC00003291/AIPTW00000260, 2:22-26; AIP00001558/AIPC00003296/AIPTW00000265, 11:47-49; AIP00001559/AIPC00003297/AIPTW0000266, 14:30-33; AIP00001560/AIPC00003298/AIPTW00000267, 15:44-45; AIP00001545-1552<br><br>Application No. 08/320,269: AIP00001842/AIPC00003557/AIPTW00000527; AIP00001844/AIPC00003559/AIPTW00000529 | Intrinsic Evidence:<br><br>'879 Patent:  col. 2:4-11; col. 4:61-64 ; col. 5:37-46 ; col. 5:51-56 ; col. 6:42-47 ; col. 7:19-26 ; col. 9:62-65; col. 10:40-51; col. 12:12-20 ; col. 12:28-51; col. 13:17-22 ; col. 14:30-37 ; col. 14:65 –15:10.<br><br>Figs. 1, 8, 9<br><br>U.S. Pat No. 7,269,247 Prosecution History, Oct. 14, 2006 Resp. to O.A. at 3, 9;<br><br>Extrinsic Evidence:<br><br>*The American Heritage Dictionary* 1870 (1992) |
| **First communication network** (Claims 1, 4) | First communication network: No construction needed | First communication network: A single network with a plurality of telephones that use a telecommunications protocol to communicate with each other.<br><br>Analog telephone network: A single all-analog network |

| '879 Patent Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|
| **Analog telephone network**<br><br>(Claims 1, 4)<br><br><br>**Digital telephone network**<br><br>(Claims 1, 4) | Analog telephone network: No construction needed<br><br><br><br>Digital telephone network: No construction needed | with a plurality of telephones that use a telecommunications protocol to communicate with each other.<br><br>Digital telephone network: A single all-digital network with a plurality of telephones that use a telecommunications protocol to communicate with each other. |
| | Intrinsic Evidence:<br><br>AIPC00003291/AIPTW00000260, 1:61-2:3; AIPC00003283-3290/AIPTW00000252-259<br><br>Application No. 08/320,269: AIPC00003556/AIPTW00000525<br><br>AIPC00003291/AIPTW00000260, 1:52-57; AIPC00003292/AIPTW00000261, 4:36-40; AIPC00003297/AIPTW00000266, 13:25-33;<br><br>AIPC00003295/AIPTW00000264, 10:40-44;<br><br>Additional Intrinsic Evidence:<br>AIP00001553/AIPC00003291/AIPTW00000260, 1:57; AIP00001553/AIPC00003291/AIPTW00000260, 2:22-27; AIP00001554/AIPC00003292/AIPTW00000261, 4:36-42;<br>AIP00001555/AIPC00003293/AIPTW00000262, 6:40-42; AIP00001557/AIPC00003295/AIPTW00000264, 9:41-43;<br>AIP00001559/AIPC00003297/AIPTW00000266, 13:17-27<br>AIP00001554/AIPC00003292/AIPTW00000261 4:64-66 | Intrinsic Evidence:<br><br>'879 Patent: Claims 1 and 4; col. 1:35-57; col. 2:22-27; col. 4:34-42;<br>col. 4:50-5:7; col. 6:36-56; col. 7: 57 -8:2; col. 8:51-67; col. 13:26-28; col. 13:42-49; col. 14:30-32; col. 14:58-61<br><br>Figs. 1, 3, 8, 9<br><br><br><br>*See* First Communication Network and Analog Telephone Network<br><br>Extrinsic Evidence:<br><br>T. Saadawi, Fundamentals of Telecommunications Networks (1994), Section 1.4<br><br>Alan Freedman, *The Computer Desktop Encyclopedia* 575 (1996)<br><br>*Computer Dictionary* 268 (Casey Doyle ed., 2d ed. 1993)<br><br>Harry Newton, *Newton's Telecom Dictionary* 64-65, 321 |

