# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
|                         Plaintiff | ) C.A. No. 12-617-GMS |
| | ) C.A. No. 12-1688-GMS |
| v. | ) C.A. No. 12-1689-GMS |
| | ) C.A. No. 12-1690-GMS |
| LEVEL 3 COMMUNICATIONS, LLC, | ) C.A. No. 12-1691-GMS |
| | ) C.A. No. 12-1692-GMS |
| v. | ) |
| | ) |
| CSC HOLDINGS, LLC, | ) |
| | ) **JURY TRIAL DEMANDED** |
| v. | ) |
| | ) |
| CHARTER COMMUNICATIONS, INC., and CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, | ) |
| | ) |
| v. | ) |
| | ) |
| COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST IP PHONE, LLC, and COMCAST BUSINESS COMMUNICATIONS, LLC, | ) |
| | ) |
| v. | ) |
| | ) |
| COX COMMUNICATIONS, INC. and COXCOM, LLC, | ) |
| | ) |
| v. | ) |
| | ) |
| TIME WARNER CABLE INC., TIME WARNER CABLE LLC, TIME WARNER ENTERTAINMENT COMPANY, L.P., TWC COMMUNICATIONS, LLC, and TWC DIGITAL PHONE LLC, | ) |
|                         Defendants. | ) |

**JOINT APPENDIX FOR CLAIM CONSTRUCTION OPENING
AND ANSWERING BRIEFS**

Pursuant to the Scheduling Orders in the above-captioned actions,[1] the parties submit their Joint Appendix comprising the exhibits cited in their Opening and Answering Claim Construction Briefs. Copies of U.S. Patent Nos. 7,724,879; 6,496,579; 6,078,654; and 6,188,756; as well as other as well as other portions of the intrinsic record and extrinsic evidence relied upon by the parties, are attached as Exhibits 1 through 39:

Exhibit 1. U.S Patent 7,724,879 ("the '879 Patent")

Exhibit 2. U.S. Patent 6,078,654 ("the '654 Patent")

Exhibit 3. U.S. Patent 6,496,579 ("the '579 Patent")

Exhibit 4. U.S. Patent 6,188,756 ("the '756 Patent")

Exhibit 5. File History of U.S. Patent 5,710,809, File History of U.S. Patent Application 08/320,269, 10/11/94 Application for Letters Patent; 5/6/96 Response to Office Action; and 8/27/96 Response to Office Action

Exhibit 6. File History of U.S. Patent 6,078,654, 10/29/98 Response to Office Action.

Exhibit 7. File History of U.S. Patent 6,496,579, 3/15/02 Response to Office Action

Exhibit 8. The Institute of Electrical and Electronics Engineers ("IEEE") Standard Dictionary of Electrical and Electronics Terms (IEEE Std 100-1988), 988 (5th ed. 1988)

Exhibit 9. Andrew S. Tanenbaum, *Computer Networks*, Prentice Hall (1996)

Exhibit 10. RFC 1594 (March 1994)

Exhibit 11. RFC 791 (September 1981)

Exhibit 12. RFC 793 (September 1981)

---

[1] D.I. 14 in C.A. No. 12-617-GMS; D.I. 16 in C.A. No. 1:12-cv-01688-GMS; D.I. 15 in C.A. No. 1:12-cv-01689-GMS; D.I. 15 in C.A. No. 1:12-cv-01690-GMS; D.I. 15 in C.A. No. 1:12-cv-01691; and D.I. 20 in C.A. No. 1:12-cv-01692-GMS.

Exhibit 13.   R.J. Cherukuri and J.H. Derby, *Frame Relay: Protocols and Private Network Applications*, IEEE (1989)

Exhibit 14.   Reexamination of U.S. Patent No. 6,243,373, 1/4/11 Final Office Action

Exhibit 15.   Telecom: TNA 102 (June 1996)

Exhibit 16.   M.L. Gurrie and P.J. O'Connor, *Voice/Data Telecommunications Systems, An Introduction to Technology*, Prentice Hall (1986)

Exhibit 17.   US Patent 3,306,984 (Leonard)

Exhibit 18.   Bijan Jabbari, Common Channel Signalling System Number 7 for ISDN and Intelligent Networks, *Proceedings of the IEEE* (Feb. 1991), Vol. 79, No. 2

Exhibit 19.   J.A. Pecar et al., *The McGraw-Hill Telecommunications Factbook*, McGraw-Hill (1993)

Exhibit 20.   E. Bryan Carne, *Telecommunications Primer: Signals, Building Blocks and Networks*, Prentice-Hall PTR (1995)

Exhibit 21.   U.S. Patent 5,027,387 (Moll)

Exhibit 22.   Level 3's Inter-Partes Review Petition

Exhibit 23.   Level 3's Inter-Partes Review Decision

Exhibit 24.   Alan Freedman, *The Computer Desktop Encyclopedia* 444, 446, 850 (1996) ("internet protocol," "Internet," & "TCP/IP")

