# Exhibit 1

U 1918425

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 26, 2013

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *7,724,879*
ISSUE DATE: *May 25, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. Lawrence

T. LAWRENCE
Certifying Officer

US007724879B2

(12) **United States Patent**
**Mashinsky**

(10) **Patent No.: US 7,724,879 B2**
(45) **Date of Patent: *May 25, 2010**

(54) **EFFICIENT COMMUNICATION THROUGH NETWORKS**

(75) Inventor: **Alexander Mashinsky**, New York, NY (US)

(73) Assignee: **Anip, Inc.**, Carson City, NV (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/895,460**

(22) Filed: **Aug. 24, 2007**

(65) **Prior Publication Data**

US 2008/0226054 A1 Sep. 18, 2008

**Related U.S. Application Data**

(63) Continuation of application No. 10/941,471, filed on Sep. 15, 2004, now Pat. No. 7,269,247, which is a continuation of application No. 09/551,189, filed on Apr. 17, 2000, now abandoned, which is a continuation of application No. 08/727,681, filed on Oct. 8, 1996, now Pat. No. 6,188,756, which is a continuation-in-part of application No. 08/320,269, filed on Oct. 11, 1994, now abandoned.

(30) **Foreign Application Priority Data**

Oct. 11, 1995 (IL) ...................................... 115580

(51) **Int. Cl.**
*H04M 11/06* (2006.01)

(52) **U.S. Cl.** .................. **379/88.14**; 340/7.21; 370/354; 379/142.04; 705/65

(58) **Field of Classification Search** ................ 370/354, 370/329, 335, 407, 506, 524; 340/7.21; 379/88.14, 379/88.01, 88.13, 142.04; 348/14.1; 358/440; 375/377; 455/430; 703/27; 710/105; 705/65
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,644,351 | A * | 2/1987 | Zabarsky et al. | 340/7.21 |
| 5,027,387 | A | 6/1991 | Moll | |
| 5,042,027 | A | 8/1991 | Takase et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

JP 07 131486 5/1995

OTHER PUBLICATIONS

C. Yang, RFC 1789—INETPhone: Telephone Services and Servers on Internet, University of North Texas, Apr. 1995, pp. 1-6.

*Primary Examiner*—Gerald Gauthier
(74) *Attorney, Agent, or Firm*—Cohen Pontani Lieberman & Pavane LLP

(57) **ABSTRACT**

A method and device that interrogates the availability of a called party before placing a communication from the calling party to the called party. A callback may be initiated so that both communications are completed simultaneously. The routing of communication may take place through any one of a number of different networks and at another time of the day, even if the caller does not otherwise have access to those networks.

**15 Claims, 8 Drawing Sheets**




Copy provided by USPTO from the PIRS Image Database on 04/24/2013

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,287,202 | A * | 2/1994 | Kumarappan | 358/440 |
| 5,406,557 | A * | 4/1995 | Baudoin | 370/407 |
| 5,412,760 | A * | 5/1995 | Peitz | 370/329 |
| 5,426,643 | A * | 6/1995 | Smolinske et al. | 370/506 |
| 5,434,854 | A * | 7/1995 | Focarile et al. | 370/335 |
| 5,444,713 | A * | 8/1995 | Backaus et al. | 370/524 |
| 5,502,752 | A * | 3/1996 | Averbuch et al. | 375/377 |
| 5,511,111 | A * | 4/1996 | Serbetcioglu et al. | 379/88.01 |
| 5,526,404 | A * | 6/1996 | Wiedeman et al. | 455/430 |
| 5,534,914 | A * | 7/1996 | Flohr et al. | 348/14.1 |
| 5,553,271 | A * | 9/1996 | Hile et al. | 703/27 |
| 5,617,423 | A | 4/1997 | Li et al. | |
| 5,699,089 | A | 12/1997 | Murray | |
| 5,724,406 | A * | 3/1998 | Juster | 379/88.13 |
| 5,726,984 | A | 3/1998 | Kubler et al. | |
| 5,742,905 | A | 4/1998 | Pepe et al. | |
| 5,859,984 | A * | 1/1999 | Blair et al. | 710/105 |
| 5,999,598 | A | 12/1999 | Henrick et al. | |
| 6,104,711 | A | 8/2000 | Voit | |
| 6,108,704 | A | 8/2000 | Hutton et al. | |
| 6,128,304 | A | 10/2000 | Gardell et al. | |
| 6,137,869 | A | 10/2000 | Voit et al. | |
| 6,243,373 | B1 | 6/2001 | Turock | |
| 6,282,574 | B1 | 8/2001 | Voit | |
| 6,298,062 | B1 | 10/2001 | Gardell et al. | |
| 6,359,880 | B1 | 3/2002 | Curry et al. | |
| 6,430,275 | B1 | 8/2002 | Voit et al. | |
| 7,269,247 | B2 * | 9/2007 | Mashinsky | 379/88.14 |
| 7,454,000 | B1 * | 11/2008 | Henderson | 379/142.04 |
| 2006/0190412 | A1 * | 8/2006 | Ostroff | 705/65 |

* cited by examiner


Copy provided by USPTO from the PIRS Image Database on 04/24/2013




FIG. 1

Copy provided by USPTO from the PIRS Image Database on 04/24/2013




FIG. 2

Copy provided by USPTO from the PIRS Image Database on 04/24/2013




FIG. 3

FIG. 4




Copy provided by USPTO from the PIRS Image Database on 04/24/2013




FIG. 5

Copy provided by USPTO from the PIRS Image Database on 04/24/2013




FIG. 6

Copy provided by USPTO from the PIRS Image Database on 04/24/2013

FIG. 7A




FIG. 7B




FIG. 7C




FIG. 7D




FIG. 7E




FIG. 7F




FIG. 7G






FIG. 8

Copy provided by USPTO from the PIRS Image Database on 04/24/2013

FIG. 9


CALLED PARTY ACCESS DEVICE
14
AUTHORIZATION REQUESTS
CENTRAL OFFICE 22
CENTRAL LOCAL NODE 24
CLN SERVER GLOBAL AUTHORIZER 220
CALLING LOCATION
48
VOICE NETWORK 10
CELLULAR OR FRAME RELAY OR ATM NETWORKS 200
DATA NETWORK 20
INTERCEPT 16
CENTRAL LOCAL NODE 18
CALLING PARTY ACCESS DEVICE
12
38
36/37
46A
42
34/47
46D
46C
46B
40
47
46E
32/47
53C
53B
52A
53A
50A
30/47
28/47
26
44

