# Exhibit 8

IEEE Std 100-1992

SEL
Ref
TK
9
I478
1993

# The New IEEE Standard Dictionary of Electrical and Electronics Terms

## [Including Abstracts of All Current IEEE Standards]

**Fifth Edition**

**Gediminas P. Kurpis, Chair**

**Christopher J. Booth, Editor**

The Institute of Electrical and Electronics Engineers, Inc.
345 East 47th Street, New York, NY 10017-2394, USA

Copyright © 1993 by the
Institute of Electrical and Electronics Engineers, Inc.
All rights reserved. Published 1993
Printed in the United States of America

ISBN 1-55937-240-0

*No part of this publication may be reproduced in any form,
in an electronic retrieval system or otherwise,
without the prior written permission of the publisher.*

*January 15, 1993* *SH1559*

Case 1:12-cv-00617-MN Document 53-8 Filed 12/16/13 Page 4 of 4 PageID #: 1074

**taxiway lights (illuminating engineering).** Aeronautical ground lights provided to indicate the route to be followed by taxiing aircraft. [126]

**taxonomy.** A scheme that partitions a body of knowledge and defines the relationships among the pieces. It is used for classifying and understanding the body of knowledge. 610.12-1990

**Taylor distribution (antennas).** *(A) (circular).* A continuous distribution of a circular planar aperture which is equiphase, with the amplitude distribution dependent only on distance from the center of the aperture and such as to produce a pattern with a main beam plus sidelobes. The sidelobe structure is rotationally symmetric, with a specified number of inner sidelobes at a quasi-uniform height, the remainder of the sidelobes decaying in height with their angular separation from the main beam. *Note:* Taylor distributions are often sampled to obtain the excitation for a planar array. *(B) (linear).* A continuous distribution of a line source which is symmetric in amplitude, has a uniform progressive phase, and yields a pattern with a main beam plus sidelobes. The sidelobe structure is symmetrical, with a specified number of inner sidelobes at a quasi-uniform height, the remainder of the sidelobes decaying in height with their angular separation from the main beam. *Note:* Taylor distributions are often sampled to obtain the excitation for a linear array. 145-1983

**TB cell.** *See:* **transmitter-blocker cell.**

**TC.** Time-consistent. 973-1990

**TCBH.** Time-consistent busy hour. *See:* **traffic engineering limits.** 973-1990

**TCK.** The test clock input pin contained in the TAP defined by 1149.1-1990. 1149.1-1990

**T-connected (or tee-connected) transformer (power and distribution transformer).** A three-phase to three-phase transformer, similar to a Scott-connected transformer. *See:* **Scott or T-connected transformer.** C57.12.80-1978

**TCU.** *See:* **trunk coupling unit.** 802.5-1989

**TDI.** The test data input pin contained in the TAP defined by 1149.1-1990. 1149.1-1990

**TDM.** *See:* **time division multiplexing (TDM).** 802.7-1989

**TDO.** The test data output pin contained in the TAP defined by 1149.1-1990. 1149.1-1990

**TE.** *See:* **transverse electric.**

**tearing (television).** An erratic lateral displacement of some scanning lines of a raster caused by disturbance of synchronization. *See:* **television.** [34]

**teaser transformer (power and distribution transformer).** As applied to two single-phase Scott-connected units for the three-phase to two-phase or two-phase to three-phase operation, designates the transformer that is connected between the midpoint of the main transformer and the third-phase wire of the three-phase system. C57.12.80-1978

**technical management.** The application of technical and administrative resources to plan, organize, and control engineering functions. 610.12-1990

**technical standard.** A standard that describes the characteristics of applying accumulated technical or management skills and methods in the creation of a product or performing a service. 610.12-1990

**techniques (1) (software quality assurance).** Technical and managerial procedures that aid in the evaluation and improvement of the software development process. 983-1986
**(2) (software).** Technical and managerial procedures that aid in the evaluation and improvement of the software development process. 610.12-1990

**tee coupler (fiber optics).** A passive coupler that connects three ports. *See:* **star coupler.** 812-1984

**teed feeder.** A feeder that supplies two or more feeding points. *See:* **center of distribution.** [57]

**tee junction (waveguide components).** A junction of waveguides or transmission lines in which the longitudinal guide axes form a tee. 147-1979

**telautograph. (1).** A system in which writing movement at the transmitting end causes corresponding movement of a writing instrument at the receiving end. *See:* **telegraphy.** [119]
**(2) (computer applications).** A telegraphic writing instrument, in which movement of a pen at the transmitting end causes corresponding movement of a pen at the remote receiving instrument. *Syn:* **telewriter.** 610.2-1987

**telecommunication (1) (computer applications).** The transmission of signals over long distance, such as by telegraph, radio, or television. *See:* **computer conferencing; office automation.** 610.2-1987, C37.20.1-1987
**(2) (data transmission).** The transmission of information from one point to another. 599-1985w

**telecommunication loop (telephone switching systems).** A channel between a telecommunications station and a switching entity. 312-1977w

**telecommunications customer (telephone switching systems).** One for whom telecommunications service is provided (formerly referred to as a "subscriber"). 312-1977w