# Exhibit 12

RFC: 793

# TRANSMISSION CONTROL PROTOCOL

DARPA INTERNET PROGRAM

PROTOCOL SPECIFICATION

September 1981

prepared for

Defense Advanced Research Projects Agency
Information Processing Techniques Office
1400 Wilson Boulevard
Arlington, Virginia 22209

by

Information Sciences Institute
University of Southern California
4676 Admiralty Way
Marina del Rey, California 90291

TABLE OF CONTENTS

PREFACE .................................................... iii

1. INTRODUCTION .............................................. 1

1.1 Motivation ................................................ 1
1.2 Scope ..................................................... 2
1.3 About This Document ....................................... 2
1.4 Interfaces ................................................ 3
1.5 Operation ................................................. 3

2. PHILOSOPHY ................................................ 7

2.1 Elements of the Internetwork System ....................... 7
2.2 Model of Operation ........................................ 7
2.3 The Host Environment ...................................... 8
2.4 Interfaces ................................................ 9
2.5 Relation to Other Protocols ............................... 9
2.6 Reliable Communication .................................... 9
2.7 Connection Establishment and Clearing ..................... 10
2.8 Data Communication ........................................ 12
2.9 Precedence and Security ................................... 13
2.10 Robustness Principle ..................................... 13

3. FUNCTIONAL SPECIFICATION .................................. 15

3.1 Header Format ............................................. 15
3.2 Terminology ............................................... 19
3.3 Sequence Numbers .......................................... 24
3.4 Establishing a connection ................................. 30
3.5 Closing a Connection ...................................... 37
3.6 Precedence and Security ................................... 40
3.7 Data Communication ........................................ 40
3.8 Interfaces ................................................ 44
3.9 Event Processing .......................................... 52

GLOSSARY ...................................................... 79

REFERENCES .................................................... 85

# PREFACE

This document describes the DoD Standard Transmission Control Protocol (TCP). There have been nine earlier editions of the ARPA TCP specification on which this standard is based, and the present text draws heavily from them. There have been many contributors to this work both in terms of concepts and in terms of text. This edition clarifies several details and removes the end-of-letter buffer-size adjustments, and redescribes the letter mechanism as a push function.

Jon Postel

Editor

RFC: 793
Replaces: RFC 761
IENs: 129, 124, 112, 81,
55, 44, 40, 27, 21, 5

# TRANSMISSION CONTROL PROTOCOL

DARPA INTERNET PROGRAM
PROTOCOL SPECIFICATION

## 1. INTRODUCTION

The Transmission Control Protocol (TCP) is intended for use as a highly reliable host-to-host protocol between hosts in packet-switched computer communication networks, and in interconnected systems of such networks.

This document describes the functions to be performed by the Transmission Control Protocol, the program that implements it, and its interface to programs or users that require its services.

### 1.1. Motivation

Computer communication systems are playing an increasingly important role in military, government, and civilian environments. This document focuses its attention primarily on military computer communication requirements, especially robustness in the presence of communication unreliability and availability in the presence of congestion, but many of these problems are found in the civilian and government sector as well.

As strategic and tactical computer communication networks are developed and deployed, it is essential to provide means of interconnecting them and to provide standard interprocess communication protocols which can support a broad range of applications. In anticipation of the need for such standards, the Deputy Undersecretary of Defense for Research and Engineering has declared the Transmission Control Protocol (TCP) described herein to be a basis for DoD-wide inter-process communication protocol standardization.

TCP is a connection-oriented, end-to-end reliable protocol designed to fit into a layered hierarchy of protocols which support multi-network applications. The TCP provides for reliable inter-process communication between pairs of processes in host computers attached to distinct but interconnected computer communication networks. Very few assumptions are made as to the reliability of the communication protocols below the TCP layer. TCP assumes it can obtain a simple, potentially unreliable datagram service from the lower level protocols. In principle, the TCP should be able to operate above a wide spectrum of communication systems ranging from hard-wired connections to packet-switched or circuit-switched networks.

TCP is based on concepts first described by Cerf and Kahn in [1]. The TCP fits into a layered protocol architecture just above a basic Internet Protocol [2] which provides a way for the TCP to send and receive variable-length segments of information enclosed in internet datagram "envelopes". The internet datagram provides a means for addressing source and destination TCPs in different networks. The internet protocol also deals with any fragmentation or reassembly of the TCP segments required to achieve transport and delivery through multiple networks and interconnecting gateways. The internet protocol also carries information on the precedence, security classification and compartmentation of the TCP segments, so this information can be communicated end-to-end across multiple networks.

Protocol Layering

```
+---------------------+
|     higher-level    |
+---------------------+
|        TCP          |
+---------------------+
|  internet protocol  |
+---------------------+
|communication network|
+---------------------+
```

Figure 1

Much of this document is written in the context of TCP implementations which are co-resident with higher level protocols in the host computer. Some computer systems will be connected to networks via front-end computers which house the TCP and internet protocol layers, as well as network specific software. The TCP specification describes an interface to the higher level protocols which appears to be implementable even for the front-end case, as long as a suitable host-to-front end protocol is implemented.

1.2. Scope

The TCP is intended to provide a reliable process-to-process communication service in a multinetwork environment. The TCP is intended to be a host-to-host protocol in common use in multiple networks.

1.3. About this Document

This document represents a specification of the behavior required of any TCP implementation, both in its interactions with higher level protocols and in its interactions with other TCPs. The rest of this

section offers a very brief view of the protocol interfaces and operation. Section 2 summarizes the philosophical basis for the TCP design. Section 3 offers both a detailed description of the actions required of TCP when various events occur (arrival of new segments, user calls, errors, etc.) and the details of the formats of TCP segments.

## 1.4. Interfaces

The TCP interfaces on one side to user or application processes and on the other side to a lower level protocol such as Internet Protocol.

The interface between an application process and the TCP is illustrated in reasonable detail. This interface consists of a set of calls much like the calls an operating system provides to an application process for manipulating files. For example, there are calls to open and close connections and to send and receive data on established connections. It is also expected that the TCP can asynchronously communicate with application programs. Although considerable freedom is permitted to TCP implementors to design interfaces which are appropriate to a particular operating system environment, a minimum functionality is required at the TCP/user interface for any valid implementation.

The interface between TCP and lower level protocol is essentially unspecified except that it is assumed there is a mechanism whereby the two levels can asynchronously pass information to each other. Typically, one expects the lower level protocol to specify this interface. TCP is designed to work in a very general environment of interconnected networks. The lower level protocol which is assumed throughout this document is the Internet Protocol [2].

## 1.5. Operation

As noted above, the primary purpose of the TCP is to provide reliable, securable logical circuit or connection service between pairs of processes. To provide this service on top of a less reliable internet communication system requires facilities in the following areas:

Basic Data Transfer
Reliability
Flow Control
Multiplexing
Connections
Precedence and Security

The basic operation of the TCP in each of these areas is described in the following paragraphs.

Basic Data Transfer:

The TCP is able to transfer a continuous stream of octets in each direction between its users by packaging some number of octets into segments for transmission through the internet system. In general, the TCPs decide when to block and forward data at their own convenience.

Sometimes users need to be sure that all the data they have submitted to the TCP has been transmitted. For this purpose a push function is defined. To assure that data submitted to a TCP is actually transmitted the sending user indicates that it should be pushed through to the receiving user. A push causes the TCPs to promptly forward and deliver data up to that point to the receiver. The exact push point might not be visible to the receiving user and the push function does not supply a record boundary marker.

Reliability:

The TCP must recover from data that is damaged, lost, duplicated, or delivered out of order by the internet communication system. This is achieved by assigning a sequence number to each octet transmitted, and requiring a positive acknowledgment (ACK) from the receiving TCP. If the ACK is not received within a timeout interval, the data is retransmitted. At the receiver, the sequence numbers are used to correctly order segments that may be received out of order and to eliminate duplicates. Damage is handled by adding a checksum to each segment transmitted, checking it at the receiver, and discarding damaged segments.

As long as the TCPs continue to function properly and the internet system does not become completely partitioned, no transmission errors will affect the correct delivery of data. TCP recovers from internet communication system errors.

Flow Control:

TCP provides a means for the receiver to govern the amount of data sent by the sender. This is achieved by returning a "window" with every ACK indicating a range of acceptable sequence numbers beyond the last segment successfully received. The window indicates an allowed number of octets that the sender may transmit before receiving further permission.

