result in breaking the big segments into a small and not quite so big pair. And after a while the data transmission will be in mostly small segments.

The suggestion here is that the TCP implementations need to actively attempt to combine small window allocations into larger windows, since the mechanisms for managing the window tend to lead to many small windows in the simplest minded implementations.

## 3.8. Interfaces

There are of course two interfaces of concern: the user/TCP interface and the TCP/lower-level interface. We have a fairly elaborate model of the user/TCP interface, but the interface to the lower level protocol module is left unspecified here, since it will be specified in detail by the specification of the lowel level protocol. For the case that the lower level is IP we note some of the parameter values that TCPs might use.

### User/TCP Interface

The following functional description of user commands to the TCP is, at best, fictional, since every operating system will have different facilities. Consequently, we must warn readers that different TCP implementations may have different user interfaces. However, all TCPs must provide a certain minimum set of services to guarantee that all TCP implementations can support the same protocol hierarchy. This section specifies the functional interfaces required of all TCP implementations.

#### TCP User Commands

The following sections functionally characterize a USER/TCP interface. The notation used is similar to most procedure or function calls in high level languages, but this usage is not meant to rule out trap type service calls (e.g., SVCs, UUOs, EMTs).

The user commands described below specify the basic functions the TCP must perform to support interprocess communication. Individual implementations must define their own exact format, and may provide combinations or subsets of the basic functions in single calls. In particular, some implementations may wish to automatically OPEN a connection on the first SEND or RECEIVE issued by the user for a given connection.

In providing interprocess communication facilities, the TCP must not only accept commands, but must also return information to the processes it serves. The latter consists of:

(a) general information about a connection (e.g., interrupts, remote close, binding of unspecified foreign socket).

(b) replies to specific user commands indicating success or various types of failure.

Open

Format: OPEN (local port, foreign socket, active/passive [, timeout] [, precedence] [, security/compartment] [, options]) -> local connection name

We assume that the local TCP is aware of the identity of the processes it serves and will check the authority of the process to use the connection specified. Depending upon the implementation of the TCP, the local network and TCP identifiers for the source address will either be supplied by the TCP or the lower level protocol (e.g., IP). These considerations are the result of concern about security, to the extent that no TCP be able to masquerade as another one, and so on. Similarly, no process can masquerade as another without the collusion of the TCP.

If the active/passive flag is set to passive, then this is a call to LISTEN for an incoming connection. A passive open may have either a fully specified foreign socket to wait for a particular connection or an unspecified foreign socket to wait for any call. A fully specified passive call can be made active by the subsequent execution of a SEND.

A transmission control block (TCB) is created and partially filled in with data from the OPEN command parameters.

On an active OPEN command, the TCP will begin the procedure to synchronize (i.e., establish) the connection at once.

The timeout, if present, permits the caller to set up a timeout for all data submitted to TCP. If data is not successfully delivered to the destination within the timeout period, the TCP will abort the connection. The present global default is five minutes.

The TCP or some component of the operating system will verify the users authority to open a connection with the specified

precedence or security/compartment. The absence of precedence or security/compartment specification in the OPEN call indicates the default values must be used.

TCP will accept incoming requests as matching only if the security/compartment information is exactly the same and only if the precedence is equal to or higher than the precedence requested in the OPEN call.

The precedence for the connection is the higher of the values requested in the OPEN call and received from the incoming request, and fixed at that value for the life of the connection.Implementers may want to give the user control of this precedence negotiation. For example, the user might be allowed to specify that the precedence must be exactly matched, or that any attempt to raise the precedence be confirmed by the user.

A local connection name will be returned to the user by the TCP. The local connection name can then be used as a short hand term for the connection defined by the <local socket, foreign socket> pair.

Send

Format: SEND (local connection name, buffer address, byte count, PUSH flag, URGENT flag [,timeout])

This call causes the data contained in the indicated user buffer to be sent on the indicated connection. If the connection has not been opened, the SEND is considered an error. Some implementations may allow users to SEND first; in which case, an automatic OPEN would be done. If the calling process is not authorized to use this connection, an error is returned.

If the PUSH flag is set, the data must be transmitted promptly to the receiver, and the PUSH bit will be set in the last TCP segment created from the buffer. If the PUSH flag is not set, the data may be combined with data from subsequent SENDs for transmission efficiency.

If the URGENT flag is set, segments sent to the destination TCP will have the urgent pointer set. The receiving TCP will signal the urgent condition to the receiving process if the urgent pointer indicates that data preceding the urgent pointer has not been consumed by the receiving process. The purpose of urgent is to stimulate the receiver to process the urgent data and to indicate to the receiver when all the currently known urgent

data has been received. The number of times the sending user's TCP signals urgent will not necessarily be equal to the number of times the receiving user will be notified of the presence of urgent data.

If no foreign socket was specified in the OPEN, but the connection is established (e.g., because a LISTENing connection has become specific due to a foreign segment arriving for the local socket), then the designated buffer is sent to the implied foreign socket. Users who make use of OPEN with an unspecified foreign socket can make use of SEND without ever explicitly knowing the foreign socket address.

However, if a SEND is attempted before the foreign socket becomes specified, an error will be returned. Users can use the STATUS call to determine the status of the connection. In some implementations the TCP may notify the user when an unspecified socket is bound.

If a timeout is specified, the current user timeout for this connection is changed to the new one.

