# Exhibit 16


VOICE/DATA
TELECOMMUNICATIONS
SYSTEMS
An Introduction to Technology
Michael L. Gurrie
Patrick J. O'Connor

Library of Congress Cataloging in Publication Data

Gurrie, Michael.
Voice/data telecommunications systems.

Includes index.
1. Telecommunication. I. O'Connor, Patrick J. (Patrick Joseph), 1947- . II. Title.
TK5101.G83 1986 621.38 85-9299
ISBN 0-13-943283-3

Editorial/production supervision and interior design: Ronnie Frankel
Cover design: Edsal Enterprises
Manufacturing buyer: Gordon Osbourne

©1986 by Prentice-Hall, Inc., Englewood Cliffs, New Jersey 07632

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

Printed in the United States of America

10 9 8 7 6 5 4 3

ISBN 0-13-943283-3 01

Prentice-Hall International, Inc., *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Prentice-Hall of Southeast Asia Pte. Ltd., *Singapore*
Whitehall Books Limited, *Wellington, New Zealand*



AIPC00004670

# 10

# Signaling

**Signaling** guides, directs, and supervises the flow of information. The media that carry information and signaling determine what form that information and signaling may take. For example, signals sent on copper wires would be transmitted in electrical form, signals on a fiber-optic light pipe would be optical in form, and wireless transmission would use radio waves. To paraphrase Marshall McLuhan, the medium may not be the message, but it does limit the forms in which it can be conveyed. Signaling may take place in analog form—like Touch-Tone—on a link that carries voice transmissions in an analog form. As distinguished from voice or digital information, signaling conveys facts such as where the information is to be sent, when it is to be sent, and who is going to pay for the use of services and equipment. Signaling sometimes conveys these facts to the PBX, to the phone company's central office, and especially, to the listener, in human-interpretable forms such as dial tone, ring-back tone, and busy signal. On most links, the signaling and the transmission are going over the same path (e.g., DTMF and voice both go over the same copper wire). For example, on a tie line—full-duplex four-wire transmission—the signaling would be superimposed on the potential levels of the two pairs. This is called DX signaling. This is often converted to E&M signaling. **Supervision** is another name for the handshaking that keeps track of who's talking, who's listening, when the connection has been established or when it should be disconnected, and keeps track of billing for a call.

Three types of signaling that are used in telecommunications: analog (or AC) signaling, DC signaling, and digital signaling. **Analog signaling** (AC signaling) involves the use of tones or sounds that are transmitted in the same way, and on the same wires, as ordinary voice transmissions. Examples are the dial tone, busy signal,

nection with the number or rate of rings at the distant end). The **busy signal** is, of course, the switch's way of notifying you that the circuit to which you want to connect is already in use. Clearly, you are aware of all these signals in the system, and it is necessary for you to understand them to be able to use the system appropriately. When your call "goes through," however, there is one more signal that occurs in the system, of which you are unaware, as you were unaware of sending a "request for service" signal by picking up the handset. That is a signal from the called-party's side of the system, which indicates when the phone is answered, and you see the effects of this signal when you receive the bill at the end of the month.

### *10.1.2 Telco Signaling Methods*

There are several types of signaling used by the public network that are "transparent" to the users (that means that you won't hear this signaling on your receiver). These signals are used for *supervision* (to tell how long, and to where, the call is connected, for billing purposes), and for *addressing* (to tell how to connect a call based on the numbers dialed by the caller). These methods are:

1. **SF signaling.** This is a 2600-Hertz tone that is present when the phone is on-hook, and absent when it's not. This tone is used for supervision of the call by the telco, and you do not hear it.
2. **Two-frequency signaling.** Two-frequency signaling is used for both supervision and addressing. It is pulsed from one place in the system to another, using frequencies of 2040 Hertz for the binary 0 and 2400 Hertz for the binary 1, to make numbers using binary code. Although this is similar to the two frequencies placed on the voice line by a digital telephone modem, these two tones are only used internally by the telco, and are never heard at the receiver.
3. **Multifrequency signaling.**This is the telco's internal version of DTMF. It uses five or six frequencies, two at a time, to handle addressing, supervision, and control operations within the system. It is only used on trunks, and is not supposed to be accessible through ordinary telephone transmitters.
4. **DX signaling.** DX derives its name from "duplex" and involves signaling in two directions. It is a form of DC signaling superimposed over the wire pairs. The voltage potential difference between the transmit and receive pairs of wires carriers supervision information about whether phones are off-hook or on-hook. DX signals also carry addressing information in the form of rotary dial pulses encoded into DC signaling.

*Note:* Since these types of signaling are used exclusively by the telcos, you won't be working with them if you are working with private telecommunications equipment. Since, for instance, there are places where DX signaling is converted to E&M signaling (used inside a private branch exchange), it is important for the person working within the private telecommunications system to know what DX signaling is, even though it is not used within the private system.