# Exhibit 18

# Common Channel Signalling System Number 7 for ISDN and Intelligent Networks

BIJAN JABBARI, SENIOR MEMBER, IEEE

*Common channel signalling system number 7, defined by the CCITT Recommendations, is a key element in supporting a large number of applications in telecommunications networks ranging from call control in the interconnection of the exchanges of an integrated services digital network to intelligent networks and mobile telephony services. The traditional methods of inband signalling and other common channel signalling methods in telecommunication networks have given way to an overlay network using a more capable, layered signalling system number 7 protocol. The emerging networks using high capacity packet switches provide a vehicle for reliable transport of circuit-related information between the exchanges for setup and release of calls and reduce the connection setup time significantly. They also provide an opportunity to distribute the network database resources. In this paper, we describe various functional parts of the signalling system number 7 and the underlying concepts. The unique attributes of the lower and higher functional layers are discussed. We present applications of signalling system number 7 both for call control and for transaction services. The signalling transfer point is a major component of common channel signalling systems which makes signalling networks possible. Using the lower layers of the protocol, it provides routing capability for signalling messages between the exchange offices and access of these exchange offices to the network databases. We discuss the performance parameters associated with the signalling transfer point, and finally examine its implementations.*

## I. Introduction

### A. Signalling

In establishing a call which involves interconnection of multiple switching nodes throughout the path from an origin to destination points in a communication network, addressing, and control information need to be conveyed among the switches. This information is referred to as *signalling* and is used in selecting a path, providing information on the status of the users and resources, or performing the necessary network supervision and charging functions.

The signalling between the two points in a network is comprised of the signalling originated at the two user points (referred to as access signalling), delivered to the network access nodes, and signalling within the backbone network. Security and additional functionality are the two main reasons for separating the backbone signalling from access signalling. Our focus in this paper will be on the signalling within the backbone network which is often called trunk signalling as it relates to interconnections of the trunks (links between the switches).

One way in which signalling can take place is to seize one of the trunks connecting the switching node to the adjacent switch and then transfer the signalling over this trunk. That is, signalling and conversation take place over the same channel. This is referred to as *inband signalling* and fits the early generation of switches (the electromechanical switch). Typically signalling is conveyed by using a combination of two frequencies. For example, in one such method called MF signalling, each digit is signalled by nearly 100 ms of two tones (approximately 50 ms on, 50 ms off). Inband signalling is slow and susceptible to errors.

Another way is to use separate channels dedicated for signalling between the two switching nodes. This is referred to as *common channel signalling* and fits today's stored program switches. Common channel signalling has its roots in the early days of telephony in which the manual switch operators used a separate path to communicate with each other on which trunks to interconnect [1].

The first CCITT common channel signalling recommendation, referred to as *CCITT No. 6* was introduced for international signalling in 1972. It was designed for low speed links where each link would handle over 200 trunks. It was not a layered protocol and not flexible. In 1976, AT&T introduced Common Channel Interoffice Signalling (CCIS), which was based on CCITT No. 6 adapted to suit the national long haul network. The bit structure of CCIS is different from CCITT No. 6. Signalling information is carried by signal units (SU's), 28 bits long, including 8 bits for error check. Signalling messages must be broken into several SU's. CCITT No. 6 and CCIS have become obsolete and are being replaced by Signalling System Number 7 (SS No. 7). The early work was reported in CCITT Yellow Books in 1980 with further modifications and enhancements in Red Books [2] and [3] and Blue Books in 1984 and 1988, respectively.

The common channel signalling network can be viewed as a packet switched network overlaid on the trunking network, as presented in Fig. 1. In this figure, the exchanges correspond to the Signalling Points (SP's) in the common channel signalling network which are connected via the packet switches known as the Signalling Transfer Points (STP's). The origination and destination exchanges will establish a path, link by link, by sending and receiving messages through this packet switched network to and from the transit exchanges (see Fig. 2).

There are a number of benefits gained by using a common channel signalling approach. First, there is a significant reduction

Manuscript received June 12, 1990; revised August 27, 1990. This work was supported in part by MCI Telecommunications and by Contel Technology Center.

B. Jabbari is with the Department of Electrical and Computer Engineering, George Mason University, Fairfax, VA 22030-4444.

IEEE Log Number 9040848.

0018-9219/91/0200-0155$01.00 © 1991 IEEE



AIP 2008
Level 3 Communications v.
AIP Acquisition
IPR2013-00296



AIPC00004678




**Fig. 1.** Conceptual diagram for trunk and signalling networks.




**Fig. 2.** Flow of messages in establishing a circuit-switched connection.

in connection setup time for the links between the exchanges, as compared to the inband signalling method being practiced. This reduced connection setup time will shorten the total time to establish a path between the two end-users after sending the last digit of the address of the called party (this is sometimes referred to as the *post dial delay*). As the time to setup or disconnect the trunks is considered to be the overhead associated with a call, this reduction in connection setup time will result in a more efficient usage of trunks.

Second, the existence of a signalling path separated from the user information path facilitates call control prior to and during the conversation and provides additional signalling capability, flexibility and security, as compared to inband signalling. For example, by sending interrogation signals to the destination exchange via the signalling network, the originating exchange may gain information regarding the status of the called party or destination resources, prior to making any connections. Or, additional information regarding the calling party can be passed through the signalling network to the destination exchange. The additional signalling capability results in new call features.

Third, by interconnecting the network databases to the signalling network we gain the capability for introducing a spectrum of new services. The data transport capability of the signalling network can be further extended to support network management, billing, test and maintenance, and therefore to provide an opportunity to an integrated transport approach for reliable and efficient means of call control for circuit-switching, network database access and network management, and network processing. This integration would replace the dedicated facilities and use of other protocols and is therefore expected to bring network economy.

Last but not least, availability of a worldwide standard for signalling protocols would result in a more simplified interconnection of networks and facilitate access to their remote databases.

### B. ISDN and Common Channel Signalling

Basic call processing within the existing backbone networks or the transit nodes of the Integrated Service Digital Networks (ISDN) requires use of SS No. 7. (Only ISDN service in a very limited form of isolated exchanges does not require the use of the SS No. 7.) For two switches of an ISDN network to exchange signalling information, the communication has to take place using the SS No. 7 protocol. Therefore, regional, national, or international support of ISDN will only be possible if the switches in these networks are equipped with SS No. 7 capability.

### C. Intelligent Networks

The introduction of centralized on-line real-time databases to control new services in telecommunications networks has provided an initial framework for intelligent networks [8]. The local exchange and interexchange carriers in the U.S. are beginning to deploy these services [27]. Several architectures have been defined to provide intelligent network services with rapid service introduction and greater flexibility in design and deployment [9]–[11].

One of the main features of intelligent networks is the use of Signalling System No. 7 as the transport vehicle for intelligent network signalling. Examples of intelligent network services include Alternate Billing Service [12], Freephone or Toll-free (800 Service in the U.S.), and Private Virtual Network (PVN) Service. Although, currently, other network access protocols (like X.25) along with proprietary transaction servers are being used in some networks to provide such services, the SS No. 7 protocol is replacing them rapidly.

