| |
|---|
| Also see Jones Decl., Ex. 1002, ¶87. |

| **15. The method of claim 1, wherein the transmission comprises signaling messages.** |
|---|
| "The discount long distance voice messaging requires that each UniPost Access Node is able to accept and digitize voice calls.... As with long distance facsimile calls, the call originator will dial the local UniPost Access Node and enter his account and the number of the recipient. The UniPost Access Node will establish a packet data path between the originating UniPost Access Node and the destination UniPost Access Node closest to the recipient. The destination UniPost Access Node will then place a local call to the recipient and deliver the voice message." (Gordon, Ex. 1005, 9:5-17.)<br><br>"[T]he system can ***also*** utilize other technology for forced delivery of any communications. This typically involves a signal being sent to the subscriber which is ***not necessarily a telephone based signal***." (Gordon, Ex. 1005, 9:34-35,50.) |

Signaling refers to "the exchange of control information between two points in a network that establishes, maintains, and removes a connection." (Jones Decl., Ex. 1002, ¶48, citing Ramteke, Ex. 1014, p. 58.) The signaling functions of local public switched telephone network 10 of Gordon provide a format and a timing of signals (related to the voice transmission) to establish a phone call between the Toronto and Tokyo telephone sets of Figure 5. (Jones Decl. ¶¶65-66.) Signaling messages are inherently present in a PSTN of Gordon and would necessarily have been converted and transmitted across the Global Internet System, then further converted for use by the destination PSTN to complete a call from the calling party to the called party. (Jones Decl., Ex. 1002, ¶88.) Thus, the transmissions of Gordon includes signaling messages.

As the foregoing claim charts illustrates, every element of claims 1-9 and 11-15 is either explicitly disclosed by Gordon or would have been understood by a PHOSITA to be an inherent feature of Gordon. As such, there is no patentable invention recited in any of claims 1-9 and 11-15, and these claims are anticipated by Gordon under 35 U.S.C. § 102(e).

### 2. Ground 2: Claim 6 is Rendered Obvious by Gordon in view of Iwami

The owner of the '879 patent may argue that claim 6 is not anticipated by Gordon, because the claimed "second access device" requires a user (i.e., the called party) to be co-located with the second access device and because a called party is not co-located with the Tokyo UniPost Access Node of Gordon. To the extent that such an argument is persuasive, claim 6 would be obvious over Gordon in combination with Iwami.

In support of such an argument, the patent owner may point out that the '879 patent provides that "contact can be made from regular telephone to the laptop converting and routing the voice over data to ***the laptop on which it is converted back into voice***." ('879 patent, Ex. 1001, 6:5-8, emphasis added.) The '879 patent explains that "***[i]f the calling party location uses a laptop computer and thus connects directly with the data network 20 and bypasses the central local node,*** the path of communication would still pass through either the central office 22 or

the central local node 24 before reaching the called party access device 14." ('879 patent, Ex. 1001, 14:4-8, emphasis added.)

Under that theory, the '879 patent teaches that a laptop computer can be connected directly to the data network to receive a call. In the context of claim 1, the laptop computer converts internet protocol to voice. For this interpretation to work, the term "telecommunication protocol" must be interpreted to include mere voice signals (without requiring any conversion to telephone signals as is disclosed in embodiments described by the '879 patent).

Under this alterative interpretation of telecommunication protocol, Iwami discloses the limitation of claim 6. (Jones Decl., ¶92.) Specifically, Iwami teaches transmitting voice communications between a telephone 2 connected through a public telephone network 3 and a terminal 10 connected through a LAN 1. (*See* Iwami, 1:55-60, 11:19-25, 12:52-59.) Iwami's system encodes the voice communication received from the telephone through the public telephone network into packets and transmits the packets through LAN for reception at terminal 10. Terminal 10 converts the packets into a voice output signal, as detailed below, with reference to the components of terminal 10:

> "***[E]ncoded voice information*** transmitted from the communication terminal on the transmission side through the LAN 1 is read into the memory 13 from the LAN communication controller 14, subjected to voice

> communication control processing, and ***inputted to the voice decoder 15 which decodes the encoded voice information inputted thereto. The decoded voice information is inputted to the voice output unit 16. In this way, the received voice is outputted.***" (Iwami, Ex. 1006, 7:32-40, emphasis added.)

