# **Exhibit 24**

The most significant computer reference source of its kind! Over 8,500 definitions and explanations covering the entire computer industry from laptop to mainframe. Perfect for every level of computer user.

# The Computer Desktop Encyclopedia

Multimedia CD-ROM version inside features even more!

ALAN FREEDMAN

Author of the Leading Dictionary of Computer Terms: ***THE COMPUTER GLOSSARY***

**Raves for Alan Freedman's *The Computer Glossary*:**

". . . the best dictionary of computing terminology. Should be in all libraries and desktops where computers are in regular use."
**—The New York Public Library**

"There is no better computer reference anywhere."
***— Government Technology***

This book is available at a special discount when ordered in bulk quantities. For information, contact Special Sales Department, AMACOM, a division of American Management Association, 1601 Broadway, New York, NY 10019.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

Library of Congress Cataloging-in-Publication Data

Freedman, Alan
Computer desktop encyclopedia / Alan Freedman.
p. cm.
ISBN 0-8144-0012-4 (pbk. and CD-ROM). — ISBN 0-8144-0010-8 (pbk.)
1. Computers—Dictionaries. I. Title.
QA76.15.F732 1996
004'.03—dc20
96-724
CIP

© 1996 The Computer Language Company Inc., Point Pleasant, PA 18950.
All rights reserved.
Printed in the United States of America.

The publication may not be reproduced, stored in a retrieval system, or transmitted in whole or in part, in any form or by an means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of AMACOM, a division of American Management Association, 1601 Broadway, New York, NY 10019.

Printing number

10 9 8 7 6 5 4 3 2

## internal interrupt

An interrupt that is caused by processing, for example, a request for input or output or an arithmetic overflow error. Contrast with ***external interrupt.***

## internal modem

A modem that plugs into an expansion slot within the computer. Unlike an external modem, an internal modem does not provide a series of display lights that inform the user of the changing modem states. The user must rely entirely on the communications program. Contrast with ***external modem.***

## internal sort

Sorting that is accomplished entirely in memory without using disks or tapes for temporary files.

## Internal stack failure

A DOS error message that means DOS has gotten completely confused. Turn off the computer and restart.

## internal storage

Same as ***memory.***

## Internaut

A person that uses the Internet.

**Look up World Wide Web**

The Web is the hottest part of the Internet these days. Look up the term for a diagram of how documents are linked via the Web.

## internet

(1) A large network made up of a number of smaller networks.

(2) (Internet) "The" Internet is made up of more than 100,000 interconnected networks in over 70 countries, comprised of academic, commercial, government and military networks. Originally developed for the military, the Internet became widely used for academic and commercial research. Users have access to unpublished data, journals and BBSs for every subject known to humankind. Today, the Internet is being commercialized into a worldwide information highway.

The recent surge in growth is twofold. As the major online services (CompuServe, BIX, America Online, etc.) connected to the Internet for e-mail exchange, the Internet began to function as a central hub for e-mail outside of the Internet community. A member of one online service could now send mail to a member of another online service using the Internet as a gateway. The Internet glued the world together for electronic mail.

Secondly, the World Wide Web facility on the Internet links documents around the world, providing an information exchange of unprecedented proportion. With the advent of graphics-based Web browsers, originally Mosaic and now NetScape Navigator and Internet Explorer, this wealth of information has been made easily available to users with PCs and Macs rather than only scientists and hackers at UNIX workstations.

Today, the online services also provide full Internet access. DELPHI was the first, and all the others followed suit. Now you can download files from the Internet and access the World Wide Web via your account. In addition, independent Internet access providers have seemingly risen out of the woodwork to offer individuals and organizations access to the Internet. Many have been overwhelmed by the flood of business, which often results in too many busy signals when trying to log on and poor customer support.

