# **Exhibit 25**

OBJECT-ORIENTED

# CLIENT/SERVER INTERNET ENVIRONMENTS

- World Wide Web technologies
- Distributed objects (CORBA, OLE/ActiveX)
- Basic client/server middleware and OSF DCE
- Remote SQL and distributed data management
- Client/Server transaction processing
- Mobile computing and distributed multimedia
- Groupware and legacy mediators
- Network technologies



AMJAD UMAR

**Library of Congress Cataloging-in-Publication Data**
Umar, Amjad.
Object-oriented client/server Internet environments / Amjad Umar.
p. cm.
Includes bibliographical references and index.
ISBN 0-13-375544-4
1. Client/server computing. 2. Object-oriented methods (Computer science) 3. Internet (Computer network) I. Title.
QA76.9.C55U53 1997
004'.36--dc21 96-38139
CIP

Editorial/production supervision: *Eileen Clark*
Cover design director: *Jerry Votta*
Cover design: *Design Source*
Manufacturing manager: *Alexis Heydt*
Acquisitions editor: *Paul Becker*
Editorial Assistant: *Maureen Diana*
Marketing Manager: *Dan Rush*

© 1997 by Prentice Hall PTR
Prentice-Hall, Inc.
A Simon & Schuster Company
Upper Saddle River, New Jersey 07458

The publisher offers discounts on this book when ordered in bulk quantities.
For more information, contact:

Corporate Sales Department
Prentice Hall PTR
One Lake Street
Upper Saddle River, NJ 07458
Phone: 800-382-3419 Fax: 201-536-7141
E-mail: corpsales@prenhall.com

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

All product names mentioned herein are the trademarks of their respective owners.

Printed in the United States of America
10 9 8 7 6 5 4 3 2

ISBN 0-13-375544-4

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Simon & Schuster Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*

intended for military networks. For example, the original DOD protocols were issued as military standards. These protocols have dramatically grown in popularity and have become the de facto standards for heterogeneous enterprise networks. At present, TCP/IP is the underlying network architecture used by the Internet.

Although many new protocols have been added to the DOD Suite, Transmission Control Protocol (TCP) and Internet Protocol (IP) are the best-known DOD protocols. At present, the entire DOD/ARPANET Protocol Suite is commonly referred to as the **TCP/IP Protocol Stack**. Figure 11.21 shows the architectural layers of TCP/IP. The TCP/IP Suite, as shown in Figure 11.21, addresses the layer 3 and above issues. Let us discuss these components briefly.

**Figure 11.21** TCP/IP Protocol Suite




**Internet Protocol (IP)** is roughly at layer 3 and can reside on a very large number of physical networks such as Ethernets, token rings, FDDI, ISDN, and X.25. In addition, IP also currently supports several emerging technologies such as cellular networks, ATM, frame relay and SMDS. In fact, the diversity of physical networks supported by IP is a major strength of TCP/IP. IP connects hosts across multiple networks and provides a way of moving a block of data from one host machine to another through the network. This block of data is known as a datagram. The delivery of datagrams is made possible by assigning an IP address to every host in the Internet. These addresses are 32 bits in length and are commonly denoted as four decimal numbers separated by periods (e.g., 21.152.214.2). The first part of the address shows which network the host resides on, and the rest of the address shows where within that network the host can be found. IP is an unreliable (connectionless) protocol. This means that datagrams sent from one host to another may not be delivered in the order in which they were sent, may be delivered more than once, or may not be delivered at all. Higher-layer protocols are expected to correct this deficiency.

**Transmission Control Protocol (TCP)** resides on top of IP and is responsible for reliable transport between end systems. TCP connects the application-layer processes to IP and provides the functions that are roughly equivalent to layers 4, 5, and 6 of the OSI Model. TCP provides a reliable, ordered connection between processes on different hosts. One host may run many processes, so a process-to-process connection is needed. This means that application processes can establish a TCP connection and expect that data will arrive successfully and in order. A TCP connection is essentially an error-free pipe from one host process to another. This generality allows a variety of higher-layer protocols to run on top of TCP.

**User Datagram Protocol (UDP)** also runs on top of IP and is an alternative to using TCP. Like IP, UDP is an unreliable protocol. In fact, the major function that UDP adds to IP is a way to differentiate more than one stream of data going to or from a host (IP addresses identify only the hosts and not the processes within a host). Owing to the unreliability of UDP, it is up to higher-layer protocols running on top of UDP to provide reliability if it is needed.

**Higher (Application) Layer Protocols** run on top of TCP and UDP. The application layer of TCP/IP provides a rich set of file-transfer, terminal-emulation, network file-access, and electronic-mail services. New protocols and services for emerging technologies such as the World Wide Web are also being continually added to the TCP/IP application layer. It is also possible to define private application protocols, as long as both hosts agree on the protocol. The following protocols (the first three belong to the original DOD Suite) are among the best-known application protocols defined in the TCP/IP Suite.

- **Telnet:** This protocol is used to provide terminal access to hosts and runs on top of TCP.
- **File Transfer Protocol (FTP)**: This TCP-based protocol provides a way to transfer files between hosts on the Internet.
- **Simple Mail Transfer Protocol (SMTP)**: This TCP-based protocol is the Internet electronic mail exchange mechanism.
- **Trivial File Transfer Protocol (TFTP)**: This UDP-based protocol also transfers files between hosts, but with less functionality (e.g., no authorization mechanism). This protocol is used typically for "booting" over the network.
- **Network File System (NFS) Protocol**: This UDP-based protocol has become a de facto standard for use in building distributed-file systems through transparent access.
- **Xwindow:** This is a windowing system that provides uniform user views of several executing programs and processes on bit-mapped displays. Although Xwindow is supposedly network independent, it has been implemented widely on top of TCP.
- **SUN Remote Procedure Call (RPC)**: This protocol allows programs to execute subroutines that are actually at remote sites. RPCs, like Xwindow, are supposedly network independent but have been implemented widely on top of TCP. SUN RPC is one of the oldest RPCs. Examples of other RPCs are OSF DCE RPC and Netwise RPC.
- **Domain Naming Services**: This protocol defines hierarchical naming structures, which are much easier to remember than the IP addresses. The naming structures define the organization type, organization name, etc.