IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-617-GMS |
| | ) | |
| LEVEL 3 COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the Plaintiff to file their reply brief in support of Motion for Leave to File First Amended Complaint (D.I. 45) is extended until January 17, 2014. This extension is requested in order to give the plaintiff time to analyze the answering brief and prepare a response.

Dated: January 2, 2014

| | |
|---|---|
| */s/ Kenneth L. Dorsney* | */s/ John W. Shaw* |
| Richard K. Herrmann (#405) | John W. Shaw (#3362) |
| Kenneth L. Dorsney (#3726) | Andrew E. Russell (#5382) |
| MORRIS JAMES LLP | SHAW KELLER LLP |
| 500 Delaware Avenue, Suite 1500 | 300 Delaware Avenue, Suite 1120 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 888-6800 | (302) 298-0700 |
| rherrmann@morrisjames.com | jshaw@shawkeller.com |
| kdorsney@morrisjames.com | arussell@shawkeller.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED** this ___, day of January, 2014.

_____
United States District Judge