| '879 Patent Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|
| | | (8th ed. 1994) |
| **Telecommunication protocol**<br><br>(Claim 1) | No construction needed | A protocol that (1) establishes voice communication and (2) transmits voice communication for a phone call. |
| | Intrinsic Evidence:<br><br>AIPC00003294/AIPTW00000263; AIPC00003283-3290/AIPTW00000252-259<br><br>Additional Intrinsic Evidence:<br>AIP00001554/AIPC00003292/AIPTW00000261, 4:36-40;<br>AIP00001554/AIPC00003292/AIPTW00000261,4:41-42; AIP00001556/AIPC00003294/AIPTW00000263, 8:18-19;<br>AIP00001560/AIPC00003298/AIPTW00000267, Claim 5 (16:25);<br>AIP00001560/AIPC00003298/AIPTW00000267, Claim 14 (16:48-49) | Intrinsic Evidence:<br><br>'879 Patent:  col. 5:51-58; col. 8:18-23; col. 8:43-49; col. 8:51-56; col. 9:18-19; col. 15:46-48; col. 16:10-11<br><br>Fig. 6, element 136; Figs. 6, 7<br><br>U.S. Patent No. 7,269,247 Pros. Hist., Oct. 13, 2006 Resp. to O.A. at 13-14<br><br>U.S. Patent No. 7,269,247 Pros. Hist., Mar. 14, 2007 Resp. to O.A. at 9-10 |
| **Sending the converted transmission … for reception by a second access device**<br><br>(Claim 1) | No construction needed | Sending the transmission in the second format … so that the transmission in the second format will be received by the second access device. |
| | Intrinsic Evidence:<br><br>AIPC00003291/AIPTW00000260, 1:48-55; AIPC00003292/AIPTW00000261, 4:61-67; AIPC00003292/AIPTW00000262, 6:36-56; AIPC00003283-3290/AIPTW00000252-259<br><br>Additional Intrinsic Evidence: | Intrinsic Evidence:<br><br>'879 Patent:   col. 6:63-66; col. 7:15-16; col. 13:19-25; col. 15:50-53; col. 16:1-4 |

| '879 Patent Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|
| | AIP00001554-1555/AIPC00003292-3293/AIPTW00000261-262, 4:64-5:7 | |
| **A further format suitable for the second access device**<br><br>(Claim 1) | No construction needed | A further format for the transmission that can be received and understood by the second access device. |
| | Intrinsic Evidence:<br><br>AIPC00003291/AIPTW00000260, 2:4-11; AIPC00003292-3293/AIPTW00000261-262, 4:67-5:7; AIPC00003293/AIPTW00000262, 6:36-56; AIPC00003283-3290/AIPTW00000252-259<br><br>Additional Intrinsic Evidence:<br>AIP00001554/AIPC00003292/AIPTW00000261, 4:61-5:7; AIP00001558/AIPC00003296/AIPTW00000265, 12:4-9; AIP00001559/AIPC00003297/AIPTW00000266, 13:49-51; AIP00001559/AIPC00003297/AIPTW00000266, 13:58-61 | Intrinsic Evidence:<br><br>'879 Patent:  col. 13:22-24; col. 15:42-43;<br><br>Extrinsic Evidence:<br><br>*The American Heritage Dictionary* 1796 (3d ed. 1992) |

**B.  Other Mashinsky Patents (U.S. Patent Nos. 6,078,654, 6,496,579, 6,188,756)**

| Patent Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|
| **"An intercept," "[T]he intercept"**<br><br>**('654 patent)**<br>(Claims 1 and 5) | Device for intercepting and directing a transmission | Device that transparently reroutes a phone call from its intended path to an alternative path |
| | Intrinsic Evidence:<br>AIPC00002016; AIPC00002011-2013; AIPC00001136-37<br><br>Additional Intrinsic Evidence:<br>AIPC00002016-2017, 6:46-7:2; AIPC00002017, Claim 1 (7:59-65) and Claim 5 (8:30-35) | Intrinsic Evidence:<br>'654 Patent:  Col. 6:46-58; col. 4:63 – col. 5:2<br><br>'879 Patent:  Col.  2:22-24; col. 9:26-31<br><br>Prosecution History from U.S. Patent No. 5,710,809:  September 27, 1996, Amendment and Remarks at 8-9.<br><br>'654 Patent:  Col. 6:53-55<br><br>Figs. 2 and 3<br><br>'654 Patent:  Col. 4:63 – col. 5:5; col. 2:66 – col. 3:4; col. 5:29-34<br><br><br>'269 App. FH, Aug. 27, 1996, Resp. to O.A. at 6<br><br>(abandoned and continued as U.S. Patent Application No. 08/728,670 (U.S. Patent. No. 5,710,809)<br><br>Extrinsic Evidence:<br>*The American Heritage Dictionary* 939 (3d ed. 1992) |