Exhibit 25.   Amjad Umar, *Object-Oriented Client/Server Internet Environments* 485 (1997)

Exhibit 26.   "RFC 1180" - Theodore J. Socolofsky & Claudia J. Kale, *A TCP/IP Tutorial*, Internet Engineering Task Force ("IETF") RFC 1180 § 7 (Jan. 1991)

Exhibit 27.   *TCP/IP Illustrated, Vol. 1*, at 2 (1994)

Exhibit 28.   "RFC 793" - Information Sciences Institute, *Transmission Control Protocol*, IETF RFC 793 § 1.5 (Sept. 1981)

Exhibit 29.   Tarek N. Saadawi et al., *Fundamentals of Telecommunications Networks* § 11.6 (1994)

Exhibit 30.   Office of Tech. & Standards, Nat'l Commc'ns Sys., *Telecommunications: Glossary of Telecommunication Terms*, Fed-Std-1037B, at S-9 (June 1991)

3

Exhibit 31.   *The American Heritage Dictionary* 939 (3d ed. 1992) ("intercept")

Exhibit 32.   *The American Heritage Dictionary* 1870 (3d ed. 1992) ("through")

Exhibit 33.   Alan Freedman, *The Computer Desktop Encyclopedia* 575 (1996) ("network")

Exhibit 34.   *Computer Dictionary* 268 (Casey Doyle ed., 2d ed. 1993) ("network")

Exhibit 35.   Harry Newton, *Newton's Telecom Dictionary* 64-65, 321 (8th ed. 1994) ("analog" & "digital")

Exhibit 36.   *The American Heritage Dictionary* 1796 (3d ed. 1992) ("suitable")

Exhibit 37.   Andrew S. Tanenbaum, *Computer Networks* 521 (3d ed. 1996)

Exhibit 38.   Douglas Comer, *Internetworking with TCP/IP,* 56-57 (2d ed. 1991)

Exhibit 39.   File History of U.S. Patent 7,269,247, 10/13/06 Response to Office Action; 03/14/07 Response to Office Action

| | |
|---|---|
| OF COUNSEL:<br><br>Karen H. Bromberg<br>Francisco A. Villegas<br>Damir Cefo<br>Maria Granovsky<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, New York 10022<br>(212) 957-7600 | BAYARD P.A.<br><br>/s/ Stephen B. Brauerman<br>Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>Vanessa R. Tiradentes (#5398)<br>Sara E. Bussiere (#5725)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>sbussiere@bayardlaw.com<br><br>MORRIS JAMES LLP<br><br>/s/ Kenneth L. Dorsney<br>Kenneth L. Dorsney (No. 3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br><br>*Attorneys for AIP Acquisition LLC* |
| OF COUNSEL:<br><br>R. Laurence Macon<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>300 Convent St., Suite 1600<br>San Antonio, TX 78205<br>(210) 281-7222<br><br>David R. Clonts<br>Manoj S. Gandhi<br>Ifti Ahmed<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1111 Louisiana Street, 44th Floor<br>Houston, TX 77002-5200<br>(713) 220-5800 | SHAW KELLER LLP<br><br>/s/ Andrew E. Russell<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>David M. Fry (No. 5486)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>dfry@shawkeller.com<br><br>*Attorneys for Defendant*<br>*Level 3 Communications, LLC* |

5

OF COUNSEL:

Michael L. Brody
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312)558-5600
mbrody@winston.com

Andrew Sommer
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006-3817
(202) 282-5896
asommer@winston.com

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700
kpadmanabhan@winston.com

Jude J. Andre
Dustin Edwards
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002-5242
(713) 651-2600
jandre@winston.com

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ Paul Saindon
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
psaindon@mnat.com

*Attorneys for Defendants Cox, Communications, Inc. and CoxCom LLC, Comcast Corporation. Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast IP Phone, LLC, Comcast Business Communications, LLC, and CSC Holdings, LLC*

6

OF COUNSEL:

Thomas L. Duston
Kevin D. Hogg
John R. Labbe
Benjamin T. Horton
Sarah J. Kalemeris
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300
tduston@marshallip.com
khogg@marshallip.com
jlabbe@marshallip.com
bhorton@marshallip.com
skalemeris@marshallip.com

ASHBY & GEDDES, P.A.

/s/Andrew C. Mayo
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants Charter Communications Inc. and Charter Communications Holding Company LLC*

OF COUNSEL:
David S. Benyacar
Daniel L. Reisner
David Soofian
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
(212)836-8000

RICHARDS, LAYTON & FINGER, P.A.

/s/Kelly E. Farnan
Kelly E. Farnan (#4395)
Katharine C. Lester (#5629)
920 N. King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
lester@rlf.com

*Attorneys for Defendants Time Warner Cable Inc., Time Warner Cable Enterprises LLC, TWC Communications, LLC and TWC Digital Phone LLC*