# EFFICIENT COMMUNICATION THROUGH NETWORKS

## CROSS REFERENCE TO RELATED APPLICATIONS

This is a continuation of U.S. patent application Ser. No. 10/941,471, filed Sep. 15, 2004 now U.S. Pat. No. 7,269,247, which is a continuation of U.S. patent application Ser. No. 09/551,189, filed Apr. 17, 2000 now abandoned, which is a continuation of U.S. patent application Ser. No. 08/727,681, filed Oct. 8, 1996, issued as U.S. Pat. No. 6,188,756, which is a continuation-in-part of U.S. patent application Ser. No. 08/320,269, filed Oct. 11, 1994, now abandoned.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a system for providing transparent access to different types of communication networks that may be incompatible with each other and some of which may be incompatible; with the equipment used by the calling party or the called party, least cost routing in such a system, maintaining quality of communication in such a system, prioritizing the routing of such communications, evaluating different communication access locations to determine where to send a communication, synchronizing communications, blocking incoming communications while waiting for the synchronizing to be completed, and minimizing the cost of communications using such a system. This system also monitors and records the services used on each of the unrelated service providers. This information is then utilized for billing purposes and for paying the service providers.

2. Description of the Related Art

Presently when communication services are offered on a global basis, communications are established through the equipment of a plurality of service providers located in various countries. This communication is dominated by large carriers which have formed the global network through reciprocal agreements. Smaller competing carriers, who may offer the same service at lower prices, currently do not have reciprocal agreements between them.

The invention provides these smaller competing carriers with access to each other without the use of the large carriers. Such access provides the calling party (e.g., a subscriber of the smaller competing carrier) with the option of obtaining optimum service at lower prices while ensuring that the appropriate service providers get paid. The calling party can now have cheaper access to different types of telecommunication networks that the party may not have access to under the current large carrier system. It may be cheaper or preferred for the calling party to use smaller carriers to communicate with another location by routing the communication over a digital data network rather than an analog voice network, or by routing the communication over a paging network rather than a cellular network or a combination of networks.

## SUMMARY OF THE INVENTION

One objective of the invention is to provide communication between otherwise incompatible communication networks in a manner that is transparent to the calling party (that is, the subscriber of the service initiating the communication), while assuring that each service provider that renders service in routing that communication gets paid. Preferably, the communication is routed based on the results from an evaluation



of all available communication networks even though the calling party may have direct access to only one type of communication network.

In accordance with the invention, control information in the form of an inquiry of the availability status of the party to be called may be sent through different networks by routing it through a control location of the inventive system that converts it into a compatible form. For instance, the called party may be using one type of network, such as a data network having E-mail, while the calling party is using another, such as a cellular network

With a conventional data network, sending an E-mail message to an address on the data network does not indicate the availability of a party on a cellular network to communicate. In accordance with one embodiment of the invention, however, the control location of the inventive system is connected with both the data network and the cellular network to convert the control information associated with E-mail into a form compatible on the cellular network for making an inquiry and then transmits the inquiry over the cellular network.

The inventive system may have external or internal software and hardware that intercepts the normal transmission to route it appropriately. The system effects further routing, which may include converting between different forms of communication networks, compressing voice into data packets or decompressing data packets into voice, coding and decoding transmissions for security reasons, and multiplexing communications over the same lines. The system records the various routing transactions involved in the communication and calculates the billing of the transactions in a manner that is transparent to the calling party.

Another objective of the invention is to interrogate the called party number's communication availability prior to conferencing the calling party and called party. The inventive system may have a control location that receives both a calling party and a called party access number or identification. After receiving these access numbers, the system initiates an inquiry to the called party from the control location and waits for a status signal as to the called party location's availability to take incoming calls. If the status signal indicates an available status, a first communication is initiated to the called party access number from the control location and a second communication is initiated to the calling party access number from the control location. Thereafter, the first and second communications are bridged using the same or different networks.

In addition to interrogating the called party's availability status, the control location determines where to route the call by examining factors such as transmission cost, the appropriate network for the desired transmission, the service provider that provides this kind of network and the plurality of available called party locations that service the called party access number. The control location also considers communication networks that are available to the called party locations and the identity of service providers who provide those communication networks across the various called party locations. After receiving the calling party and called party access numbers, the control location performs an inquiry as to which service provider and which network can route the transmission.

In addition to technological considerations, the control location also studies the various cost to perform the desired transmission and records such information for both monitoring and billing purposes. An authorizer uses such information to monitor all incoming and outgoing transactions between

the network service providers and provide clearance insuring payment and settlement of all transaction for each of these operators.

In routing communications, the control location takes into consideration customer defined preference criteria relating to preferences for particular types of communication network, transmission quality, cost, security, and priority of transmission. For example, if the quality of a transmission is not acceptable, the transmissions may be rerouted to any other available network that can transmit with better quality, thereby ensuring that the quality of the transmission satisfies the customer's preference criteria for transmission quality. The calling party access number itself may include a message or protocol containing preference criteria selections.