Case 1:12-cv-00617-MN Document 53-12 Filed 12/16/13 Page 12 of 50 PageID #: 1199



Multiplexing:

To allow for many processes within a single Host to use TCP communication facilities simultaneously, the TCP provides a set of addresses or ports within each host. Concatenated with the network and host addresses from the internet communication layer, this forms a socket. A pair of sockets uniquely identifies each connection. That is, a socket may be simultaneously used in multiple connections.

The binding of ports to processes is handled independently by each Host. However, it proves useful to attach frequently used processes (e.g., a "logger" or timesharing service) to fixed sockets which are made known to the public. These services can then be accessed through the known addresses. Establishing and learning the port addresses of other processes may involve more dynamic mechanisms.

Connections:

The reliability and flow control mechanisms described above require that TCPs initialize and maintain certain status information for each data stream. The combination of this information, including sockets, sequence numbers, and window sizes, is called a connection. Each connection is uniquely specified by a pair of sockets identifying its two sides.

When two processes wish to communicate, their TCP's must first establish a connection (initialize the status information on each side). When their communication is complete, the connection is terminated or closed to free the resources for other uses.

Since connections must be established between unreliable hosts and over the unreliable internet communication system, a handshake mechanism with clock-based sequence numbers is used to avoid erroneous initialization of connections.

Precedence and Security:

The users of TCP may indicate the security and precedence of their communication. Provision is made for default values to be used when these features are not needed.



AIPC00005863

# 2. PHILOSOPHY

## 2.1. Elements of the Internetwork System

The internetwork environment consists of hosts connected to networks which are in turn interconnected via gateways. It is assumed here that the networks may be either local networks (e.g., the ETHERNET) or large networks (e.g., the ARPANET), but in any case are based on packet switching technology. The active agents that produce and consume messages are processes. Various levels of protocols in the networks, the gateways, and the hosts support an interprocess communication system that provides two-way data flow on logical connections between process ports.

The term packet is used generically here to mean the data of one transaction between a host and its network. The format of data blocks exchanged within the a network will generally not be of concern to us.

Hosts are computers attached to a network, and from the communication network's point of view, are the sources and destinations of packets. Processes are viewed as the active elements in host computers (in accordance with the fairly common definition of a process as a program in execution). Even terminals and files or other I/O devices are viewed as communicating with each other through the use of processes. Thus, all communication is viewed as inter-process communication.

Since a process may need to distinguish among several communication streams between itself and another process (or processes), we imagine that each process may have a number of ports through which it communicates with the ports of other processes.

## 2.2. Model of Operation

Processes transmit data by calling on the TCP and passing buffers of data as arguments. The TCP packages the data from these buffers into segments and calls on the internet module to transmit each segment to the destination TCP. The receiving TCP places the data from a segment into the receiving user's buffer and notifies the receiving user. The TCPs include control information in the segments which they use to ensure reliable ordered data transmission.

The model of internet communication is that there is an internet protocol module associated with each TCP which provides an interface to the local network. This internet module packages TCP segments inside internet datagrams and routes these datagrams to a destination internet module or intermediate gateway. To transmit the datagram through the local network, it is embedded in a local network packet.

The packet switches may perform further packaging, fragmentation, or

other operations to achieve the delivery of the local packet to the destination internet module.

At a gateway between networks, the internet datagram is "unwrapped" from its local packet and examined to determine through which network the internet datagram should travel next. The internet datagram is then "wrapped" in a local packet suitable to the next network and routed to the next gateway, or to the final destination.

A gateway is permitted to break up an internet datagram into smaller internet datagram fragments if this is necessary for transmission through the next network. To do this, the gateway produces a set of internet datagrams; each carrying a fragment. Fragments may be further broken into smaller fragments at subsequent gateways. The internet datagram fragment format is designed so that the destination internet module can reassemble fragments into internet datagrams.

A destination internet module unwraps the segment from the datagram (after reassembling the datagram, if necessary) and passes it to the destination TCP.

This simple model of the operation glosses over many details. One important feature is the type of service. This provides information to the gateway (or internet module) to guide it in selecting the service parameters to be used in traversing the next network. Included in the type of service information is the precedence of the datagram. Datagrams may also carry security information to permit host and gateways that operate in multilevel secure environments to properly segregate datagrams for security considerations.

## 2.3. The Host Environment

The TCP is assumed to be a module in an operating system. The users access the TCP much like they would access the file system. The TCP may call on other operating system functions, for example, to manage data structures. The actual interface to the network is assumed to be controlled by a device driver module. The TCP does not call on the network device driver directly, but rather calls on the internet datagram protocol module which may in turn call on the device driver.

The mechanisms of TCP do not preclude implementation of the TCP in a front-end processor. However, in such an implementation, a host-to-front-end protocol must provide the functionality to support the type of TCP-user interface described in this document.

## 2.4. Interfaces

The TCP/user interface provides for calls made by the user on the TCP to OPEN or CLOSE a connection, to SEND or RECEIVE data, or to obtain STATUS about a connection. These calls are like other calls from user programs on the operating system, for example, the calls to open, read from, and close a file.

The TCP/internet interface provides calls to send and receive datagrams addressed to TCP modules in hosts anywhere in the internet system. These calls have parameters for passing the address, type of service, precedence, security, and other control information.

## 2.5. Relation to Other Protocols

The following diagram illustrates the place of the TCP in the protocol hierarchy:

```
       +------+ +-----+ +-----+       +-----+
       |Telnet| | FTP | |Voice|  ...  |     |  Application Level
       +------+ +-----+ +-----+       +-----+
             |   |         |             |
            +-----+     +-----+       +-----+
            | TCP |     | RTP |  ...  |     |  Host Level
            +-----+     +-----+       +-----+
               |           |             |
            +-------------------------------+
            |    Internet Protocol & ICMP   |  Gateway Level
            +-------------------------------+
                           |
              +---------------------------+
              |   Local Network Protocol  |    Network Level
              +---------------------------+
```

Protocol Relationships

Figure 2.

It is expected that the TCP will be able to support higher level protocols efficiently. It should be easy to interface higher level protocols like the ARPANET Telnet or AUTODIN II THP to the TCP.

## 2.6. Reliable Communication

A stream of data sent on a TCP connection is delivered reliably and in order at the destination.

Transmission is made reliable via the use of sequence numbers and acknowledgments. Conceptually, each octet of data is assigned a sequence number. The sequence number of the first octet of data in a segment is transmitted with that segment and is called the segment sequence number. Segments also carry an acknowledgment number which is the sequence number of the next expected data octet of transmissions in the reverse direction. When the TCP transmits a segment containing data, it puts a copy on a retransmission queue and starts a timer; when the acknowledgment for that data is received, the segment is deleted from the queue. If the acknowledgment is not received before the timer runs out, the segment is retransmitted.

An acknowledgment by TCP does not guarantee that the data has been delivered to the end user, but only that the receiving TCP has taken the responsibility to do so.

To govern the flow of data between TCPs, a flow control mechanism is employed. The receiving TCP reports a "window" to the sending TCP. This window specifies the number of octets, starting with the acknowledgment number, that the receiving TCP is currently prepared to receive.

2.7. Connection Establishment and Clearing

To identify the separate data streams that a TCP may handle, the TCP provides a port identifier. Since port identifiers are selected independently by each TCP they might not be unique. To provide for unique addresses within each TCP, we concatenate an internet address identifying the TCP with a port identifier to create a socket which will be unique throughout all networks connected together.

A connection is fully specified by the pair of sockets at the ends. A local socket may participate in many connections to different foreign sockets. A connection can be used to carry data in both directions, that is, it is "full duplex".

TCPs are free to associate ports with processes however they choose. However, several basic concepts are necessary in any implementation. There must be well-known sockets which the TCP associates only with the "appropriate" processes by some means. We envision that processes may "own" ports, and that processes can initiate connections only on the ports they own. (Means for implementing ownership is a local issue, but we envision a Request Port user command, or a method of uniquely allocating a group of ports to a given process, e.g., by associating the high order bits of a port name with a given process.)

A connection is specified in the OPEN call by the local port and foreign socket arguments. In return, the TCP supplies a (short) local

connection name by which the user refers to the connection in subsequent calls. There are several things that must be remembered about a connection. To store this information we imagine that there is a data structure called a Transmission Control Block (TCB). One implementation strategy would have the local connection name be a pointer to the TCB for this connection. The OPEN call also specifies whether the connection establishment is to be actively pursued, or to be passively waited for.