In the simplest implementation, SEND would not return control to the sending process until either the transmission was complete or the timeout had been exceeded. However, this simple method is both subject to deadlocks (for example, both sides of the connection might try to do SENDs before doing any RECEIVEs) and offers poor performance, so it is not recommended. A more sophisticated implementation would return immediately to allow the process to run concurrently with network I/O, and, furthermore, to allow multiple SENDs to be in progress. Multiple SENDs are served in first come, first served order, so the TCP will queue those it cannot service immediately.

We have implicitly assumed an asynchronous user interface in which a SEND later elicits some kind of SIGNAL or pseudo-interrupt from the serving TCP. An alternative is to return a response immediately. For instance, SENDs might return immediate local acknowledgment, even if the segment sent had not been acknowledged by the distant TCP. We could optimistically assume eventual success. If we are wrong, the connection will close anyway due to the timeout. In implementations of this kind (synchronous), there will still be some asynchronous signals, but these will deal with the connection itself, and not with specific segments or buffers.

In order for the process to distinguish among error or success indications for different SENDs, it might be appropriate for the

buffer address to be returned along with the coded response to the SEND request. TCP-to-user signals are discussed below, indicating the information which should be returned to the calling process.

Receive

Format: RECEIVE (local connection name, buffer address, byte count) -> byte count, urgent flag, push flag

This command allocates a receiving buffer associated with the specified connection. If no OPEN precedes this command or the calling process is not authorized to use this connection, an error is returned.

In the simplest implementation, control would not return to the calling program until either the buffer was filled, or some error occurred, but this scheme is highly subject to deadlocks. A more sophisticated implementation would permit several RECEIVEs to be outstanding at once. These would be filled as segments arrive. This strategy permits increased throughput at the cost of a more elaborate scheme (possibly asynchronous) to notify the calling program that a PUSH has been seen or a buffer filled.

If enough data arrive to fill the buffer before a PUSH is seen, the PUSH flag will not be set in the response to the RECEIVE. The buffer will be filled with as much data as it can hold. If a PUSH is seen before the buffer is filled the buffer will be returned partially filled and PUSH indicated.

If there is urgent data the user will have been informed as soon as it arrived via a TCP-to-user signal. The receiving user should thus be in "urgent mode". If the URGENT flag is on, additional urgent data remains. If the URGENT flag is off, this call to RECEIVE has returned all the urgent data, and the user may now leave "urgent mode". Note that data following the urgent pointer (non-urgent data) cannot be delivered to the user in the same buffer with preceeding urgent data unless the boundary is clearly marked for the user.

To distinguish among several outstanding RECEIVEs and to take care of the case that a buffer is not completely filled, the return code is accompanied by both a buffer pointer and a byte count indicating the actual length of the data received.

Alternative implementations of RECEIVE might have the TCP

allocate buffer storage, or the TCP might share a ring buffer with the user.

Close

Format: CLOSE (local connection name)

This command causes the connection specified to be closed. If the connection is not open or the calling process is not authorized to use this connection, an error is returned. Closing connections is intended to be a graceful operation in the sense that outstanding SENDs will be transmitted (and retransmitted), as flow control permits, until all have been serviced. Thus, it should be acceptable to make several SEND calls, followed by a CLOSE, and expect all the data to be sent to the destination. It should also be clear that users should continue to RECEIVE on CLOSING connections, since the other side may be trying to transmit the last of its data. Thus, CLOSE means "I have no more to send" but does not mean "I will not receive any more." It may happen (if the user level protocol is not well thought out) that the closing side is unable to get rid of all its data before timing out. In this event, CLOSE turns into ABORT, and the closing TCP gives up.

The user may CLOSE the connection at any time on his own initiative, or in response to various prompts from the TCP (e.g., remote close executed, transmission timeout exceeded, destination inaccessible).

Because closing a connection requires communication with the foreign TCP, connections may remain in the closing state for a short time. Attempts to reopen the connection before the TCP replies to the CLOSE command will result in error responses.

Close also implies push function.

Status

Format: STATUS (local connection name) -> status data

This is an implementation dependent user command and could be excluded without adverse effect. Information returned would typically come from the TCB associated with the connection.

This command returns a data block containing the following information:

local socket,

foreign socket,
local connection name,
receive window,
send window,
connection state,
number of buffers awaiting acknowledgment,
number of buffers pending receipt,
urgent state,
precedence,
security/compartment,
and transmission timeout.

Depending on the state of the connection, or on the implementation itself, some of this information may not be available or meaningful. If the calling process is not authorized to use this connection, an error is returned. This prevents unauthorized processes from gaining information about a connection.

Abort

Format: ABORT (local connection name)

This command causes all pending SENDs and RECEIVES to be aborted, the TCB to be removed, and a special RESET message to be sent to the TCP on the other side of the connection. Depending on the implementation, users may receive abort indications for each outstanding SEND or RECEIVE, or may simply receive an ABORT-acknowledgment.

TCP-to-User Messages

It is assumed that the operating system environment provides a means for the TCP to asynchronously signal the user program. When the TCP does signal a user program, certain information is passed to the user. Often in the specification the information will be an error message. In other cases there will be information relating to the completion of processing a SEND or RECEIVE or other user call.

The following information is provided:

| | |
|---|---|
| Local Connection Name | Always |
| Response String | Always |
| Buffer Address | Send & Receive |
| Byte count (counts bytes received) | Receive |
| Push flag | Receive |
| Urgent flag | Receive |

TCP/Lower-Level Interface

The TCP calls on a lower level protocol module to actually send and receive information over a network. One case is that of the ARPA internetwork system where the lower level module is the Internet Protocol (IP) [2].