### D. Other Applications

Signalling in mobile telephony is another important area of applications of SS No. 7. The Mobile Telecommunication Switching Offices (MTOS's) may be connected via a dedicated SS No. 7 network for transport of signaling between exchanges and especially to provide a uniform procedure for roaming services (i.e., cellular phone services outside of mobile subscriber's local serving area) between different areas. The nationwide cellular network in the UK (Racal Vodaphone) represents one such implementation [13].

Broadband ISDN [14]–[15] is another area which may initially use SS No. 7. However, significant work is required to determine the signalling requirements, optimum signalling architecture, and the relation of service control to connection control, especially in view of emerging heterogeneous services.

### E. Outline of the Paper

In this paper, we continue by considering the general functional structure of the Signalling System No. 7 protocol within the frame of the Open Systems Interconnection (OSI) layered model. Then we consider each functional layer and examine the capability that a particular layer provides along with the message formats and the procedures. We will pay attention to the relation of a particular layer with its users and service providers, and the way messages are formatted. Our objective is to provide a clear understanding of the operation of the protocol. Therefore, at times we may deviate slightly from the specifications, although throughout the paper an attempt has been made to be compatible with the CCITT Recommendations. Throughout the discussion, we report the areas of difference between the CCITT Recommendations and the American National Standards Institute (ANSI) standards. Also, the areas which have not been clearly defined or





AIPC00004679

appear likely to be removed from the specification have not been discussed, nor do they appear graphically. We provide a discussion on major performance issues, however, we avoid any modeling of the performance parameters at this time. Finally, we consider the implementation of the signalling transfer points, and describe representative implemented architectures.

## II. Signalling System No. 7 Protocol

### A. *Signalling System Functional Structure*

The Signalling System No. 7 (SS No. 7) protocol functional division, as defined in the CCITT Blue Books, is based on a common signalling transport capability referred to as the Message Transfer Part (MTP) and its users (see Fig. 3). The elements of




**Fig. 3.** Signalling system No. 7 functional structure according to CCITT blue books.

this functional division, as described in this paper, are: Call control MPT users: Telephone User Part (TUP)[1] and other MTP users (e.g., Data User Part (DUP), and ISDN User Part (ISDN-UP)); Signalling Connection Control Part (SCCP); SCCP users which include ISDN User Part (ISDN-UP)[2] and Transaction Capabilities (TC); and TC users which include Application Service Elements (ASE's).

### B. *SS No. 7 Layering and the OSI Reference Model*

Although the work in CCITT for the definition of the SS No. 7 protocol started prior to the availability of the OSI reference model defined by the International Standards Organization (ISO), significant efforts have been made to bring the OSI structure into the SS No. 7 protocol. The result of the early attempts appeared in the SS No. 7 layering defined in the CCITT Red Books (Q series Recommendations), and the subsequent conforming to the layering has been described in the CCITT Blue Books [4]–[6].

Figure 4 presents the functional layering of the SS No. 7 in relation to the OSI reference model. The MTP provides reliable transport capability of information in a *connectionless* mode (i.e., no logical connection prior to transfer of information; also known

[1]TUP and DUP are not included in the ANSI standards.
[2]ISDN-UP can use either MTP or SCCP, depending on the needed functionality.




**Fig. 4.** Functional layering of the SS No. 7 protocol and the OSI model.

as a datagram mode of communication) between the two locations of MTP users. One of the functions of the SCCP is to provide virtual circuit capability. The MTP in conjunction with the SCCP, referred to as Network Service Part (NSP) provides both connection-oriented and connectionless services. The NSP functionality aligns with the layers 1–3 of the OSI reference model (i.e., the physical, data link, and network layers).

The NSP is used by both the ISDN-UP and the TC. The ISDN-UP provides the OSI layers 4 through 7 functionality for call control application services. The OSI layers 4 through 7 provide the end-to-end communication functionality, independent of the network (i.e., transport, session, presentation and application layers). The TC consists of the Intermediate Service Part (ISP) and the Transaction Capability Application Part (TCAP). The TC ISP provides layers 4 through 6 and the TCAP provides layer 7 services to the application process.

### C. *Signalling Network Components*

The components of a signalling network are: Signalling Points (SP's) and Signalling Links (SL's). Examples of SP's are Service Switching Points (SSP's), Service Control Points (SCP's), and Signalling Transfer Points (STP's). SP's are signalling network nodes which originate, terminate, or route the signalling messages. The SSP's [16] are exchange offices and are associated with call processing and communicating with application databases. The SCP's incorporate the intelligence of the network by their database control. The STP's are high capacity packet switches which route and transport signalling messages among SP's. The SL's are used to provide communication paths among SSP's, STP's, and SCP's.

A signalling link set consists of a number of signalling links used as a module that interconnect two SP's. *Signalling route* refers to the predetermined path between originating and terminating SP's passing through STP's. *Signalling route set* consists of all the signalling routes between an originating point and a destination point traversed by a message through the signalling network.

## III. Message Transfer Part (MTP)

The MTP is the basic building block for reliable connectionless transport of signalling information within a signalling network. Furthermore, it provides the signalling network management capability in case of failure. The MTP consists of the three elements described as follows.




**Fig. 5.** Signal unit formats: MSU, LSSU, and FISU [4,] fig. 3/Q.703].

*A. Signalling Data Link*

The signalling data link functions are associated with the physical, electrical, and functional characteristics of the signalling path. The signalling data link consists of a full-duplex transparent digital channel operating normally at the bit rate of 64 Kbps[3] and exclusively dedicated to the use of SS No. 7. The transmission path may be based on terrestrial or satellite facilities or a combination of the two. The interface requirements when the digital channel is derived from 1.544 Mbps or 2.048 Mbps digital paths are defined in [17] (for the electrical characteristics) and in [18]-[20] (for the functional characteristics, e.g., for the frame structure).

*B. Signalling Link*

The physical path, provided by the signalling data link, requires functions and procedures as described in the OSI Layer 2 to provide reliable transfer of signalling information between the two signalling points directly interconnected by that signalling data link. The protocol data unit is referred to as the *signal unit* (also known as frame) and consists of the variable length signalling messages originated at the higher layers and the signalling link control information. Depending on the functionality of the signal unit, three types of signal units can be identified. These signal units are referred to as Message Signal Unit (MSU), Link Status Signal Unit (LSSU), and Fill-In Signal Unit (FISU) and their message formats are presented in Fig. 5. The MSU is a signal unit which carries the signalling information from the signalling link user. The LSSU carries the status indication of the signalling link. The FISU carries only the signalling link functional information and is transmitted when there are no other signal units available for transmission and the functional information (error checking, positive and negative acknowledgements, and sequence numbering) is needed. Sending FISU's assists in determining the link quality and taking the necessary actions (for example layer 3 management functions) in a timely manner.

[3]In North America, the standard bit rate may initially be 56 Kbps and will evolve to 64 Kbps. The CCITT Recommendation includes the possibility of using lower bit rates, however for call control the minimum bit rate is specified as 4.8 kbps. Analog channels with modem may also be used.