A PHOSITA would have found it obvious to modify Gordon's system to deliver internet protocol transmissions to a terminal on Global Internet System 4 as taught by Iwami and to perform protocol conversion at the terminal to deliver voice communication to a user of the terminal. Doing so would be nothing more than the application of a known method of data communication to achieve the predictable result of enabling voice communication with user devices directly connected to a data network. (*See* Iwami, 1:30-35.) There are no unexpected results in the '879 patent based on performing a conversion at a user device. Furthermore, one of ordinary skill in the art would have found it obvious to try conversion at the user device as one of a finite number of identified solutions to the problem of communicating with devices directly connected to a data network. (Jones Decl., Ex. 1002, ¶¶90-94.)

Therefore, it would have been obvious to combine Iwami with Gordon to arrive at claim 6 of the '879 patent.

### 3. Ground 3: Claims 8-12 are obvious over Gordon in combination with Kobayashi

To the extent that the Board is not persuaded by Petitioner's explanation in Ground 1 that Gordon inherently discloses claim 8, then Kobayashi expressly discloses the limitations of claim 8 as illustrated in the claim chart below. Thus, every element of claims 8-12 is taught or suggested by Gordon in combination with Kobayashi. And, claims 8-12 are unpatentable over Gordon in combination with Kobayashi under 35 U.S.C. § 103.

| **8. The method of claim 1, further comprising the step of selecting a route for the transmission based on at least one criteria defined by user preference.** |
|---|
| "[An] object of the present invention is to provide a private branch exchange system capable of automatically selecting an optimal communication route on the basis of conditions dependent on the respective tenants coupled to the private branch exchange." (Kobayashi, Ex. 1007, 3:20-25.)<br><br>"The tenant table 121 registers information on which trunk (i.e., each trunk corresponds to the respective route) should be used for each of the tenants A, B and C. Such information is indicated by "1". For example, the tenant table 121 shows that the tenant A can use the trunks #1, #2 and #3. This means that the ***tenant A wishes*** to use high-quality routes and does not wish to use low quality routes." (Kobayashi, Ex. 1007, 5:66-6:6, emphasis added.)<br><br>*Also see* Jones Decl., Ex. 1002, ¶95-99. |

Gordon discloses a system for placing telephone calls which aims to allow "a fast, reliable and cost-effective transfer of information." (Gordon, Ex. 1005, Ex. 1005, 3:18-20.) A well-known way to achieve cost-effective communications in telephone systems is by appropriately selecting a route for transmission. (Jones Decl. ¶¶108-109, *citing* Rey, Ex. 1019 and Ramteke, Ex. 1014.) Kobayashi further

teaches one way to select optimal routes on the basis of the recorded preferences of users of the network. (*See* Kobayashi, 3:20-25.) Thus, incorporating Kobayashi into Gordon would be nothing more than applying well-known routing methods to Gordon in an obvious way, to achieve the predictable result of allowing cost-effective transfer of information. (Jones Decl., Ex. 1002, ¶110.) For example, a UniPost Access Node of Gordon could select a route based on user preferences stored with the user's account. Upon login, the preferences could be accessed to select a route according to the teachings of Kobayashi. (Jones Decl., Ex. 1002, ¶110.) Doing so would yield the predictable and desirable result of selecting the most appropriate route for the user, and thus allowing cost-effective communication. (Jones Decl., Ex. 1002, ¶110.) Moreover, a PHOSITA would have recognized Kobayashi's teachings as one of a finite number of identified and predictable solutions to the problem of selecting a route for communication. (Jones Decl., Ex. 1002, ¶110.) Thus, claim 8 is rendered obvious by Gordon in view of Kobayashi.

| **9. The method of claim 8, wherein the at least one criteria comprises a specified level of transmission quality.** |
|---|
| "[An] object of the present invention is to provide a private branch exchange system capable of automatically selecting an optimal communication route on the basis of conditions dependent on the respective tenants coupled to the private branch exchange." (Kobayashi, Ex. 1007, 3:20-25.)<br><br>"The tenant table 121 registers information on which trunk (i.e., each trunk corresponds to the respective route) should be used for each of the tenants A, B and C. Such information is indicated by "1". For example, the tenant table 121 |

| |
|---|
| shows that the tenant A can use the trunks #1, #2 and #3. This means that the ***tenant A wishes to use high-quality routes and does not wish to use low quality routes***." (Kobayashi, Ex. 1007, 5:66-6:6, emphasis added.)<br><br>*Also see* Jones Decl., Ex. 1002, ¶100-101. |