The backbone of the Internet was originally a series of high-speed links between major supercomputer sites and educational and research institutions within the U.S. and throughout the world. A major part of it was the NFSNet, managed by the U.S. National Science Foundation. In 1995, commercial Internet providers (ISPs), such as MCI, Sprint and UUNET, began to deploy their own backbones. Smaller

Case 1:12-cv-00617-MN Document 53-27 Filed 12/16/13 Page 5 of 8 PageID #: 1522



ISPs hook into these backbones to provide lines for their subscribers.
Internet computers use the TCP/IP communications protocol. There are over 10 million hosts on the Internet, a host being a mainframe, mini or workstation that directly supports the Internet Protocol (the IP in TCP/IP). The Internet is connected to all types of computer networks worldwide via gateways that convert TCP/IP into other protocols.
Although most new users interact with the Internet via their Web browsers, for years, command-line UNIX utilities have been used. For example, an FTP (File Transfer Protocol) program allows files to be downloaded, and the Archie utility provides listings of these files. Telnet is a terminal emulation program that lets you log onto a computer in the Internet and run a program. Gopher provides hierarchical menus describing Internet files (not just file names), and Veronica lets you make more sophisticated searches on Gopher sites.
The IAB, or Internet Activities Board is the governing body for the Internet. Its Internet Research Task Force (IRTF) explores new technologies which it refers to the Internet Engineering Task Force (IETF). The IETF works on the specifications of new standards.

### It Has Gone Commercial

There has been more activity, excitement and hype over the Internet than any other new computer or communications topic. Using the World Wide Web, thousands of companies, from conglomerates to mom and pop shops, are trying to figure out how to make the Internet a worldwide shopping mall. Will it succeed, or will too much traffic cause it to bog down like the Los Angeles freeway? Stay tuned!

### Getting Started?

For a list of good books on the Internet, see ***Internet references***.

## Internet access

See *Internet address* and *PDIAL*.

## Internet access provider

An organization that provides access to the Internet. Dial-up customers are billed a fixed rate per month or by hourly usage or both. The major online services (CompuServe, America Online, etc.) have all become Internet access providers. Access providers may also offer leased line services for companies that want dedicated high-speed access to the Internet (56Kbps, T1, etc.). See *PDIAL*.

## Internet address

The format for addressing a message to an Internet user is

**recipient@location.domain**

For example, the address of the Free Software Foundation is **gnu@prep.ai.mit.edu**, which means transmitting to the GNU mailbox via nodes PREP, AI and MIT. The suffix at the end is the domain, or host classification, in this case EDU (see below).

**Internet Domains**

com - business (commercial)
edu - educational and research
gov - government
mil - military agency
net - gateway or host
org - non-profit organization

**Via CompuServe**

If you are a CompuServe subscriber, you can access the Internet by adding the **internet:** prefix to the Internet address. For example, to send mail from CompuServe to the Free Software Foundation address mentioned above, you would address the message to:

`internet:gnu@prep.ai.mit.edu`

To reach a CompuServe user from the Internet, change the comma in the CompuServe account number to a period. For example, if the CompuServe number is 71022,1560, the Internet e-mail address is **71022.1560@compuserve.com**

**To Send Mail to Other Services**

If you know your recipients' "online names" and which services they use, you can send messages directly to their mailboxes via the Internet. For example, if the recipient's e-mail name is lmorrison, you would address the message to the following services. If the name is "l morrison," remove the blanks.

| | |
|---|---|
| lmorrison@aol.com | America Online |
| morrison@genie.geis.com | GEnie |
| lmorrison@mcimail.com | MCI Mail |
| lmorrison@prodigy.com | PRODIGY |
| lmorrison@delphi.com | DELPHI |

**To Obtain an Internet Address**

To obtain an Internet network address and reserve a domain name, organizations must register with the InterNIC Registration Service. See *InterNIC*. See also *IP address* for information about the physical structure of an Internet address.

## Internet Engineering Task Force

See *Internet*.

## Internet gateway

A computer system that converts messages back and forth between TCP/IP and other protocols. Internet gateways connect the Internet to all the other communications networks in the world.

## Internet Protocol

See *Internet* and *TCP/IP*.