| Patent Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|
| **"In a manner transparent . . . "**<br><br>**('579 patent)**<br>(Claims 1 and 5)<br><br>**('654 patent)**<br>(Claims 1 and 5)<br><br>**('756 patent)**<br>(Claim 8) | Transparent is pertaining to a device or system that processes data without the user being aware of or needing to understand its operation.<br><br>Otherwise, no construction needed | Without user input during the call, or user awareness of the system handling the call or  the stages of the connection process |
| | Intrinsic Evidence:<br><br>AIPC00003275-76, 2:63-3:32; AIPC00003276, 4:14-21; AIPC00003272-3274<br><br>Application No. 09/009,007 (U.S. Patent No. 6,078,654): AIPC00003137; AIPC00001137; AIPC00001158<br><br>AIPC00002014-15, 2:61-3:30; AIPC00002015, 4:9-17; AIPC00002011-2013; AIPC00001137; AIPC00001158<br><br>Application No. 08/320,269 (abandoned and continued as U.S. Patent Application No. 08/728,670 (U.S. Patent. No. 5,710,809: AIP00003987; AIPC00004005-4006<br><br>Additional Intrinsic Evidence:<br><br>AIPC00002016, 5:53-55; AIPC00002017, 7:16-20<br><br>AIPC00002970, 1:11-26; AIPC00002970, 1:37-52; AIPC00002970, 1:55-2:5; AIPC00002970, 2:16-56; AIPC00002970-2971, 2:65-3:20; AIPC00002971, 4:6-21; AIPC00002971, 4:38-64; AIPC00002972, 5:5-57; AIPC00002972, 6:1-49; AIPC00002972, 6:51-67; AIPC00002973, 7:1-9; AIPC00002973, 7:53-8:15; AIPC00002973-2974, 8:36-9:24; AIPC00002974, 9:31-50; AIPC00002974, 9:58-67; AIPC00002974-2975, 10:54-11: 48; AIPC00002975, 11: 54-56; AIPC00002975, 12:15-26; AIPC00002975-2976, 12:66-13:4; AIPC00002976, 13:9-30; AIPC00002976, 14:9-54; AIPC00002977, 15:12-19; AIPC00002962-2969; AIPC000002706; AIPC000002708-10; AIPC00002960; | Intrinsic Evidence:<br><br>'579 Patent, Fig. 1<br><br>'654 Patent, claims 1, 5<br><br>'756 Patent, Claims 1, 3, 7, 8, 9, 14, 15<br><br>'579 Patent, Claims 1, 5, 6, 10<br><br>'579 Patent:  Col. 2:67-3:5; col. 4:14-21<br><br>'579 Patent Prosecution History:  March 15, 2002, Remarks at 2-3<br><br>'654 Patent:  Col. 4:9-16; col. 2:66 – col. 3:4<br><br>'879 Patent: Col. 5:51-58; col. 7:6-15; col. 11:35-41; col. 11:50-52; col. 12:61-63; col. 14:23-26<br><br>'654 Patent, '879 Patent, Fig. 1.<br><br>'654 Patent, claims 1, 5<br><br>'756 Patent, Claims 1, 3, 7, 8, 9, 14, 15<br><br>'579 Patent, Claims 1, 5, 6, 10<br><br>'879 Patent:  Col. 1:19-22. |