Another objective of the invention involves synchronizing the completion of callback from the control location to the calling party and called party legs of communication. The synchronization involves the calculation of the waiting time that is necessary before the control location commences each callback. The waiting time may be fixed or read from memory off a data base located at the control location. This synchronization may result in completion of both communications simultaneously or with minimal delay, i.e., a significantly shorter delay than without the synchronization. Such synchronization results in more efficient use of the network at a lower cost.

While the control location is waiting to initiate completion of one of the callback legs of communication, an incoming communication may block the completion of that one leg and thereby interrupt the synchronization from taking place. The blocking period may be for a fixed time period or may be based on information in a data base that includes information relating to the expected waiting time for completing communications.

In accordance with all embodiments of the invention, the communication being established may be two-way.

Other objects and features of the present invention will become apparent from the following detailed description considered in conjunction with the accompanying drawings. It is to be understood, however, that the drawings are designed solely for purposes of illustration and not as a definition of the limits of the invention, for which reference should be made to the appended claims. It should be further understood that the drawings are not necessarily drawn to scale and that, unless otherwise indicated, they are merely intended to conceptually illustrate the structures and procedures described herein.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a better understanding of the present invention, reference is made to the following description and accompanying drawing, while the scope of the invention is set forth in the appended claims.

FIG. **1** is a conceptual block diagram indicating the principles of operation of the inventive method to interrogate over a data network and transmit voice over the data network.

FIG. **2** is a schematic diagram of a system overview having two servers at nodes connected to an Internet backbone.

FIG. **3** is a schematic diagram of a telephony server.

FIG. **4** is a functional block diagram of the embodiment of FIG. **2**.

FIG. **5** is a schematic diagram of a flow chart showing routing for versatility and priority of transmission.

FIG. **6** is a schematic diagram of a flow chart showing synchronizing connection.

FIGS. **7A-7G** are schematic diagrams showing different types of communication routing techniques.

FIG. **8** is a schematic representation of a central local node interacting with networks in accordance with the invention.

FIG. **9** is a conceptual block diagram that is a further variation of that of FIG. **1**.

## DETAILED DESCRIPTION OF THE PRESENTLY PREFERRED EMBODIMENTS

Turning to FIG. **1**, a schematic drawing depicting a method of sending a voice or digital transmission to a local node is shown. For ease in understanding, this drawing is the same as FIG. 1 of the copending U.S. patent application Ser. No. 08/320,269 (the '269 application), filed Oct. 11, 1994 by the present inventor and entitled METHOD OF AND SYSTEM FOR EFFICIENT USE OF TELECOMMUNICATION NETWORKS (as amended), whose contents are incorporated herein by reference.

The '269 application describes a technique by which hotels, and other similarly situated establishments, can make use of international callback technology. The reference numbers in FIG. 1 of the '269 application are the same as those in FIG. **1** of the present application, i.e., a telecommunications network **10**, calling location **12**, called location **14**, transparent telecommunications node or intercept **16**, first central local node **18**, data network **20**, central office **22**, second central local node **24**, phonecall **26**, link **28** to central local node **18**, link **30** to the external channel **20**, link **32** to the second central local node **24**, line **36** over which a first phonecall **27** is made to interrogate the called location **14** and over which is sent back a call supervision status signal **38**, a callback **40**, an uncompleted call signal **42**, a message **44**, a reverse answer supervision signal **47** and a calling location **48** that places a call **50A** or receives a callback **52A**.

The calling location **12** may be where a data transmission originates or where a voice communication originates for eventual receipt by the calling location **14**. While phonecalls are certainly one form of communication envisioned, the invention covers any type of communication, whether it involves public service telephone networks, cellular networks, paging networks, data networks, analog networks, etc. A call is to be interpreted as any form of communication over a network and not limited just to voice phonecalls.

While such a technique is particularly suited to callback situations that employ a voice network, it is also applicable to employing digital data based networks such as the internet computer network For instance, instead of routing a call direct between locations A and B using technology X, it may be cheaper to use callbacks from location C to location A and from location C to location B using technology Y.

As used in this application, the term "calling party" designates the initiator of the transmission or communication, which may include callers over phone networks, subscribers that use data, cellular or paging networks, etc. The term "called party" designates the ultimate receiver of the transmission or communication from the calling party and with whom communication is being effected. The called party may include users of phone networks, cellular networks, paging networks, data networks, etc. whose access device on the network serve as the destination to which the transmission or communication is directed from the calling party.

In addition to transmitting voice through the telecommunication network **10**, the voice may be converted into digital form in a conventional manner, e.g., compressed into data packets or sampled. At the first central local node **18**, the call from the calling location **12** is converted to a data signal which is then sent over a data network such as the data network **20** to the called location or destination **14**. Prior to

reaching the called party, the data signal is reconverted into voice at the central office **22** (or control location) to be transmitted to the destination **14** via a public communications network or other connection line **36**. Such a transaction bypasses the use of the international telephone networks and utilizes local calls instead. All internode connections are via the data network.

In addition, by transmitting voice over a data network, the need for callback over a telephone network to save costs is obviated. Since data transmissions are virtually instantaneous, the costs associated with the waiting times for transmitting voice over conventional phone networks is avoided and even the costs associated with waiting times for making connection in a callback over a conventional phone network are avoided.

Each node is capable of communicating with other nodes for purposes of routing the communication and act as a transit node, making inquiries to determine availability of the party at the destination to receive the communication, and even tracking down which network the party is presently accessing so that the communication may be routed there. For instance, a node at the called party may be preprogrammed with all different forms of communication networks and contact identifications that the party may be accessing, together with their addresses, access numbers, or other types of identification information to access them from the node.

Upon receipt of a request inquiring as to the availability of the party to receive a communication, the node at the called party having the main identification or number associated with the called party checks the status of each of these communication networks at different access locations to determine whether any are being accessed by the party at that time. In this connection, the called party would have previously designated the main identifications (addresses, etc.) or phone numbers where it wants to be reached and what networks are to be employed.