A passive OPEN request means that the process wants to accept incoming connection requests rather than attempting to initiate a connection. Often the process requesting a passive OPEN will accept a connection request from any caller. In this case a foreign socket of all zeros is used to denote an unspecified socket. Unspecified foreign sockets are allowed only on passive OPENs.

A service process that wished to provide services for unknown other processes would issue a passive OPEN request with an unspecified foreign socket. Then a connection could be made with any process that requested a connection to this local socket. It would help if this local socket were known to be associated with this service.

Well-known sockets are a convenient mechanism for a priori associating a socket address with a standard service. For instance, the "Telnet-Server" process is permanently assigned to a particular socket, and other sockets are reserved for File Transfer, Remote Job Entry, Text Generator, Echoer, and Sink processes (the last three being for test purposes). A socket address might be reserved for access to a "Look-Up" service which would return the specific socket at which a newly created service would be provided. The concept of a well-known socket is part of the TCP specification, but the assignment of sockets to services is outside this specification. (See [4].)

Processes can issue passive OPENs and wait for matching active OPENs from other processes and be informed by the TCP when connections have been established. Two processes which issue active OPENs to each other at the same time will be correctly connected. This flexibility is critical for the support of distributed computing in which components act asynchronously with respect to each other.

There are two principal cases for matching the sockets in the local passive OPENs and an foreign active OPENs. In the first case, the local passive OPENs has fully specified the foreign socket. In this case, the match must be exact. In the second case, the local passive OPENs has left the foreign socket unspecified. In this case, any foreign socket is acceptable as long as the local sockets match. Other possibilities include partially restricted matches.

If there are several pending passive OPENs (recorded in TCBs) with the same local socket, an foreign active OPEN will be matched to a TCB with the specific foreign socket in the foreign active OPEN, if such a TCB exists, before selecting a TCB with an unspecified foreign socket.

The procedures to establish connections utilize the synchronize (SYN) control flag and involves an exchange of three messages. This exchange has been termed a three-way hand shake [3].

A connection is initiated by the rendezvous of an arriving segment containing a SYN and a waiting TCB entry each created by a user OPEN command. The matching of local and foreign sockets determines when a connection has been initiated. The connection becomes "established" when sequence numbers have been synchronized in both directions.

The clearing of a connection also involves the exchange of segments, in this case carrying the FIN control flag.

## 2.8. Data Communication

The data that flows on a connection may be thought of as a stream of octets. The sending user indicates in each SEND call whether the data in that call (and any preceeding calls) should be immediately pushed through to the receiving user by the setting of the PUSH flag.

A sending TCP is allowed to collect data from the sending user and to send that data in segments at its own convenience, until the push function is signaled, then it must send all unsent data. When a receiving TCP sees the PUSH flag, it must not wait for more data from the sending TCP before passing the data to the receiving process.

There is no necessary relationship between push functions and segment boundaries. The data in any particular segment may be the result of a single SEND call, in whole or part, or of multiple SEND calls.

The purpose of push function and the PUSH flag is to push data through from the sending user to the receiving user. It does not provide a record service.

There is a coupling between the push function and the use of buffers of data that cross the TCP/user interface. Each time a PUSH flag is associated with data placed into the receiving user's buffer, the buffer is returned to the user for processing even if the buffer is not filled. If data arrives that fills the user's buffer before a PUSH is seen, the data is passed to the user in buffer size units.

TCP also provides a means to communicate to the receiver of data that at some point further along in the data stream than the receiver is

currently reading there is urgent data. TCP does not attempt to define what the user specifically does upon being notified of pending urgent data, but the general notion is that the receiving process will take action to process the urgent data quickly.

## 2.9. Precedence and Security

The TCP makes use of the internet protocol type of service field and security option to provide precedence and security on a per connection basis to TCP users. Not all TCP modules will necessarily function in a multilevel secure environment; some may be limited to unclassified use only, and others may operate at only one security level and compartment. Consequently, some TCP implementations and services to users may be limited to a subset of the multilevel secure case.

TCP modules which operate in a multilevel secure environment must properly mark outgoing segments with the security, compartment, and precedence. Such TCP modules must also provide to their users or higher level protocols such as Telnet or THP an interface to allow them to specify the desired security level, compartment, and precedence of connections.

## 2.10. Robustness Principle

TCP implementations will follow a general principle of robustness: be conservative in what you do, be liberal in what you accept from others.

# 3. FUNCTIONAL SPECIFICATION

## 3.1. Header Format

TCP segments are sent as internet datagrams. The Internet Protocol header carries several information fields, including the source and destination host addresses [2]. A TCP header follows the internet header, supplying information specific to the TCP protocol. This division allows for the existence of host level protocols other than TCP.

TCP Header Format

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|          Source Port          |       Destination Port        |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                        Sequence Number                        |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                    Acknowledgment Number                      |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|  Data |           |U|A|P|R|S|F|                               |
| Offset| Reserved  |R|C|S|S|Y|I|            Window             |
|       |           |G|K|H|T|N|N|                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|           Checksum            |         Urgent Pointer        |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                    Options                    |    Padding    |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                             data                              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

TCP Header Format

Note that one tick mark represents one bit position.

Figure 3.

Source Port: 16 bits

The source port number.

Destination Port: 16 bits

The destination port number.

Sequence Number: 32 bits

The sequence number of the first data octet in this segment (except when SYN is present). If SYN is present the sequence number is the initial sequence number (ISN) and the first data octet is ISN+1.

Acknowledgment Number: 32 bits

If the ACK control bit is set this field contains the value of the next sequence number the sender of the segment is expecting to receive. Once a connection is established this is always sent.

Data Offset: 4 bits

The number of 32 bit words in the TCP Header. This indicates where the data begins. The TCP header (even one including options) is an integral number of 32 bits long.

Reserved: 6 bits

Reserved for future use. Must be zero.

Control Bits: 6 bits (from left to right):

URG: Urgent Pointer field significant
ACK: Acknowledgment field significant
PSH: Push Function
RST: Reset the connection
SYN: Synchronize sequence numbers
FIN: No more data from sender

Window: 16 bits

The number of data octets beginning with the one indicated in the acknowledgment field which the sender of this segment is willing to accept.

Checksum: 16 bits

The checksum field is the 16 bit one's complement of the one's complement sum of all 16 bit words in the header and text. If a segment contains an odd number of header and text octets to be checksummed, the last octet is padded on the right with zeros to form a 16 bit word for checksum purposes. The pad is not transmitted as part of the segment. While computing the checksum, the checksum field itself is replaced with zeros.

The checksum also covers a 96 bit pseudo header conceptually

prefixed to the TCP header. This pseudo header contains the Source Address, the Destination Address, the Protocol, and TCP length. This gives the TCP protection against misrouted segments. This information is carried in the Internet Protocol and is transferred across the TCP/Network interface in the arguments or results of calls by the TCP on the IP.

```
+--------+--------+--------+--------+
|           Source Address          |
+--------+--------+--------+--------+
|         Destination Address       |
+--------+--------+--------+--------+
|  zero  |  PTCL  |    TCP Length   |
+--------+--------+--------+--------+
```

The TCP Length is the TCP header length plus the data length in octets (this is not an explicitly transmitted quantity, but is computed), and it does not count the 12 octets of the pseudo header.

Urgent Pointer: 16 bits

This field communicates the current value of the urgent pointer as a positive offset from the sequence number in this segment. The urgent pointer points to the sequence number of the octet following the urgent data. This field is only be interpreted in segments with the URG control bit set.

Options: variable

Options may occupy space at the end of the TCP header and are a multiple of 8 bits in length. All options are included in the checksum. An option may begin on any octet boundary. There are two cases for the format of an option:

Case 1: A single octet of option-kind.

Case 2: An octet of option-kind, an octet of option-length, and the actual option-data octets.

The option-length counts the two octets of option-kind and option-length as well as the option-data octets.

Note that the list of options may be shorter than the data offset field might imply. The content of the header beyond the End-of-Option option must be header padding (i.e., zero).

A TCP must implement all options.

Currently defined options include (kind indicated in octal):

| Kind | Length | Meaning |
|---|---|---|
| 0 | - | End of option list. |
| 1 | - | No-Operation. |
| 2 | 4 | Maximum Segment Size. |

Specific Option Definitions

End of Option List

```
+--------+
|00000000|
+--------+
 Kind=0
```

This option code indicates the end of the option list. This might not coincide with the end of the TCP header according to the Data Offset field. This is used at the end of all options, not the end of each option, and need only be used if the end of the options would not otherwise coincide with the end of the TCP header.