If the lower level protocol is IP it provides arguments for a type of service and for a time to live. TCP uses the following settings for these parameters:

Type of Service = Precedence: routine, Delay: normal, Throughput: normal, Reliability: normal; or 00000000.

Time to Live = one minute, or 00111100.

Note that the assumed maximum segment lifetime is two minutes. Here we explicitly ask that a segment be destroyed if it cannot be delivered by the internet system within one minute.

If the lower level is IP (or other protocol that provides this feature) and source routing is used, the interface must allow the route information to be communicated. This is especially important so that the source and destination addresses used in the TCP checksum be the originating source and ultimate destination. It is also important to preserve the return route to answer connection requests.

Any lower level protocol will have to provide the source address, destination address, and protocol fields, and some way to determine the "TCP length", both to provide the functional equivlent service of IP and to be used in the TCP checksum.

## 3.9. Event Processing

The processing depicted in this section is an example of one possible implementation. Other implementations may have slightly different processing sequences, but they should differ from those in this section only in detail, not in substance.

The activity of the TCP can be characterized as responding to events. The events that occur can be cast into three categories: user calls, arriving segments, and timeouts. This section describes the processing the TCP does in response to each of the events. In many cases the processing required depends on the state of the connection.

Events that occur:

User Calls

OPEN
SEND
RECEIVE
CLOSE
ABORT
STATUS

Arriving Segments

SEGMENT ARRIVES

Timeouts

USER TIMEOUT
RETRANSMISSION TIMEOUT
TIME-WAIT TIMEOUT

The model of the TCP/user interface is that user commands receive an immediate return and possibly a delayed response via an event or pseudo interrupt. In the following descriptions, the term "signal" means cause a delayed response.

Error responses are given as character strings. For example, user commands referencing connections that do not exist receive "error: connection not open".

Please note in the following that all arithmetic on sequence numbers, acknowledgment numbers, windows, et cetera, is modulo 2**32 the size of the sequence number space. Also note that "=<" means less than or equal to (modulo 2**32).

A natural way to think about processing incoming segments is to imagine that they are first tested for proper sequence number (i.e., that their contents lie in the range of the expected "receive window" in the sequence number space) and then that they are generally queued and processed in sequence number order.

When a segment overlaps other already received segments we reconstruct the segment to contain just the new data, and adjust the header fields to be consistent.

Note that if no state change is mentioned the TCP stays in the same state.

OPEN Call

CLOSED STATE (i.e., TCB does not exist)

Create a new transmission control block (TCB) to hold connection state information. Fill in local socket identifier, foreign socket, precedence, security/compartment, and user timeout information. Note that some parts of the foreign socket may be unspecified in a passive OPEN and are to be filled in by the parameters of the incoming SYN segment. Verify the security and precedence requested are allowed for this user, if not return "error: precedence not allowed" or "error: security/compartment not allowed." If passive enter the LISTEN state and return. If active and the foreign socket is unspecified, return "error: foreign socket unspecified"; if active and the foreign socket is specified, issue a SYN segment. An initial send sequence number (ISS) is selected. A SYN segment of the form <SEQ=ISS><CTL=SYN> is sent. Set SND.UNA to ISS, SND.NXT to ISS+1, enter SYN-SENT state, and return.

If the caller does not have access to the local socket specified, return "error: connection illegal for this process". If there is no room to create a new connection, return "error: insufficient resources".

LISTEN STATE

If active and the foreign socket is specified, then change the connection from passive to active, select an ISS. Send a SYN segment, set SND.UNA to ISS, SND.NXT to ISS+1. Enter SYN-SENT state. Data associated with SEND may be sent with SYN segment or queued for transmission after entering ESTABLISHED state. The urgent bit if requested in the command must be sent with the data segments sent as a result of this command. If there is no room to queue the request, respond with "error: insufficient resources". If Foreign socket was not specified, then return "error: foreign socket unspecified".

OPEN Call

SYN-SENT STATE
SYN-RECEIVED STATE
ESTABLISHED STATE
FIN-WAIT-1 STATE
FIN-WAIT-2 STATE
CLOSE-WAIT STATE
CLOSING STATE
LAST-ACK STATE
TIME-WAIT STATE

Return "error: connection already exists".

SEND Call

CLOSED STATE (i.e., TCB does not exist)

If the user does not have access to such a connection, then return "error: connection illegal for this process".

Otherwise, return "error: connection does not exist".

LISTEN STATE

If the foreign socket is specified, then change the connection from passive to active, select an ISS. Send a SYN segment, set SND.UNA to ISS, SND.NXT to ISS+1. Enter SYN-SENT state. Data associated with SEND may be sent with SYN segment or queued for transmission after entering ESTABLISHED state. The urgent bit if requested in the command must be sent with the data segments sent as a result of this command. If there is no room to queue the request, respond with "error: insufficient resources". If Foreign socket was not specified, then return "error: foreign socket unspecified".

SYN-SENT STATE
SYN-RECEIVED STATE

Queue the data for transmission after entering ESTABLISHED state. If no space to queue, respond with "error: insufficient resources".

ESTABLISHED STATE
CLOSE-WAIT STATE

Segmentize the buffer and send it with a piggybacked acknowledgment (acknowledgment value = RCV.NXT). If there is insufficient space to remember this buffer, simply return "error: insufficient resources".