A functional block diagram of the signalling link is shown in Fig. 6. The functions of the signalling link and the corresponding fields are discussed below. The fields and their functions are somewhat different from those defined in the LAP-B protocol of X.25 [21].

*1) Delimitation and Alignment of Signal Units:* As the signalling information has a variable length, its beginning and ending needs to be indicated. This delimitation is performed by a unique bit pattern (01111110) called the *flag* at the start and end of a signal unit. The closing flag of a signal unit is normally the opening flag of the subsequent signal unit. The flag should not be imitated within any other part of the signal unit. Zero insertion and deletion is used to prevent the flag imitation. In this operation, prior to transmission, a zero is inserted in the bit stream after every five consecutive 1 s. At the receiving end, the original bit pattern is restored by deletion of each zero followed directly by five consecutive 1 s after flag detection and removal.

*2) Alignment of Signal Units:* Alignment is lost either when a disallowed bit pattern due to delimitation (i.e., more than six consecutive 1 s) is received or when a certain maximum length of a signal unit (minimum and maximum of a signal unit is 6 and 279) is exceeded.

*3) Error Detection:* Prior to delimitation of signalling information, 16 check bits (denoted by CK in Fig. 5) are appended to the end of the bit stream for detection of transmission errors. The generation of the check bits is performed using the *modified cyclic redundancy codes* with the well-known generator polynomial $x^{16} + x^{12} + x^5 + 1$ (bit pattern 10001000000100001). At the receiving point, the received signal unit, after applying the delimitation function, deletion of the inserted zeros and separation of check bits (i.e., the bit stream starting after the opening flag up to the beginning of the check bits) is examined using the received check bits and the same generator polynomial to detect any errors in the signal unit. If presence of any errors within the signal unit is detected, the signal unit is discarded and error condition is indicated.

*4) Error Correction:* The signalling link employs the retrans-




**Fig. 6.** Signalling link functional block diagram [4, fig. 7/Q.703].

mission methods for correction of the received signal units in corrupt form. Two methods of retransmission are defined: the *basic method* and the *preventive cyclic retransmission* (PCR) method. The basic method is used in signalling links using terrestrial facilities with one-way propagation delay of less than 15 ms, whereas the PCR method applies to signalling links (or one signalling link within a link set) using transmission facilities with propagation delay of 15 ms or greater (e.g., satellite).[4]

The basic method uses both positive and negative acknowledgements, whereas in the PCR method only positive acknowledgements are present. A positive acknowledgement indicates correct receipt of a signal unit. In either retransmission method, a copy of the signal unit being transmitted is maintained in a retransmission buffer at the sending end until a positive acknowledgement for that signal unit is received from the other end and the message in the retransmission buffer is discarded.

The basic method employs the well-known *go-back-n* approach [22] for retransmission. That is, if a negative acknowledgment is received from the other end indicating the receipt of a specific signal unit in corrupt form, that signal unit and all subsequent signal units are retransmitted. Due to the fact that there is no negative acknowledgment in the PCR method when no new signal units are to be transmitted, the previously transmitted signal units which have not yet been positively acknowledged are cyclically retransmitted.

*5) Sequence Numbering:* Sequence numbering is used to identify and control the sequence of the signal units and for acknowledgment functions. The *Forward Sequence Number*, the 7-bit FSN field in the signal unit, represents the sequence number of the MSU. Similarly, the *Backward Sequence Number*, the 7-bit BSN field in the signal unit, represents the sequence number of an MSU being acknowledged. Each successive MSU increments the last assigned FSN value by 1 using modulo 128. At any time, no more than 127 MSU's may be unacknowledged. Any signal unit other than MSU, i.e., LSSU's and FISU's carries the FNS associated with the last MSU transmitted.

A positive acknowledgment may be sent for correct reception of one or more MSU's, in which case the receiving point assigns the FSN value of the MSU accepted last to the BSN of the subsequent signal unit. An FISU may be the next signal unit when no MSU's are available at the receiving point to carry the assigned BSN value. Timers are also used to indicate the excessive delay in acknowledgments.

[4]In the ANSI standards, the basic and PCR methods apply to signalling links (or one signaling link within a link set) established using terrestrial transmission means and via satellites, respectively.

The Forward Indication Bit (FIB) and Backward Indication Bit (BIB) are used to indicate retransmission and negative acknowledgement, respectively. To transmit a negative acknowledgement for a transmitted signal unit, the BIB value of the transmitted signal unit is inverted and maintained in subsequent signal units until another negative acknowledgement is to be sent in which case the BIB is inverted again. The BSN associated with the negative acknowledgement is taken from the FSN field of the last accepted MSU. The retransmissions are indicated by inverting the FIB value upon beginning of retransmission. This inversion is maintained in subsequent signal units until another negative acknowledgement is received.

Figure 7 shows the association of FSN and FIB in one direction together with the BSN and the BIB of the other direction for each direction of MSU flow. Two cases without and with errors have been presented here to demonstrate the changes.

*6) Length Indicator:* The length indicator (LI) is used to determine the three types of signal units. The length indicator with a value of zero designates the signal unit as FISU. A value of one or two indicates the signal unit as LSSU and any value greater than two indicates the signal unit as MSU. The value of the length indicator represents the number of octets between the end of the LI and beginning of the check bits. When the number of octets exceeds the maximum number presented by the LI, the LI is set to 63.

*7) Signalling Information Field and Service Information Octet:* The Signalling Information Field (SIF) and the Service Information Octet (SIO) are presented in the MSU and use the functionality provided by the signalling link. The SIO is one octet and the SIF consists of an integer number of octets between 2 and 272.

*8) Status Field:* This is a one or two octets field for link status indication carried by LSSU. Six different status indications have been defined which include Out of Alignment, Normal, Emergency, Out of Service, Processor Outage, and Busy (B) status.




**Fig. 7.** The association of FSN and FIB, and BSN and BIB of the two directions.

The status indications above are used in initial alignment of the signal link, processor outage, and flow control.

*9) Initial Alignment:* Upon the first initialization of a link (activation), status information between the two signalling points is exchanged for a specified proving period. This procedure also applies to alignment in restoring a link following its failure. By examining the signal units during the proving, the two end points of the link validate whether the link can carry signal units correctly. The proving period is specified as $2^{16}$ and $2^{12}$ octets transmission time for normal and emergency, repectively.

*10) Signalling Error Rate Monitoring:* The function of signalling error rate monitor is to estimate the signal unit error rate either during the time a link is in service, in which case it provides one of the criteria for taking the link out of service, or during initial alignment.

*11) Processor Outage:* Processor outage refers to situations occurring at functional layers higher than layer two, where signalling messages cannot be transferred to these layers. One example is the failure of a central processor, which does not necessarily affect all signalling links at a signalling point.

*12) Signalling Link Flow Control:* When congestion occurs and is detected at the receiving end of a signalling point, the receiving end periodically transmits an SIB (status indication busy) signal to the other end at an interval T5 (80–120 ms). The first receipt of SIB triggers a timer (T6) (3–6 s). When congestion is ceased, the receiving point stops sending SIB and resumes the normal operation [23]. On the other hand, if the timer T6 expires, the link is declared failed.