A PHOSITA would have found it obvious to apply user specified transmission quality preferences to selecting a route for the same reasons detailed above with respect to claim 8. (Jones Decl., Ex. 1002, ¶110.)

| **10. The method of claim 8, wherein the at least one criteria comprises credit availability of a calling party.** |
|---|
| "As with long distance facsimile calls, the call originator will dial the local UniPost Access Node ***and enter his account*** and the number of the recipient." (Gordon, Ex. 1005, 9:10-12, emphasis added.)<br><br>"If the originating leg of the transmission is slow, it typically ***does not increase the cost substantially***, as it is a local call. Similarly, if the last leg of the transmission is slow, it is ***not particularly expensive***, as it is again a local call. By redirecting the transmission, the high quality of the data transmission network is utilized, and thus, ***the cost*** for this portion of the transmission is also low." (Gordon, Ex. 1005, 8:37-44.)<br><br>*Also see* Jones Decl., Ex. 1002, ¶102-103. |

As explained above in the analysis of claim 8, a user choosing Gordon's system rather than the PSTN is simply a user preference. (Jones Decl., Ex. 1002, ¶¶79-81.) Gordon's system is concerned with reducing the cost of long distance communications. (Gordon, Ex. 1005, 8:37-44.) A user of this system is required to log into his account (Gordon, Ex. 1005, 9:10-12.). As such, it would have been obvious to a PHOSITA that Gordon's system could have tracked usage for billing purposes and billed a user for such usage. (Jones Decl., Ex. 1002, ¶103.) Further, a

user logging into his account was necessarily (by the action of logging-in) selecting use of the Gordon's system over the PSTN. And the system accepting such login would confirm that the user actually has such an account, meaning that the user will be extended credit to use the system. (Jones Decl., Ex. 1002, ¶¶103.) It would have been obvious to a PHOSITA that Gordon could have operated its accounts on a pay-in-advance (i.e., debit) basis or a pay-after basis. (Jones Decl., Ex. 1002, ¶103.) It would have been obvious to a PHOSITA that, if a user's account was delinquent, the system could have disallowed login or limited a call. A PHOSITA would understand that Gordon's system would operate in such a manner. (Jones Decl., Ex. 1002, ¶103.)

| **11. The method of claim 8, wherein the at least one criteria comprises cost of routing.** |
| --- |
| "It is required that the private branch exchange has a function of selecting one of the communication lines in a predetermined way. For example, ***a least-cost routing method is known***." (Kobayashi, Ex. 1007, 1:40-43, emphasis added.)<br><br>"[An] object of the present invention is to provide a private branch exchange system capable of automatically selecting an optimal communication route on the basis of conditions dependent on the respective tenants coupled to the private branch exchange." (Kobayashi, Ex. 1007, 3:20-25, emphasis added.)<br><br>"The tenant B can use the trunks #2, #3 and #5. This means that the tenant B takes into account not only the communication quality but also ***the communication cost***." (Kobayashi, Ex. 1007, 6:7-9, emphasis added.) |

A PHOSITA would have found it obvious to apply user specified cost preferences to selecting a route for the same reasons detailed above with respect to claim 8. (Jones Decl., Ex. 1002, ¶110.) Also see, Jones Decl., Ex. 1002, ¶104-105.

| **12. The method of claim 8, wherein the transmission comprises execution of a call setup procedure.** |
|---|
| See analysis of claim 12 in view of Gordon in Ground 1. |

### 4. Ground 4: Claim 10 is rendered obvious by Gordon in view of Kobayashi and Chau.

To the extent that the Board is not persuaded by Petitioner's explanation in Ground 3 that claim 10 is taught by Gordon and Kobayashi, then Chau expressly discloses the limitations of claim 10 as illustrated in the claim chart below. Thus, every element of claim 10 is taught or suggested by Gordon in combination with Kobayashi and Chau. And, claim 10 is unpatentable over Gordon in combination with Kobayashi and Chau under 35 U.S.C. § 103.

| **10. The method of claim 8, wherein the at least one criteria comprises credit availability of a calling party.** |
|---|
| "In step 248, an attendant or announcement circuit 176 at the sponsor ESP 170 sends a greeting to the user and requests various user information, e.g., name, account number or other identifiers. The sponsor collects the caller response and ***may do a credit check on a caller*** using the provided information. ***If the credit check indicates that the call should not be accepted, then a suitable message is outputted to the caller and the call is terminated.***" (Chau, Ex. 1008, 7:51-59, emphasis added.) See also, Jones Decl., Ex. 1002, ¶112-114. |

A PHOSITA would have found it obvious to modify the Gordon Kobayashi combination with the teachings of Chau of selecting a route based on user credit availability because doing so would be nothing more than the application of known methods to achieve the predictable result of limiting calls from delinquent users. (*See* claim construction at Section VII above; Jones Decl., Ex. 1002, ¶¶46-47, 115-116.)