## Internet references

A well-written and excellent book for people getting started on the Internet is "Internet Slick Tricks" by Alfred and Emily Glossbrenner, published by Random House, ISBN 0-679-75611-6.
Another book by Alfred Glossbrenner, but more in depth is "Internet 101," published by McGraw-Hill, ISBN 0-07-024054-X. While aimed at the college market, this is a must-have for anyone interested in the Internet. Glossbrenner is a superb author.
To learn what information is available on the Internet, read "Internet Yellow Pages" by Harley Hahn and Rick Stout, published by Osborne McGraw-Hill, ISBN 007-882023-5.
Joshua Eddings' "How the Internet Works," published by Ziff-Davis Press, ISBN 1-56276-192-7, provides a delightful and colorful guide to the inner-workings of the Internet.

## Tazz

Short for Tasmanian Devil, Tazz is a code name for a Windows 95 telephone application from Microsoft. It uses Microsoft's TAPI interface and a third-party speech-recognition engine. It will control new multimedia modems that handle both voice and data. Tazz is expected to be introduced after the release of Windows 95.

## TB, Tb

See ***terabyte*** and ***terabit.***

## Tbits/sec

(TeraBITS per SECond) Trillion bits per second.

## TBps, Tbps

(TeraBytes Per Second, TeraBits Per Second) Trillion bytes per second. Trillion bits per second.

## T-byte

See ***terabyte.***

## Tbytes/sec

(TeraBYTES per SECond) Trillion bytes per second.

## TC

See ***true color.***

## T-cal

See ***thermal calibration.***

## TCAM

(TeleCommunications Access Method) IBM communications software widely used to transfer data between mainframes and 3270 terminals. See ***access method.***

## T-carrier

A digital transmission service from a common carrier. Introduced by AT&T in 1983 as a voice service, its use for data has grown steadily.

T-carrier service requires multiplexors at both ends that merge the various signals together for transmission and split them at the destination. Multiplexors analyze the traffic load and vary channel speeds for optimum transmission. See ***DS.***

## TCM

(1) (Trellis-Coded Modulation/Viterbi Decoding) A technique that adds forward error correction to a modulation scheme by adding an additional bit to each baud. TCM is used with QAM modulation, for example.

(2) (Thermal Conduction Module) An IBM circuit packaging technique that seals chips, boards and components into a module that serves as a heat sink. TCMs are mostly water cooled, although some are air cooled.

## TCO

Refers to the Swedish Confederation of Professional Employees, which has set stringent standards for devices that emit radiation. See ***MPR II.***

## TCP/IP

(Transmission Control Protocol/Internet Protocol) A communications protocol developed under contract from the U.S. Department of Defense to internetwork

dissimilar systems. It is a de facto UNIX standard, but is now supported on almost all platforms. TCP/IP is the protocol of the Internet.

The TCP part of TCP/IP provides transport protocol functions, which ensures that the total amount of bytes sent is received correctly at the other end. The IP part of TCP/IP provides the routing mechanism. TCP/IP is a routable protocol, which means that the messages transmitted contain the address of a destination network as well as a destination station. This allows TCP/IP messages to be sent to multiple networks within an organization or around the world, hence its use in the worldwide Internet (see ***Internet address***).

TCP/IP includes a file transfer capability called FTP, or File Transfer Protocol. This function allows files to be downloaded and uploaded between TCP/IP sites. SMTP, or Simple Mail Transfer Protocol, is TCP/IP's own messaging system for electronic mail, and the Telnet protocol provides terminal emulation. This allows a personal computer or workstation to emulate a variety of terminals connected to mainframes and midrange computers.

The combination of TCP/IP, NFS and NIS comprise the primary networking components of the UNIX operating system.

The following chart compares the TCP/IP layers with the Department of Defense and Open System Interconnection models.




## TCP/IP stack

An implementation of the TCP/IP communications protocol. Network architectures designed in layers, such as TCP/IP, OSI and SNA, are called ***stacks***.

## TCSEC

See *NCSC*.

## TCU

(Transmission Control Unit) A communications control unit controlled by the computer that does not execute internally stored programs. Contrast with ***front end processor***, which executes its own instructions.

## TDM

(Time Division Multiplexing) A technology that transmits multiple signals simultaneously over a single transmission path. Each lower-speed signal is time