| Patent Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|
| | AIPC000002356-57<br><br>Application No. 08/320,269: AIPC00002991-92; AIPC00003572<br><br>Application No. 12/766,691: AIPC00004122-23 | '879 Patent: Summary of the Invention, col. 1:19-22; col. 1:61-64; col. 4:23-24;<br><br>'654 Patent Prosecution History:  Letter Re: Filing of Continuation Application dated January 16, 1998, at 6-7; October 29, 1998, Remarks at 2-3;<br><br>File History of U.S. App. No. 09/372,024, March 15, 2002, Response to Office Action, at 2-3.<br><br>US Patent No. 5,710,809 Prosecution History:  August 27, 1996 Amendment at 6; October 9, 1996, Amendment at 9.; September 27, 1996, Amendment at 10<br><br>Prosecution History: March 15, 2002 Applicant Remarks at 2.<br><br>'756 Patent: Col. 1:11-22; col. 1:55-64; col. 7:1-9; col. 14:18-34<br><br>'654 Patent Prosecution History, Oct. 29, 1998, Applicant Resp. at 3<br><br>File History U.S. Patent Application 08/320,269 ('269 App. FH), May 6, 1996, Resp. to O.A. at 9<br><br>'654 Patent Prosecution History, Jan. 15, 1998, Letter of Applicant at 6-7;<br><br>'654 Patent Prosecution History, Oct. 29, 1998, Resp. to O.A. at 2-3<br><br>'269 FH, Aug. 27, 1996, Resp. to O.A. at 6 |

| Patent Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|
| | | (abandoned and continued as U.S. Patent Application No. 08/728,670 (U.S. Patent. No. 5,710,809) |
| **"Determining whether a call … should be connected…"**<br><br>**('579 and '654 patents)** (Claim 1)<br><br>**"Means for determining whether a call … should be connected…"**<br><br>**('579 patent)** (Claim 5) | No construction needed<br><br><br><br><br>Structure is a local node | Confirming a connection with the<br><br>called party prior to performing callback to the calling party<br><br>-------------------------------<br><br>Structure: central switching unit switch 22<br><br>Function: Confirming a connection between the control location and the called party prior to performing callback to the calling party |
| | Intrinsic Evidence:<br><br>AIPC00003275, 1:19-36; AIPC00003275-76, 2:61-3:17; AIPC00003276-77, 4:63-5:10; AIPC00003277, 6:51-64; AIPC00003272-3274; AIPC00003132; AIPC00003137-38; AIPC00003156<br><br>Application No. 09/009,007 (U.S. Patent No. 6,078,654): AIPC00001136-37<br><br>Additional Intrinsic Evidence:<br>AIPC00003277, 5:29-31; AIPC00003278, 7:10-15; AIPC00003278, 7:38-46; AIPC00003278-79, Claims 1 (7:58-8:10), 4 (8:20-28), 5 (8:29-47), 6 (8:48-9-2) and 10 (10:1-20)<br><br>AIPC00002015-16, 4:57-5:5; AIPC00002011-2013;AIPC00001136-37<br><br>Additional Intrinsic Evidence: | Intrinsic Evidence:<br><br>'579 Patent:  1:46-59; col. 5:11-6:50.<br><br>'579 Patent, Figs. 2, 3<br><br>'579 Patent:  Col. 4:41-55; col. 7:8-10; col. 7:36-46; col. 11:14-18<br><br>'579 Patent Prosecution History:   March 15, 2002, Remarks at 3-4; September 10, 2002, Reasons for Allowance<br><br>'654 Patent:  Abstract; Col. 1:44-64; col. 2:30-41; *see also* col. 2:42-58; col. 3:3-24; col. 3:31-55; 4:26-35; 4:66-5:5; 5:26-43; 6:27-33; 6:46-58; 7:3-5; 7:28-41;<br><br>'756 Patent, Col. 11:14-18. |

| Patent Claim Term | Plaintiff's Proposed Construction and Evidence | Defendants' Proposed Construction and Evidence |
|---|---|---|
| | AIPC00002016, 5:24-26; AIPC00002016-2017, 6:46-7:28; AIPC00002017, 7:5-10; AIPC00002017, 7:32-40; AIPC00002017, Claims 1 (7:53-8:9) and 2 (8:10-21) | Figs. 1 – 3<br><br>'654 Patent Prosecution History:  October 29, 1998, Response to Office Action, at 4-5<br><br>'579 Patent:  Col. 1:20-28; col. 1:40-44 ; col. 2:31-38; col. 5:31-39; col. 6:32-38; col. 7:37-45<br><br>'579 Patent Prosecution History:  Mar. 15, 2002, Resp. to O.A. at 3-5<br><br>'654 Patent:  Col. 5:26-34; col. 6:26-32; col. 7:32-40<br><br>'654 Patent Prosecution History:  Oct. 29, 1998, Response to O. A. at 4-5 |