For instance, the check may reveal that the called party's computer is logged in or that the phone is hooked up, etc. If so, then the node has identified where the party may be accessed and then contacts the inquiring node to forward an authorization code for billing credit purposes so that the called party node may effect communication through this identified communication network. The authorization code limits the duration and services that may be provided. Alternatively, the system may send the authorization code together with the inquiry.

The node that made the inquiry request sends the authorization code after checking in with a central node responsible for clearing all transactions and which registers every event on the network. The central node may be part of a distributed network of central nodes that are responsible for billing. After the called party node receives the authorization code and authenticates it for billing purposes, communication may be established to the party through the identified communication network that was tracked down and found to be accessible all transparent to the end user. An appropriate signal is transmitted to the requesting node that communication may commence between the parties.

An example of tracking down the called party will now be described. Assume that the party spends half the year in North America using NACN cellular network and the remainder in Europe using GSM internet network hookup using Laptop computer. Under normal situations, these two forms of networks are not compatible so direct communication is not possible. However, in accordance with the invention, such a situation is rectified by communicating with a node that is programmed with information as to which of the possible networks the party may be using. If the node is in contact with the NACN system, it is also in contact with a node that is in contact with the GSM system Both nodes check their respective cellular systems to locate on which the party is or has been accessing or which has been turned off. Once the accessible location is identified, contact can be made from regular telephone to the laptop converting and routing the voice over data to the laptop on which it is converted back into voice.

As an example of operation, the subscriber of the service provider first contacts a central local node by providing the calling party's identity access number or identification and the called party access number or identification, as well as the type of service desired as concerns routing preferences, service providers, level of transmission quality, timing of transmission, etc.

The central local node polls the called party nodes to locate the network which the called party is accessing. For instance, one called party node may be programmed with access information on all the possible networks that the called party may be using, e.g., cellular, computer, paging, etc. This called party node then searches to find where the called party is or is likely to be and then informs the central local node that the communication may be sent to it upon receipt of an authorization number for the transaction.

The central local node provides such authorization, perhaps after checking with the central node first that handles billing and determining that the calling party or service providers satisfy financial conditions for permitting service and future settlement. If the central local nodes do a least cost routing analysis, for instance, and determine that a callback from the called party is the cheaper way to complete the transaction and both the calling party's service provider and called party's service provider has received authorization, then the originating service provider will be billed. The central node records all such transactions for billing purposes.

One application of the invention that allows the Internet or other data network to function like a telephone and fax machine will now be explained. Callers are allowed to dial anywhere in the world for the price of a local access and service fee and avoid using long distance carriers. Users may make such calls to have voice conversations and to send faxes to remote locations. For making voice calls, a local system is dialed via computer access or regular phone which prompts the users for the called party number or identification and then connects them to the called party over the Internet or other data network, such as by connecting them via a node through a local call or through other networks. For example, a calling party may access a node that converts the transmission into data to support the network that it chooses. For instance, it may connect to another node that converts the transmission into voice and then connects the communication into a local call to the called party with the called party node being operated by an independent service provider located elsewhere such as in another country. Of course, the connection takes place only after authorization is received to complete the local call.

For sending faxes, the calling party sends a fax into a central local node and the fax is then forwarded to the called party over the Internet or other data network. The fax may be sent in real time or as a store and a forward mode for later sending as part of a subsequent batch transmission, depending upon the preferences of the calling party.

The present invention envisions the option of using a single communication device, such as a multimedia laptop computer, to initiate and receive all forms of communication by contacting a node or being contacted by a node in accordance with the invention and providing it with an identification

access address and a called party access address, phone number or other type of identity code and any preferences concerning the transmission, such as level of quality of transmission, service providers, time of cost, transmission (e.g., real time or store and forward later), security, encryption, etc.

Transparent to the calling party that is using the laptop, the node takes care of all further action such as tracking down the called party, handling financial billing and obtaining authorization for completing transactions via individual remote service providers, determining the preferred path to route communications even if over otherwise incompatible networks by converting the transmissions accordingly, checking the level of quality of transmission and making sure the transmission satisfies preferences.

In addition to having access to a data network, the laptop may have appropriate software/hardware that give it access to a cellular digital packet data and, via a built-in fax modem, to a phone network. Thus, the laptop may be in contact with the node through any of these different communication networks and communicate over any of these communication networks as well, including performing two way voice calls.

Other applications of the invention concern transmissions through conventional switched frame relay, conventional switched asynchronous transfer mode and other conventional data networks such as the Internet. Frame relay is an international standard for efficiently handling high-speed data over wide area networks that uses network bandwidth only when there is traffic to send. Asynchronous transfer mode allows users to combine voice, video and data on a single phone line and operates at up to Gigabyte-per-second speeds in which usable capacity is segmented into fixed-size cells each consisting of header and information fields allocated to services on demand. The Internet network differs from frame relay switching and asynchronous transfer mode by using internet protocols such as transmission control protocol/Internet protocol (TCP/IP), which is a set of protocols developed by the Department of Defense to link dissimilar computers across a variety of other networks and protocols.

Referring to FIG. **2**, several remote nodes **50**, **52**, **54** are shown on the Internet backbone **56**. Each remote node has a telephone server **60** and an Internet server **62**, although a common server may be used instead to provide both functions. The Internet server **62** has access to the Internet backbone **56**. Both servers **60**, **62** are networked using transmission control protocol/Internet protocol TCP/IP, which is a set of protocols that link dissimilar computers across a variety of other networks and protocols as conventionally used on local area networks, minicomputers and mainframes, or are networked with a router in the case of an ATM. Subscribers **64** dial into and are serviced by the telephone server **60**, which is a computer based machine with conventional voice and fax processing hardware and software, so as to establish a connection with one of the remote nodes. Subscribers access the servers by using any of the conventional off-the-shelf phone and fax machines.