No-Operation

```
+--------+
|00000001|
+--------+
 Kind=1
```

This option code may be used between options, for example, to align the beginning of a subsequent option on a word boundary. There is no guarantee that senders will use this option, so receivers must be prepared to process options even if they do not begin on a word boundary.

Maximum Segment Size

```
+--------+--------+---------+--------+
|00000010|00000100|   max seg size   |
+--------+--------+---------+--------+
 Kind=2   Length=4
```

Maximum Segment Size Option Data: 16 bits

If this option is present, then it communicates the maximum receive segment size at the TCP which sends this segment. This field must only be sent in the initial connection request (i.e., in segments with the SYN control bit set). If this option is not used, any segment size is allowed.

Padding: variable

The TCP header padding is used to ensure that the TCP header ends and data begins on a 32 bit boundary. The padding is composed of zeros.

## 3.2. Terminology

Before we can discuss very much about the operation of the TCP we need to introduce some detailed terminology. The maintenance of a TCP connection requires the remembering of several variables. We conceive of these variables being stored in a connection record called a Transmission Control Block or TCB. Among the variables stored in the TCB are the local and remote socket numbers, the security and precedence of the connection, pointers to the user's send and receive buffers, pointers to the retransmit queue and to the current segment. In addition several variables relating to the send and receive sequence numbers are stored in the TCB.

Send Sequence Variables

```
SND.UNA - send unacknowledged
SND.NXT - send next
SND.WND - send window
SND.UP  - send urgent pointer
SND.WL1 - segment sequence number used for last window update
SND.WL2 - segment acknowledgment number used for last window
          update
ISS     - initial send sequence number
```

Receive Sequence Variables

```
RCV.NXT - receive next
RCV.WND - receive window
RCV.UP  - receive urgent pointer
IRS     - initial receive sequence number
```

The following diagrams may help to relate some of these variables to the sequence space.

Send Sequence Space

```
                   1         2          3          4
              ----------|----------|----------|----------
                     SND.UNA    SND.NXT    SND.UNA
                                          +SND.WND

        1 - old sequence numbers which have been acknowledged
        2 - sequence numbers of unacknowledged data
        3 - sequence numbers allowed for new data transmission
        4 - future sequence numbers which are not yet allowed
```

Send Sequence Space

Figure 4.

The send window is the portion of the sequence space labeled 3 in figure 4.

Receive Sequence Space

```
                       1          2          3
                   ----------|----------|----------
                          RCV.NXT    RCV.NXT
                                    +RCV.WND

        1 - old sequence numbers which have been acknowledged
        2 - sequence numbers allowed for new reception
        3 - future sequence numbers which are not yet allowed
```

Receive Sequence Space

Figure 5.

The receive window is the portion of the sequence space labeled 2 in figure 5.

There are also some variables used frequently in the discussion that take their values from the fields of the current segment.

Current Segment Variables

SEG.SEQ - segment sequence number
SEG.ACK - segment acknowledgment number
SEG.LEN - segment length
SEG.WND - segment window
SEG.UP - segment urgent pointer
SEG.PRC - segment precedence value

A connection progresses through a series of states during its lifetime. The states are: LISTEN, SYN-SENT, SYN-RECEIVED, ESTABLISHED, FIN-WAIT-1, FIN-WAIT-2, CLOSE-WAIT, CLOSING, LAST-ACK, TIME-WAIT, and the fictional state CLOSED. CLOSED is fictional because it represents the state when there is no TCB, and therefore, no connection. Briefly the meanings of the states are:

LISTEN - represents waiting for a connection request from any remote TCP and port.

SYN-SENT - represents waiting for a matching connection request after having sent a connection request.

SYN-RECEIVED - represents waiting for a confirming connection request acknowledgment after having both received and sent a connection request.

ESTABLISHED - represents an open connection, data received can be delivered to the user. The normal state for the data transfer phase of the connection.

FIN-WAIT-1 - represents waiting for a connection termination request from the remote TCP, or an acknowledgment of the connection termination request previously sent.

FIN-WAIT-2 - represents waiting for a connection termination request from the remote TCP.

CLOSE-WAIT - represents waiting for a connection termination request from the local user.

CLOSING - represents waiting for a connection termination request acknowledgment from the remote TCP.

LAST-ACK - represents waiting for an acknowledgment of the connection termination request previously sent to the remote TCP (which includes an acknowledgment of its connection termination request).

TIME-WAIT - represents waiting for enough time to pass to be sure the remote TCP received the acknowledgment of its connection termination request.

CLOSED - represents no connection state at all.

A TCP connection progresses from one state to another in response to events. The events are the user calls, OPEN, SEND, RECEIVE, CLOSE, ABORT, and STATUS; the incoming segments, particularly those containing the SYN, ACK, RST and FIN flags; and timeouts.

The state diagram in figure 6 illustrates only state changes, together with the causing events and resulting actions, but addresses neither error conditions nor actions which are not connected with state changes. In a later section, more detail is offered with respect to the reaction of the TCP to events.

NOTE BENE: this diagram is only a summary and must not be taken as the total specification.

```
                              +---------+ ---------\      active OPEN
                              |  CLOSED |            \    -----------
                              +---------+<---------\   \   create TCB
                                |     ^              \   \  snd SYN
                   passive OPEN |     |   CLOSE        \   \
                   ------------ |     | ----------       \   \
                    create TCB  |     | delete TCB         \   \
                                V     |                      \   \
                              +---------+            CLOSE    |    \
                              |  LISTEN |          ---------- |     |
                              +---------+          delete TCB |     |
                   rcv SYN      |     |     SEND              |     |
                  -----------   |     |    -------            |     V
 +---------+      snd SYN,ACK  /       \   snd SYN          +---------+
 |         |<-----------------           ------------------>|         |
 |   SYN   |                    rcv SYN                     |   SYN   |
 |   RCVD  |<-----------------------------------------------|   SENT  |
 |         |                    snd ACK                     |         |
 |         |------------------           -------------------|         |
 +---------+   rcv ACK of SYN  \       /  rcv SYN,ACK       +---------+
   |           --------------   |     |   -----------
   |                  x         |     |     snd ACK
   |                            V     V
   |  CLOSE                   +---------+
   | -------                  |  ESTAB  |
   | snd FIN                  +---------+
   |                   CLOSE    |     |    rcv FIN
   V                  -------   |     |    -------
 +---------+          snd FIN  /       \   snd ACK          +---------+
 |  FIN    |<-----------------           ------------------>|  CLOSE  |
 | WAIT-1  |------------------                              |   WAIT  |
 +---------+          rcv FIN  \                            +---------+
   | rcv ACK of FIN   -------   |                            CLOSE  |
   | --------------   snd ACK   |                           ------- |
   V        x                   V                           snd FIN V
 +---------+                  +---------+                   +---------+
 |FINWAIT-2|                  | CLOSING |                   | LAST-ACK|
 +---------+                  +---------+                   +---------+
   |                rcv ACK of FIN |                 rcv ACK of FIN |
   |  rcv FIN       -------------- |    Timeout=2MSL -------------- |
   |  -------              x       V    ------------        x       V
    \ snd ACK                 +---------+delete TCB         +---------+
     ------------------------>|TIME WAIT|------------------>| CLOSED  |
                              +---------+                   +---------+
```

TCP Connection State Diagram
Figure 6.



AIPC00005881

### 3.3. Sequence Numbers

A fundamental notion in the design is that every octet of data sent over a TCP connection has a sequence number. Since every octet is sequenced, each of them can be acknowledged. The acknowledgment mechanism employed is cumulative so that an acknowledgment of sequence number X indicates that all octets up to but not including X have been received. This mechanism allows for straight-forward duplicate detection in the presence of retransmission. Numbering of octets within a segment is that the first data octet immediately following the header is the lowest numbered, and the following octets are numbered consecutively.

It is essential to remember that the actual sequence number space is finite, though very large. This space ranges from 0 to 2**32 - 1. Since the space is finite, all arithmetic dealing with sequence numbers must be performed modulo 2**32. This unsigned arithmetic preserves the relationship of sequence numbers as they cycle from 2**32 - 1 to 0 again. There are some subtleties to computer modulo arithmetic, so great care should be taken in programming the comparison of such values. The symbol "=<" means "less than or equal" (modulo 2**32).

The typical kinds of sequence number comparisons which the TCP must perform include:

(a) Determining that an acknowledgment refers to some sequence number sent but not yet acknowledged.

(b) Determining that all sequence numbers occupied by a segment have been acknowledged (e.g., to remove the segment from a retransmission queue).