If the urgent flag is set, then SND.UP <- SND.NXT-1 and set the urgent pointer in the outgoing segments.

SEND Call

FIN-WAIT-1 STATE
FIN-WAIT-2 STATE
CLOSING STATE
LAST-ACK STATE
TIME-WAIT STATE

Return "error: connection closing" and do not service request.

RECEIVE Call

CLOSED STATE (i.e., TCB does not exist)

If the user does not have access to such a connection, return "error: connection illegal for this process".

Otherwise return "error: connection does not exist".

LISTEN STATE
SYN-SENT STATE
SYN-RECEIVED STATE

Queue for processing after entering ESTABLISHED state. If there is no room to queue this request, respond with "error: insufficient resources".

ESTABLISHED STATE
FIN-WAIT-1 STATE
FIN-WAIT-2 STATE

If insufficient incoming segments are queued to satisfy the request, queue the request. If there is no queue space to remember the RECEIVE, respond with "error: insufficient resources".

Reassemble queued incoming segments into receive buffer and return to user. Mark "push seen" (PUSH) if this is the case.

If RCV.UP is in advance of the data currently being passed to the user notify the user of the presence of urgent data.

When the TCP takes responsibility for delivering data to the user that fact must be communicated to the sender via an acknowledgment. The formation of such an acknowledgment is described below in the discussion of processing an incoming segment.

RECEIVE Call

CLOSE-WAIT STATE

Since the remote side has already sent FIN, RECEIVEs must be satisfied by text already on hand, but not yet delivered to the user. If no text is awaiting delivery, the RECEIVE will get a "error: connection closing" response. Otherwise, any remaining text can be used to satisfy the RECEIVE.

CLOSING STATE
LAST-ACK STATE
TIME-WAIT STATE

Return "error: connection closing".

CLOSE Call

CLOSED STATE (i.e., TCB does not exist)

If the user does not have access to such a connection, return "error: connection illegal for this process".

Otherwise, return "error: connection does not exist".

LISTEN STATE

Any outstanding RECEIVEs are returned with "error: closing" responses. Delete TCB, enter CLOSED state, and return.

SYN-SENT STATE

Delete the TCB and return "error: closing" responses to any queued SENDs, or RECEIVEs.

SYN-RECEIVED STATE

If no SENDs have been issued and there is no pending data to send, then form a FIN segment and send it, and enter FIN-WAIT-1 state; otherwise queue for processing after entering ESTABLISHED state.

ESTABLISHED STATE

Queue this until all preceding SENDs have been segmentized, then form a FIN segment and send it. In any case, enter FIN-WAIT-1 state.

FIN-WAIT-1 STATE
FIN-WAIT-2 STATE

Strictly speaking, this is an error and should receive a "error: connection closing" response. An "ok" response would be acceptable, too, as long as a second FIN is not emitted (the first FIN may be retransmitted though).

CLOSE-WAIT STATE

Queue this request until all preceding SENDs have been segmentized; then send a FIN segment, enter CLOSING state.

CLOSING STATE
LAST-ACK STATE
TIME-WAIT STATE

Respond with "error: connection closing".

ABORT Call

CLOSED STATE (i.e., TCB does not exist)

If the user should not have access to such a connection, return "error: connection illegal for this process".

Otherwise return "error: connection does not exist".

LISTEN STATE

Any outstanding RECEIVEs should be returned with "error: connection reset" responses. Delete TCB, enter CLOSED state, and return.

SYN-SENT STATE

All queued SENDs and RECEIVEs should be given "connection reset" notification, delete the TCB, enter CLOSED state, and return.

SYN-RECEIVED STATE
ESTABLISHED STATE
FIN-WAIT-1 STATE
FIN-WAIT-2 STATE
CLOSE-WAIT STATE

Send a reset segment:

<SEQ=SND.NXT><CTL=RST>

All queued SENDs and RECEIVEs should be given "connection reset" notification; all segments queued for transmission (except for the RST formed above) or retransmission should be flushed, delete the TCB, enter CLOSED state, and return.

CLOSING STATE
LAST-ACK STATE
TIME-WAIT STATE

Respond with "ok" and delete the TCB, enter CLOSED state, and return.

STATUS Call

CLOSED STATE (i.e., TCB does not exist)

If the user should not have access to such a connection, return "error: connection illegal for this process".

Otherwise return "error: connection does not exist".

LISTEN STATE

Return "state = LISTEN", and the TCB pointer.

SYN-SENT STATE

Return "state = SYN-SENT", and the TCB pointer.

SYN-RECEIVED STATE

Return "state = SYN-RECEIVED", and the TCB pointer.

ESTABLISHED STATE

Return "state = ESTABLISHED", and the TCB pointer.

FIN-WAIT-1 STATE

Return "state = FIN-WAIT-1", and the TCB pointer.

FIN-WAIT-2 STATE

Return "state = FIN-WAIT-2", and the TCB pointer.

CLOSE-WAIT STATE

Return "state = CLOSE-WAIT", and the TCB pointer.

CLOSING STATE

Return "state = CLOSING", and the TCB pointer.

LAST-ACK STATE

Return "state = LAST-ACK", and the TCB pointer.

TIME-WAIT STATE

Return "state = TIME-WAIT", and the TCB pointer.