### *C. Signalling Network Functions*

The MTP signalling network functions have two purposes. First, they define the protocols for reliable transfer of signalling messages between the nodes of the signalling network, and second, they provide the necessary management actions and procedures to reconfigure the routing of messages through the signalling network in the case of failure and congestion. The two classes of functions are referred to as *signalling message handling* and *signalling network management* and are discussed as follows (see Fig. 8). The MTP signalling network functions reside on top of the MTP signalling link functionality and provide services to the MTP users (SCCP, ISDN-UP, and TUP). The format associated with the signalling network functions (the payload of MSU) is provided in Fig. 9 and the functions of each element are discussed here.

*1) Signalling Message Handling:* Signalling message handling functions include *message routing*, *message distribution*, and *message discrimination*. These functions are necessary to transport a message between two users of MTP over a signalling link or a route (successive signalling links). The segments SIF and SIO incorporate the signalling message handling functions and the user information. The protocol part includes a *routing label* which consists of the user part information plus the addresses of the origination and destination points of the message as well as the routing information. These are referred to as Originating Point Code (OPC), Destination Point Code (DPC), and Signalling Link Selection (SLS), respectively. SLS is used to perform load sharing among a multiplicity of signalling links. The SIO includes a Service Indicator (SI) and a SubService Field (SSF). The SI (4 bits) is used for message distribution (e.g., to a user part such as SCCP, ISDN-UP, etc.) or to support the signalling network management at the destination point (or, in some circumstances for routing). The SSF (4 bits) includes a two bit field (the two most significant bits) referred to as the network indicator and distinguishes between the national and international message types (for example, the label sizes).




**Fig. 8.** Signalling network functions [4, fig. 1./Q.704].




**Fig. 9.** Signalling network message structure.

Addresses of the signalling points are unique binary codes. The standard routing label is 32 bits, comprised of 14 bits for DPC, 14 bits for OPC, and 4 bits for SLS. The international signalling networks should conform to this specification. However, the national networks may be different. For example, in North America, the national routing label is 56 bits. The DPC and OPC are each 24 bits comprised of 3 fields. These are network cluster member, network cluster and network identifier, each 8 bits long.

To send a message on a particular signalling link, the originating signalling point assembles a routing label by using a routing table. This routing table provides information on possible outgoing signalling links for each destination point code. The SLS field provides the capability to distribute the load over the possible outgoing links. Therefore, when the sequence of transmission of a transaction is required to be preserved, the same SLS should be used.

Message discrimination and distribution involves a received message, where it examines its DPC to determine whether the message is destined for the receiving signal point. If so, the SIO is examined by the message distribution function to identify the user part. Otherwise, if the receiving point has STP capability, it directs the message to the routing function. In case the routing function cannot deliver the message, it would generate a signalling network management message (in this case, a transfer-prohibited message).

*2) Signalling Network Management:* The signalling network management is comprised of *signalling traffic management*, *signalling link management*, and *signalling route management*. These functions perform the internal network management of the signalling network and traffic in the case of failure or congestion. Failure may involve the signalling points, signalling transfer points, and links. Specific procedures have been defined to change the network configuration or restore the normal configuration upon availability of the faulty links or signalling points. General conditions that change the status of the network components have been presented in Table 1 and the procedures for signalling traffic management, signalling link management, and signalling route management have been given in Tables 2–4, respectively.

**Table 1** Signalling Network Management Status

| | | | |
|---|---|---|---|
| Signalling point | Available | Unavailable | |
| Signalling link | Available | Unavailable | |
| | Activated<br>Restored<br>Unblocked<br>Uninhibited | Deactivated<br>Failed<br>Blocked<br>Inhibited | |
| Signalling route | Available | Unavailable | Restricted |
| Signalling route set | Congested | Uncongested | |

## IV. Signalling Connection Control Part

Signalling Connection Control Part (SCCP) enhances the functionality of the MTP in several areas. These areas include connection-oriented services (logical signalling connections), connectionless control, routing, and management. The SCCP functions are used for the transfer of circuit related and noncircuit related information. Network Service Part (NSP), which includes the SCCP and MTP, provides the OSI layer 3 functionality. Figure 10 presents the basic structure of SCCP. SCCP provides the following services: basic connectionless class, sequenced MTP connectionless class, basic connection-oriented class, flow control connection-oriented class.

**Table 2** Signalling Traffic Management Procedures

| Procedure | Function |
| --- | --- |
| Changeover | Ensures that signalling traffic carried by a link that becomes unavailable is directed to alternative links while avoiding loss, duplication or missequencing |
| Changeback | Ensures that signalling traffic carried by alternative links is diverted to the link made available, while avoiding loss, duplication or missequencing |
| Forced rerouting | Ensures restoration of signalling capability between two signalling points towards a particular destination, in such a way as to minimize the consequences of failure |
| Controlled rerouting | Restores the optimal signalling routing and minimizes message missequencing |
| Signalling point restart | Restarts a signalling point when it becomes available by using Traffic Restart Allowed message and activates all signalling links of that signalling point |
| Management inhibiting | Is requested by management for maintenance and testing of a signalling link |
| Signalling traffic flow control | Limits signalling traffic when the signalling network cannot transfer all signalling traffic offered by the user due to network failures or congestion |

**Table 3** Signalling Link Management Procedures

| Procedure | Function |
| --- | --- |
| Signalling Link activation restoration, and deactivation | Either signalling initial alignment, or deactivation process applies |
| Link set activation | To activate a specified number of signalling links for the link |
| Automatic Allocation of signalling terminals and signalling data links | Signalling terminals may be allocated automatically to a signalling link |

**Table 4** Signalling Route Management Procedures

| Procedure | Function |
| --- | --- |
| Transfer controlled | Performed at an STP for messages relating to a given destination, when it has to inform one or more originating SP's to restrict or no longer send messages of given priority or lower. |
| Transfer prohibited | Performed at a signalling point acting as an STP for messages relating to a given destination, when it has to notify one or more adjacent SP's that they no longer route via the affected STP. |
| Transfer allowed | Performed at an SP, acting as an STP when it has to notify other adjacent SP's, that they may reroute to it. |
| Transfer restricted | Performed at the STP for messages relating to a given destination, when it has to notify one or more adjacent signalling points that they should, if possible, no longer route via that STP. |
| Signalling-route-set-test | Used at an SP to test whether or not signalling traffic towards a certain destination may be routed via adjacent STP. |
| Signalling-route-set-congestion test | Used at an originating SP to update the congestion status associated with a route set towards a certain destination. |




**Fig. 10.** Basic structure of SCCP [4].




**Fig. 11.** SCCP message structure.

The format of SCCP is presented in Fig. 11. In the SIO field the designation of the SCCP use is given (0011 as the code). The SIF part includes the following: the routing label, the message type codes, the mandatory fixed part, the mandatory variable part, and the optional part. Figure 12 presents the detailed format of the SCCP messages.