### 5. Ground 5: Claims 1-8, 12, 14 and 15 are obvious over the combination of Merritt, Casner, O'Leary and Weinstein

As illustrated in the claim charts below, every element of claims 1-8, 12, 14 and 15 is taught by the combination of Merritt, Casner, O'Leary and Weinstein. Thus, claims 1-8, 12, 14 and 15 are unpatentable over the combination of Merritt, Casner, O'Leary and Weinstein under 35 U.S.C. § 103.

It would have been obvious to a PHOSITA to combine Merritt, Casner, O'Leary and Weinstein. As explained by Dr. Jones, Merritt, Casner, O'Leary and Weinstein all describe the same underlying research concerning the same systems. (Jones Decl., Ex. 1002, ¶¶117-122.) Further, Dr. Jones explains that both Merritt and Weinstein make specific reference to O'Leary, that Mr. Merritt is a co-author of Casner, and that the Merritt reference provides an acknowledgment to Casner for his assistance. (Jones Decl., Ex. 1002, ¶¶ 117-122.) It would have been logical and obvious for a PHOSITA to look to the combination of these four references for information on the underlying research and systems – all directed toward transporting voice over packet networks.

| **1. A method for communication between two access devices via one or more networks, comprising the steps:** |
|---|
| "The arrows [in Figure 2] show the path of a typical call originating at any telephone, dialing into an STNI card, transmitting up across the wideband network, down to an STNI at another network site, and on to the distant phone." (Merritt, Ex. 1009, p. 3, Figure 2, caption.)<br><br>Figure 2 of Merritt (with annotations): |




FIG. 2 shows access devices (telephones) and networks (telephone network and data networks). (Jones Decl., Ex. 1002, ¶¶123-124.)

Weinstein describes a packet network for transporting voice communication between devices, such as telephones, connected to other networks, such as circuit-switched telephone networks. (Jones Decl., Ex. 1002, ¶124.)

"Key developments to date associated with the wide-band experiments have been 1) techniques for internetting via voice/data gateways from a variety of local access networks (packet cable, packet radio, and circuit-switched) to a long-haul broadcast satellite network and 2) compact implementations of packet voice terminals with full protocol and voice capabilities." (Weinstein, Ex. 1012, p. 963, abstract.)

"Interoperation with circuit-switched telephone systems has also been introduced in the wide-band system. Such interoperation would be essential in introducing packet speech into an environment dominated by circuit-switched voice users." (Weinstein, Ex. 1012, p. 968.)

| |
|---|
| Weinstein discloses PVTs and telephones as access devices. (Jones Decl., Ex. 1002, ¶125.) |
| **receiving a transmission in a first format through a first communication network from a first access device,** |
| "Research in the area of packet voice over the past ten years has proven the value of packet technology for voice transmission. Continuing research in this area has led to the development of a packet satellite network for use as a testbed for packet voice telephone service. In order to allow a wide range of users to participate in the testing of this technology, ISI has developed the Switched Telephone Network Interface card to allow ***interconnection between the packet network and the commercial telephone system***. This report describes the design of this device and discusses the techniques used to implement functions such as sound/silence detection, echo suppression, and dialing." (Merritt, Ex. 1009, Abstract, emphasis added.)<br><br>"***The STNI card is used to answer calls*** from the telephone system, and accept digits from the caller directing a call to be placed in the digital packet voice network." (Merritt, Ex. 1009, p. 1, ¶6, emphasis added.)<br><br>Thus, Merritt discloses receiving a transmission (at a Switched Telephone Network Interface card) in a first format (telephone format) through a first communication network (commercial telephone system) from a first access device (a telephone). (Jones Decl., Ex. 1002, ¶¶126-128.) |
| **the first format comprising a telecommunication protocol for establishing and transmitting voice communication for a phone call in one of a digital telephone network, an analog telephone network, and a cellular network;** |
| "The STNI card is used to answer calls ***from the telephone system***, present a dial tone, and accept digits from the caller directing a call to be placed in the digital packet voice network." (Merritt, Ex. 1009, p. 1, ¶6, emphasis added.)<br><br>"The arrows [in Figure 2] show the path of ***a typical call originating at any telephone***, dialing into an STNI card, transmitting up across the wideband network, down to an STNI at another network site, and on to the distant phone." (Merritt, Ex. 1009, p. 3, Figure 2, caption, emphasis added.)<br><br>A call from the telephone system uses a telecommunication protocol. (Jones Decl., Ex. 1002, ¶¶130-131.) Thus, Merritt discloses receiving a transmission at an STNI card in a telephone protocol format to establish a call and transmit voice. (Jones Decl., Ex. 1002, ¶¶131-133.) The telephone network includes an analog telephone |