| | | |
|---|---|---|
| **Connecting the call from the calling party access number to the called party access number**<br><br>**('579 and '654 patents)**<br>(Claim 1)<br><br><br>**Means for connecting the call from the calling party access number to the called party access number**<br><br>**('579 patent)**<br>(Claim 5) | No construction needed<br><br><br><br><br><br><br><br>Structure is a central switching unit | Connecting a first call to the called party with a subsequent second call to the calling party in a manner transparent to the calling party and called party<br><br>------------------------------<br><br><br>Structure:   Central Switching Unit 22 capable of initiating a reverse direction phone call and structural equivalents<br><br>Function:  Connecting a first call to the called party with a subsequent second call to the calling party in a manner transparent to the calling party and called party |
| | Additional Intrinsic Evidence:<br>AIPC00003277, 5:37-39; AIPC00003278, Claim 4 (8:20-28); AIPC00003278, Claim 6 (8:48-54)<br><br>AIPC00002011-2013<br><br>Application No. 08/320,269 (abandoned and continued as U.S. Patent Application No. 08/728,670 (U.S. Patent No. 5,710,809: AIPC00003989-3990; AIPC00004005-4006 | Intrinsic Evidence:<br><br>'579 Patent:  Col. 1:20-28; col. 1:40-44 ; col. 2:31-38; col. 5:31-39; col. 6:32-38; col. 7:37-45; col. 5:15-17; col. 4:49-51; claim 4<br><br>'579 Patent: Abstract; col. 1:46-65; col. 3:11-26; col. 3:33-38; col. 5:31-47; col. 6:32-38; col. 7:33-46<br><br>'579 Patent Prosecution History, Appl. No. 09/372,024: Mar. 15, 2002, Resp. to O.A. at 3-5.<br><br>'579 Patent prosecution history: Appl. No. 09/372,024, March 15, 2002, Response to Office Action, at 2-3<br><br>'579 Patent: Col. 4:41-55<br><br>'654 Patent: Col. 4:26-35; col. 4:66 – col 5:5; col. 6:46-58. |

| | | |
|---|---|---|
| | | Figs.. 2, 3.<br><br>'654 Patent:  Abstract; col. 1:44-64; col. 3:9-24; col. 3:31-35; col. 5:26-43; col. 6:27-33; col. 7:3-5; col. 7:28-41<br><br>'756 Patent, 11:14-18.<br><br>'654 Patent Prosecution History:  October 29, 1998, Response to Office Action, at 4-5 |
| **"calling telephone equipment"**<br><br>(**'579 patent**, Claims 1 and 5; **'654 patent**, Claim 5)"<br><br><br>**"calling location,"** | calling telephone equipment: No construction needed<br><br>calling party location: No construction needed<br><br>called party telephone user equipment: No construction needed<br><br>calling telephone user equipment: No construction needed | calling telephone equipment: calling telephone<br><br>calling party location: calling telephone<br><br>called party telephone user equipment: calling telephone<br><br>calling telephone user equipment: calling telephone |