Referring to FIG. **3**, a calling party interface **70**, operator interface **72** and a public switched telephone network PSTN interface **74** are shown. The subscriber interface **70** provides subscribers or calling parties with internet phone and fax service via the Internet is Server **62** of the remote nodes (see FIG. **2**). The calling party may dial into the subscriber interface **70** through voice or data lines, for instance, with a computer or laptop. The PSTN interface **74** has lines that are used for inbound calls and lines that are used for outbound calls. These lines for inbound calls lead to industry standard dialogic hardware or a modem such that when a particular number is called, the identification or password of the calling party is checked for validity of identity.

If determined to be valid, the calling party is requested to indicate what service is desired so that the communication may be routed accordingly over voice or data networks. The called party is contacted to determine availability for receiving the communication. If available, communication is established over the desired service. Otherwise, if real time communication is desired, the calling party is notified that contact is unavailable.

If store and forward is the desired method of communication, then the called party is monitored until contact becomes available, at which time the communication may be transmitted. A store and forward type communication is one in which a desired communication, such as a telecopier transmission, is stored until it may be sent in accordance with other criteria, such as in batch format at off peak rates.

Voice processing entails call processing and content processing. Call processing involves physically moving the call around such as through switching. Content processing involves actually interacting with the call's content, such as digitizing, storing, recognizing, compressing, multiplexing, editing or using it as input to a computer program.

The operator interface **72** includes designated representatives of the service provider to interact with the system by means of a personal computer console to perform essential functions such as subscriber administration, rate schedule management, billing and system administration. These functions are remotely accessible by dial up.

FIG. **4** shows the functional hardware in accordance with the invention. In addition to the previously mentioned fundamental external interfaces, the internal functional blocks that are necessary for the present invention include, as represented by blocks in the diagram, a data base **76**, call management **78**, switching, voice and fax messaging **80**. The horizontal links **82** on either side of the switching and voice messaging block **80** are voice paths. The remaining links **84** are all data flow paths.

The data base **76** is a database management system that is used as a repository for subscriber information, rate schedules, call details, and configuration information required to operate the system and the franchise. Switching via block **80** is required to establish voice or fax between the source and the called party. Pre-recorded audio messages are played back onto a voice pathway by voice messaging for purposes of greeting, indicating normal call setup progress, and checking system load status, subscriber account status, and error calculations. Voice messaging refers to a small set of system wide messages and not to arbitrary voice mail messages.

Calls originating from the PSTN interface side are detected by the switching voice messaging block **80**, which also communicates with call management **78** to establish a link with the called party node via the Internet server **62** of FIG. **2** or a voice or data line and to determine which message to playback if any. The call management **78** handles call set up requests from either the subscriber interface **70** side or PSTN interface **74** side to issue call set up commands to the subscriber interface **70** and to the switching voice messaging **80**. It maintains status information on the subscriber interface and PSTN lines. The call management **78** is configurable to verify credit availability before setting up a call with other nodes if necessary, and monitor the call to issue voice messaging and call termination commands upon credit depletion. It handles call take down situations by recording call detail information in the database for eventual billing purposes and issuing relevant commands directly to subscriber interface **70**.

Copy provided by USPTO from the PIRS Image Database on 04/24/2013

For establishing a call, the following steps may take place:

The dialogic hardware answers the call. The switching voice messaging **80** sends a message to the answered call via the voice processing unit requesting entry of a called party access number, which after its entry is received and stored. The call management **78** checks the data base **76** for the user's billing status. If invalid, the voice processing unit plays a message and the call is disconnected. Otherwise, for valid callers, the call management **78** initiates the subscriber interface **70** to send a request packet over the Internet other data or voice line; the request packet consists of the called party number or identification and may include an authorization code.

Upon receipt of the packet at a remote central local node, the remote central local node will dial the called party number or enter its address, perform a call analysis and send the result back to the subscriber interface at the origination node. Call management **78** checks the analysis result. If a connection link was established, then the call begins. Otherwise, the switching voice messaging **80** prompts the user via the voice processing unit with a message and options, such as dial another number or leave a message in a voice mailbox. Upon completion of the call, billing information will be stored in the data base **76** for further processing by the operator interface **72**.

FIG. **5** illustrates a technique for gaining access to a greater number of telecommunication networks. The normal transmission from an access device is intercepted by an intercept device, which routes the transmission to a central local node. At the central local node, an investigation is made as to what route is available for the specific service.

After determining which route is available, the central local node determines all available nodes that can provide such a service for the called party end. The central local node then selects a specific available node based on considerations such as cost, line quality and security and priority. The central local node checks with an internal data base to determine the available networks at the called party end, the identity of the service providers who provide those networks across different nodes, and the different transmission costs associated with customer defined criteria. The network access devices supported at the called party end could be a telecopier, telex, voice telephone, cellular phone, radio phone, data entry terminal, etc. (different types of communication access devices). Transmission costs associated with customer defined criteria include customer preference for particular types of networks, encryption security, and/or priority of transmission such as transmit in real time or in a store and forward format as defined in the customer's message.

A software defined network may be used to maintain quality (e.g., upon detection of degradation in quality, the bandwidth of the transmission may be widened in accordance with or prioritization of transmission instructions). If data packets do not arrive quick enough, then quality may be enhanced by increasing the bandwidth within predetermined bandwidth parameters on account of other voice data users.

Another embodiment of the application of this invention concerns security. A calling party may prefer that the transmission take place over a secure, dedicated line, but does not is care about the route taken by the acknowledgment or reply to the transmission. As a result, the acknowledgement or reply may be routing over non-dedicated lines and through any communication networks, even from among selected networks of the calling party's choosing. For instance, the calling party may want the acknowledgement or reply to be routed over either cellular or computer network services.