(c) Determining that an incoming segment contains sequence numbers which are expected (i.e., that the segment "overlaps" the receive window).

In response to sending data the TCP will receive acknowledgments. The following comparisons are needed to process the acknowledgments.

SND.UNA = oldest unacknowledged sequence number

SND.NXT = next sequence number to be sent

SEG.ACK = acknowledgment from the receiving TCP (next sequence number expected by the receiving TCP)

SEG.SEQ = first sequence number of a segment

SEG.LEN = the number of octets occupied by the data in the segment (counting SYN and FIN)

SEG.SEQ+SEG.LEN-1 = last sequence number of a segment

A new acknowledgment (called an "acceptable ack"), is one for which the inequality below holds:

SND.UNA < SEG.ACK =< SND.NXT

A segment on the retransmission queue is fully acknowledged if the sum of its sequence number and length is less or equal than the acknowledgment value in the incoming segment.

When data is received the following comparisons are needed:

RCV.NXT = next sequence number expected on an incoming segments, and is the left or lower edge of the receive window

RCV.NXT+RCV.WND-1 = last sequence number expected on an incoming segment, and is the right or upper edge of the receive window

SEG.SEQ = first sequence number occupied by the incoming segment

SEG.SEQ+SEG.LEN-1 = last sequence number occupied by the incoming segment

A segment is judged to occupy a portion of valid receive sequence space if

RCV.NXT =< SEG.SEQ < RCV.NXT+RCV.WND

or

RCV.NXT =< SEG.SEQ+SEG.LEN-1 < RCV.NXT+RCV.WND

The first part of this test checks to see if the beginning of the segment falls in the window, the second part of the test checks to see if the end of the segment falls in the window; if the segment passes either part of the test it contains data in the window.

Actually, it is a little more complicated than this. Due to zero windows and zero length segments, we have four cases for the acceptability of an incoming segment:

| Segment Length | Receive Window | Test |
|---|---|---|
| 0 | 0 | SEG.SEQ = RCV.NXT |
| 0 | >0 | RCV.NXT =< SEG.SEQ < RCV.NXT+RCV.WND |
| >0 | 0 | not acceptable |
| >0 | >0 | RCV.NXT =< SEG.SEQ < RCV.NXT+RCV.WND<br>or RCV.NXT =< SEG.SEQ+SEG.LEN-1 < RCV.NXT+RCV.WND |

Note that when the receive window is zero no segments should be acceptable except ACK segments. Thus, it is be possible for a TCP to maintain a zero receive window while transmitting data and receiving ACKs. However, even when the receive window is zero, a TCP must process the RST and URG fields of all incoming segments.

We have taken advantage of the numbering scheme to protect certain control information as well. This is achieved by implicitly including some control flags in the sequence space so they can be retransmitted and acknowledged without confusion (i.e., one and only one copy of the control will be acted upon). Control information is not physically carried in the segment data space. Consequently, we must adopt rules for implicitly assigning sequence numbers to control. The SYN and FIN are the only controls requiring this protection, and these controls are used only at connection opening and closing. For sequence number purposes, the SYN is considered to occur before the first actual data octet of the segment in which it occurs, while the FIN is considered to occur after the last actual data octet in a segment in which it occurs. The segment length (SEG.LEN) includes both data and sequence space occupying controls. When a SYN is present then SEG.SEQ is the sequence number of the SYN.

Initial Sequence Number Selection

The protocol places no restriction on a particular connection being used over and over again. A connection is defined by a pair of sockets. New instances of a connection will be referred to as incarnations of the connection. The problem that arises from this is -- "how does the TCP identify duplicate segments from previous incarnations of the connection?" This problem becomes apparent if the connection is being opened and closed in quick succession, or if the connection breaks with loss of memory and is then reestablished.

To avoid confusion we must prevent segments from one incarnation of a connection from being used while the same sequence numbers may still be present in the network from an earlier incarnation. We want to assure this, even if a TCP crashes and loses all knowledge of the sequence numbers it has been using. When new connections are created, an initial sequence number (ISN) generator is employed which selects a new 32 bit ISN. The generator is bound to a (possibly fictitious) 32 bit clock whose low order bit is incremented roughly every 4 microseconds. Thus, the ISN cycles approximately every 4.55 hours. Since we assume that segments will stay in the network no more than the Maximum Segment Lifetime (MSL) and that the MSL is less than 4.55 hours we can reasonably assume that ISN's will be unique.

For each connection there is a send sequence number and a receive sequence number. The initial send sequence number (ISS) is chosen by the data sending TCP, and the initial receive sequence number (IRS) is learned during the connection establishing procedure.

For a connection to be established or initialized, the two TCPs must synchronize on each other's initial sequence numbers. This is done in an exchange of connection establishing segments carrying a control bit called "SYN" (for synchronize) and the initial sequence numbers. As a shorthand, segments carrying the SYN bit are also called "SYNs". Hence, the solution requires a suitable mechanism for picking an initial sequence number and a slightly involved handshake to exchange the ISN's.

The synchronization requires each side to send it's own initial sequence number and to receive a confirmation of it in acknowledgment from the other side. Each side must also receive the other side's initial sequence number and send a confirming acknowledgment.

```
1) A --> B  SYN my sequence number is X
2) A <-- B  ACK your sequence number is X
3) A <-- B  SYN my sequence number is Y
4) A --> B  ACK your sequence number is Y
```

Because steps 2 and 3 can be combined in a single message this is called the three way (or three message) handshake.

A three way handshake is necessary because sequence numbers are not tied to a global clock in the network, and TCPs may have different mechanisms for picking the ISN's. The receiver of the first SYN has no way of knowing whether the segment was an old delayed one or not, unless it remembers the last sequence number used on the connection (which is not always possible), and so it must ask the sender to verify this SYN. The three way handshake and the advantages of a clock-driven scheme are discussed in [3].

Knowing When to Keep Quiet

To be sure that a TCP does not create a segment that carries a sequence number which may be duplicated by an old segment remaining in the network, the TCP must keep quiet for a maximum segment lifetime (MSL) before assigning any sequence numbers upon starting up or recovering from a crash in which memory of sequence numbers in use was lost. For this specification the MSL is taken to be 2 minutes. This is an engineering choice, and may be changed if experience indicates it is desirable to do so. Note that if a TCP is reinitialized in some sense, yet retains its memory of sequence numbers in use, then it need not wait at all; it must only be sure to use sequence numbers larger than those recently used.

The TCP Quiet Time Concept

This specification provides that hosts which "crash" without retaining any knowledge of the last sequence numbers transmitted on each active (i.e., not closed) connection shall delay emitting any TCP segments for at least the agreed Maximum Segment Lifetime (MSL) in the internet system of which the host is a part. In the paragraphs below, an explanation for this specification is given. TCP implementors may violate the "quiet time" restriction, but only at the risk of causing some old data to be accepted as new or new data rejected as old duplicated by some receivers in the internet system.

TCPs consume sequence number space each time a segment is formed and entered into the network output queue at a source host. The duplicate detection and sequencing algorithm in the TCP protocol relies on the unique binding of segment data to sequence space to the extent that sequence numbers will not cycle through all 2**32 values before the segment data bound to those sequence numbers has been delivered and acknowledged by the receiver and all duplicate copies of the segments have "drained" from the internet. Without such an assumption, two distinct TCP segments could conceivably be

assigned the same or overlapping sequence numbers, causing confusion at the receiver as to which data is new and which is old. Remember that each segment is bound to as many consecutive sequence numbers as there are octets of data in the segment.

Under normal conditions, TCPs keep track of the next sequence number to emit and the oldest awaiting acknowledgment so as to avoid mistakenly using a sequence number over before its first use has been acknowledged. This alone does not guarantee that old duplicate data is drained from the net, so the sequence space has been made very large to reduce the probability that a wandering duplicate will cause trouble upon arrival. At 2 megabits/sec. it takes 4.5 hours to use up 2**32 octets of sequence space. Since the maximum segment lifetime in the net is not likely to exceed a few tens of seconds, this is deemed ample protection for foreseeable nets, even if data rates escalate to 10's of megabits/sec. At 100 megabits/sec, the cycle time is 5.4 minutes which may be a little short, but still within reason.

The basic duplicate detection and sequencing algorithm in TCP can be defeated, however, if a source TCP does not have any memory of the sequence numbers it last used on a given connection. For example, if the TCP were to start all connections with sequence number 0, then upon crashing and restarting, a TCP might re-form an earlier connection (possibly after half-open connection resolution) and emit packets with sequence numbers identical to or overlapping with packets still in the network which were emitted on an earlier incarnation of the same connection. In the absence of knowledge about the sequence numbers used on a particular connection, the TCP specification recommends that the source delay for MSL seconds before emitting segments on the connection, to allow time for segments from the earlier connection incarnation to drain from the system.