SEGMENT ARRIVES

If the state is CLOSED (i.e., TCB does not exist) then

all data in the incoming segment is discarded. An incoming segment containing a RST is discarded. An incoming segment not containing a RST causes a RST to be sent in response. The acknowledgment and sequence field values are selected to make the reset sequence acceptable to the TCP that sent the offending segment.

If the ACK bit is off, sequence number zero is used,

<SEQ=0><ACK=SEG.SEQ+SEG.LEN><CTL=RST,ACK>

If the ACK bit is on,

<SEQ=SEG.ACK><CTL=RST>

Return.

If the state is LISTEN then

first check for an RST

An incoming RST should be ignored. Return.

second check for an ACK

Any acknowledgment is bad if it arrives on a connection still in the LISTEN state. An acceptable reset segment should be formed for any arriving ACK-bearing segment. The RST should be formatted as follows:

<SEQ=SEG.ACK><CTL=RST>

Return.

third check for a SYN

If the SYN bit is set, check the security. If the security/compartment on the incoming segment does not exactly match the security/compartment in the TCB then send a reset and return.

<SEQ=SEG.ACK><CTL=RST>

If the SEG.PRC is greater than the TCB.PRC then if allowed by the user and the system set TCB.PRC<-SEG.PRC, if not allowed send a reset and return.

<SEQ=SEG.ACK><CTL=RST>

If the SEG.PRC is less than the TCB.PRC then continue.

Set RCV.NXT to SEG.SEQ+1, IRS is set to SEG.SEQ and any other control or text should be queued for processing later. ISS should be selected and a SYN segment sent of the form:

<SEQ=ISS><ACK=RCV.NXT><CTL=SYN,ACK>

SND.NXT is set to ISS+1 and SND.UNA to ISS. The connection state should be changed to SYN-RECEIVED. Note that any other incoming control or data (combined with SYN) will be processed in the SYN-RECEIVED state, but processing of SYN and ACK should not be repeated. If the listen was not fully specified (i.e., the foreign socket was not fully specified), then the unspecified fields should be filled in now.

fourth other text or control

Any other control or text-bearing segment (not containing SYN) must have an ACK and thus would be discarded by the ACK processing. An incoming RST segment could not be valid, since it could not have been sent in response to anything sent by this incarnation of the connection. So you are unlikely to get here, but if you do, drop the segment, and return.

If the state is SYN-SENT then

first check the ACK bit

If the ACK bit is set

If SEG.ACK =< ISS, or SEG.ACK > SND.NXT, send a reset (unless the RST bit is set, if so drop the segment and return)

<SEQ=SEG.ACK><CTL=RST>

and discard the segment. Return.

If SND.UNA =< SEG.ACK =< SND.NXT then the ACK is acceptable.

second check the RST bit



AIPC00005924

If the RST bit is set

If the ACK was acceptable then signal the user "error: connection reset", drop the segment, enter CLOSED state, delete TCB, and return. Otherwise (no ACK) drop the segment and return.

third check the security and precedence

If the security/compartment in the segment does not exactly match the security/compartment in the TCB, send a reset

If there is an ACK

<SEQ=SEG.ACK><CTL=RST>

Otherwise

<SEQ=0><ACK=SEG.SEQ+SEG.LEN><CTL=RST,ACK>

If there is an ACK

The precedence in the segment must match the precedence in the TCB, if not, send a reset

<SEQ=SEG.ACK><CTL=RST>

If there is no ACK

If the precedence in the segment is higher than the precedence in the TCB then if allowed by the user and the system raise the precedence in the TCB to that in the segment, if not allowed to raise the prec then send a reset.

<SEQ=0><ACK=SEG.SEQ+SEG.LEN><CTL=RST,ACK>

If the precedence in the segment is lower than the precedence in the TCB continue.

If a reset was sent, discard the segment and return.

fourth check the SYN bit

This step should be reached only if the ACK is ok, or there is no ACK, and it the segment did not contain a RST.

If the SYN bit is on and the security/compartment and precedence

are acceptable then, RCV.NXT is set to SEG.SEQ+1, IRS is set to SEG.SEQ. SND.UNA should be advanced to equal SEG.ACK (if there is an ACK), and any segments on the retransmission queue which are thereby acknowledged should be removed.

If SND.UNA > ISS (our SYN has been ACKed), change the connection state to ESTABLISHED, form an ACK segment

<SEQ=SND.NXT><ACK=RCV.NXT><CTL=ACK>

and send it. Data or controls which were queued for transmission may be included. If there are other controls or text in the segment then continue processing at the sixth step below where the URG bit is checked, otherwise return.

Otherwise enter SYN-RECEIVED, form a SYN,ACK segment

<SEQ=ISS><ACK=RCV.NXT><CTL=SYN,ACK>

and send it. If there are other controls or text in the segment, queue them for processing after the ESTABLISHED state has been reached, return.

fifth, if neither of the SYN or RST bits is set then drop the segment and return.

SEGMENT ARRIVES

Otherwise,

first check sequence number

SYN-RECEIVED STATE
ESTABLISHED STATE
FIN-WAIT-1 STATE
FIN-WAIT-2 STATE
CLOSE-WAIT STATE
CLOSING STATE
LAST-ACK STATE
TIME-WAIT STATE

Segments are processed in sequence. Initial tests on arrival are used to discard old duplicates, but further processing is done in SEG.SEQ order. If a segment's contents straddle the boundary between old and new, only the new parts should be processed.