**Fig. 12.** Detailed SCCP message format [4].





AIPC00004685

The connection-oriented services (virtual circuit capability) of the signalling connection control include the three phases of connection establishment, data transfer, and connection release. The connection establishment involves the SCCP routing function, in addition to MTP routing. An important characteristic of SCCP is the global title routing. The SCCP routing, in both connectionless and connection-oriented service, includes a translation function which maps the SCCP address parameter from a global title (i.e., global title translation (GTT)), (e.g., dialed digits) to, for example, a point code and a subsystem number. (Subsystem Number (SSN) is a subaddress which identifies an SCCP user function.) This function in the OSI model is equivalent to the network-service-access-point (NSAP).

The global address routing is used when the originating node does not have the network address of the destination point. This function is needed in a variety of applications (for example 800 number). For example, in global title routing, the signalling message comprised of a DPC and a global title is routed to an STP, designated by its DPC. At the STP the global title address is translated into a DPC and an SSN where, subsequently, this DPC is used for network routing (i.e., the signalling point) and the SSN to identify the service at the signalling point. There are four types of global title routing designated by the global title indicator of the address indicator. They deal with aspects such as numbering plan and encoding scheme.

The SCCP management provides procedures for rerouting or throttling traffic when there is failure or congestion of the network. These functions are based on either signalling point status management or subsystem status management. The SCCP management procedures apply to both the connection-oriented and the correctionless services of the SCCP. These procedures use the information provided in the primitives or in SCCP management messages on failure, recovery, and congestion associated with MTP or subsystem, respectively. The management information messages make use of SCCP connectionless services for transfer.

## V. ISDN User Part

### A. Protocol

The ISDN User Part (ISDN-UP) protocol [24] provides call-related services in support of ISDN. The protocol supports the basic bearer service and supplementary services. The basic bearer support includes the establishment of circuit-switched network connections between exchanges, as well as supervision and release of these conditions. Examples of the supplementary services include *calling line identification* (presenting or restricting calling party's number to the called party), *call forwarding*, and *user-to-user signalling* (transfer of signalling information within ISDN-UP message during call set up and clearing).

The ISDN-UP accesses the MTP directly or via the SCCP to transfer the signalling information between the user parts. When using the MTP directly (the message handling function of the MTP), which is normally the case for simple call setup and release and some supplementary services, the SIO field will indicate the ISDN-UP (coded as 0101), and the SIF will contain the routing label (DPC, OPC, and SLS) and ISDN-UP message. The ISDN-UP message consists of a Circuit Identification Code (CIC) field (for referencing a particular circuit), message type, and the parameters. The format of the ISDN-UP message is given in Fig. 13. When the interfacing of the ISDN-UP is with the SCCP, the SIO, the routing label, and the CIC are not included in the SCCP user data parameter passed between the two.

The message type code is a one octet field which uniquely defines the function and format of each ISDN-UP message. For example, the Initial Address Message (IAM) type is coded as 00000001, and the Address Complete Message (ACM) and Answer Message (ANM) types are coded 00000110 and 00001001, respectively. These messages are defined later.




**Fig. 13.** The ISDN-UP message format [5].

The *mandatory fixed part* refers to a set of predefined fixed-length parameters for a particular message type. The *mandatory variable part* refers to a set of predefined variable-length parameters with pointers for a particular message type. The pointers (one octet) indicate the beginning of each parameter and all are sent successively at the beginning of the mandatory variable part (including a pointer indicating the beginning of the optional part). The length of each parameter is included in itself as the parameter length indicator prior to the contents of the parameter. However, the number of mandatory parameters is uniquely defined for each message type. The *optional part* consists of name (one octet), length indicator (one octet), and the content of a set of parameters, fixed length and variable length, that may or may not be present in any particular message type.

### B. ISDN-UP Messages

The ISDN-UP functions at two exchanges communicate with each other using the ISDN-UP message format described above. There is a large set of predefined message types where each message type performs a specific function. Table 5 provides a sample list of the messages used in call setup and release. Only fixed and variable mandatory parameters have been specified. However, each message type may include fixed, variable, and optional parameters. For example, Fig. 14 presents the IAM with mandatory fixed and variable parameters.

### C. Call Setup and Clearing

Using the message definition of Table 5, we present the general call setup and clearing in Fig. 15. The calling party initiates a call which generates an ISDN-UP message at the originating exchange. (As we are concerned with the backbone network, we assume that somehow the appropriate messages are sent and received at the two ends of the exchange office to or from their corresponding subscriber parties. For example, using ISDN access signalling, which is the recommended access signalling[5], the call initiation is performed by sending a *setup* message.) The signal-

[5] In the ANSI standards, this is not constrained to the ISDN access signalling.

**Table 5** ISDN-UP Messages

| ISDN-UP Message | ABR | Direction | Purpose | Parameters (Mandatory) Fixed or Variable (Octet) |
|---|---|---|---|---|
| Initial Address Message | IAM | Forward | To initiate call setup by reserving an outgoing trunk, and to carry the trunk code, number, and other information about routing and handling of the call | Message type, Nature of connection indicators, Forward call indicators, Calling party's category, Transmission medium requirement, Called party number (10-17) |
| Address Complete Message | ACM | Reverse | To indicate the complete receipt of the called party address at the final destination exchange | Message type, Backward call indicator, (3) |
| Answer Message | ANM | Reverse | To indicate the call has been answered | Message Type (1) |
| Continuity Message | COT | Forward | To verify the successful completion of a continuity-check of the communication path between the exchanges | Message type, Continuity indicators (2) |
| Release Message | REL | Either | To indicate that the circuit is being released | Message type, Cause indicators (4-X) |
| Release Complete | RLC | Either | To respond to REL and indicate ready for reseizure | Message type (1) |




**Fig. 14.** An example of the IAM message with mandatory fixed and variable parameters.




**Fig. 15.** Message flow for ISDN-UP basic setup and release.

ling normally takes place by transmitting an IAM to transit exchanges and finally to the destination exchange in a tandem fashion. In this case, each IAM from one exchange to the next one carries the necessary information regarding the call and the selected trunk. However, there is also a possibility for an end-to-end basis for exchange of information, particularly when the originating exchange needs to obtain information regarding the availability of the called party or available trunks to complete the call at the other end. The message flow in Fig. 15 is followed until a communication path is established between the two subscribers (when the call is successful). Normally, between three and five messages are used (at each originating, transit or destination exchange) for setting up a path. After the data transfer phase (conversation) is completed, the circuit is released by one of the exchanges sending a REL message. Normally two messages are used for clearing a call.

## VI. Transaction Capabilities

The Transaction Capabilities (TC) protocol provides control and transfer of noncircuit-related information between two nodes in a network. For example, using TC, the signalling information can be exchanged between two exchanges, or an exchange can access a database for number translation. Additionally, a wide range of applications have been identified as TC users. These include applications in mobile telephony services (for example location of mobile roamers), ISDN supplementary services, and operation and maintenance. Transaction capabilities consist of Transaction Capability Application Part (TCAP) and Intermediate Service Part (ISP). The TCAP layer functions correspond to those residing in the OSI layer 7, whereas the ISP will provide the OSI functionality corresponding to layers 4 through 6. Figure 16 shows the services provided by the SCCP for use by the TCAP.