network. (Jones Decl., Ex. 1002, ¶130.)

In addition, Casner discloses:
"***The STN interface detects Touch-Tone (DTMF) pulses in the audio from the phone line*** and translates them into control codes delivered to a voice terminal. ***This allows a user of the system to specify a connection*** through the Wideband Network by using the pushbuttons on his phone. Likewise, the STN interface translates control codes from the voice terminal into DTMF pulses so that connection information from a remote site can be used to dial out to a local telephone." (Casner, Ex. 1010, p. 81, ¶4.)

DTMF pulses are part of a telecommunication protocol. (Jones Decl., Ex. 1002, ¶¶133). Thus, Merritt discloses receiving a transmission at an STNI card in a telephone protocol format to establish a call. (Jones Decl., Ex. 1002, ¶133).

**performing a first conversion converting the transmission from the first format to a second format, the second format being an internet protocol;**

"Once a call is in progress, ***the STNI performs the analog/digital and digital/analog conversions between the telephone line signals and network data***." (Merritt, Ex. 1009, p. 1, ¶6, emphasis added.)

"The STNI card is designed to provide an interface between the commercial telephone network and a Packet Voice Terminal [7], developed by the M.I.T. Lincoln Laboratory.... The voice terminal handles the ***packet network protocol***, providing a digital connection to the network." (Merritt, Ex. 1009, p. 1, ¶6, emphasis added.)

Merritt points to O'Leary to describe the functionality of the Packet Voice Terminal. (Merritt, Ex. 1009, p. 1, ¶6, emphasis added.) O'Leary discloses:
"In addition to encoding and decoding speech, ***packet voice terminal*** functions include packetization and depacketization; the application and interpretation of voice, ***internet***, and local network ***protocols***...." (O'Leary, Ex. 1011, p. 183, Abstract, emphasis added.)[1]

"The arrows [in Figure 2] show the path of a typical call originating at any telephone, dialing into an STNI card, ***transmitting up across the wideband network, down to an STNI at another network site***, and on to the distant phone."

---

[1] Page references to O'Leary refer to the page numbering in the original document.

| |
|---|
| (Merritt, Ex. 1009, p. 3, Figure 2, caption, emphasis added.)<br><br>Based on the disclosure of Merritt and the reference to O'Leary for a description of the Packet Voice Terminal converting to internet protocol, a PHOSITA would understand that Merritt teaches converting a telecommunication protocol to an internet protocol for transmission on its data networks. (Jones, Decl., ¶¶134-136.)<br><br>Weinstein describes two internet packet voice protocols: IP for call setup and ST for speech transport. (Jones Decl., Ex. 1002, ¶137.) Both IP and ST are internet protocols. (Jones Decl., Ex. 1002, ¶137.) |
| **sending the converted transmission through a second communication network, the second communication network being a data network, for reception by a second access device; and** |
| "Once a call is in progress, the STNI performs the analog/digital and digital/analog conversions between the telephone line signals and ***network data***."<br>(Merritt, Ex. 1009, p. 1, ¶6, emphasis added.)<br><br>"The STNI card is designed to provide an interface between the commercial telephone network and a Packet Voice Terminal [7], developed by the M.I.T. Lincoln Laboratory.... The voice terminal handles the ***packet network protocol, providing a digital connection to the network***." (Merritt, Ex. 1009, p. 1, ¶6, emphasis added.)<br><br>"The arrows [in Figure 2] show the path of a typical call originating at any telephone, dialing into an STNI card, transmitting up across the wideband network, down to an STNI at another network site, and on to the distant phone." (Merritt, Ex. 1009, p. 3, Figure 2, caption, emphasis added.)<br><br>The path between the packet voice terminals across the wideband network in Merritt is a data network, and the receiving telephone is a second access device. (Jones Decl., Ex. 1002, ¶134, 139, 142.)<br><br>Sending the converted transmission over a data network is also shown in Weinstein, for example, in FIG. 1 ("packet network or internetwork"), FIG. 2 ("to packet network"), FIG. 3 ("NET I" and "NET II"), and FIG. 8 ("internet voice/data gateway" connected "to other networks"). (Jones Decl., Ex. 1002, ¶140.) |
| **performing a second conversion further converting the converted transmission from the second format to a further format suitable for the second access device, wherein the first access device and the second access device comprise telecommunication nodes, and said further format comprises** |