| | | |
|---|---|---|
| **'579 patent**, Claims 1 and 5; **'654 patent**, Claim 1<br><br>**"calling party telephone user equipment," and "calling telephone user equipment."**<br><br>(**'654 patent**, Claim 5) | <u>Intrinsic Evidence:</u><br><br>AIPC00003272-3274<br><br>AIPC00003275-76, 2:62-3:32; AIPC00003276, 4:41-54; AIPC00003276-77, 4:63-5:10; AIPC00003277, 5:21-67; AIPC00003277, 6:22-50; AIPC00003278, 7:21-32; AIPC00003272-3274<br><br>AIPC00002014, 2:42-59; AIPC00002014-15, 2:61-3:30; AIPC00002015, 4:6-26; AIPC00002015, 4:36-49; AIPC00002015-16, 4:57-5:5; AIPC00002016, 5:16-62; AIPC00002016, 6:17-45; AIPC00002017, 7:16-27; AIPC00002017, 7:32-41; AIPC00002011-2013<u>:</u><br><br>AIPC00002011-2013<br><br><u>Additional Intrinsic Evidence:</u><br>AIPC00003275, 1:64-65; AIPC00003276, 3:48-52; AIPC00003276, 4:5-10; AIPC00003276 4:20-21; AIPC00003278, Claims 1 (7:58-8:10) and 5 (8:29-47)<br><br>AIPC00003276, 4:5-10; AIPC00003276, 4:20-21; AIPC00003277, 5:1; AIPC00003277, 6:25-28; AIPC00003277, 6:12-14; AIPC00003278, Claims 1 (7:58-8:10) and 5 (8:29-47)<br><br>Application No. 08/320,269, AIPC00003918; AIPC00003920<br><br>'579 File History, AIPC00003138<br><br>U.S. Patent 5,027,987 (Moll), AIPC00005793, 3:59-60 | <u>Intrinsic Evidence:</u><br><br>Appl. No. 09/372,024, March 15, 2002, Response to Office Action, at 4<br><br>'579 Patent:  Abstract; col. 2:62-66; col. 3:11-15; col. 5:1-4; col. 6:25-28; col. 6:32-45; col. 4:34-36<br><br>'654 Patent:  Abstract; col. 2:61-65; col. 3:10-14; col. 4:63-66; col. 6:20-23; col. 6:24-40<br><br>'879 Patent:  Col. 4:34-36<br><br>Prosecution History of '654 Patent:  Appl. No. 09/372,024, March 15, 2002, Response to Office Action, at 4;<br><br>'879 Patent:  Col. 4:50-60<br><br>Figs. 1<br><br>'579 Patent:  Col. 4:62-65; col. 3:35-38; col. 3:42-44<br><br>'579 Patent Prosecution History:  Mar. 15, 2002, Response to Office Action at 3-5<br><br>'654 Patent Prosecution History, Oct. 29, 1998, Resp. to O.A. at 4-5 |
| **Selecting a transmission path connecting a calling location and a called location**<br><br>(**'654 patent**) | No construction needed<br><br><br>Intercept is a device for intercepting and directing a transmission. | Selecting a transmission path connecting a calling location and a called location: deciding whether to signal the called party through a data network instead of through the voice network<br><br>An intercept that selects a route passing through a |

| (Claim 1) | Otherwise, no construction needed | control location for connecting a calling party telephone user equipment to a called party telephone user equipment: An intercept that decides whether to signal the called party through a data network instead of through the voice network |
|---|---|---|
| **An intercept that selects a route passing through a control location for connecting a calling party telephone user equipment to a called party telephone user equipment**<br><br>**('654 patent)**<br>(Claim 5) | Intrinsic Evidence:<br><br>AIPC00002011-2013<br><br>Application No. 08/320,269 (abandoned and continued as U.S. Patent Application No. 08/728,670 (U.S. Patent No. 5,710,809: AIPC00003989-3990; AIPC00004005-4006<br><br>Additional Intrinsic Evidence:<br>AIPC00002015-2016, 4:63-5:34; AIPC00002016-2017 5:55-7:2; AIPC00002011-2013 | Intrinsic Evidence:<br><br>'654 Patent:  Col. 4:66-5:5; 6:46-58; col. 4:60-63<br><br>Fig. 2<br><br>Fig. 1<br><br>Figs. 2 & 3 (*see* Blocks 54 & 56; 70 & 71)<br><br>'654 Patent: Col. 2:9-29; '654 Patent, 4:26-35; '654 Patent, 4:66-5:5; col. 6:17-6:27; col. 6:46-58;<br><br>Figs. 2, 3 (12, 54)<br><br>Prosecution History from U.S. Patent No. 5,710,809 (continuation of Appl. No. 08/320,269): September 27, 1996 Amendment and Remarks at 8-9; April 24, 1996 Amendment at 11 |
| **"Transmitting to a control location identification for calling telephone equipment and the called telephone equipment"**<br><br>**('579 patent)**<br>(Claim 1) | No construction needed | Transmitting identification information for the calling telephone and the called telephone to a control location over a network independent from the telecommunications network over which the voice communication travels.<br><br>-------------- |