In accordance with the invention, such customer preferences may be found in the data base associated with the calling party and interpreted by the central local nodes. The central local nodes then instruct nodes responsible for the routing back of the reply or acknowledgement to follow the desired preference.

Another example of the application of this invention relates to a customer's preference that a telecopier message be transmitted immediately instead of in delayed batch format or vice versa. The telecopier message is sent to a central local node (at the origin). After initializing the system, i.e., setting a carrier default **90**, checking customer preferences for an operator of a service provider **92** and checking customer preference for selecting the desired service **94**, the central local node determines **96** if there are any more central local nodes (CLN) from a least cost routing (LCR) table, which contains a list of central local nodes connected with service providers of different networks and their costs for providing service.

If there are more central local nodes, the next one is selected **98**. A determination **100** is made as to whether peak or off peak rates apply by basing it on the current time. Reference to a data base table **102** may be made to determine the average call length of service to the location by the customer to help figure out the most cost efficient route based on history of usage. A least cost routing comparison **104** is made to determine whether the new central local node's connection to the service provider offers the more favorable rate based on the average length of communication that what was being offered through the previously considered central local node. If better, the newly considered central local node (and its associated service provider) is selected. If worse, the previously selected central local node (and its associated service provider) will remain selected.

This process is repeated **108** for each central local node and thereby each service provider. When done, the format of the call, the appropriate service provider, network and time of day are selected for sending the transmission to the selected central local node **110** and the billing information is updated **112**.

By selecting the appropriate network, it may be ascertained that it is less expensive to transmit the telecopier message in digital form over a data network than to transmit the telecopier message in voice callback format through the long distance carriers. Thus, the data network may be the network of choice for purposes of selecting the least cost between nodes. On the other hand, the central local node should give priority to the customer's preferences, which could mean that the transmission be routed through the most secure route which may not be the data network Instead, a secure transmission would be through a different routing and would result in an increase in transmission cost.

FIG. **6** shows a flow chart for establishing a synchronized connection of both call legs, that is, synchronizing the completion of callback and called party communications by selecting specific system time and speed of callback time. A user is allowed to stay on a line or hang up to wait for a callback while the routing unit time the completion of both communications from the routing unit to the calling party access number and the called party access number and ensures that both occur simultaneously or according to cost efficiency of transaction. The routing unit checks an internal data base to determine how long to wait before commencement of opening communications with both so as to ensure synchronization of the callback and called party calls. This may be based on the historical performance of placing the callback and called party calls or placing a data call or tracking down a party.

Copy provided by USPTO from the PIRS Image Database on 04/24/2013

A routing unit initially receives the first leg **120** (location, city, destination) of the calling party and the second leg **122** (location, city, destination) of the called party and then looks up in a status call back table in memory **124** for the least estimated connection time. The difference **126** is calculated between the connection times of the two legs and the leg with the longer connection time needed is dialed **128**. A timer **130** is set to the difference and counts down to zero **132**.

When the counting down is completed, the timer triggers the actuation to open communication with the leg with the shorter connection time **134** to establish the call **136**. If a called party is to be called that is not found in the status call back table in memory **124**, then the actuation to open communication takes place in the sequence of the called party leg first and then the other leg. The average connection times are then stored in the table in memory **124** for future synchronization of the two legs. The table is continuously updated every time calls are placed. The average connection times for both legs and the service providers that are available for connection to the called party location and city codes are stored in the table for retrieval upon demand.

Another aspect of the invention concerns blocking the channels so no other incoming calls can interrupt during the time the routing unit performs the callback and called party calls. The intercept unit only releases the blocked channel a few seconds before the time specified in the history of completion of the callback and called party calls. Alternatively, the time delay may be based on a fixed minimum time period common for placing those types of calls. For instance, if a long distance call takes 10 to 15 seconds depending upon the called party, the time delay period that is set could always be 9 or 10 seconds under the time required to make that call. Thus, there is only a short time period during which an incoming call can interrupt the routing unit's synchronization of the completion of the callback and called party calls. It should be noted that the data base checked by the intercept unit may not be the same data base checked by the routing unit, although their contents could be the same. Such call blocking features are commercially available from VoiceSmart in software and hardware under the designation transparent local node (TLN) and hotel local node (HLN). By blocking such incoming calls, service providers no longer face the risk of bearing the expense of completing the second callback leg if the first callback leg becomes busy due to an incoming call.

FIGS. **7**A-7G exemplify different techniques for efficient routing communications in accordance with the invention. Access devices **150** and **156** (FIGS. 7A-7G) and nodes **152** (FIGS. 7A-7C, 7E-7F), **154** (FIGS. 7A-7G) and **160** (FIG. 7C) on a network are shown, but each node may be located in the same or different geographical region or country. The access device **150** may have an intercept capability to render the ensuing routing connections transparent to the users. Node **158** (FIG. 7B) represents an access device on a different network. For purposes of example, links **170** (FIGS. 7A-7G) and **174** (FIGS. 7A-7G) may be considered voice transmission lines and links **172** (FIGS. **7**A-7C, 7F) and **173** (FIG. 7D) may be considered data transmission lines. Link **176** (FIG. 7B) may be a paging or cellular line. Links **178** (FIGS. 7E and 7G) and **180** (FIG. 7E) may be data lines. Links **182**, **184** and **186** (FIG. 7F) may also be data lines. Each node may perform the function of terminating the call, such as when authorization is not forthcoming for carrying out the transaction.

FIG. **7**A shows nodes **152** and **154** effecting communication with their respective access devices **150** and **156**, as would be done for simultaneous callback Initially, the initiator access device **150**, transmits its identification and that of the other access device **156** to node **152**. Node **152** requests node **154** to make an inquiry on the availability of access device **156**. If available, then callback is made over respective links **170**, **174**, preferably for simultaneous communication. The two callbacks are bridged over link **172**. Nodes **152** and **154** convert voice transmissions into data transmission and vice versa so that data transmissions travel between nodes **152** and **154** and voice transmissions travel from the access devices to the associated nodes **152**, **154**. Links **170**, **172** and **174** may handle voice or data communications.