Even hosts which can remember the time of day and used it to select initial sequence number values are not immune from this problem (i.e., even if time of day is used to select an initial sequence number for each new connection incarnation).

Suppose, for example, that a connection is opened starting with sequence number S. Suppose that this connection is not used much and that eventually the initial sequence number function (ISN(t)) takes on a value equal to the sequence number, say S1, of the last segment sent by this TCP on a particular connection. Now suppose, at this instant, the host crashes, recovers, and establishes a new incarnation of the connection. The initial sequence number chosen is S1 = ISN(t) -- last used sequence number on old incarnation of connection! If the recovery occurs quickly enough, any old

duplicates in the net bearing sequence numbers in the neighborhood of S1 may arrive and be treated as new packets by the receiver of the new incarnation of the connection.

The problem is that the recovering host may not know for how long it crashed nor does it know whether there are still old duplicates in the system from earlier connection incarnations.

One way to deal with this problem is to deliberately delay emitting segments for one MSL after recovery from a crash- this is the "quite time" specification. Hosts which prefer to avoid waiting are willing to risk possible confusion of old and new packets at a given destination may choose not to wait for the "quite time". Implementors may provide TCP users with the ability to select on a connection by connection basis whether to wait after a crash, or may informally implement the "quite time" for all connections. Obviously, even where a user selects to "wait," this is not necessary after the host has been "up" for at least MSL seconds.

To summarize: every segment emitted occupies one or more sequence numbers in the sequence space, the numbers occupied by a segment are "busy" or "in use" until MSL seconds have passed, upon crashing a block of space-time is occupied by the octets of the last emitted segment, if a new connection is started too soon and uses any of the sequence numbers in the space-time footprint of the last segment of the previous connection incarnation, there is a potential sequence number overlap area which could cause confusion at the receiver.

## 3.4. Establishing a connection

The "three-way handshake" is the procedure used to establish a connection. This procedure normally is initiated by one TCP and responded to by another TCP. The procedure also works if two TCP simultaneously initiate the procedure. When simultaneous attempt occurs, each TCP receives a "SYN" segment which carries no acknowledgment after it has sent a "SYN". Of course, the arrival of an old duplicate "SYN" segment can potentially make it appear, to the recipient, that a simultaneous connection initiation is in progress. Proper use of "reset" segments can disambiguate these cases.

Several examples of connection initiation follow. Although these examples do not show connection synchronization using data-carrying segments, this is perfectly legitimate, so long as the receiving TCP doesn't deliver the data to the user until it is clear the data is valid (i.e., the data must be buffered at the receiver until the connection reaches the ESTABLISHED state). The three-way handshake reduces the possibility of false connections. It is the

implementation of a trade-off between memory and messages to provide information for this checking.

The simplest three-way handshake is shown in figure 7 below. The figures should be interpreted in the following way. Each line is numbered for reference purposes. Right arrows (-->) indicate departure of a TCP segment from TCP A to TCP B, or arrival of a segment at B from A. Left arrows (<--), indicate the reverse. Ellipsis (...) indicates a segment which is still in the network (delayed). An "XXX" indicates a segment which is lost or rejected. Comments appear in parentheses. TCP states represent the state AFTER the departure or arrival of the segment (whose contents are shown in the center of each line). Segment contents are shown in abbreviated form, with sequence number, control flags, and ACK field. Other fields such as window, addresses, lengths, and text have been left out in the interest of clarity.

```
    TCP A                                                TCP B

1.  CLOSED                                               LISTEN

2.  SYN-SENT    --> <SEQ=100><CTL=SYN>               --> SYN-RECEIVED

3.  ESTABLISHED <-- <SEQ=300><ACK=101><CTL=SYN,ACK>  <-- SYN-RECEIVED

4.  ESTABLISHED --> <SEQ=101><ACK=301><CTL=ACK>       --> ESTABLISHED

5.  ESTABLISHED --> <SEQ=101><ACK=301><CTL=ACK><DATA> --> ESTABLISHED
```

Basic 3-Way Handshake for Connection Synchronization

Figure 7.

In line 2 of figure 7, TCP A begins by sending a SYN segment indicating that it will use sequence numbers starting with sequence number 100. In line 3, TCP B sends a SYN and acknowledges the SYN it received from TCP A. Note that the acknowledgment field indicates TCP B is now expecting to hear sequence 101, acknowledging the SYN which occupied sequence 100.

At line 4, TCP A responds with an empty segment containing an ACK for TCP B's SYN; and in line 5, TCP A sends some data. Note that the sequence number of the segment in line 5 is the same as in line 4 because the ACK does not occupy sequence number space (if it did, we would wind up ACKing ACK's!).



AIPC00005889

Simultaneous initiation is only slightly more complex, as is shown in figure 8. Each TCP cycles from CLOSED to SYN-SENT to SYN-RECEIVED to ESTABLISHED.

```
    TCP A                                                TCP B

1.  CLOSED                                               CLOSED

2.  SYN-SENT     --> <SEQ=100><CTL=SYN>                  ...

3.  SYN-RECEIVED <-- <SEQ=300><CTL=SYN>                  <-- SYN-SENT

4.               ... <SEQ=100><CTL=SYN>                  --> SYN-RECEIVED

5.  SYN-RECEIVED --> <SEQ=100><ACK=301><CTL=SYN,ACK> ...

6.  ESTABLISHED  <-- <SEQ=300><ACK=101><CTL=SYN,ACK> <-- SYN-RECEIVED

7.               ... <SEQ=101><ACK=301><CTL=ACK>     --> ESTABLISHED
```

Simultaneous Connection Synchronization

Figure 8.

The principle reason for the three-way handshake is to prevent old duplicate connection initiations from causing confusion. To deal with this, a special control message, reset, has been devised. If the receiving TCP is in a non-synchronized state (i.e., SYN-SENT, SYN-RECEIVED), it returns to LISTEN on receiving an acceptable reset. If the TCP is in one of the synchronized states (ESTABLISHED, FIN-WAIT-1, FIN-WAIT-2, CLOSE-WAIT, CLOSING, LAST-ACK, TIME-WAIT), it aborts the connection and informs its user. We discuss this latter case under "half-open" connections below.

```
    TCP A                                                TCP B

1.  CLOSED                                               LISTEN

2.  SYN-SENT    --> <SEQ=100><CTL=SYN>               ...

3.  (duplicate) ... <SEQ=90><CTL=SYN>               --> SYN-RECEIVED

4.  SYN-SENT    <-- <SEQ=300><ACK=91><CTL=SYN,ACK>  <-- SYN-RECEIVED

5.  SYN-SENT    --> <SEQ=91><CTL=RST>               --> LISTEN


6.              ... <SEQ=100><CTL=SYN>               --> SYN-RECEIVED

7.  SYN-SENT    <-- <SEQ=400><ACK=101><CTL=SYN,ACK>  <-- SYN-RECEIVED

8.  ESTABLISHED --> <SEQ=101><ACK=401><CTL=ACK>      --> ESTABLISHED
```

Recovery from Old Duplicate SYN

Figure 9.

As a simple example of recovery from old duplicates, consider figure 9. At line 3, an old duplicate SYN arrives at TCP B. TCP B cannot tell that this is an old duplicate, so it responds normally (line 4). TCP A detects that the ACK field is incorrect and returns a RST (reset) with its SEQ field selected to make the segment believable. TCP B, on receiving the RST, returns to the LISTEN state. When the original SYN (pun intended) finally arrives at line 6, the synchronization proceeds normally. If the SYN at line 6 had arrived before the RST, a more complex exchange might have occurred with RST's sent in both directions.

Half-Open Connections and Other Anomalies

An established connection is said to be "half-open" if one of the TCPs has closed or aborted the connection at its end without the knowledge of the other, or if the two ends of the connection have become desynchronized owing to a crash that resulted in loss of memory. Such connections will automatically become reset if an attempt is made to send data in either direction. However, half-open connections are expected to be unusual, and the recovery procedure is mildly involved.

If at site A the connection no longer exists, then an attempt by the

user at site B to send any data on it will result in the site B TCP receiving a reset control message. Such a message indicates to the site B TCP that something is wrong, and it is expected to abort the connection.