There are four cases for the acceptability test for an incoming segment:

| Segment Length | Receive Window | Test |
|---|---|---|
| 0 | 0 | SEG.SEQ = RCV.NXT |
| 0 | >0 | RCV.NXT =< SEG.SEQ < RCV.NXT+RCV.WND |
| >0 | 0 | not acceptable |
| >0 | >0 | RCV.NXT =< SEG.SEQ < RCV.NXT+RCV.WND or RCV.NXT =< SEG.SEQ+SEG.LEN-1 < RCV.NXT+RCV.WND |

If the RCV.WND is zero, no segments will be acceptable, but special allowance should be made to accept valid ACKs, URGs and RSTs.

If an incoming segment is not acceptable, an acknowledgment should be sent in reply (unless the RST bit is set, if so drop the segment and return):

<SEQ=SND.NXT><ACK=RCV.NXT><CTL=ACK>

After sending the acknowledgment, drop the unacceptable segment and return.



AIPC00005927

In the following it is assumed that the segment is the idealized segment that begins at RCV.NXT and does not exceed the window. One could tailor actual segments to fit this assumption by trimming off any portions that lie outside the window (including SYN and FIN), and only processing further if the segment then begins at RCV.NXT. Segments with higher begining sequence numbers may be held for later processing.

second check the RST bit,

SYN-RECEIVED STATE

If the RST bit is set

If this connection was initiated with a passive OPEN (i.e., came from the LISTEN state), then return this connection to LISTEN state and return. The user need not be informed. If this connection was initiated with an active OPEN (i.e., came from SYN-SENT state) then the connection was refused, signal the user "connection refused". In either case, all segments on the retransmission queue should be removed. And in the active OPEN case, enter the CLOSED state and delete the TCB, and return.

ESTABLISHED
FIN-WAIT-1
FIN-WAIT-2
CLOSE-WAIT

If the RST bit is set then, any outstanding RECEIVEs and SEND should receive "reset" responses. All segment queues should be flushed. Users should also receive an unsolicited general "connection reset" signal. Enter the CLOSED state, delete the TCB, and return.

CLOSING STATE
LAST-ACK STATE
TIME-WAIT

If the RST bit is set then, enter the CLOSED state, delete the TCB, and return.

SEGMENT ARRIVES

third check security and precedence

SYN-RECEIVED

If the security/compartment and precedence in the segment do not exactly match the security/compartment and precedence in the TCB then send a reset, and return.

ESTABLISHED STATE

If the security/compartment and precedence in the segment do not exactly match the security/compartment and precedence in the TCB then send a reset, any outstanding RECEIVEs and SEND should receive "reset" responses. All segment queues should be flushed. Users should also receive an unsolicited general "connection reset" signal. Enter the CLOSED state, delete the TCB, and return.

Note this check is placed following the sequence check to prevent a segment from an old connection between these ports with a different security or precedence from causing an abort of the current connection.

fourth, check the SYN bit,

SYN-RECEIVED
ESTABLISHED STATE
FIN-WAIT STATE-1
FIN-WAIT STATE-2
CLOSE-WAIT STATE
CLOSING STATE
LAST-ACK STATE
TIME-WAIT STATE

If the SYN is in the window it is an error, send a reset, any outstanding RECEIVEs and SEND should receive "reset" responses, all segment queues should be flushed, the user should also receive an unsolicited general "connection reset" signal, enter the CLOSED state, delete the TCB, and return.

If the SYN is not in the window this step would not be reached and an ack would have been sent in the first step (sequence number check).

fifth check the ACK field,

if the ACK bit is off drop the segment and return

if the ACK bit is on

SYN-RECEIVED STATE

If SND.UNA =< SEG.ACK =< SND.NXT then enter ESTABLISHED state and continue processing.

If the segment acknowledgment is not acceptable, form a reset segment,

<SEQ=SEG.ACK><CTL=RST>

and send it.

ESTABLISHED STATE

If SND.UNA < SEG.ACK =< SND.NXT then, set SND.UNA <- SEG.ACK. Any segments on the retransmission queue which are thereby entirely acknowledged are removed. Users should receive positive acknowledgments for buffers which have been SENT and fully acknowledged (i.e., SEND buffer should be returned with "ok" response). If the ACK is a duplicate (SEG.ACK < SND.UNA), it can be ignored. If the ACK acks something not yet sent (SEG.ACK > SND.NXT) then send an ACK, drop the segment, and return.

If SND.UNA < SEG.ACK =< SND.NXT, the send window should be updated. If (SND.WL1 < SEG.SEQ or (SND.WL1 = SEG.SEQ and SND.WL2 =< SEG.ACK)), set SND.WND <- SEG.WND, set SND.WL1 <- SEG.SEQ, and set SND.WL2 <- SEG.ACK.

Note that SND.WND is an offset from SND.UNA, that SND.WL1 records the sequence number of the last segment used to update SND.WND, and that SND.WL2 records the acknowledgment number of the last segment used to update SND.WND. The check here prevents using old segments to update the window.

FIN-WAIT-1 STATE

In addition to the processing for the ESTABLISHED state, if our FIN is now acknowledged then enter FIN-WAIT-2 and continue processing in that state.

FIN-WAIT-2 STATE

In addition to the processing for the ESTABLISHED state, if the retransmission queue is empty, the user's CLOSE can be acknowledged ("ok") but do not delete the TCB.

CLOSE-WAIT STATE

Do the same processing as for the ESTABLISHED state.