**Fig. 16.** Connectionless and connection-oriented TCAP structures.

Both connectionless and connection-oriented services are represented in this diagram. The former directly uses SCCP services while the latter uses the ISP services. The TC-users are categorized as either interactive or bulk data applications. The interactive applications (delay sensitive short size data) use connectionless services of TC, whereas the bulk interactive applications (delay tolerant large volume of data) use connection-oriented services of TC.

### *A. Transaction Capability Application Part*

The TCAP[6] is the highest layer based on the SS No. 7 protocol. Examples of applications that use TCAP include toll-free service requiring database access and translation, calling card and credit card validations, directory services, and any other service that may require a query/response type of interaction or bulk data transfer. The generic services to applications that TCAP is expected to provide are independent of these applications.

In the OSI model, the communication between the Application Processes (AP's) (an AP is defined as a range of functions and features in support of particular network requirements) takes place by interactions between the Application Entities (AE's). The AE is a part of the application layer representing the communication function of the AP. An AP may be represented by one or more AE's whereas an AE may represent only one AP. An AE consists of one or more Application Service Elements (ASE) which are used for interactions between AE's. TCAP is essentially an ASE and it is possible to have other ASE's using the service provided by TCAP.

The Association Control Service Element (ACSE) provides interactions between two application entities (AE's) communicating by means of presentation connection using at least the presentation service kernel unit. The interactive applications in the OSI model are defined under the Recommendations X.219 [21] which include the CCITT OSI applications for remote operations. In X.219, remote operations are carried out within the context of an application association built over a presentation connection.[7] In TCAP the remote operations are carried out in the context of a connectionless network layer service. The transaction sublayer serves the purpose of the ACSE and establishes a pseudo association by directly using the connectionless network layer service provided by the SCCP.

### *B. TCAP Message Structure*

The TCAP is composed of two sublayers: the Component sublayer and the Transaction sublayer (see Fig. 17). Units of information may be found in both sublayers. The Component sublayer provides facilities to request an *operation* (an action to be performed by the remote end), request a *reply* or establish a *dialogue*.[8] The Transaction sublayer provides the capability for the exchange of components between two TC-users. Each unit of information, within the TCAP message has the same general structure. This unit is further divided into three basic subunits: an Identifier field, a Length of Contents field, and a field containing the Contents itself.




**Fig. 17.** TCAP message structure.

The Identifier identifies what information is about to follow. The Length of Contents field is coded to indicate how many octets of useful data is about to follow in the Contents field. It obviously does not include the Identifier or itself. Finally, the information/data is included in the Contents field. The Contents field of each unit of information may be categorized as either *constructor* or *primitive*. If the Contents field is a constructor, its Contents field can contain further "triplets" or information units. TCAP allows unlimited nesting capability. If the Contents field contains no more "triplets," it is referred to as a primitive, i.e., it contains only one value of information.

[6]The ANSI standards defined under T.114.4 [28] include minor variations in several areas (the Transaction sublayer, the Component sublayer and the encoding of messages) from those defined by the CCITT in the Blue Books [6].

[7]Unless an application context definition includes Reliable Transfer Service Element (RTSE).

[8]In the ANSI standards, Query, Conversation, and Response are used.

The TCAP message structure does not make use of pointers. This type of message architecture has a high degree of overhead but has the advantage of allowing distributed processing. Thus in forming a TCAP message, each unit of information can be constructed or assembled separately. When several units are assembled, they may be housed together in a constructor and finally, the entire TCAP message would be assembled in one constructor. The Identifier and Length of Contents field can comprise more than one octet each. The TCAP formatting allows for an extended format to overcome the limitation of the SS No. 7 messages (the maximum SIF size of 272 octets).

The TCAP message, structured as a single constructor information unit, can be divided into portions—a Transaction Portion that contains information units sent by the Transaction sublayer and a Component Portion that contains information used by the Component sublayer. The Component Portion is nothing but the Contents field of an information unit housed in the Transaction Portion. The Component Portion can contain more than one Component and each of these is a constructor information unit as shown in Fig. 18. The blocking of components in TCAP messages (i.e., remote operations) does not exist in the OSI model [21], [25].




**Fig. 18.** Structure of TCAP information unit.

The various message types that are supported under the umbrella of the Transaction Portion are Unidirectional, Begin, End, Continue, Abort (by service Provider), and Abort (by service User). The Component types that are supported under the umbrella of the Component Portion are Invoke, Return Result (Last and Not Last), Return Error, and Reject. The use of Transaction Portion and Component Portion fields within the context of a TCAP message, the flow of TCAP messages and the exchange of components are described as follows.

Figure 19 presents an example of the flow of TCAP messages, identified by the TCAP Message Type. Node A could begin a




**Fig. 19.** An example of the flow of TCAP messages.

Message with a BEGIN (Originating Transaction ID = X). Node B could respond with a CONTINUE (Originating Transaction ID = Y, Destination Transaction ID = X). Note that in a CONTINUE Message, the Destination Transaction ID is in fact a reflection of the received Originating Transaction ID. If node B could formulate a reply for the TCAP message received from node A without requiring further information from node A, it could respond with an END (Originating Transaction ID = X). Exchange of information, and in fact Return Result Component Types, could continue between the nodes until all Invoke Components have been replied to. The final message that ends the TCAP dialogue is an END Message Type and the result contained in it will be final by nature. In this case, the TCAP dialogue has terminated with node A responding to an Invoke Component received in a CONTINUE Message from node B.

Figure 20 presents an example of the flow to TCAP Components, identified by the Component Types. Node A has initiated




**Fig. 20.** An example of TCAP component flows.

a TCAP message with two Invoke Components (with two distinct Invoke ID's, "$a$" and "$b$"). Node B then responds with a CONTINUE message with a Return Result—Not Last Component (Invoke ID = $a$, which is a reflection of the Invoke ID in the received TCAP message). Node B also sends another CONTINUE Message, two Components, Return Result L (Invoke ID = $b$, reflecting the ID in the received Invoke) and an Invoke (Invoke ID = $x$, Linked ID = $a$) indicating that this is a Linked Invoke or Child Invoke to a previous Invoke Component. Node A finally responds to an END. The only Component contained in it is the Return Result—Last (Invoke ID = $x$).

## VII. TC Users

The TC users reside above TCAP, The application layer protocols include AE's and ASE's. The AE's provide the communication function of an application process where the ASE's are their components. The Operations, Maintenance and Administration Part (OMAP) is one example of a TC user with one ASE in addition to TCAP.

## VIII. Performance

The performance objectives for SS No. 7 have been specified, taking into account meeting the requirements of various supported users, signalling traffic features and the transmission media characteristics. The performance requirements have been defined by a number of parameters for each SS No. 7 functional component. These include the performance specification for MTP [4, Q.706], SCCP [4, Q.716], applications using TUP [5, Q.725], and applications using ISDN-UP [5, Q.766]. In the following, we elaborate on the performance of the MTP further, as it pro-



AIPC00004689

vides the basis for transport of both call control and distributed processing applications, therefore a determining factor in their performance objectives. The MTP performance includes availability, message error loss and missequencing, message transfer times, and traffic throughput.