| **said first format or another telecommunication protocol.** |
|---|
| "The arrows [in Figure 2] show the path of a typical call originating at any telephone, dialing into an STNI card, transmitting up across the wideband network, *down to an STNI at another network site, and on to the distant phone*." (Merritt, Ex. 1009, p. 3, Figure 2, caption, emphasis added.)<br><br>"Once a call is in progress, the *STNI performs the analog/digital and digital/analog conversions between the telephone line signals and network data*." (Merritt, Ex. 1009, p. 1, ¶6, emphasis added.)<br><br>Transmitting a call across the wideband network to the receiving telephone requires a conversion from an internet protocol to a telecommunication protocol. (Jones Decl., Ex. 1002, ¶¶135-138, 141.) |

| **2. The method of claim 1, wherein the transmission is sent from the first access device serially to a first central node, the data network, a second central node, and the second access device.** |
|---|
| "The arrows [in Figure 2] show the path of a typical call originating at any telephone, dialing into an STNI card, transmitting up across the wideband network, down to an STNI at another network site, and on to the distant phone." (Merritt, Ex. 1009, p. 3, Figure 2, caption, emphasis added.)<br><br>Thus, Merritt teaches sending a transmission from the first access device (a telephone) serially to a first central node (STNI card), the data network (wideband network), a second central node (STNI card at another site), and the second access device (a telephone). (Jones Decl., Ex. 1002, ¶144) |

| **3. The method of claim 1, wherein the transmission is related to establishing or transmitting voice communication for a phone call from a calling party connected to the first access device to a called party connected to the second access device.** |
|---|
| "In order to allow a wide range of ***users*** to participate in the testing of this technology, ISI has developed the Switched Telephone Network Interface card to allow interconnection between the packet network and the commercial telephone system." (Merritt, Ex. 1009, Abstract, emphasis added.)<br><br>Thus, Merritt discloses that a called party (user) connects to the first access device (telephone) and a called party (user) connects to a second access device (phone) to establish and transmit voice communication. (Jones Decl., Ex. 1002, ¶145.) |

| |
|---|
| **4. The method of claim 1, wherein the first communication network is one of an analog telephone network, a digital telephone network, and a cellular network.** |
| In order to allow a wide range of users to participate in the testing of this technology, ISI has developed the Switched Telephone Network Interface card to allow interconnection between the packet network and ***the commercial telephone system***. (Merritt, Ex. 1009, Abstract, emphasis added.)<br><br>The commercial telephone network includes an analog telephone network. (Jones Decl., Ex. 1002, ¶146.) |

| |
|---|
| **5. The method of claim 1, wherein a calling party is connected to the first access device for transmitting and receiving voice communication for a phone call and a called party is connected to the second access device for transmitting and receiving the voice communication for the phone call.** |
| In order to allow a wide range of ***users*** to participate in the testing of this technology, ISI has developed the Switched Telephone Network Interface card to allow interconnection between the packet network and the commercial telephone system. (Merritt, Ex. 1009, Abstract, emphasis added.)<br><br>Thus, Merritt discloses that a called party (user) connects to the first access device (telephone) and a called party (user) connects to a second access device (phone) for transmitting and receiving voice communication. (Jones Decl., Ex. 1002, ¶147.) |