18

| | | |
|---|---|---|
| **"Means for transmitting to a control location identification for the calling telephone equipment and the called telephone equipment"**<br><br>('579 patent)<br>(Claim 5) | Structure is a communications link | Structure: transparent telecommunications node 16 (intercept) and structural equivalents<br><br>Function: Transmitting identification information for the calling telephone and the called telephone to a control location over a network independent from the telecommunications network over which the voice communication travels |
| | Intrinsic Evidence:<br>AIPC00003276-77, 4:63-5:10; AIPC00003277, 5:21-39; AIPC00003272-3274<br><br>Additional Intrinsic Evidence:<br>AIPC00003276, 4:31-39; AIPC00003277, 6:30-31; AIPC00003277, 6:60-62; AIPC00003277, 6:64-67;<br><br>Application No. 08/320,269, AIPC00003929-3930, Claim 1 | Intrinsic Evidence:<br>579 Patent:  Abstract; col. 2:62 - col. 3:9; col. 4:62 – col. 5:10; col. 5:21-31; col. 4:31-40;<br><br>Figs. 2, 3<br><br>'579 Patent: Col.  6:1-8.; col. 4:14-21<br><br>'654 Patent Prosecution History:  January 16, 1998, Letter Re: filing of Continuation Application at 2.<br><br>US Patent No. 5,710,809 Prosecution History:<br><br>September 27, 1996, Amendment and Remarks at 8-9<br><br>'579 Patent: Col. 5:4-10; col. 5:21-32; col. 5:21-40; col. 6:51-7:7; col. 6:55-67<br><br>'654 Patent:  Col. 5:16-35, col. 6:46-7:2<br><br>Fig. 1<br><br>Extrinsic Evidence: |
| **"access location"**<br><br>('756 patent)<br>(Claim 8) | No construction needed | End-user device that is the ultimate initiator or ultimate destination of the transmission |
| | Intrinsic Evidence:<br>1:11-22; 5:17-27; AIPC000002709-10 | Intrinsic Evidence:<br>'756 Patent: Col. 1:11-22; col. 5:18-23; col. 9:41-45; col. |

| | | |
|---|---|---|
| | Additional Intrinsic Evidence:<br>AIPC00002972, 5:19-29; AIPC00002972, 5:51-67;<br>AIPC00002978, Claims 8(b) (17:5-11), 9 (17:27-44),<br>and 11 (18:13-37) | 5:18-29 |
| "Checking a status on each of a plurality of communication access locations . . . to determine which is accessible"<br><br>('756 patent)<br>(Claim 8) | No construction needed | Checking availability for each of a plurality of access locations prior to initiating a call to the called party. |
| | Intrinsic Evidence:<br><br>AIPC00002972, 5:28-37; AIPC00002972, 5:38-49;<br>AIPC00002972, 6:8-16; AIPC00002972, 6:29-49;<br>AIPC00002973, 7:1-9; AIPC00002974, 9:1-12;<br>AIPC00002975, 11:66-67; AIPC00002975-2976, 12:66-13:9; AIPC00002976, 13:40-55; AIPC00002976, 14:26-34; AIPC00002976, 14:55-65; AIPC00002962-2969;<br>AIPC000002710<br><br>Application No. 08/320,269: AIPC00003008;<br>AIPC00002990-92; AIPC00002994; AIPC00002996<br><br>Additional Intrinsic Evidence:<br>AIPC00002970, 2:27-36; AIPC00002792, 5:18-24;<br>AIPC00002972, 5:62-64 | Intrinsic Evidence:<br><br>'756 Patent:  Col. 2:57-64; col. 5:28-49; col. 6:8-29; col. 12:66-13:22; col. 13:31-55; col. 14:55-65<br><br>'756 Patent:  Fig. 9<br><br>'756 Patent:  Col. 3:9-20; col. 2:28-42; col. 5:28-29; col. 5:59-67 |