FIG. 7B works in the same way as in FIG. **7**A, except that node **154** pages the called party via paging device **158** over paging network **176**. Once paged, the called party calls node **154** through access device **156** and communication is established by bridging over link **172**. During the interim between paging of the called party and the calling to the node **154** by the called party through the access device **154**, the access device **150** may either be waiting for communication to be established with node **152** or be called back by node **152** after node **152** is advised that the access device **156** has contacted the node **154**.

FIG. **7**C is the same as that of FIG. 7A, except that an additional node **160** between nodes **152**, **154** is shown to illustrate that the routing between nodes **152**, **154** may not be direct, and also showing that access device **150** is communicating directly with node **152** rather than as a result of callback as in FIG. **7**A and using two different data links **172** and **173**.

FIG. 7D shows that communication may be through a single node **154**, rather than through two nodes as in FIGS. 7A-7C as in case where access device **150** is a computer that has direct access to data link **172**

FIG. 7E shows also that communication may be through a single node **152**, rather than through two nodes, but also shows that such communication is established after access device **150** communications with node **154** say through E-mail that communication is desired with access device **156**. Instead of routing the transmission through node **154**, node **154** signals to node **152** to make contact with access devices **150** and **156** directly.

FIG. 7F shows a callback type of arrangement in which a request for establishing communication from access device **150** to access device **156** is made through one kind of network, but the actual callback is done over a different kind of network, although both kinds of networks share the same nodes **152**, **154**. As an example, the request could be through a data network **182**, **184**, **186** and the callback could be through two voice links **170**, **174** from respective access devices **150**, **156**, with the two voice links being bridged by a data link **172**. The nodes **152**, **154** convert voice transmissions into data transmissions and vice versa as desired.

FIG. 7G is the same as FIG. 7E, except that node **154** also performs the function of node **152** in FIG. 7E and thereby routes the transmissions through itself. In this case, a request for establishing communication with access device **156** from access device **150** is effected over a data link **178**, such as through E-mail. In response, node **154** calls both access devices **150**, **156**, preferably so that each is contacted simultaneously, over a different network such as over voice lines **170**, **174**.

In each of these examples of FIGS. 7A-7G, billing is handled transparent to the parties using the access devices **150**, **156**. Each of the nodes are in contact with a central node (or network of central nodes) that must clear the transaction before the termination nodes take action through a global authorizer. Once the transaction cleared, an authorization code is provided to the node. The authorization code may

Copy provided by USPTO from the PIRS Image Database on 04/24/2013

either be forwarded to some other node at the time a request is made to establish communication or may be in response for such from that other node.

The central node, which includes the global authorizer, would check the total open credit or debit for the originating node, check for patterns of fraud, check for rights to terminate communication early based on available credit, and check the calling party credit standings with third parties. Based on the results of such checking, the global authorizer of the central node either approves or disapproves of the proposed transaction. Once the transaction is complete, the node responsible communicates such completion to the central node, which then updates account information accordingly. If a node is being shut down, the central node also communicates such shutdown to all other nodes so that they remove the shutdown node from the stored routing table of available nodes.

FIG. **8** shows a central local node A interacting with a calling party access device interface and a global network of high capacity data networks. Access devices may communicate with central local nodes directly or through intercept devices which direct the communication to the central local node. Access devices are exemplified by telephones, pagers, cellular phones, laptops, facsimile machines, multimedia computer workstations, etc.

The subscriber access device interface includes communication networks such as digital and analog telephone, paging and cellular, and data. The central local node includes an authorizer, converters for each communication network, a main processor and router, a main data base, compression and coding system and decompressing and decoding system. The global networks of high capacity data networks include the internet, frame relay and digital and analog voice lines.

The authorizer is responsible for providing clearing transactions to provide authorization for making communication. The authorizer checks with a main data base within the central local node to determine whether the subscriber's credit is good and to what extent to ensure that service providers get paid. The data base may contain a history of the subscriber's usage and outstanding unpaid balance and other information relating to credit history. The main data base's information may be updated from information in other nodal data bases and vice versa, including that of the central node, which should contain the most current information and whose global authorizer may be responsible for authorizing all transactions in advance. By the same process, the global authorizer can check on the creditworthiness of service providers if the service providers will be responsible for paying each other.

The converters convert the form of the communication to suit the particular network over which the communication will be routed, e.g., voice into data, etc. The main processor and router is responsible for checking with the main data base to determine which service providers and communication networks to utilize and to access circuitry to compress or decompress the communications as needed and to access circuitry to code or decode the communications for security purposes.

The main processor and router route the communications through appropriate converters if necessary to suit the network being utilized for routing, i.e., internet, frame relay and ATM, or digital and analog voice lines. The main processor and router also direct the communication to the ultimate destination, i.e., access devices of the called party. In so doing, other central local nodes B or C may be used for part of the routing or else route directly to the access devices via the associated intercept if any for the access device. These intercept devices are also for directing communications



Converters are available conventionally, such as Texas Instrument digital signal processors which convert voice to data and vice versa. Intercepts are available from VoiceSmart by ordering TLN or HLN and are available conventional from phone companies. The intercept may be part of or separate from the access devices. The intercept evaluates whether savings may be achieved by routing to a node and, if so, routes the transmission to the central local node A of FIG. **8** and identifies the subscriber and called party or service type.