Assume that two user processes A and B are communicating with one another when a crash occurs causing loss of memory to A's TCP. Depending on the operating system supporting A's TCP, it is likely that some error recovery mechanism exists. When the TCP is up again, A is likely to start again from the beginning or from a recovery point. As a result, A will probably try to OPEN the connection again or try to SEND on the connection it believes open. In the latter case, it receives the error message "connection not open" from the local (A's) TCP. In an attempt to establish the connection, A's TCP will send a segment containing SYN. This scenario leads to the example shown in figure 10. After TCP A crashes, the user attempts to re-open the connection. TCP B, in the meantime, thinks the connection is open.

```
    TCP A                                              TCP B

1.  (CRASH)                               (send 300,receive 100)

2.  CLOSED                                           ESTABLISHED

3.  SYN-SENT --> <SEQ=400><CTL=SYN>              --> (??)

4.  (!!)     <-- <SEQ=300><ACK=100><CTL=ACK>     <-- ESTABLISHED

5.  SYN-SENT --> <SEQ=100><CTL=RST>              --> (Abort!!)

6.  SYN-SENT                                         CLOSED

7.  SYN-SENT --> <SEQ=400><CTL=SYN>              -->
```

Half-Open Connection Discovery

Figure 10.

When the SYN arrives at line 3, TCP B, being in a synchronized state, and the incoming segment outside the window, responds with an acknowledgment indicating what sequence it next expects to hear (ACK 100). TCP A sees that this segment does not acknowledge anything it sent and, being unsynchronized, sends a reset (RST) because it has detected a half-open connection. TCP B aborts at line 5. TCP A will

continue to try to establish the connection; the problem is now reduced to the basic 3-way handshake of figure 7.

An interesting alternative case occurs when TCP A crashes and TCP B tries to send data on what it thinks is a synchronized connection. This is illustrated in figure 11. In this case, the data arriving at TCP A from TCP B (line 2) is unacceptable because no such connection exists, so TCP A sends a RST. The RST is acceptable so TCP B processes it and aborts the connection.

```
      TCP A                                                  TCP B

  1.  (CRASH)                                (send 300,receive 100)

  2.  (??)    <-- <SEQ=300><ACK=100><DATA=10><CTL=ACK> <-- ESTABLISHED

  3.          --> <SEQ=100><CTL=RST>                   --> (ABORT!!)
```

Active Side Causes Half-Open Connection Discovery

Figure 11.

In figure 12, we find the two TCPs A and B with passive connections waiting for SYN. An old duplicate arriving at TCP B (line 2) stirs B into action. A SYN-ACK is returned (line 3) and causes TCP A to generate a RST (the ACK in line 3 is not acceptable). TCP B accepts the reset and returns to its passive LISTEN state.

```
      TCP A                                         TCP B

  1.  LISTEN                                        LISTEN

  2.       ... <SEQ=Z><CTL=SYN>                -->  SYN-RECEIVED

  3.  (??) <-- <SEQ=X><ACK=Z+1><CTL=SYN,ACK>   <--  SYN-RECEIVED

  4.       --> <SEQ=Z+1><CTL=RST>              -->  (return to LISTEN!)

  5.  LISTEN                                        LISTEN
```

Old Duplicate SYN Initiates a Reset on two Passive Sockets

Figure 12.

A variety of other cases are possible, all of which are accounted for by the following rules for RST generation and processing.

Reset Generation

As a general rule, reset (RST) must be sent whenever a segment arrives which apparently is not intended for the current connection. A reset must not be sent if it is not clear that this is the case.

There are three groups of states:

1. If the connection does not exist (CLOSED) then a reset is sent in response to any incoming segment except another reset. In particular, SYNs addressed to a non-existent connection are rejected by this means.

If the incoming segment has an ACK field, the reset takes its sequence number from the ACK field of the segment, otherwise the reset has sequence number zero and the ACK field is set to the sum of the sequence number and segment length of the incoming segment. The connection remains in the CLOSED state.

2. If the connection is in any non-synchronized state (LISTEN, SYN-SENT, SYN-RECEIVED), and the incoming segment acknowledges something not yet sent (the segment carries an unacceptable ACK), or if an incoming segment has a security level or compartment which does not exactly match the level and compartment requested for the connection, a reset is sent.

If our SYN has not been acknowledged and the precedence level of the incoming segment is higher than the precedence level requested then either raise the local precedence level (if allowed by the user and the system) or send a reset; or if the precedence level of the incoming segment is lower than the precedence level requested then continue as if the precedence matched exactly (if the remote TCP cannot raise the precedence level to match ours this will be detected in the next segment it sends, and the connection will be terminated then). If our SYN has been acknowledged (perhaps in this incoming segment) the precedence level of the incoming segment must match the local precedence level exactly, if it does not a reset must be sent.

If the incoming segment has an ACK field, the reset takes its sequence number from the ACK field of the segment, otherwise the reset has sequence number zero and the ACK field is set to the sum of the sequence number and segment length of the incoming segment. The connection remains in the same state.

3. If the connection is in a synchronized state (ESTABLISHED, FIN-WAIT-1, FIN-WAIT-2, CLOSE-WAIT, CLOSING, LAST-ACK, TIME-WAIT), any unacceptable segment (out of window sequence number or unacceptible acknowledgment number) must elicit only an empty acknowledgment segment containing the current send-sequence number and an acknowledgment indicating the next sequence number expected to be received, and the connection remains in the same state.

If an incoming segment has a security level, or compartment, or precedence which does not exactly match the level, and compartment, and precedence requested for the connection,a reset is sent and connection goes to the CLOSED state. The reset takes its sequence number from the ACK field of the incoming segment.

Reset Processing

In all states except SYN-SENT, all reset (RST) segments are validated by checking their SEQ-fields. A reset is valid if its sequence number is in the window. In the SYN-SENT state (a RST received in response to an initial SYN), the RST is acceptable if the ACK field acknowledges the SYN.

The receiver of a RST first validates it, then changes state. If the receiver was in the LISTEN state, it ignores it. If the receiver was in SYN-RECEIVED state and had previously been in the LISTEN state, then the receiver returns to the LISTEN state, otherwise the receiver aborts the connection and goes to the CLOSED state. If the receiver was in any other state, it aborts the connection and advises the user and goes to the CLOSED state.

## 3.5. Closing a Connection

CLOSE is an operation meaning "I have no more data to send." The notion of closing a full-duplex connection is subject to ambiguous interpretation, of course, since it may not be obvious how to treat the receiving side of the connection. We have chosen to treat CLOSE in a simplex fashion. The user who CLOSEs may continue to RECEIVE until he is told that the other side has CLOSED also. Thus, a program could initiate several SENDs followed by a CLOSE, and then continue to RECEIVE until signaled that a RECEIVE failed because the other side has CLOSED. We assume that the TCP will signal a user, even if no RECEIVEs are outstanding, that the other side has closed, so the user can terminate his side gracefully. A TCP will reliably deliver all buffers SENT before the connection was CLOSED so a user who expects no data in return need only wait to hear the connection was CLOSED successfully to know that all his data was received at the destination TCP. Users must keep reading connections they close for sending until the TCP says no more data.

There are essentially three cases:

1) The user initiates by telling the TCP to CLOSE the connection

2) The remote TCP initiates by sending a FIN control signal

3) Both users CLOSE simultaneously

Case 1: Local user initiates the close

In this case, a FIN segment can be constructed and placed on the outgoing segment queue. No further SENDs from the user will be accepted by the TCP, and it enters the FIN-WAIT-1 state. RECEIVEs are allowed in this state. All segments preceding and including FIN will be retransmitted until acknowledged. When the other TCP has both acknowledged the FIN and sent a FIN of its own, the first TCP can ACK this FIN. Note that a TCP receiving a FIN will ACK but not send its own FIN until its user has CLOSED the connection also.

Case 2: TCP receives a FIN from the network

If an unsolicited FIN arrives from the network, the receiving TCP can ACK it and tell the user that the connection is closing. The user will respond with a CLOSE, upon which the TCP can send a FIN to the other TCP after sending any remaining data. The TCP then waits until its own FIN is acknowledged whereupon it deletes the connection. If an ACK is not forthcoming, after the user timeout the connection is aborted and the user is told.