CLOSING STATE

In addition to the processing for the ESTABLISHED state, if the ACK acknowledges our FIN then enter the TIME-WAIT state, otherwise ignore the segment.

LAST-ACK STATE

The only thing that can arrive in this state is an acknowledgment of our FIN. If our FIN is now acknowledged, delete the TCB, enter the CLOSED state, and return.

TIME-WAIT STATE

The only thing that can arrive in this state is a retransmission of the remote FIN. Acknowledge it, and restart the 2 MSL timeout.

sixth, check the URG bit,

ESTABLISHED STATE
FIN-WAIT-1 STATE
FIN-WAIT-2 STATE

If the URG bit is set, RCV.UP <- max(RCV.UP,SEG.UP), and signal the user that the remote side has urgent data if the urgent pointer (RCV.UP) is in advance of the data consumed. If the user has already been signaled (or is still in the "urgent mode") for this continuous sequence of urgent data, do not signal the user again.

CLOSE-WAIT STATE
CLOSING STATE
LAST-ACK STATE
TIME-WAIT

This should not occur, since a FIN has been received from the remote side. Ignore the URG.

seventh, process the segment text,

ESTABLISHED STATE
FIN-WAIT-1 STATE
FIN-WAIT-2 STATE

Once in the ESTABLISHED state, it is possible to deliver segment text to user RECEIVE buffers. Text from segments can be moved into buffers until either the buffer is full or the segment is empty. If the segment empties and carries an PUSH flag, then the user is informed, when the buffer is returned, that a PUSH has been received.

When the TCP takes responsibility for delivering the data to the user it must also acknowledge the receipt of the data.

Once the TCP takes responsibility for the data it advances RCV.NXT over the data accepted, and adjusts RCV.WND as apporopriate to the current buffer availability. The total of RCV.NXT and RCV.WND should not be reduced.

Please note the window management suggestions in section 3.7.

Send an acknowledgment of the form:

<SEQ=SND.NXT><ACK=RCV.NXT><CTL=ACK>

This acknowledgment should be piggybacked on a segment being transmitted if possible without incurring undue delay.

CLOSE-WAIT STATE
CLOSING STATE
LAST-ACK STATE
TIME-WAIT STATE

This should not occur, since a FIN has been received from the remote side. Ignore the segment text.

eighth, check the FIN bit,

Do not process the FIN if the state is CLOSED, LISTEN or SYN-SENT since the SEG.SEQ cannot be validated; drop the segment and return.

If the FIN bit is set, signal the user "connection closing" and return any pending RECEIVEs with same message, advance RCV.NXT over the FIN, and send an acknowledgment for the FIN. Note that FIN implies PUSH for any segment text not yet delivered to the user.

SYN-RECEIVED STATE
ESTABLISHED STATE

Enter the CLOSE-WAIT state.

FIN-WAIT-1 STATE

If our FIN has been ACKed (perhaps in this segment), then enter TIME-WAIT, start the time-wait timer, turn off the other timers; otherwise enter the CLOSING state.

FIN-WAIT-2 STATE

Enter the TIME-WAIT state. Start the time-wait timer, turn off the other timers.

CLOSE-WAIT STATE

Remain in the CLOSE-WAIT state.

CLOSING STATE

Remain in the CLOSING state.

LAST-ACK STATE

Remain in the LAST-ACK state.

TIME-WAIT STATE

Remain in the TIME-WAIT state. Restart the 2 MSL time-wait timeout.

and return.

USER TIMEOUT

For any state if the user timeout expires, flush all queues, signal the user "error: connection aborted due to user timeout" in general and for any outstanding calls, delete the TCB, enter the CLOSED state and return.

RETRANSMISSION TIMEOUT

For any state if the retransmission timeout expires on a segment in the retransmission queue, send the segment at the front of the retransmission queue again, reinitialize the retransmission timer, and return.

TIME-WAIT TIMEOUT

If the time-wait timeout expires on a connection delete the TCB, enter the CLOSED state and return.

# GLOSSARY

1822
: BBN Report 1822, "The Specification of the Interconnection of a Host and an IMP". The specification of interface between a host and the ARPANET.

ACK
: A control bit (acknowledge) occupying no sequence space, which indicates that the acknowledgment field of this segment specifies the next sequence number the sender of this segment is expecting to receive, hence acknowledging receipt of all previous sequence numbers.

ARPANET message
: The unit of transmission between a host and an IMP in the ARPANET. The maximum size is about 1012 octets (8096 bits).

ARPANET packet
: A unit of transmission used internally in the ARPANET between IMPs. The maximum size is about 126 octets (1008 bits).

connection
: A logical communication path identified by a pair of sockets.

datagram
: A message sent in a packet switched computer communications network.

Destination Address
: The destination address, usually the network and host identifiers.

FIN
: A control bit (finis) occupying one sequence number, which indicates that the sender will send no more data or control occupying sequence space.

fragment
: A portion of a logical unit of data, in particular an internet fragment is a portion of an internet datagram.

FTP
: A file transfer protocol.

header
Control information at the beginning of a message, segment, fragment, packet or block of data.

host
A computer. In particular a source or destination of messages from the point of view of the communication network.

Identification
An Internet Protocol field. This identifying value assigned by the sender aids in assembling the fragments of a datagram.