The availability objective is defined as the unavailability of a signaling route set which in a year should not exceed 10 min. A partitioning of this requirement can be an unavailability of no more than 3 min per year for each of the two user interface segments, an unavailability of no more than 2 min per year for each of the two network access segments, and a negligible amount for the backbone network segment. The backbone performance requirement is normally achieved by replication of the nodes and links.

The message error, loss, and missequencing requirements have been defined based on the signalling data link bit error rates of less than $10^{-6}$ and $10^{-4}$ for long term and medium term, respectively [32]. These include an undetected signal unit error rate of less than $10^{-10}$, out-of-sequence and duplication of message rate of less than $10^{-10}$, and loss message rate of less than $10^{-7}$. There are other parameters for example resulting from management functions which have impact on the performance of MTP. However, they are not specified as strict requirements. For instance, changeover will be initiated when burst signal unit errors of approximately 128 msec occur (which results in loss of alignment). Similarly, changeover will be initiated when random signal unit errors occur at a rate exceeding $4 \times 10^{-4}$ [4, Q.704 and Q.703].

The message transfer time components include propagation times of the signalling data links, queueing delays and retransmission delays, and message handling times. The queueing delay is incurred due to buffering of messages prior to sending them over the signalling links. The queuing delay depends on the selected retransmission method (basic or preventive cyclic retransmission method). Figure 21 shows the mean total queueing delay for basic error correction as a function of MSU traffic loading with mean MSU length of 15 octets over a signalling data link of 64 Kbps and a round trip propagation delay of 30 ms [4]. The




**Fig. 21.** Mean total queueing delay for basic error correction as a function of MSU traffic loading (signaling data link is 64 kbps, mean MSU length is 15 octets and round trip propagation delay is 30 ms. [4,] fig. 4/Q.706].

message handling time at the signalling points consists of MTP sending time at the originating signalling point (MTP transmit processing delay), MTP receiving time at the destination signalling point (MTP receive processing delay), and may include message transfer delay at the signalling transfer points. The MTP overall transfer time consists of the MTP send time, MTP receive time, overall propagation time, message transfer times of the STP's involved, and any additional queueing delay due to errors.[9]

The traffic throughput depends on the traffic characteristics presented at the signalling channel and therefore there are no specific recommendations. In practice, the links are normally engineered to handle the peak traffic load and, in the case of failure, to maintain the incurring message delays within the predefined allocation.

## IX. STP Implementation

In this section, we present some sample implementations of STP's. In comparing the STP's with packet switches based on other protocols, one can notice the significantly higher switching rate for the STP's. This high rate is achieved by the hardware architectures to reduce the time for passing messages. Furthermore, these switches are designed to meet a high availability and reliability objective.

The DSC Communication's STP [29] referred to as MegaHub STP implements the MTP and the SCCP. Figure 22 presents a




**Fig. 22.** Functional block diagram of DSC's STP.

functional block diagram of this STP which is comprised of the three major building elements of Message Transport Network, Administration and Maintenance Cluster, and Signalling System Clusters. Up to 30 Signalling System Clusters can communicate over a very high-speed bus called Message Transport Network. Each Signalling System Cluster can be configured with a maximum of 24 links. Each Signalling System Cluster consists of the Serial Communications Interface (SCI), the Common Channel Distribution (CCD) Processors, and a Transport Node Controller. The Serial Communications Interface performs MTP level 1 and 2 functions. The CCD Processors serve as a pooled resource (up to 8) to perform MTP routing and distribution, SCCP connectionless message routing and control, SCCP GTT, and gateway message screening. The Transport Node Controller (TNC) performs exchange of messages among processors within a Signal-

[9]The queueing delays when there are no disturbances are included in the message handling times at the signalling points and the signalling transfer points.





AIPC00004690




**Fig. 23.** Functional block diagram of AT&T's 2A STP.

ling System Cluster or between other TNC's, and maintenance functions for a cluster. The Administration and Maintenance Cluster performs a number of functions relative to system operation and management of STP. These include interface to support system, man–machine interface, and collection of measured data and statistics.

AT&T's STP [30] known as 2A STP is shown in Fig. 23. Unlike the DSC's STP, AT&T's implementation is based on a dual ring. The 2A STP consists of four major functional parts: Link Nodes, Ring Peripheral Controller (RPC), Token ring, and Central Processing Unit. The Link Nodes provide the SS No. 7 link interface to the ring. Messages arriving on a signalling link are routed over the ring to another signalling link using the Link Nodes. That is, the routing function is provided without messages reaching the central processor. For global title translation, the path is via the central processor. The RPC nodes provide interface to the 3B20D Processor. The message routing to and from the 3B20D Processor is performed by RPC nodes. The administration and maintenance support is provided through the 3B20D via a number of interfaces.

The Northern Telecom's STP (DMS-STP) has an architecture close to the DSC's. Figure 24 presents the DMS-STP [31], [33]




**Fig. 24.** Functional block diagram of Northern Telecom's STP.

which is also known as part of the Supernode. This STP consists of the following major functional parts: DMS-CORE, a DMS-BUS, and a number of SS No. 7 Link Interface Units (LIU7's). The DMS-CORE provides MTP and SCCP management functions, operations support system, and maintenance system. The DMS-BUS is a high speed communication bus which interconnects a number of clusters and performs switching of messages among clusters. LIU7's provide interface to SS No. 7 links and perform MTP routing, SCCP routing, global title translation, and gateway screening. Up to 24 LIU's interconnected via a local message switch make up a Link Interface Module (LIM). Routing and global title translation of messages arriving at an LIU7 of a LIM and destined to a signalling link on a different LIM are performed at the arriving LIU 7 and are sent over the DMS-BUS.

## X. Conclusion

Signalling networks based on common channel signalling system number 7 are emerging rapidly as they provide transport vehicles for intelligent network services in addition to basic call processing in the existing backbone networks or the transit networks of the ISDN. Here our focus was to provide a conceptual framework in order to describe a large number of functions performed by this protocol and consider in some detail the elements of this protocol and its unique attributes. Signalling networks are finding their own place in the local or long-haul telecommunications networks, as they could integrate a variety of control services including billing and administration of the networks. Furthermore, developments of transaction-based services will introduce a spectrum of new applications and may change the initial characteristics of the common channel signalling networks. It is expected that not very far in the future, the majority of calls made will require at least one database access before the call is delivered. The protocol has been designed with two objectives in mind, the ability to provide high performance as well as reliability. The well defined capabilities of the protocol to respond to possible processor or link failures and congestion have made common channel signalling system number 7 well accepted in the telecommunications industry.

## Acknowledgment

The author would like to thank Bur Goode and Ray Piplani of IBM, Per Dahlman of Infonet Technologies, and reviewers at Bellcore for their comments.