| |
|---|
| **6. The method of claim 1, wherein the second conversion is performed at the second access device.** |
| "The STNI card is designed to provide an interface between the commercial telephone network and a Packet Voice Terminal [7], developed by the M.I.T. Lincoln Laboratory.... The voice terminal handles the ***packet network protocol***, providing a digital connection to the network." (Merritt, Ex. 1009, p. 1, ¶6, emphasis added.)<br><br>"Once a call is in progress, ***the STNI performs the*** analog/digital and ***digital/analog conversions*** between the telephone line signals and network data." (Merritt, Ex. 1009, p. 1, ¶6, emphasis added.)<br><br>Thus, Merritt discloses a second access device (PVT/STNI) performs a second conversion from an internet protocol format to a telephone protocol format. (Jones |

| |
|---|
| Decl., Ex. 1002, ¶¶148-149.)<br><br>Weinstein also discloses conversion at the second access device (e.g., the packet voice terminal (PVT) equipped with a user instrument, i.e., digital telephone set). (Weinstein, Ex. 1012, pp. 964, 976, Fig. 11; Jones Decl., Ex. 1002, ¶¶150-151.) |

| **7. The method of claim 1, wherein said second access device is connected to a central office of a telecommunication network.** |
|---|
| "At the end of a telephone call, when the caller hangs up, the connection over the telephone network is broken. If a call is in progress via the STNI card when this happens, this call should be disconnected and the STNI made available for another call." (Merritt, Ex. 1009, p. 10, ¶4.)<br><br>"Several common methods exist for detecting when the calling telephone line disconnects." (Merritt, Ex. 1009, p. 10, ¶5.)<br><br>"[One] method is to listen for a dial tone." (Merritt, Ex. 1009, p. 11, ¶1.)<br><br>"Analysis of several dial tones from several different sources, ***including Bell System #1A ESS and GTE EAX central office switches*** and a Stromberg Carlson Crossreed PBX system, has shown that dial tones share a common characteristic…." (Merritt, Ex. 1009, p. 11, ¶2, emphasis added.)<br><br>Thus, Merritt teaches the STNI is connected to a central office switch. (Jones Decl., Ex. 1002, ¶152.) |

| **8. The method of claim 1, further comprising the step of selecting a route for the transmission based on at least one criteria defined by user preference.** |
|---|
| "ISI has issued a specification for the set of dialing sequences to be used when an STN interface is called from a telephone. These sequences ***employ the 12 keys on a pushbutton telephone (0-9,0,#) to specify call routing*** through the packet voice system after the connection is established between the caller's telephone and the local STN interface." (Casner, Ex. 1010, p. 83, ¶1, internal citations omitted.)<br><br>"Two methods of dialing are provided. ***The first allows a call to be manually routed across the Wideband Network to another packet voice terminal***; then, if the terminal is equipped with an STN interface, a sequence of digits can be specified to cause the desired telephone to be autodialed." (Casner, Ex. 1010, p. 83, ¶2.) |

| |
|---|
| "***The second method allows the caller*** to simply dial "9" followed by the normal direct-dial long distance telephone number of the ultimate destination.... When given a sequence of this form, the local voice terminal will use information in tables ***to automatically route the call across the packet network***, choosing as its destination the packet voice terminal with STN interface that is nearest the telephone being called, then dial the necessary part of the 10-digit phone number on the remote STN interface's autodialer." (Casner, Ex. 1010, p. 84, ¶1.)<br><br>*See also,* Jones Decl., Ex. 1002, ¶¶153-154. |

| **12. The method of claim 8, wherein the transmission comprises execution of a call setup procedure.** |
|---|
| "The STNI card is used to answer calls ***from the telephone system***, present a dial tone, and accept digits from the caller directing a call to be placed in the digital packet voice network." (Merritt, Ex. 1009, p. 1, ¶6, emphasis added.)<br><br>"The arrows [in Figure 2] show the path of ***a typical call originating at any telephone***, dialing into an STNI card, transmitting up across the wideband network, down to an STNI at another network site, and on to the distant phone." (Merritt, Ex. 1009, p. 3, Figure 2, caption, emphasis added.)<br><br>"***ASCII commands*** sent by the voice terminal via a 2400 b/s RS-232 serial line instruct the STNI to ***pick up the telephone line, dial out, hang up, answer the ringing line, and play tones***. The same two-way serial line is used in the other direction by the STNI to transmit ***ASCII messages*** back to the voice terminal, indicating a ***ring-detected condition or received touch-tone digits***." (Merritt, Ex. 1009, p. 2.)<br><br>Thus, Merritt discloses receiving a call setup transmission in a telephone protocol format (call originating at a telephone), transmitting the call setup transmission as ASCII messages to a voice terminal, transmitting the call setup transmission in an internet protocol format across a wideband network to another STNI, and transmitting the call setup transmission in a telephone protocol format to a phone. (Jones Decl., Ex. 1002, ¶¶155-156.)<br><br>In addition, Casner discloses:<br>"***The STN interface detects Touch-Tone (DTMF) pulses in the audio from the phone line*** and translates them into control codes delivered to a voice terminal. ***This allows a user of the system to specify a connection*** through the Wideband Network by using the pushbuttons on his phone. Likewise, ***the STN interface*** |