The node receiving the routing from the intercept polls other nodes to trace the called party number or identification address. In this manner, the main processor and router of the node serves as an interrogator that interrogates the availability of the called party number or identification address. The node accesses a main data bank to check the communication network, call format and user preferences to determine the best connection between locations **150** and **156** of FIGS. 7A-7G. The node, through its authorizer, checks whether completing the routing of the transmission is authorized and obtains an authorization code from the global authorizer at the central node. The node converts the transmission if necessary for compatibility and records billing information to ensure proper end user billing. Also, the node updates user statistical usage and access for future use. Each of these tasks that are performed by the node are carried out in a manner that is transparent to the calling party.

FIG. **9** is a variation of that of FIG. **1**, but shares the same components that are identified by the same reference numerals. Additional two-way direct link connections **46**A, **46**B, **46**C, **46**D and **46**E are included. For instance, one route for sending a request as to availability may be from the calling party access device **12** to the local access node **18** either directly or through the intercept **16** and then directly to either the communications network **10**, the data network **20** or another network **200** such as a cellular network, ATM, and/or frame relay. The central switching unit **22** then receives the request from the network as to availability to check on the availability of the called party access device **14**. Once the availability becomes known, an appropriate signal may be sent directly back to the central local node **18** either backtracking through the same route or through the second central local node **24** to either the communications network **10** or the data network **20** to thereafter reach the local access node **18**, Note that the second central local node **24** may be considered a local access node for the called party access device **14**.

A central local node global authorizer **220** is shown to which permission must be obtained by confirming authorization requests before routing connections between the calling and called parties may take place. This global authorizer **220** may be part of the central node to which all the central local nodes are in communication. In FIG. **8**, for instance, the connection from the main data base to the other node data bases would include connection with the central node and thereby with this global authorizer. Authorization requests would be sent to the global authorizer **220** via the applicable one or more of the networks **10**, **20**, **200**.

All the routing paths of FIGS. **7**A to **7**G are applicable to the block diagram of FIG. **9**. Also, the representation of the interaction of the central local node with various networks as shown in FIG. **8** is applicable to FIGS. **1** and **9**.

FIG. **9** shows some links as bi-directional lines and others as two single-directional lines in opposite directions. This was done for convenience and is in no way intended to be limited to one form or the other. Routes may be through any path available, except that the routing through links **53**A, **53**B and **53**C only arises if calling location **48** communicates in a

manner compatible with the applicable one of the networks **10**, **20** or **200**. Otherwise, routing will have to be done through the central local node **18**.

If the calling party location uses a laptop computer and thus connects directly with the data network **20** and bypasses the central local node, the path of communication would still pass through either the central office **22** or the central local node **24** before reaching the called party access device **14**. At the central office **22** or the central local node **24**, therefore, the applicable billing information may be recorded.

While intercept **16** and central local node **18** are shown as separate units, they may be combined together. Similarly, while the central office **22** and central local node **24** are shown as separate units, they may be combined together. By being combined together, a unitary device would provide the functions of both.

While the foregoing description and drawings represent the preferred embodiments of the present invention, it will be understood that various changes and modifications may be made without departing from the spirit and scope of the present invention.

Thus, while there have shown and described and pointed out fundamental novel features of the invention as applied to a preferred embodiment thereof, it will be understood that various omissions and substitutions and changes in the form and details of the devices illustrated, and in their operation, may be made by those skilled in the art without departing from the spirit of the invention. For example, it is expressly intended that all combinations of those elements and/or method steps which perform substantially the same function in substantially the same way to achieve the same results are within the scope of the invention. Moreover, it should be recognized that structures and/or elements and/or method steps shown and/or described in connection with any disclosed form or embodiment of the invention may be incorporated in any other disclosed or described or suggested form or embodiment as a general matter of design choice. It is the intention, therefore, to be limited only as indicated by the scope of the claims appended hereto.

What is claimed is:

**1**. A method for communication between two access devices via one or more networks, comprising the steps:

receiving a transmission in a first format through a first communication network from a first access device, the first format comprising a telecommunication protocol for establishing and transmitting voice communication for a phone call in one of a digital telephone network, an analog telephone network, and a cellular network;

performing a first conversion converting the transmission from the first format to a second format, the second format being an internet protocol;

sending the converted transmission through a second communication network, the second communication network being a data network, for reception by a second access device; and

performing a second conversion further converting the converted transmission from the second format to a further format suitable for the second access device, wherein the first access device and the second access device comprise telecommunication nodes, and said further format comprises said first format or another telecommunication protocol.

**2**. The method of claim **1**, wherein the transmission is sent from the first access device serially to a first central node, the data network, a second central node, and the second access device.

**3**. The method of claim **1**, wherein the transmission is related to establishing or transmitting voice communication for a phone call from a calling party connected to the first access device to a called party connected to the second access device.

**4**. The method of claim **1**, wherein the first communication network is one of an analog telephone network, a digital telephone network, and a cellular network.

**5**. The method of claim **1**, wherein a calling party is connected to the first access device for transmitting and receiving voice communication for a phone call and a called party is connected to the second access device for transmitting and receiving the voice communication for the phone call.

**6**. The method of claim **1**, wherein the second conversion is performed at the second access device.

**7**. The method of claim **1**, wherein said second access device is connected to a central office of a telecommunication network.

**8**. The method of claim **1**, further comprising the step of selecting a route for the transmission based on at least one criteria defined by user preference.

**9**. The method of claim **8**, wherein the at least one criteria comprises a specified level of transmission quality.

**10**. The method of claim **8**, wherein the at least one criteria comprises credit availability of a calling party.

**11**. The method of claim **8**, wherein the at least one criteria comprises cost of routing.

**12**. The method of claim **8**, wherein the transmission comprises execution of a call setup procedure.

**13**. The method of claim **1**, further comprising the step of storing at least one of subscriber information, rate schedules, and call details.

**14**. The method of claim **1**, wherein the transmission is related to a fax transmission.

**15**. The method of claim **1**, wherein the transmission comprises signaling messages.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 04/24/2013