Case 3: both users close simultaneously

A simultaneous CLOSE by users at both ends of a connection causes FIN segments to be exchanged. When all segments preceding the FINs have been processed and acknowledged, each TCP can ACK the FIN it has received. Both will, upon receiving these ACKs, delete the connection.

```
      TCP A                                                TCP B

  1.  ESTABLISHED                                          ESTABLISHED

  2.  (Close)
      FIN-WAIT-1  --> <SEQ=100><ACK=300><CTL=FIN,ACK>  --> CLOSE-WAIT

  3.  FIN-WAIT-2  <-- <SEQ=300><ACK=101><CTL=ACK>      <-- CLOSE-WAIT

  4.                                                       (Close)
      TIME-WAIT   <-- <SEQ=300><ACK=101><CTL=FIN,ACK>  <-- LAST-ACK

  5.  TIME-WAIT   --> <SEQ=101><ACK=301><CTL=ACK>      --> CLOSED

  6.  (2 MSL)
      CLOSED
```

Normal Close Sequence

Figure 13.

```
      TCP A                                                TCP B

  1.  ESTABLISHED                                          ESTABLISHED

  2.  (Close)                                              (Close)
      FIN-WAIT-1  --> <SEQ=100><ACK=300><CTL=FIN,ACK>  ... FIN-WAIT-1
                  <-- <SEQ=300><ACK=100><CTL=FIN,ACK>  <--
                  ... <SEQ=100><ACK=300><CTL=FIN,ACK>  -->

  3.  CLOSING     --> <SEQ=101><ACK=301><CTL=ACK>      ... CLOSING
                  <-- <SEQ=301><ACK=101><CTL=ACK>      <--
                  ... <SEQ=101><ACK=301><CTL=ACK>      -->

  4.  TIME-WAIT                                            TIME-WAIT
      (2 MSL)                                              (2 MSL)
      CLOSED                                               CLOSED
```

Simultaneous Close Sequence

Figure 14.

3.6. Precedence and Security

The intent is that connection be allowed only between ports operating with exactly the same security and compartment values and at the higher of the precedence level requested by the two ports.

The precedence and security parameters used in TCP are exactly those defined in the Internet Protocol (IP) [2]. Throughout this TCP specification the term "security/compartment" is intended to indicate the security parameters used in IP including security, compartment, user group, and handling restriction.

A connection attempt with mismatched security/compartment values or a lower precedence value must be rejected by sending a reset. Rejecting a connection due to too low a precedence only occurs after an acknowledgment of the SYN has been received.

Note that TCP modules which operate only at the default value of precedence will still have to check the precedence of incoming segments and possibly raise the precedence level they use on the connection.

The security paramaters may be used even in a non-secure environment (the values would indicate unclassified data), thus hosts in non-secure environments must be prepared to receive the security parameters, though they need not send them.

3.7. Data Communication

Once the connection is established data is communicated by the exchange of segments. Because segments may be lost due to errors (checksum test failure), or network congestion, TCP uses retransmission (after a timeout) to ensure delivery of every segment. Duplicate segments may arrive due to network or TCP retransmission. As discussed in the section on sequence numbers the TCP performs certain tests on the sequence and acknowledgment numbers in the segments to verify their acceptability.

The sender of data keeps track of the next sequence number to use in the variable SND.NXT. The receiver of data keeps track of the next sequence number to expect in the variable RCV.NXT. The sender of data keeps track of the oldest unacknowledged sequence number in the variable SND.UNA. If the data flow is momentarily idle and all data sent has been acknowledged then the three variables will be equal.

When the sender creates a segment and transmits it the sender advances SND.NXT. When the receiver accepts a segment it advances RCV.NXT and sends an acknowledgment. When the data sender receives an

acknowledgment it advances SND.UNA. The extent to which the values of these variables differ is a measure of the delay in the communication. The amount by which the variables are advanced is the length of the data in the segment. Note that once in the ESTABLISHED state all segments must carry current acknowledgment information.

The CLOSE user call implies a push function, as does the FIN control flag in an incoming segment.

Retransmission Timeout

Because of the variability of the networks that compose an internetwork system and the wide range of uses of TCP connections the retransmission timeout must be dynamically determined. One procedure for determining a retransmission time out is given here as an illustration.

An Example Retransmission Timeout Procedure

Measure the elapsed time between sending a data octet with a particular sequence number and receiving an acknowledgment that covers that sequence number (segments sent do not have to match segments received). This measured elapsed time is the Round Trip Time (RTT). Next compute a Smoothed Round Trip Time (SRTT) as:

```
SRTT = ( ALPHA * SRTT ) + ((1-ALPHA) * RTT)
```

and based on this, compute the retransmission timeout (RTO) as:

```
RTO = min[UBOUND,max[LBOUND,(BETA*SRTT)]]
```

where UBOUND is an upper bound on the timeout (e.g., 1 minute), LBOUND is a lower bound on the timeout (e.g., 1 second), ALPHA is a smoothing factor (e.g., .8 to .9), and BETA is a delay variance factor (e.g., 1.3 to 2.0).

The Communication of Urgent Information

The objective of the TCP urgent mechanism is to allow the sending user to stimulate the receiving user to accept some urgent data and to permit the receiving TCP to indicate to the receiving user when all the currently known urgent data has been received by the user.

This mechanism permits a point in the data stream to be designated as the end of urgent information. Whenever this point is in advance of the receive sequence number (RCV.NXT) at the receiving TCP, that TCP must tell the user to go into "urgent mode"; when the receive sequence number catches up to the urgent pointer, the TCP must tell user to go

into "normal mode". If the urgent pointer is updated while the user is in "urgent mode", the update will be invisible to the user.

The method employs a urgent field which is carried in all segments transmitted. The URG control flag indicates that the urgent field is meaningful and must be added to the segment sequence number to yield the urgent pointer. The absence of this flag indicates that there is no urgent data outstanding.

To send an urgent indication the user must also send at least one data octet. If the sending user also indicates a push, timely delivery of the urgent information to the destination process is enhanced.

Managing the Window

The window sent in each segment indicates the range of sequence numbers the sender of the window (the data receiver) is currently prepared to accept. There is an assumption that this is related to the currently available data buffer space available for this connection.

Indicating a large window encourages transmissions. If more data arrives than can be accepted, it will be discarded. This will result in excessive retransmissions, adding unnecessarily to the load on the network and the TCPs. Indicating a small window may restrict the transmission of data to the point of introducing a round trip delay between each new segment transmitted.

The mechanisms provided allow a TCP to advertise a large window and to subsequently advertise a much smaller window without having accepted that much data. This, so called "shrinking the window," is strongly discouraged. The robustness principle dictates that TCPs will not shrink the window themselves, but will be prepared for such behavior on the part of other TCPs.

The sending TCP must be prepared to accept from the user and send at least one octet of new data even if the send window is zero. The sending TCP must regularly retransmit to the receiving TCP even when the window is zero. Two minutes is recommended for the retransmission interval when the window is zero. This retransmission is essential to guarantee that when either TCP has a zero window the re-opening of the window will be reliably reported to the other.

When the receiving TCP has a zero window and a segment arrives it must still send an acknowledgment showing its next expected sequence number and current window (zero).

The sending TCP packages the data to be transmitted into segments

which fit the current window, and may repackage segments on the retransmission queue. Such repackaging is not required, but may be helpful.

In a connection with a one-way data flow, the window information will be carried in acknowledgment segments that all have the same sequence number so there will be no way to reorder them if they arrive out of order. This is not a serious problem, but it will allow the window information to be on occasion temporarily based on old reports from the data receiver. A refinement to avoid this problem is to act on the window information from segments that carry the highest acknowledgment number (that is segments with acknowledgment number equal or greater than the highest previously received).

The window management procedure has significant influence on the communication performance. The following comments are suggestions to implementers.

Window Management Suggestions

Allocating a very small window causes data to be transmitted in many small segments when better performance is achieved using fewer large segments.

One suggestion for avoiding small windows is for the receiver to defer updating a window until the additional allocation is at least X percent of the maximum allocation possible for the connection (where X might be 20 to 40).

Another suggestion is for the sender to avoid sending small segments by waiting until the window is large enough before sending data. If the the user signals a push function then the data must be sent even if it is a small segment.

Note that the acknowledgments should not be delayed or unnecessary retransmissions will result. One strategy would be to send an acknowledgment when a small segment arrives (with out updating the window information), and then to send another acknowledgment with new window information when the window is larger.

The segment sent to probe a zero window may also begin a break up of transmitted data into smaller and smaller segments. If a segment containing a single data octet sent to probe a zero window is accepted, it consumes one octet of the window now available. If the sending TCP simply sends as much as it can whenever the window is non zero, the transmitted data will be broken into alternating big and small segments. As time goes on, occasional pauses in the receiver making window allocation available will