IMP
The Interface Message Processor, the packet switch of the ARPANET.

internet address
A source or destination address specific to the host level.

internet datagram
The unit of data exchanged between an internet module and the higher level protocol together with the internet header.

internet fragment
A portion of the data of an internet datagram with an internet header.

IP
Internet Protocol.

IRS
The Initial Receive Sequence number. The first sequence number used by the sender on a connection.

ISN
The Initial Sequence Number. The first sequence number used on a connection, (either ISS or IRS). Selected on a clock based procedure.

ISS
The Initial Send Sequence number. The first sequence number used by the sender on a connection.

leader
Control information at the beginning of a message or block of data. In particular, in the ARPANET, the control information on an ARPANET message at the host-IMP interface.

left sequence
: This is the next sequence number to be acknowledged by the data receiving TCP (or the lowest currently unacknowledged sequence number) and is sometimes referred to as the left edge of the send window.

local packet
: The unit of transmission within a local network.

module
: An implementation, usually in software, of a protocol or other procedure.

MSL
: Maximum Segment Lifetime, the time a TCP segment can exist in the internetwork system. Arbitrarily defined to be 2 minutes.

octet
: An eight bit byte.

Options
: An Option field may contain several options, and each option may be several octets in length. The options are used primarily in testing situations; for example, to carry timestamps. Both the Internet Protocol and TCP provide for options fields.

packet
: A package of data with a header which may or may not be logically complete. More often a physical packaging than a logical packaging of data.

port
: The portion of a socket that specifies which logical input or output channel of a process is associated with the data.

process
: A program in execution. A source or destination of data from the point of view of the TCP or other host-to-host protocol.

PUSH
: A control bit occupying no sequence space, indicating that this segment contains data that must be pushed through to the receiving user.

RCV.NXT
: receive next sequence number

RCV.UP
receive urgent pointer

RCV.WND
receive window

receive next sequence number
This is the next sequence number the local TCP is expecting to receive.

receive window
This represents the sequence numbers the local (receiving) TCP is willing to receive. Thus, the local TCP considers that segments overlapping the range RCV.NXT to RCV.NXT + RCV.WND - 1 carry acceptable data or control. Segments containing sequence numbers entirely outside of this range are considered duplicates and discarded.

RST
A control bit (reset), occupying no sequence space, indicating that the receiver should delete the connection without further interaction. The receiver can determine, based on the sequence number and acknowledgment fields of the incoming segment, whether it should honor the reset command or ignore it. In no case does receipt of a segment containing RST give rise to a RST in response.

RTP
Real Time Protocol: A host-to-host protocol for communication of time critical information.

SEG.ACK
segment acknowledgment

SEG.LEN
segment length

SEG.PRC
segment precedence value

SEG.SEQ
segment sequence

SEG.UP
segment urgent pointer field

SEG.WND
segment window field

segment
A logical unit of data, in particular a TCP segment is the unit of data transfered between a pair of TCP modules.

segment acknowledgment
The sequence number in the acknowledgment field of the arriving segment.

segment length
The amount of sequence number space occupied by a segment, including any controls which occupy sequence space.

segment sequence
The number in the sequence field of the arriving segment.

send sequence
This is the next sequence number the local (sending) TCP will use on the connection. It is initially selected from an initial sequence number curve (ISN) and is incremented for each octet of data or sequenced control transmitted.

send window
This represents the sequence numbers which the remote (receiving) TCP is willing to receive. It is the value of the window field specified in segments from the remote (data receiving) TCP. The range of new sequence numbers which may be emitted by a TCP lies between SND.NXT and SND.UNA + SND.WND - 1. (Retransmissions of sequence numbers between SND.UNA and SND.NXT are expected, of course.)

SND.NXT
send sequence

SND.UNA
left sequence

SND.UP
send urgent pointer

SND.WL1
segment sequence number at last window update

SND.WL2
segment acknowledgment number at last window update

SND.WND
send window

socket
An address which specifically includes a port identifier, that is, the concatenation of an Internet Address with a TCP port.

Source Address
The source address, usually the network and host identifiers.

SYN
A control bit in the incoming segment, occupying one sequence number, used at the initiation of a connection, to indicate where the sequence numbering will start.

TCB
Transmission control block, the data structure that records the state of a connection.

TCB.PRC
The precedence of the connection.

TCP
Transmission Control Protocol: A host-to-host protocol for reliable communication in internetwork environments.

TOS
Type of Service, an Internet Protocol field.

Type of Service
An Internet Protocol field which indicates the type of service for this internet fragment.

URG
A control bit (urgent), occupying no sequence space, used to indicate that the receiving user should be notified to do urgent processing as long as there is data to be consumed with sequence numbers less than the value indicated in the urgent pointer.

urgent pointer
A control field meaningful only when the URG bit is on. This field communicates the value of the urgent pointer which indicates the data octet associated with the sending user's urgent call.

REFERENCES

[1] Cerf, V., and R. Kahn, "A Protocol for Packet Network Intercommunication", IEEE Transactions on Communications, Vol. COM-22, No. 5, pp 637-648, May 1974.

[2] Postel, J. (ed.), "Internet Protocol - DARPA Internet Program Protocol Specification", RFC 791, USC/Information Sciences Institute, September 1981.

[3] Dalal, Y. and C. Sunshine, "Connection Management in Transport Protocols", Computer Networks, Vol. 2, No. 6, pp. 454-473, December 1978.

[4] Postel, J., "Assigned Numbers", RFC 790, USC/Information Sciences Institute, September 1981.