REFERENCES

[1] Amos E. Joel, Jr., "Switching technology from Strowger switch to SPC," The Plenary Session of ISS'90 Stockholm, Sweden, May 1990.
[2] W. C. Roehr, Jr., "Inside SS no. 7: A detailed look at ISDN's signalling system plan," *Data Commun.*, pp. 120–128, Oct. 1985.
[3] G. G. Schlanger, "An overview of signaling system no. 7," *IEEE J. Select. Areas in Commun.*, vol. SAC-4, May 1986.
[4] CCITT Blue Book Recommendation Q.700-716, vol. VI, Fascicle VI.7, Specifications of Signalling System Number 7, 1989, Geneva.
[5] CCITT Blue Book Recommendation Q.721-766, vol. VI, Fascicle VI.8, Specifications of Signalling System Number 7, 1989, Geneva.
[6] CCITT Blue Book Recommendation Q.771-Q.795, vol. VI, Fascicle VI.9, Specification of Signalling System Number 7, 1989, Geneva.
[7] A. Modarressi, R. Skoog, and S. Boyles, Guest Eds. "The role of signaling system no. 7 in the global information age network," *IEEE Commun. Mag.*, (Special Issue), vol. 28, July 1990.
[8] R. Betts, R. Drignath, and M. Langenbach-Belz, "What makes a network intelligent?," in *Proc. First Int. Conf. Intelligent Networks*, Bordeaux, France, Mar. 1989, pp. 1–6.
[9] P. Ralph and V. Stoss, "The evolution of Intelligent Networks," in *Proc. First Int. Conf. Intelligent Networks*, Bordeaux, France, Mar. 1989, pp. 39–43.
[10] B. Goode, "Intelligent Network Evolution," in *Proc. IEEE Workshop on Networks*, George Mason University, Fairfax, VA, Apr. 1989.
[11] Advance Intelligent Network (AIN) Release 1 Baseline Architecture, Bellcore SR-NPL-001555, issue 1, Mar. 1990.
[11] Advance Intelligent Network (AIN) Release 1 Baseline Architecture, Bellcore SR-NPL-001555, issue 1, Mar. 1990.
[12] "Operator services systems generic requirements," Bellcore TR-TSY-000271: LIDB & LSDB Sec. 10.6, 22.3, 22.4, OSSGR, issue 1, Dec. 1985, revision 3, Mar. 1988.
[13] H. Lindqvist, "The future of roaming services and cellular networking," in *Proc. Nat. Commun. Forum*, vol. XXXXI, Sept. 1987, pp. 923–926.
[14] "Broadband aspects of ISDN, baseline document," T1S1 Tech. Subcommittee Rep. T1S1.1/89-395, Sept. 1989.
[15] S. Minzer, "Broadband ISDN and asynchronous transfer mode (ATM)," *IEEE Commun. Mag.*, vol. 27, pp. 17–24, Sept. 1989.
[16] "Database Services," Bellcore TR-TSY-000533, LSSGR, Issue 2, July 1987.
[17] CCITT Recommendation G.703, Physical/electrical characteristics of hierarchical digital interfaces, vol. III.
[18] CCITT Recommendation G.704, Functional characteristics of interfaces associated with network nodes, vol. III.
[19] CCITT Recommendation G.733, Characteristics of primary PCM multiplex equipment operating at 1544 kbit/s, vol. III.
[20] CCITT Recommendation G.736, Characteristics of digital multiplex equipment operating at 1544 kbit/s, vol. III.
[21] CCITT Blue Book Recommendations X.200 Series, vol. VIII, Fascicle VIII.4, Data communications network: Open systems interconnection (OSI)—Model and notation, service definition. Recommendation X.200-X.219, 1989, Geneva.
[22] M. Schwartz, *Telecommunication Networks*. Reading, MA: Addison-Wesley, 1988, ch. 4, pp. 127–156.
[23] B. Jabbari, "Routing and congestion control in signalling networks," Network Performance Lab., George Mason Univ., Tech. Rep., to be published.
[24] H. R. Appenzeller, "Signaling system no. 7 ISDN user part," *IEEE J. Select. Areas Commun.*, vol. SAC-4, p. 366, May 1986.
[25] B. Jabbari, A. Merchant, and R. Piplani, "Comparison of CCITT application layer protocols: X.219 and Q.771-775," Network Performance Lab., George Mason Univ., Tech. Rep., Mar. 1990.
[26] P. Distler, "Le système signalisation par canal sémaphore CCITT no. 7-premier bilan et perspective," *L'Écho des Recherches*, no. 134, 1988.
[27] L. Bower, and F. Tanaka, "Intelligent network control of private virtual network service using the service control point," in *Proc. First Int. Conf. Intelligent Networks*, Bordeaux, France, Mar. 1989, pp. 31–33.
[28] ANSI for Telecommunications Signalling System Number 7, Transaction Capability Application Part (TSCAP), ANSI T1.114, 1988.
[29] MEGAHUB STP-Signal Transfer Point System Description, DSC Communications, 1990.
[30] D. C. Donohoe, G. H. Johannessen, and R. E. Stone, "Realization of a signaling system no. 7 network for AT&T," *IEEE J. Select. Areas Commun.*, vol. SAC-4, p. 1257, Nov. 1986.
[31] M. Langlois and B. Sembi, "DMS supermode: Cornerstone of a CCS7 network," BNR telesis, 1988-Two.
[32] CCITT Recommendation G.821, Error Performance on an international digital connection forming part of an ISDN, vol. III.
[33] BNR Miscellany, "DMS-100 family common channel signalling," July 1987.





**Bijan Jabbari** (Senior Member, IEEE) received the B.S. degree from Arya-Mehr University, Tehran, Iran in 1974, the M.S. and Ph.D. degrees in electrical engineering from Stanford University, Stanford, CA in 1977 and 1981, and the M.S. degree in engineering-economic systems, also from Stanford University, in 1979.

From 1979 to 1981 he was with Hewlett-Packard. From 1981 to 1983 he was an Assistant Professor at Southern Illinois University, Carbondale, IL. From 1983 to 1985 he was with Satellite Business Systems (now MCI Telecommunications), McLean, VA, where he managed programs on systems requirements definition, system specification, and architecture of the SBS next generation communications system. In 1985, he became Director at M/A-COM Telecommunications for development of Advanced Data Communications Networks. In 1988, he joined the School of Information Technology and Engineering at George Mason University, Fairfax, VA, where he is currently Associate Professor of electrical and computer engineering. His research activities include architecture and protocols for high speed packet communications, signalling protocols for telecommunication networks, broadband communications, and modeling and performance evaluation of computer networks. He is the former chairman of the IEEE Information Theory Group in Washington, DC and Northern Virginia. He is also the coeditor of the special issue on Architectures and Protocols for Integrated Broadband Switching of the IEEE Journal on Selected Areas in Communications.

Dr. Jabbari is the recipient of the 1983 Engineering Foundation's Research Initiation Grant, awarded to the best proposal written by the starting faculties. He is also a member of Eta Kappa Nu and the Association for Computing Machinery.