| |
|---|
| ***translates control codes from the voice terminal into DTMF pulses*** so that connection information from a remote site can be used to dial out to a local telephone." (Casner, Ex. 1010, p. 81, ¶4.)<br><br>Thus, Casner discloses receiving a call setup transmission in a telephone protocol format (DTMF pulses), transmitting the call setup transmission as ASCII messages to a voice terminal, transmitting the call setup transmission in an internet protocol format across a wideband network to another STNI, and transmitting the call setup transmission in a telephone protocol format to a phone. (Jones Decl., Ex. 1002, ¶¶155, 157.) |

| **14. The method of claim 1, wherein the transmission is related to a fax transmission.** |
|---|
| "The increase in bandwidth which the satellite provides will allow experimentation not only with several voice channels but also with other media, such as video, graphics, text and ***facsimile***." (Casner, Ex. 1010, p. 87, ¶1.) |

A PHOSITA would have found it obvious to use Merritt's techniques of protocol conversion of telephone voice communications to improve fax communications in the same way. *Also see*, Jones Decl., Ex. 1002, ¶158.

| **15. The method of claim 1, wherein the transmission comprises signaling messages.** |
|---|
| "The STNI card is used to answer ***calls*** from the telephone system, present a dial tone, and accept ***digits*** from the caller directing a call to be placed in the digital packet voice network." (Merritt, Ex. 1009, p. 1, ¶6, emphasis added.)<br><br>"The arrows [in Figure 2] show the path of a typical call originating at any telephone, dialing into an STNI card, transmitting up across the wideband network, down to an STNI at another network site, and on to the distant phone." (Merritt, Ex. 1009, p. 3, Figure 2, caption.)<br><br>"***ASCII commands*** sent by the voice terminal via a 2400 b/s RS-232 serial line instruct the STNI to ***pick up the telephone line, dial out, hang up, answer the ringing line, and play tones***. The same two-way serial line is used in the other direction by the STNI to transmit ***ASCII messages*** back to the voice terminal, indicating a ***ring-detected condition or received touch-tone digits***." (Merritt, Ex. 1009, p. 2.) |

Thus, Merritt discloses receiving signaling messages (touch-tone digits, hang up, answer the line) in a telephone protocol format, transmitting the signaling messages as ASCII messages to a voice terminal, transmitting the signaling messages in an internet protocol format across a wideband network to another STNI, and transmitting the signaling messages in a telephone protocol format to a phone. (Jones Decl., Ex. 1002, ¶¶159-160.)

In addition, Casner discloses:
"***The STN interface detects Touch-Tone (DTMF) pulses in the audio from the phone line*** and translates them into control codes delivered to a voice terminal. ***This allows a user of the system to specify a connection*** through the Wideband Network by using the pushbuttons on his phone. Likewise, the STN interface translates control codes from the voice terminal into DTMF pulses so that connection information from a remote site can be used to dial out to a local telephone." (Casner, Ex. 1010, p. 81, ¶4.)

Thus, Casner discloses receiving signaling messages in a telephone protocol format (DTMF pulses), transmitting the signaling messages as ASCII messages to a voice terminal, transmitting the signaling messages in an internet protocol format across a wideband network to another STNI, and transmitting the signaling messages in a telephone protocol format (DTMF pulses) to a phone. (Jones Decl., Ex. 1002, ¶¶159-160.)

### 6. Ground 6: Claims 1-8, 12 and 15 are obvious over the combination of Merritt, Casner, O'Leary, Weinstein and Iwami

As explained above in Ground 5, every element of claims 1-8, 12 and 15 is taught by the combination of Merritt, Casner, O'Leary and Weinstein. The owner of the '879 patent may argue, however, that claim 1 requires the Internet Protocol (or at least requires a single internet protocol) and that O'Leary discloses only an internet protocol (in fact, Weinstein explains that the packet voice terminal uses two different internet protocols (IP for call setup, and ST for speech transport) (see